ABSTRACT OF JUDGMENT

**Re:** Freeman v. Giuliani

**Case Number:** 24-mc-353

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Rudolph W. Giuliani<br>45 E 66th Street, Apt. 10W<br>New York, NY 10065 | Ruby Freeman<br>4325 1st Ave<br>Unit 2372<br>Tucker, GA 30084<br><br>Wandrea' Moss<br>1075 Peachtree Street Suite 6<br>#570007<br>Atlanta, GA 30357 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $145,969,000 plus interest at 5.01% per annum from 12/18/2023; $89,172.50 plus interest at 5.33% per annum from 07/25/2023; $43,684, plus interest at 5.42% per annum from 09/20/2023; and $104,256.50, with interest at 5.46% per annum from 10/06/2023. | Michael J. Gottlieb<br>Willkie Farr & Gallagher LLP<br>1875 K Street NW<br>Washington, DC 20006<br><br>Aaron E. Nathan<br>M. Annie Houghton-Larsen<br>Willkie Farr & Gallagher LLP<br>787 Seventh Ave<br>New York, NY 10019<br><br>Rachel Goodman<br>United to Protect Democracy<br>82 Nassau Street #601<br>New York, NY 10038 | December 18, 2023, registered in U.S. District Court for the Southern District of New York on August 5, 2024 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

I CERTIFY that the foregoing is a correct Abstract of the Judgment

**Dated:** New York                , New York

**DANIEL ORTIZ, Acting Clerk of Court**

_____
**By,**            **Deputy Clerk**