AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Ruby Freeman and Wandrea' Moss | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-mc-353 |
| Rudolph W. Giuliani | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ms. Ruby Freeman and Ms. Wandrea' ArShaye "Shaye" Moss.

Date: 08/05/2024

/s/ Marie Anne Houghton-Larsen
*Attorney's signature*

Marie Anne Houghton-Larsen NY Bar #: 5705603
*Printed name and bar number*

787 7th Ave.
New York, NY 10019-6018

*Address*

mhoughton-larsen@willkie.com
*E-mail address*

(212) 728-8164
*Telephone number*

(919) 728-9164
*FAX number*