UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>                        Plaintiffs,<br>    v.<br><br>RUDOLPH W. GIULIANI,<br><br>                        Defendant. | Case No. 24-mc-00353 |

## **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Meryl C. Governski, request admission, *pro hac vice*, to represent Ruby Freeman and Ms. Wandrea' Moss, in the above-captioned case.

I certify that I am a member in good standing of the bars of the District of Columbia and the State of Maryland, and have been admitted to practice before the United States District Court for the District of Columbia and other federal courts. A copy of my Certificate of Good Standing for the District of Columbia is attached hereto.

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: August 6, 2024
       Washington, D.C.

                                            WILLKIE FARR & GALLAGHER LLP

                                            By: /s/ Meryl C. Governski_____
                                            Meryl C. Governski
                                            WILLKIE FARR & GALLAGHER LLP
                                            1875 K Street, N.W.
                                            Washington, DC 20006
                                            Telephone: (202) 303-1000
                                            Facsimile: (202) 303-2000
                                            mgovernski@willkie.com

                                            *Counsel to Ms. Ruby Freeman and Ms.*
                                            *Wandrea ArShaye "Shaye" Moss*