AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Ruby Freeman and Wandrea' Moss | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-mc-353 |
| Rudolph W. Giuliani | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Ruby Freeman and Wandrea' Moss.

Date: 08/27/2024

*Attorney's signature*

John Langford (JL-2367)
*Printed name and bar number*

82 Nassau Street, #601
New York, NY 10038

*Address*

john.langford@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(202) 769-3176
*FAX number*