UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBY FREEMAN and WANDREA' MOSS,

                Plaintiffs,

v.

RUDOLPH W. GIULIANI,

                Defendant.

No. 24-mc-00353-LJL

**NOTICE OF MOTION BY RUBY FREEMAN AND WANDREA' MOSS
TO ENFORCE JUDGMENT**

PLEASE TAKE NOTICE, that Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs"), pursuant to New York Civil Practice Law and Rules § 5225 and § 5228, Fed. R. Civ. P. 69, and upon the memorandum in support of this motion and supporting papers, move this Court for entry of the proposed order requiring Defendant Rudolph W. Giuliani to deliver to Plaintiffs the specific personal property in his possession listed in the proposed order and memorandum, and appointing Plaintiffs as receivers of certain specific property listed in the proposed order and memorandum.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 30, 2024<br>New York, New York | /s/ Aaron E. Nathan_____ |
| John Langford<br>Rachel Goodman<br>United to Protect Democracy<br>82 Nassau Street, #601<br>New York, NY 10038<br>(202) 579-4582<br>john.langford@protectdemocracy.org<br>rachel.goodman@protectdemocracy.org | Michael J. Gottlieb<br>Meryl C. Governski (admitted *pro hac vice*)<br>Willkie Farr & Gallagher LLP<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>mgottlieb@willkie.com<br>mgovernski@willkie.com |
| Christine Kwon<br>(*pro hac vice forthcoming*)<br>P.O. Box 341423<br>Los Angeles, CA 90034-9998<br>(202) 579-4582<br>christine.kwon@protectdemocracy.org | Aaron E. Nathan<br>M. Annie Houghton-Larsen<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000<br>anathan@willkie.com<br>mhougtonlarsen@willkie.com |
| Von DuBose (*pro hac vice forthcoming*)<br>DuBose Miller LLC<br>75 14th Street NE. Suite 2110<br>Atlanta, GA 30309<br>(404) 720-8111<br>dubose@dubosemiller.com |  |

*Attorneys for Plaintiffs Ruby Freeman and Wandrea' Moss*