# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUBY FREEMAN, et al.,

    Plaintiffs,

v.

RUDOLPH W. GIULIANI,

    Defendant.

Civil Action No. 21-3354 (BAH)

Judge Beryl A. Howell

**FILED**
DEC 15 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## VERDICT FORM

We, the Jury, unanimously find the following on the questions submitted to us:

**COMPENSATORY DAMAGES:**

**DEFAMATION CLAIM**

1. What amount of compensatory damages, if any, would fairly and reasonably compensate Ms. Freeman for defamation caused by Mr. Giuliani and his co-conspirators?

    AMOUNT: $ 16,171,000.00

2. What amount of compensatory damages, if any, would fairly and reasonably compensate Ms. Moss for defamation caused by Mr. Giuliani and his co-conspirators?

    AMOUNT: $ 16,998,000.00

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIM**

3. What amount of compensatory damages, if any, would fairly and reasonably compensate Ms. Freeman for emotional distress caused by Mr. Giuliani and his co-conspirators?

    AMOUNT: $ 20,000,000.00

4. What amount of compensatory damages, if any, would fairly and reasonably compensate Ms. Moss for emotional distress inflicted by Mr. Giuliani and his co-conspirators?

    AMOUNT: $ 20,000,000.00

**PUNITIVE DAMAGES:**

5. What amount of punitive damages, if any, should be awarded to Ms. Freeman and Ms. Moss for Mr. Giuliani's conduct?

    AMOUNT: $ 75,000,000.00

DATE and TIME: 12/15/23 3:35 PM

Signature of Foreperson