# EXHIBIT 3

# NYC DEPARTMENT OF FINANCE
# OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2003072800369001001E9EF6

## RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 4

**Document ID:** 2003072800369001  **Document Date:** 07-28-2003  **Preparation Date:** 07-28-2003
**Document Type:** INITIAL COOP UCC1     COOPERATIVE
**Document Page Count:** 2

**PRESENTER:**
MUTUAL ABSTRACT/ ROBERT SHULMAN, ESQ.
ATTORNEY SPECIAL ACCOUNT
132 NASSAU STREET, 812
NEW YORK, NY 10038
212-964-4686
INFO@MUTUALABSTRACT.COM

**RETURN TO:**
MUTUAL ABSTRACT/ ROBERT SHULMAN, ESQ.
ATTORNEY SPECIAL ACCOUNT
132 NASSAU STREET, 812
NEW YORK, NY 10038
212-964-4686
INFO@MUTUALABSTRACT.COM

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1381 | 1104 Entire Lot | 10W | 45 EAST 66 STREET |

**Property Type:** MULTIPLE RESIDENTIAL COOP UNIT

### CROSS REFERENCE DATA

CRFN _____ *or* Document ID _____ *or* Year ____ Reel ____ Page ____ *or* File Number _____

### PARTIES

**DEBTOR:**
RUDOLPH W. GIULIANI
45 EAST 66TH STREET, APT. 10W
NEW YORK, NY 10021

☒ Additional Parties Listed on Continuation Page

**SECURED PARTY:**
JPMORGAN CHASE BANK
20 SOUTH CLINTON AVENUE
ROCHESTER, NY 14604

### FEES AND TAXES

| Mortgage | | | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | Recording Fee: $ | 40.00 |
| Taxable Mortgage Amount: | $ 0.00 | Affidavit Fee: $ | 0.00 |
| Exemption: | | NYC Real Property Transfer Tax Filing Fee: $ | 0.00 |
| TAXES: | | NYS Real Estate Transfer Tax: $ | 0.00 |
| County (Basic): | $ 0.00 | | |
| City (Additional): | $ 0.00 | | |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed  07-29-2003 14:09
City Register File No.(CRFN): **2003000266724**

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2003072800369001001C9C76 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)    PAGE 2 OF 4**

| Document ID: 2003072800369001 | Document Date: 07-28-2003 | Preparation Date: 07-28-2003 |
|---|---|---|
| Document Type: INITIAL COOP UCC1 | | |

**PARTIES**
**DEBTOR:**
JUDITH S. GIULIANI
45 EAST 66TH STREET, APT. 10W
NEW YORK, NY 10021

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY    wᴅ

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
ROBERT SHULMAN, ESQ.  (212) 964-4686

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

MUTUAL ABSTRACT CORPORATION
132 NASSAU STREET, SUITE 812
NEW YORK, NY  10038-2400

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbrieviate or combine names

1a. ORGANIZATION'S NAME

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| GIULIANI | RUDOLPH | W. | |
| **1c. MAILING ADDRESS** | **CITY** | **STATE / POSTAL CODE** | **COUNTRY** |
| 45 EAST 66TH STREET, APT. 10W | NEW YORK | NY  10021- | |

1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any  ☐ NONE

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbrieviate or combine names

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| GIULIANI | JUDITH | S. | |
| **2c. MAILING ADDRESS** | **CITY** | **STATE / POSTAL CODE** | **COUNTRY** |
| 45 EAST 66TH STREET, APT. 10W | NEW YORK | NY  10021 | |

2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any  ☐ NONE

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
**JP MORGAN CHASE BANK**

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |
| **3c. MAILING ADDRESS** | **CITY** | **STATE / POSTAL CODE** | **COUNTRY** |
| 20 SOUTH CLINTON AVENUE | ROCHESTER | NY  14604- | |

**4. This FINANCING STATEMENT covers the following collateral:**

45 EAST 66TH STREET, APT. 10W

45 EAST 66TH OWNERS CORP.

ALL OF THE DEBTOR'S INTEREST IN 1430 SHARES OF STOCK IN, AND THE PROPRIETARY LEASE FOR APARTMENT(S) 10W WITH 45 EAST 66TH OWNERS CORP. AND ANY ADDITIONAL OR REPLACEMENT STOCK AND ANY LEASE AMENDMENTS OR REPLACEMENTS.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

6. ☒ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable]   7. Chect to REQUEST SEARCH REPORTS(S) on Debtor(s) [ADDITIONAL FEE]   ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
DG                                  [optional]   200307280036 9

FILING OFFICE COPY -- NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)    Prepared by Mutual Abstract Corporation

## UCC FINANCING STATEMENT COOPERATIVE ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME + PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

MUTUAL ABSTRACT CORP.
132 NASSAU STREET, SUITE 812
NEW YORK, NY 10038-2400

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. Complete EITHER 19a or 19b.**
19a. [X] This COOPERATIVE ADDENDUM accompanies a FINANCING STATEMENT.
19b. File Number assigned to the initial FINANCING STATEMENT:

**20. FIRST DEBTOR OF RECORD: (Complete either 20a or 20b, but not both)**

| 20b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| GIULIANI | RUDOLPH | W. | |

**21. FIRST SECURED PARTY OF RECORD: (Complete either 21a or 21b, but not both)**

21a. ORGANIZATION'S NAME: JP MORGAN CHASE BANK

**22. This COOPERATIVE ADDENDUM covers: (Check one.)**
[X] One COOPERATIVE INTEREST   [ ] More than one COOPERATIVE INTEREST

**23. Unit uses: (Check all that apply.)**
[X] Residential   [ ] Commercial   [ ] Parking
[ ] Storage   [ ] Other (If checked, complete 23a).

23a. Specify other Unit use(s):

**IMPORTANT:**
This COOPERATIVE ADDENDUM is for use when the collateral includes a COOPERATIVE INTEREST. Only as to collateral which is a COOPERATIVE INTEREST, but not as to other collateral, the initial FINANCING STATEMENT to which this COOPERATIVE ADDENDUM relates shall be effective for 50 years from the date of filing the initial FINANCING STATEMENT.

**24. COOPERATIVE UNIT REAL PROPERTY FILING DATA:**

24a. ADDRESS NUMBER and STREET: (One only)
45 EAST 66TH STREET

24b. COMMUNITY (e.g. City, Town, Village, or Borough):
NEW YORK

24c. COUNTY:
NEW YORK

24d. DISTRICT:

24e. SECTION:

24f. BLOCK:
1381

24g. LOT:
1104

24h. UNIT NUMBER(S) or DESIGNATION(S):
10W

**25. Name of the COOPERATIVE ORGANIZATION:**
45 EAST 66TH OWNERS CORP.

**26.** Complete if applicable. (if checked, complete 26a.)
[ ] The purpose of this COOPERATIVE ADDENDUM is to SUBORDINATE this security interest to another security interest in the same COOPERATIVE INTEREST.

26a. FILE NUMBER of security interest being given consensual priority:

**27. Check if Applicable:**
[ ] The security agreement provides for FUTURE ADVANCES.

**28. MISCELLANEOUS:**

NEW YORK UCC FINANCING STATEMENT COOPERATIVE ADDENDUM (FORM UCC1CAd) (REV. 6/14/01)