# EXHIBIT 5



Document title: 45 East 66th Street, 10W New York, New York, United States – Luxury Home For Sale
Capture URL: https://www.sothebysrealty.com/eng/sales/detail/180-l-1182-s4lfjd/45-east-66th-street-10w-lenox-hill-new-york-ny-10065
Capture timestamp (UTC): Fri, 23 Aug 2024 19:17:06 GMT
Page 1 of 6

By using this site, you agree with our use of cookies. Privacy Policy

OK    Manage Preferences

FLOORPLAN    11 PHOTOS

**LENOX HILL**

# 45 East 66th Street, 10W
# New York, New York, 10065 United States

11

| PRICE | BEDROOMS | BATHROOMS | FINANCIAL |
|---|---|---|---|
| $5,700,000 USD | 3 | 3 Full | Flip Tax: 2.5%<br>MT: $10,934<br>Max Financing: 50% |

**Serena Boardman**

SEND MESSAGE →

SAVE    SHARE    PRINT





## 45 East 66th Street

Designed by renowned architects Harde & Short in 1906 and classified as a landmark in 1977, 45 East 66th Street is distinctive for its magnificent gothic-inspired terra cotta and brick façade. Within a "monumentally exuberant" edifice, this splendid residence boasts bright, high-floor outlooks and an abundance of sunshine, high ceilings, and beautiful hardwood floors. Further, the thoughtful and inviting layout of the apartment is complemented by copious original detail, such as wood paneling, and leaded glass and 12-over-12

## Property details

**PROPERTY TYPE**
Co-op

**STATUS**
Available

**YEAR BUILT**
1906

**MARKETED BY**
Sotheby's International Realty

By using this site, you agree with our use of cookies. Privacy Policy

OK    Manage Preferences

edifice, this splendid residence boasts bright, high-floor outlooks and an abundance of sunshine, high ceilings, and beautiful hardwood floors. Further, the thoughtful and inviting layout of the apartment is complemented by copious original detail, such as wood paneling, and leaded-glass and 12-over-12 paned double-hung windows.

MARKETED BY

### Sotheby's International Realty - East Side Manhattan Brokerage

LEARN ABOUT COMPANY →

Accessed by a semi-private elevator landing, the welcoming, square Gallery

Show More

## Amenities & Lot Features

### Listing Details

**PROPERTY ID**
S4LFJD

**MLS#**
7644168

**LISTING PRICE**
$5,700,000

**PROPERTY TYPE**
Co-op Properties

**MARKETED BY**

### Utilities & Building

**YEAR BUILT**
1906

**FINANCIAL**
Flip Tax: 2.5%
MT: $10,934
Max Financing: 50%

**LOT SIZE UNIT**
Acre(s)

### Features

**AMENITIES**
Doorman, Granite Countertops, Library, 1 Fireplace

**FULL BATHROOMS**
3

**BEDROOMS**
3

**TOTAL ROOMS**
10

By using this site, you agree with our use of cookies. Privacy Policy

OK    Manage Preferences

| PROPERTY TYPE | Acre(s) | |
|---|---|---|
| Co-op Properties | | TOTAL ROOMS |
| | | 10 |
| MARKETED BY | | |
| Sotheby's International Realty - East Side Manhattan Brokerage | | |

VIEW MORE

# Serena Boardman

SENIOR GLOBAL REAL ESTATE ADVISOR, ASSOCIATE BROKER

O: +1 212.606.7611
O: +1 212.606.7660

Serena.Boardman@Sothebys.Realty

OFFICE

Sotheby's International Realty - East Side Manhattan Brokerage

650 Madison Avenue
New York, New York, 10022 United States

## Let's get in touch

First Name                Last Name

Email Address             Phone Number (Optional)

Message (Optional)

I'm Interested In The Property At 45 East 66th Street, 10W

By submitting this form, you acknowledge that you accept the Sotheby's International Realty Privacy Policy and Terms of Use.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SEND MESSAGE →

Yes, I would like more information from Sotheby's International Realty. Please use and/or share my information with a *Sotheby's International Realty* agent to contact me about my real estate needs.

By clicking SEND MESSAGE, I agree a *Sotheby's International Realty* Agent may contact me by phone or text message including by automated means about real estate services, and that I can access real estate services without providing my phone number. I acknowledge that I have read and agree to the Terms of Use and Privacy Policy

By using this site, you agree with our use of cookies. Privacy Policy    OK   Manage Preferences

# Real Estate Listings Near New York

New York Neighborhoods

| | |
|---|---|
| Manhattan | Downtown Manhattan |
| Midtown Manhattan | Upper East Side |
| Upper West Side | Upper Manhattan |
| Sutton Place | Murray Hill |
| Midtown West | Lincoln Square |

SEE ALL NEIGHBORHOODS IN NEW YORK →

## About Sotheby's International Realty Affiliates LLC

Founded in 1976 to provide independent brokerages with a powerful marketing and referral program for luxury listings, the Sotheby's International Realty network was designed to connect the finest independent real estate companies to the most prestigious clientele in the world. Sotheby's International Realty Affiliates LLC is a subsidiary of Anywhere Real Estate Inc. (NYSE: HOUS), a global leader in real estate franchising and provider of real estate brokerage, relocation and settlement services. In February 2004, Realogy entered into a long-term strategic alliance with Sotheby's, the operator of the auction house. The agreement provided for the licensing of the Sotheby's International Realty name and the development of a full franchise system. Affiliations in the system are granted only to brokerages and individuals meeting strict qualifications. Sotheby's International Realty Affiliates LLC supports its affiliates with a host of operational, marketing, recruiting, educational and business development resources. Franchise affiliates also benefit from an association with the venerable Sotheby's auction house, established in 1744.

## Sotheby's International Realty

CONTACT US →

COMPANY +

APPS +

SOTHEBY'S +

Facebook • X • Instagram • LinkedIn • YouTube • Pinterest • TikTok

DO NOT SELL OR SHARE MY PERSONAL INFORMATION

Sotheby's International Realty's commitment to fair housing laws, standard operating procedures, and reasonable accommodations.

English - United States

FAIR HOUSING STATEMENT | NEW YORK FAIR HOUSING STATEMENT | PRIVACY POLICY | TERMS OF USE | ACCESSIBILITY STATEMENT | DMCA NOTICE | CONTACT US | SITEMAP

Copyright © 2006-2024 Sotheby's International Realty Affiliates LLC. All Rights Reserved.

Document title: 45 East 66th Street, 10W New York, New York, United States – Luxury Home For Sale
Capture URL: https://www.sothebysrealty.com/eng/sales/detail/180-l-1182-s4lfjd/45-east-66th-street-10w-lenox-hill-new-york-ny-10065
Capture timestamp (UTC): Fri, 23 Aug 2024 19:17:06 GMT
Page 5 of 6

SEE ALL NEIGHBORHOODS IN NEW YORK ⟶

## About Sotheby's International Realty Affiliates LLC

Founded in 1976 to provide independent brokerages with a powerful marketing and referral program for luxury listings, the Sotheby's International Realty network was designed to connect the finest independent real estate companies to the most prestigious clientele in the world. Sotheby's International Realty Affiliates LLC is a subsidiary of Anywhere Real Estate Inc. (NYSE: HOUS), a global leader in real estate franchising and provider of real estate brokerage, relocation and settlement services. In February 2004, Realogy entered into a long-term strategic alliance with Sotheby's, the operator of the auction house. The agreement provided for the licensing of the Sotheby's International Realty name and the development of a full franchise system. Affiliations in the system are granted only to brokerages and individuals meeting strict qualifications. Sotheby's International Realty Affiliates LLC supports its affiliates with a host of operational, marketing, recruiting, educational and business development resources. Franchise affiliates also benefit from an association with the venerable Sotheby's auction house, established in 1744.

## Sotheby's International Realty

CONTACT US ⟶

COMPANY +

APPS +

SOTHEBY'S +

Facebook • X • Instagram • LinkedIn • YouTube • Pinterest • TikTok

DO NOT SELL OR SHARE MY PERSONAL INFORMATION

Sotheby's International Realty's commitment to fair housing laws, standard operating procedures, and reasonable accommodations.

🌐 English - United States

FAIR HOUSING STATEMENT | NEW YORK FAIR HOUSING STATEMENT | PRIVACY POLICY | TERMS OF USE | ACCESSIBILITY STATEMENT | DMCA NOTICE | CONTACT US | SITEMAP

Copyright © 2006-2024 Sotheby's International Realty Affiliates LLC. All Rights Reserved.

Texas Real Estate Commission Consumer Protection Notice

Sotheby's International Realty Affiliates LLC fully supports the principles of the Fair Housing Act and the Equal Opportunity Act. Each Office is Independently Owned and Operated. Sotheby's International Realty, the Sotheby's International Realty logo, "For the Ongoing Collection of Life" and RESIDE are registered (or unregistered) service marks owned or licensed to Sotheby's International Realty Affiliates LLC.

The information set forth on this site is based upon information which we consider reliable, but because it has been supplied by third parties to our franchisees (who in turn supplied it to us), we can not represent that it is accurate or complete, and it should not be relied upon as such. The offerings are subject to errors, omissions, changes, including price, or withdrawal without notice. All dimensions are approximate and have not been verified by the selling party and can not be verified by Sotheby's International Realty Affiliates LLC. It is recommended that you hire a professional in the business of determining dimensions, such as an appraiser, architect or civil engineer, to determine such information.

Texas Real Estate Commission Information About Brokerage Services

The data relating to real estate listings on this website comes in part from the Internet Data Exchange (IDX) program of Multiple Listing Service of Southern Arizona. IDX information is provided exclusively for consumers' personal, non-commercial use and may not be used for any purpose other than to identify prospective properties consumers may be interested in purchasing. Listings provided by brokerages other than [Russ Lyon Sotheby's International Realty] are identified with the MLSSAZ IDX Logo.
All Information Is Deemed Reliable But Is Not Guaranteed Accurate. Listing information Copyright 2024 MLS of Southern Arizona. All Rights Reserved.



SEND MESSA