# EXHIBIT 6


CFN 20200050873
OR BK 31212 PG 0648
RECORDED 02/07/2020 15:20:11
AMT 10.00
Doc Stamp 0.70
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0648 - 650; (3pgs)

This instrument prepared by and
should be returned to
Gregg S. Baker, Esq.
Corrigan, Baker & Levine, LLC
140 Grand Street, 8th Floor
White Plains, New York 10601

Parcel I.D. No.: 50-43-43-22-17-000-0310

## QUITCLAIM DEED

THIS QUITCLAIM DEED is made this 14. day of January, 2020, by RUDOLPH W. GIULIANI, whose mailing address is 45 East 66th Street, Apt. 10W, New York, New York 10065, and JUDITH S. GIULIANI, whose mailing address is 28 East 73rd Street, Apt. 6AB, New York, New York 10021 (hereinafter collectively called the "Grantor"), to RUDOLPH W. GIULIANI, whose mailing address is whose mailing address is 45 East 66th Street, Apt. 10W, New York, New York 10065 (hereinafter called the "Grantee").

W I T N E S S E T H:

Grantor, in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration paid by Grantee, the receipt and sufficiency of which are hereby acknowledged, by these presents does hereby grant, alien, remise, release, convey, confirm and quitclaim unto the Grantee, and Grantee's heirs and assigns forever, the following described land, situate, lying and being in Palm Beach County, Florida, to-wit:

> Apartment No. 5-D, THE SOUTHLAKE, a condominium,
> according to the Declaration of Condominium thereof, recorded in
> Official Records Book 1542, page 94, and amendments thereto, of
> the Public Records of Palm Beach County, Florida, together with
> an undivided interest in the common elements appurtenant thereto
> as set forth in said Declaration of Condominium.

This conveyance is subject to: restrictions, reservations, easements, covenants and limitations of record; zoning and/or other restrictions imposed by governmental authorities; and the covenants, conditions, liens, terms and other provisions set forth in the Declaration of Condominium described above.

TO HAVE AND TO HOLD the same, together with all hereditaments, easements and appurtenances pertaining to or benefiting the same, unto Grantee, and Grantee's heirs, successors and assigns in fee simple forever.

IN WITNESS WHEREOF, Grantor has executed this Quitclaim Deed as of the day and year first above written.

_____  _____
Rudolph W. Giuliani              Judith S. Giuliani

Signed, sealed and delivered in the presence of:

Witness Signatures:

_____  _____
Printed Name: Jaqueline BONJOVANI    Printed Name: EMERSON BARBOSA

STATE OF NEW YORK }
COUNTY OF NEW YORK } s.s.:

The foregoing instrument was acknowledged before me this 22nd day of January in 2020, by Rudolph W. Giuliani, who personally appeared before me and is personally known to me or produced a New York State driver's license as identification.

FAITH G. MILLER
Notary Public, State of New York
No. 4767648
Qualified in Westchester County
Commission Expires August 31, 2020

_____
Notary Public

COUNTRY: ENGLAND, UK }
COUNTY/PROVINCE: LONDON } s.s.:

The foregoing instrument was acknowledged before me this 14 day of January in 2020, by Judith S. Giuliani, who personally appeared before me and is personally known to me or produced a New York State driver's license as identification.

_____
Notary Public

Charles D. Guthrie LLB, TEP
**NOTARY PUBLIC**
Golden Cross House, 8 Duncannon Street,
London WC2N 4JF · info@NotaryPublic.London
0203 174 2458 / 07850 123 141
www.NotaryPublic.London

MY COMMISSION IS FOR LIFE
My Commission does not expire
Charles D. Guthrie LLB, TEP
NOTARY PUBLIC

NOT A CERTIFIED COPY

| | **APOSTILLE** | | |
|---|---|---|---|
| | (Convention de La Haye du 5 octobre 1961) | | |
| 1. | **Country:** <br> Pays / Pais: | United Kingdom of Great Britain and Northern Ireland | |
| | **This public document** <br> Le présent acte public / El presente documento público | | |
| 2. | **Has been signed by** <br> a été signé par <br> ha sido firmado por | Charles D Guthrie | |
| 3. | **Acting in the capacity of** <br> agissant en qualité de <br> quien actúa en calidad de | Notary Public | |
| 4. | **Bears the seal / stamp of** <br> est revêtu du sceau / timbre de <br> y está revestido del sello / timbre de | The Said Notary Public | |
| | **Certified** <br> Attesté / Certificado | | |
| 5. | **at** <br> á / en | London | 6. **the** <br> le / el día | 14 January 2020 |
| 7. | **by** <br> par / por | Her Majesty's Principal Secretary of State for Foreign and Commonwealth Affairs | |
| 8. | **Number** <br> sous no / bajo el numero | APO-1794820 | |
| 9. | **Seal / stamp** <br> Sceau / timbre <br> Sello / timbre | 10. **Signature** <br> Signature <br> Firma | A. Anwar <br> A·A |

This Apostille is not to be used in the UK and only confirms the authenticity of the signature, seal or stamp on the attached UK public document. It does not confirm the authenticity of the underlying document. Apostilles attached to documents that have been photocopied and certified in the UK confirm the signature of the UK official who conducted the certification only. It does not authenticate either the signature on the original document or the contents of the original document in any way.

If this document is to be used in a country not party to the Hague Convention of the 5th of October 1961, it should be presented to the consular section of the mission representing that country

To verify this apostille go to www.verifyapostille.service.gov.uk

NOT A CERTIFIED COPY