# EXHIBIT 8

## UNITED STATES BANKRUPTCY COURT

<u>SOUTHERN</u>  DISTRICT OF  <u>NEW YORK</u>

In Re. Rudolph W. Giuliani
    a/k/a Rudolph William Giuliani

§
§
§
§

Debtor(s)

Case No.  <u>23-12055</u>

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: <u>01/31/2024</u>

Petition Date: <u>12/21/2023</u>

Months Pending: <u>1</u>

Industry Classification: ☐ 0 ☐ ☐ ☐

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          <u>0</u>

Debtor's Full-Time Employees (as of date of order for relief):          <u>0</u>

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒     Statement of cash receipts and disbursements
☐     Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐     Statement of operations (profit or loss statement)
☐     Accounts receivable aging
☐     Postpetition liabilities aging
☐     Statement of capital assets
☐     Schedule of payments to professionals
☐     Schedule of payments to insiders
☒     All bank statements and bank reconciliations for the reporting period
☐     Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Joseph Ricci

Signature of Responsible Party

02/22/2024

Date

Joseph Ricci

Printed Name of Responsible Party

80 Orville Drive, Suite 100, Bohemia, NY 11716

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Rudolph W. Giuliani
              a/k/a Rudolph William Giuliani

Case No. 23-12055

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $123,643 | |
| b.   Total receipts (net of transfers between accounts) | $62,548 | $0 |
| c.   Total disbursements (net of transfers between accounts) | $117,070 | $0 |
| d.   Cash balance end of month (a+b-c) | $69,121 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $117,070 | $0 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $0 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.   Inventory   (Book ○  Market ○  Other ◉  (attach explanation)) | $0 |
| d   Total current assets | $0 |
| e.   Total assets | $0 |
| f.   Postpetition payables (excluding taxes) | $0 |
| g.   Postpetition payables past due (excluding taxes) | $0 |
| h.   Postpetition taxes payable | $0 |
| i.   Postpetition taxes past due | $0 |
| j.   Total postpetition debt (f+h) | $0 |
| k.   Prepetition secured debt | $0 |
| l.   Prepetition priority debt | $0 |
| m.   Prepetition unsecured debt | $0 |
| n.   Total liabilities (debt) (j+k+l+m) | $0 |
| o.   Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $5 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $5 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $0 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $0 | $0 |

Debtor's Name  Rudolph W. Giuliani
　　　　　　　a/k/a Rudolph William Giuliani

Case No.  23-12055

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Rudolph W. Giuliani
           a/k/a Rudolph William Giuliani                                Case No.  23-12055

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | | | | $0 | $0 | $0 | $0 |
| ii | | | | | | | |
| iii | | | | | | | |
| iv | | | | | | | |
| v | | | | | | | |
| vi | | | | | | | |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |

Debtor's Name  Rudolph W. Giuliani

a/k/a Rudolph William Giuliani

Case No.  23-12055

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name  Rudolph W. Giuliani                                    Case No.  23-12055
               a/k/a Rudolph William Giuliani

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Rudolph W. Giuliani                                      Case No.  23-12055
               a/k/a Rudolph William Giuliani

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○   No ◉

b.  Were any payments made outside the ordinary course of business               Yes ○   No ◉
    without court approval?  (if yes, see Instructions)

c.  Were any payments made to or on behalf of insiders?                          Yes ○   No ◉

d.  Are you current on postpetition tax return filings?                          Yes ◉   No ○

e.  Are you current on postpetition estimated tax payments?                      Yes ◉   No ○

f.  Were all trust fund taxes remitted on a current basis?                       Yes ◉   No ○

g.  Was there any postpetition borrowing, other than trade credit?              Yes ○   No ◉
    (if yes, see Instructions)

h.  Were all payments made to or on behalf of professionals approved by          Yes ○   No ○   N/A ◉
    the court?

i.  Do you have:        Worker's compensation insurance?                         Yes ○   No ◉

                        If yes, are your premiums current?          Yes ○   No ○   N/A ◉   (if no, see Instructions)

                        Casualty/property insurance?                            Yes ○   No ◉

                        If yes, are your premiums current?          Yes ○   No ○   N/A ◉   (if no, see Instructions)

                        General liability insurance?                            Yes ○   No ◉

                        If yes, are your premiums current?          Yes ○   No ○   N/A ◉   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?                      Yes ○   No ◉

k.  Has a disclosure statement been filed with the court?                        Yes ○   No ◉

l.  Are you current with quarterly U.S. Trustee fees as                          Yes ◉   No ○
    set forth under 28 U.S.C. § 1930?

| | | |
|---|---|---|
| Debtor's Name  Rudolph W. Giuliani | | Case No.  23-12055 |
| a/k/a Rudolph William Giuliani | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $62,548 |
| d. | Total income in the reporting period (a+b+c) | $62,548 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $117,080 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $117,080 |
| j. | Difference between total income and total expenses (d-i) | $-54,532 |
| k. | List the total amount of all postpetition debts that are past due | $5,000 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◉ No ○ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ◉ N/A ○ |

**Privacy Act Statement**
28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Joseph Ricci | Joseph Ricci |
| Signature of Responsible Party | Printed Name of Responsible Party |
| CPA | 02/22/2024 |
| Title | Date |

Debtor's Name  Rudolph W. Giuliani
         a/k/a Rudolph William Giuliani

Case No.  23-12055



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Rudolph W. Giuliani
           a/k/a Rudolph William Giuliani

Case No.  23-12055

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Rudolph W. Giuliani                                    Case No. 23-12055
          a/k/a Rudolph William Giuliani



PageThree

PageFour

RUDOLPH W. GIULIANI
STATEMENT OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024

| | 5812 CHECKING | 5812 SAVINGS | 1428 CHECKING * | 1428 CHECKING * | TOTAL |
|---|---|---|---|---|---|
| BALANCE 01/01/2024 | $ 105,546.44 | $ 351.88 | $ 17,718.66 | $ 25.64 | $123,642.62 |
| RECEIPTS: | | | | | |
| WITHDRAWAL FROM IRA ACCOUNT | 47,000.00 | - | - | - | 47,000.00 |
| SOCIAL SECURITY INCOME | - | - | 4,717.00 | - | 4,717.00 |
| CA INCOME TAX REFUND | 10,830.62 | - | - | - | 10,830.62 |
| TRANSFER IN (OUT) | 22,435.66 | - | (22,435.66) | - | - |
| INTEREST INCOME | 0.50 | 0.04 | 0.12 | - | 0.66 |
| | 80,266.78 | 0.04 | (17,718.54) | - | 62,548.28 |
| DISBURSEMENTS: | | | | | |
| CHECKS CLEARED | 93,436.73 | - | - | - | 93,436.73 |
| AMERICAN EXPRESS PAYMENTS | 22,910.97 | - | - | - | 22,910.97 |
| DISCOVER CARD PAYMENTS | 3,301.90 | - | - | - | |
| CON EDISON | 732.40 | - | - | - | 732.40 |
| | 120,382.00 | - | - | - | 117,080.10 |
| ENDING BALANCE 1/31/2024 | $ 65,431.22 | $ 351.92 | $ 0.12 | $ 25.64 | $ 69,110.80 |

* NOT INCLUDED IN DECEMBER 31, 2023 REPORTING

RUDOLPH W. GIULIANI
STATEMENT OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024

AMERICAN EXPRESS PAYMENTS

| DATE | AMOUNT |
|------|--------|
| 1/2/2024 | 7.99 |
| 1/2/2024 | 359.99 |
| 1/2/2024 | 690.93 |
| 1/2/2024 | 1,064.83 |
| 1/2/2024 | 1,105.00 |
| 1/2/2024 | 1,274.62 |
| 1/2/2024 | 1,398.48 |
| 1/10/2024 | 146.84 |
| 1/10/2024 | 617.22 |
| 1/10/2024 | 1,500.00 |
| 1/10/2024 | 3,429.32 |
| 1/22/2024 | 474.30 |
| 1/24/2024 | 108.86 |
| 1/26/2024 | 21.76 |
| 1/26/2024 | 28.32 |
| 1/26/2024 | 140.05 |
| 1/26/2024 | 166.76 |
| 1/26/2024 | 369.92 |
| 1/26/2024 | 1,019.76 |
| 1/26/2024 | 2,068.51 |
| 1/26/2024 | 4,821.59 |
| 1/26/2024 | 29.00 |
| 1/29/2024 | 1,000.00 |
| 1/31/2024 | 1,066.92 |
| | 22,910.97 |

RUDOLPH W. GIULIANI
STATEMENT OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024

DISCOVER PAYMENTS

| DATE | AMOUNT | VENDOR | CATEGORY |
|------|--------|--------|----------|
| 1/3/2024 | 70.00 | | MISC |
| 1/26/2024 | 3,231.90 | BALANCE | PRIOR BALANCE |
| | 3,301.90 | | |

RUDOLPH W. GIULIANI
STATEMENT OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024

| CK # | DATE | PAYEE | AMOUNT | |
|---|---|---|---|---|
| 2201 | 1/11/2024 | MORNING STAR SENIOR SOLUTIONS | 235.50 | NURSING FOR EX MOTHER-IN-LAW |
| 2232 | 1/11/2024 | THE SOUTHLAKE ASSOC | 15,995.43 | FLA MAINTENANCE |
| 2233 | 1/17/2024 | THE SOUTHLAKE ASSOC | 15,995.43 | FLA MAINTENANCE |
| 2229 | 1/17/2024 | COUNTRY MEADOWS | 27,379.08 | EX MOTHER-IN-LAW HOUSING |
| 2227 | 1/17/2024 | 45 E 66TH ST OWNERS ASSOC | 33,331.29 | NY MAINTENANCE |
| 2236 | 1/25/2024 | METROPOLITAC CLUB | 500.00 | CHRISTMAS FUND |
| | | | 93,436.73 | |

January 1 - January 31, 2024                                  Page 1 of 6
Citigold Account [____]5812
CPWM ACCOUNT [____]677

CITIGOLD SERVICES
PO Box 6201
Sioux Falls, SD 57117-6201
*Citigold Dedicated Servicing: 888-248-4465*
For banking, call your Relationship Manager:
*Jimmy Brey, 201-493-2073\**
For investments, call your Financial Advisor:
*James Nicoladis & Sean Broderick, 718-351-8679\**
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

RUDOLPH W. GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY    10065-6159

Your Citigold package Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency, LLC ("CLA"). In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc. The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 105,546.44 | 65,431.22 |
| **Savings** | | |
| Insured Money Market Accounts | 351.88 | 351.92 |
| **Citibank Total** | **$105,898.32** | **$65,783.14** |
| **Citi Personal Wealth Management Accounts [1]** | | |
| Total IRA Account Value [2] | 1,133,598.93 | 1,083,918.47 |
| **Citi Personal Wealth Management Total** | **$1,133,598.93** | **$1,083,918.47** |
| **Citigold Relationship Total** | **$1,239,497.25** | **$1,149,701.61** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.50 | 0.50 |
| **Savings** | | |
| Insured Money Market Accounts | 0.04 | 0.04 |
| **Citibank Total** | **$0.54** | **$0.54** |
| **Citi Personal Wealth Management Accounts [1]** | | |
| Total IRA Account Value [2] | 2,379.05 | 2,773.06 |
| **Citi Personal Wealth Management Total** | **$2,379.05** | **$2,773.06** |
| **Citigold Relationship Total** | **$2,379.59** | **$2,773.60** |

* To ensure quality service, calls are randomly monitored and may be recorded.

1 INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
- Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank
- Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank
- Subject to investment risk, including possible loss of the principal amount invested.

2 This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

January 1 - January 31, 2024
RUDOLPH W. GIULIANI
Citigold Account ⬤5812

Page 2 of 6

01G/51/54F000
0

## Messages From Citigold

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service).

## Citigold Account Package Fees

The Citigold Account Package requires a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. If you do not maintain a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts, your Citigold Account Package will be converted to a Citi Priority Account Package, and your accounts will be subject to the terms and conditions then in effect for that package. Other banks and ATM service providers may charge you a fee when you conduct a Citibank deposit account transaction using their ATMs. You will receive reimbursement from Citibank for ATM fees charged by other banks in any statement period where you are eligible for Citigold.

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

| Fees | Your Combined Balance Range $1,000,000-$1,999,999 |
|---|---|
| Monthly Service Fee | None |

## Checking

### Checking Activity

**Citigold Interest Checking  6791895812**

| Date | Description | | | | | | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/24 | Opening Balance | | | | | | | | 105,546.44 |
| 01/02/24 | ACH Electronic Debit AMERICAN EXPR ACH PMT M9800 1 | | | | | | 7.99 | | 105,538.45 |
| 01/02/24 | ACH Electronic Debit AMERICAN EXPR ACH PMT M2630 1 | | | | | | 359.99 | | 105,178.46 |
| 01/02/24 | ACH Electronic Debit ConEd of NY CHECK PYMT 000002202 | | | | | | 383.67 | | 104,794.79 |
| 01/02/24 | ACH Electronic Debit AMERICAN EXPR ACH PMT M6634 1 | | | | | | 690.93 | | 104,103.86 |
| 01/02/24 | ACH Electronic Debit AMERICAN EXPR ACH PMT M4250 1 | | | | | | 1,064.83 | | 103,039.03 |

## Checking

**Checking Activity Continued**

**Citigold Interest Checking ⬤5812** Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 01/02/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M1638 | 1,105.00 | | 101,934.03 |
| 01/02/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M8668 | 1,274.62 | | 100,659.41 |
| 01/02/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M1332 | 1,398.48 | | 99,260.93 |
| 01/03/24 | ACH Electronic Debit  DISCOVER       PAYMENTS | 70.00 | | 99,190.93 |
| 01/10/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M9196 | 146.84 | | 99,044.09 |
| 01/10/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M7446 | 617.22 | | 98,426.87 |
| 01/10/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M5110 | 1,500.00 | | 96,926.87 |
| 01/10/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M8272 | 3,429.32 | | 93,497.55 |
| 01/11/24 | Check # 2201 | 235.50 | | 93,262.05 |
| 01/11/24 | Check # 2232 | 77,266.62 | | 77,266.62 |
| 01/17/24 | Check # 2233 | 15,995.43 | | 61,271.19 |
| 01/17/24 | Check # 2229 | 27,379.08 | | 33,892.11 |
| 01/17/24 | Check # 2227 | 33,331.29 | | 560.82 |
| 01/22/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  W8506 | 474.30 | | 86.52 |
| 01/22/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  W7564 | 2,068.51 | | 1,981.99- |
| 01/22/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  W5470 | 4,821.59 | | 6,803.58- |
| 01/23/24 | Returned Insufficient Funds - ACH Txn | | 2,068.51 | 4,735.07- |
| 01/23/24 | Returned Insufficient Funds - ACH Txn | | 4,821.59 | 86.52 |
| 01/24/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M7116 | 108.86 | | 22.34- |
| 01/24/24 | ACH Electronic Debit  VERIZON        PAYMENTREC | 257.16 | | 279.50- |
| 01/24/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M8230 | 369.92 | | 649.42- |
| 01/24/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M4624 | 1,019.76 | | 1,669.18- |
| 01/24/24 | ACH Electronic Debit  AMERICAN EXPR  RETRY PYMT W7564 | 2,068.51 | | 3,737.69- |
| 01/24/24 | ACH Electronic Debit  AMERICAN EXPR  RETRY PYMT W5470 | 4,821.59 | | 8,559.28- |
| 01/25/24 | Returned Insufficient Funds - ACH Txn | | 257.16 | 8,302.12- |
| 01/25/24 | Returned Insufficient Funds - ACH Txn | | 369.92 | 7,932.20- |
| 01/25/24 | Returned Insufficient Funds - ACH Txn | | 1,019.76 | 6,912.44- |
| 01/25/24 | Returned Insufficient Funds - ACH Txn | | 2,068.51 | 4,843.93- |
| 01/25/24 | Returned Insufficient Funds - ACH Txn | | 4,821.59 | 22.34- |
| 01/25/24 | Transfer From Checking 02:03p #1474  CALL CENTER | | 22,435.66 | 22,413.32 |
| 01/25/24 | Check # 2236 | 500.00 | | 21,913.32 |

January 1 - January 31, 2024
RUDOLPH W. GIULIANI
Citigold Account ▬▬▬5812

Page 4 of 6

010R10AF000
0

## Checking   Continued

**Citigold Interest Checking** ▬▬▬5812

### Checking Activity Continued

| Date | Description | | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|---|
| 01/26/24 | ACH Electronic Credit ▬▬▬ PERSHING BROKERAGE | | | 47,000.00 | 68,913.32 |
| 01/26/24 | ACH Electronic Debit AMERICAN EXPR ACH PMT M7880 1 | | 21.76 | | 68,891.56 |
| 01/26/24 | ACH Electronic Debit AMERICAN EXPR ACH PMT M8898 1 | | 28.32 | | 68,863.24 |
| 01/26/24 | ACH Electronic Debit AMERICAN EXPR ACH PMT M8530 1 | | 140.05 | | 68,723.19 |
| 01/26/24 | ACH Electronic Debit AMERICAN EXPR ACH PMT M7226 1 | | 166.76 | | 68,556.43 |
| 01/26/24 | ACH Electronic Debit AMERICAN EXPR RETRY PYMT M8230 1 | | 369.92 | | 68,186.51 |
| 01/26/24 | ACH Electronic Debit AMERICAN EXPR RETRY PYMT M4624 1 | | 1,019.76 | | 67,166.75 |
| 01/26/24 | ACH Electronic Debit AMERICAN EXPR RETRY PYMT W7564 1 | | 2,068.51 | | 65,098.24 |
| 01/26/24 | ACH Electronic Debit DISCOVER ARC PAYMENTS 0000002237 | | 3,231.90 | | 61,866.34 |
| 01/26/24 | ACH Electronic Debit AMERICAN EXPR RETRY PYMT W5470 1 | | 4,821.59 | | 57,044.75 |
| 01/26/24 | ACH Electronic Debit AMERICAN EXPR ACH PMT M0352 1 | | 29.00 | | 57,015.75 |
| 01/29/24 | Deposit 02:33p Teller | | | 10,830.62 | 67,846.37 |
| 01/29/24 | ACH Electronic Debit ConEd of NY CHECK PYMT 000000234 | | 348.73 | | 67,497.64 |
| 01/29/24 | ACH Electronic Debit AMERICAN EXPR ACH PMT M8298 1 | | 1,000.00 | | 66,497.64 |
| 01/31/24 | ACH Electronic Debit AMERICAN EXPR ACH PMT M8164 1 | | 1,066.92 | | 65,430.72 |
| 01/31/24 | Interest paid for 31 days, Annual Percentage Yield Earned 0.01% | | | 0.50 | 65,431.22 |
| 01/31/24 | Total Subtracted/Added | | 135,809.04 | 95,693.82 | |
| 01/31/24 | Closing Balance | | | | 65,431.22 |

All transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

*Transactions and dates reflected are based on Eastern Time.*

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2201 | 01/11 | 235.50 | 2227* | 01/17 | 33,331.29 | 2229* | 01/17 | 27,379.08 | 2232* | 01/11 | 15,995.43 |
| 2233 | 01/17 | 15,995.43 | 2236* | 01/25 | 500.00 | | | | | | |

Number Checks Paid: 6    Totaling: $93,436.73

* indicates gap in check number sequence

January 1 - January 31, 2024

RUDOLPH W. GIULIANI
Citigold Account ▬▬5812

Page 5 of 6

## Savings

### Citi® Savings ▬▬5820

| Account Activity Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 01/01/24 | Opening Balance | | | 351.88 |
| 01/31/24 | Interest paid for 31 days, Annual Percentage Yield Earned 0.13% | | 0.04 | 351.92 |
| 01/31/24 | Closing Balance | | | 351.92 |

## Retirement Accounts

This reports your retirement account balances and activity from Jan. 1 through Jan. 31, 2024. Citibank, N.A. is the custodian of your Citibank IRA and the trustee of your Citibank Keogh Plan. Funds invested in your IRA/Keogh FDIC-insured accounts are held as deposits of Citibank, N.A. Securities transactions in the Citibank Keogh investment account are through Citigroup Global Markets Inc. ("CGMI"), member SIPC. If you maintain IRA/Keogh Plans through Citi Personal Wealth Management, the custodian of your IRA and the trustee of your Keogh Plan is Pershing LLC. Citibank, N.A. and CGMI are affiliated companies under the common control of Citigroup, Inc.

> INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
> - **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
> - **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
> - **Subject to investment risks, including possible loss of the principal amount invested.**

### Citi Personal Wealth Management Retirement Plans

| | CITI RETIREMENT ACCOUNT |
|---|---|
| Total CGMI Retirement Investments | $1,083,918.47 |

01/01R1/0-4F000
0

January 1 - January 31, 2024

RUDOLPH W. GIULIANI
Citigold Account

Page 6 of 6

■■■■5812

## Important Disclosures

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

**CITIBANK ACCOUNTS**
If the applicable summary on the statement has been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from that addressed(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:** deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions about Your Electronic Fund Transfers or International Citibank Global Transfers to a recipient located in a foreign country can or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient if that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her international account number and location where the funds were sent; and 3) the dollar amount of the transfer. We may ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**CHECKING PLUS DISCLOSURES**
**Disclosure of Annual Interest Rate and Variable Rate**
**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in your statement period. See your Client Manual for Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

**Finance Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the applicable Daily Periodic Rate, and then (2) multiplying each of the results by the applicable number of days in the billing period, and (3) adding these products together. (All of these numbers can be found divided by 365.) For Checking Plus, the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day of the billing cycle in which they are made. If payments by mail, you must include your account number and send your payment to Citibank, N.A., PO Box 78030, Phoenix, AZ 85062-8030.

**Payment Instructions:** You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to Citibank, N.A., PO Box 78030, Phoenix, AZ 85062-8003.

**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

**Request for Credit Balance Refunds:** If your balance reflects a credit balance and the amount is delinquent on that account. We will contact us to object to the amount.

You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill**
If you think there is an error on your statement, write to us at the address shown on the first page of your statement.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of the Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- We can apply any unpaid amount against your credit limit.
While the bill remains due and you are responsible for the remainder of your balance

You can contact us in question, or report you as delinquent on that amount.

This payment (Attn: Checking Plus).

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement. You will continue to receive your regular monthly billing statement.

Citibank credit cards are issued by Citibank, N.A. AAdvantage is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

Citibank is an Equal Housing Lender.


EQUAL HOUSING
LENDER

Citibank, N.A. Member FDIC

010/R1/0/AF000
0

RUDOLPH W. GIULIANI
010W - 18480580

45 E 66TH ST. Owners Assoc.

1-8/20 22

2227

Jan 5, 2024

$ 33,331.29/100

citibank

Citigold

CITIBANK, N.A.

P 2227

For Deposit Only
45 East 66 Owners Corp
1/16/2024
12300020
1/16/2024

RUDOLPH W. GIULIANI

1-8
210

2229

Date Jan. 5, 2024

Pay to the order of Country Meadows                    $27,379.08

Twenty seven thousand three hundred seventy nine and eight cents

citibank

Citigold

CITIBANK, N.A.

For _____

2229

ENDORSE HERE

Pay to the Order Of
WELLS FARGO BANK, N.A.
For Deposit Only
COUNTRY MEADOWS OF ALLENTOWN

CHECK HERE ↓

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

NAME OF FINANCIAL INSTITUTION

AT _____ DATE _____

□ CHECK HERE IF MOBILE DEPOSIT ONLY

RUDOLPH W. GIULIANI

2232

1-8/210 22

Date Jan 10, 2024

The Southlake Assoc. _____ | $ 15,995.49/00

Fifteen Thousand Nine Hundred Ninety Five Dollars Forty Nine Cents

citibank

Citigold

CITIBANK, N.A.

Rudolph W. Giuliani

2232

01/10/2024 3 43 00 PM E        JTEV . . .        0 14 . . .

NAME OF FINANCIAL INSTITUTION

RUDOLPH W. GIULIANI

2233

1-8/210

Jan. 12, 2024

The Southlake Assoc., Inc. — $ 15,995.83/100

Fifteen Thousand Nine Hundred Ninety Five Dollars and Eighty Three Cents

citibank     Citigold

CITIBANK, N A

6412

2233

01/16/2024 1 51 40 PI     0TEV1 5     14

IMAGE OF FINANCIAL INSTITUTION

RUDOLPH W. GIULIANI

630000

2236

Pay to the order of: Metropolitan Club

$500

Five Hundred

citibank

Citigold

CITIBANK, N.A.

2236    00000 50000

JPMORGANCHASE BK NA    CR TO NMD
012524    PAYEE ALL
REF RSVD

FOR MOBILE OR REMOTE DEPOSIT ONLY

RUDOLPH W. GIULIANI
5839

2201

1-0-22
210

Date *Dec. 21, 2023*

Pay to the
order of *Morningstar Senior Solutions*   | $235.59/100

*Two hundred + thirty five dollars + fifty cents* ————— Dollars

citibank

Citigold

CITIBANK, N.A.

*Rudolph W. Giuliani*

For

ı⁰ 2208

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
AT
NAME OF FINANCIAL INSTITUTION
DATE
FOR Deposit Only
Acct
MORNINGSTAR SENIOR
SOLUTIONS INC OF
2024-01-10

JUDITH S GIULIANI
RUDOLPH W GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY   10065-6159

**January 1 - January 31, 2024**
**Citigold Account**   19639

Page 1 of 4

CITIGOLD SERVICES
PO Box 6201
Sioux Falls, SD 57117-6201
*Citigold Dedicated Servicing:* 888-248-4465
For banking, call your Relationship Manager:
  *Wasih Puri,* 212-559-9124*
For investments, call your Financial Advisor:
  *James Nicolaidis & Sean Broderick,* 718-351-8679*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

Your Citigold package Account Statement. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| Checking | | |
| Checking | 25.64 | 25.64 |
| **Citigold Relationship Total** | **$25.64** | **$25.64** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| Checking | | |
| Checking | 0.00 | 0.00 |
| **Citigold Relationship Total** | **$0.00** | **$0.00** |

* To ensure quality service, calls are randomly monitored and may be recorded.

| Messages From Citigold |
|---|
| If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service). |

01/0/1/0/4F000
0
8
0
0

01Q/R1/04F000
0

January 1 - January 31, 2024          Page 2 of 4
JUDITH S GIULIANI, RUDOLPH W GIULIANI
Citigold Accoun          9639

## Citigold Account Package Fees

The Citigold Account Package requires a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. If you do not maintain a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts, your Citigold Account Package will be converted to a Citi Priority Account Package, and your accounts will be subject to the terms and conditions then in effect for that package. Other banks and ATM service providers may charge you a fee when you conduct a Citibank deposit account transaction using their ATMs. You will receive reimbursement from Citibank for ATM fees charged by other banks in any statement period where you are eligible for Citigold.

| Fees | Your Combined Balance Range $0-$1,499 |
|------|---------------------------------------|
| Monthly Service Fee | None |

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## Checking

Checking Activity

**Citigold Interest Checking** ⬛9639

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 01/01/24 | Opening Balance | | | 25.64 |
| 01/31/24 | Closing Balance | | | 25.64 |

010/R1/04F000
0

F000
0

January 1 - January 31, 2024          Page 3 of 4
JUDITH S GIULIANI, RUDOLPH W GIULIANI
Citigold Account          9639

**Important Disclosures**
Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
The following bank deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
The following special procedures apply to errors or questions about international wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013: Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number, 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**IRA AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CHECKING PLUS DISCLOSURES**
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
**Interest Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
**Payment Instructions:** You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003
**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.
**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.
You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement.**
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).
In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of the Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.**



Citibank, N.A. Member FDIC

01G/R1/04F000
0

**January 1 - January 31, 2024**                    Page 4 of 4
JUDITH S GIULIANI, RUDOLPH W GIULIANI
Citigold Account          9639

**This page has been intentionally left blank.**

0101R1L04F000
0

January 1 - January 31, 2024
Citigold Account ████428

Page 1 of 4

CITIGOLD SERVICES
PO Box 6201
Sioux Falls, SD 57117-6201

*Citigold Dedicated Servicing: 888-248-4465*
For banking, call your Relationship Manager:
  Jimmy Bray, 201-493-2073*
For investments, call your Financial Advisor:
  James Nicolaidis & Sean Broderick, 718-351-8679*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

RUDOLPH W. GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY        10065-6159

Your Citigold package Account Statement. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| Checking | | |
| Checking | 17,718.66 | 0.12 |
| **Citigold Relationship Total** | **$17,718.66** | **$0.12** |

* To ensure quality service, calls are randomly monitored and may be recorded.

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| Checking | | |
| Checking | 0.12 | 0.12 |
| **Citigold Relationship Total** | **$0.12** | **$0.12** |

**Messages From Citigold**

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service).

January 1 - January 31, 2024
RUDOLPH W. GIULIANI
Citigold Account ⬤428

Page 2 of 4

010/R1/04/0000
0

## Citigold Account Package Fees

The Citigold Account Package requires a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. If you do not maintain a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts, your Citigold Account Package will be converted to a Citi Priority Account Package, and your accounts will be subject to the terms and conditions then in effect for that package. Other banks and ATM service providers may charge you a fee when you conduct a Citibank deposit account transaction using their ATMs. You will receive reimbursement from Citibank for ATM fees charged by other banks in any statement period where you are eligible for Citigold.

| Fees | Your Combined Balance Range $10,000-$24,999 |
|---|---|
| Monthly Service Fee | None |

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## Checking

Checking Activity

**Citigold Interest Checking ⬤428**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 01/01/24 | Opening Balance | | | 17,718.66 |
| 01/24/24 | ACH Electronic Credit XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 22,435.66 |
| 01/25/24 | Transfer to Checking 02:03p #1474  CALL CENTER      Reference # 564598 | 22,435.66 | | 0.00 |
| 01/31/24 | Interest paid for 31 days,  Annual Percentage Yield Earned 0.01% | | 0.12 | 0.12 |
| | Total Subtracted/Added | 22,435.66 | 4,717.12 | |
| 01/31/24 | Closing Balance | | | 0.12 |

*All transaction times and dates reflected are based on Eastern Time.*

January 1 - January 31, 2024

RUDOLPH W. GIULIANI

Citigold Account ▮▮▮ 428

Page 3 of 4

## Important Disclosures

Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.

### CITIBANK ACCOUNTS

The products reported on this statement have been combined onto one monthly statement. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the address(es) on the first page.

### CHECKING AND SAVINGS

**FDIC Insurance:**

The following bank deposits are FDIC Insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.

### CERTIFICATES OF DEPOSIT

Certificates of Deposit (CD) information may show dashes in certain fields (if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

### IN CASE OF ERRORS

**In Case of Errors or Questions about Your Electronic Fund Transfers:**

If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You are entitled to remedies for your error or resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

Give us the following information: (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The following special procedures apply to errors or questions about International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013: You are entitled to a statement of your rights shown in the Customer Service Information on your statement. You must hear from us within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask you to provide the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; and 4) a description of the error or why you need additional information. You may also ask us to select a choice of remedy, although we may need to contact you to resolve the error or alternatively, as a result of the transfer in an amount necessary to resolve the error for those cases where bank error is found. We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Citibank Keogh Plan.

IRAs AND KEOGH Plans Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

### CHECKING PLUS DISCLOSURES

**Checking Plus Line of Credit - Fixed Rate and Variable Rate**

Average Daily Balance: The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day they are received. We add this up for each day in the statement period. This gives you the daily balance. Then we add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charge: The Interest Charge is computed by applying the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and subtract any payments or credits and any unpaid Interest Charges or other fees and charges. This gives us the daily balance. We multiply each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is shown as the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) Note: To get the corresponding Annual Percentage Rate, multiply each Daily Periodic Rate by 365 or 366. Interest Charges are assessed on each day of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Payment Instructions: You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: Citibank, N.A., P.O. Box 790040, St. Louis, MO 63179-0040.

Other Information: Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

Request for Credit Balance Refunds: If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement. You are entitled to remedies for your error or resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement:

If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### CREDIT CARDS

Information about your Citibank credit card account(s) on this statement is summary information of your last credit card statement. Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

Citibank is an Equal Housing Lender.

Citibank, N.A. Member FDIC

EQUAL HOUSING LENDER

010R1A4F000 0

Page 4 of 4

**January 1 - January 31, 2024**
RUDOLPH W. GIULIANI
Citigold Account          428

**This page has been intentionally left blank.**