# EXHIBIT 11

Willkie Farr & Gallagher LLP
ATTN: Aaron Nathan & M. Annie Houghton-Larsen
787 Seventh Avenue
New York, NY 10019-6099

Rudolph W. Giuliani
45 East 66th Street, Apt 10W
New York, NY 10065

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Certified Mail Fee: $
Extra Services & Fees (check box, add fee as appropriate):
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage: $
Total Postage and Fees: $

Sent To: RUDOLPH W. GIULIANI
Street and Apt. No., or PO Box No.: 45 E. 66TH ST. APT 10W
City, State, ZIP+4: NEW YORK, NY 10065

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

Postmark Here: A. Nathan

9589 0710 5270 0859 6279 36

CERTIFIED MAIL
OFFICIAL USE

---

neopost
08/05/2024
US POSTAGE $010.99
ZIP 10019
041M12251502
FIRST-CLASS MAIL

## Certified Mail Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Rudolph W. Giuliani
   45 East 66th Street, Apt 10W
   New York, NY 10065

   9590 9402 7399 2055 7820 38

2. Article Number (Transfer from service label)

   9589 0710 5270 0859 6279 36

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ [ ]ail
   ☐ [ ]ail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**Certified Mail service pro**[vides:]
- A receipt (this portion of the Certified Mail la[bel])
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempt[ed] delivery.
- A record of delivery (including the recipient'[s] signature) that is retained by the Postal Serv[ice] for a specified period.

**Important Reminders:**
- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Servic[e,] or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purc[hase] with Certified Mail service. However, the pur[chase] of Certified Mail service does not change the insurance coverage automatically included w[ith] certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may requ[est] the following services:
  - Return receipt service, which provides a re[cord] of delivery (including the recipient's signatu[re.] You can request a hardcopy return receipt [or an] electronic version. For a hardcopy return re[ceipt,] complete PS Form 3811, *Domestic Return* [Receipt]; attach PS Form 3811 to your mail[piece.]

PS Form **3800**, January 2023 (Reverse) PSN 75[30-...]