# EXHIBIT 12

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHEAST, MID-ATLANTIC, AND NORTH…

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9589071052700859627936

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:03 pm on August 7, 2024 in NEW YORK, NY 10065.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

NEW YORK, NY 10065
August 7, 2024, 1:03 pm

Feedback

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs