# EXHIBIT 15

Giuliani Communications, LLC

445 Park Avenue 18th Floor

New York, New York

10022

This agreement is between Rudolph Giuliani, aka Giuliani Communications, LLC, and Darron Burke, aka Burke Brands.

Rudolph Giuliani through Burke Brands will promote Rudy coffee. Burke brands will assist with developing marketing materials.

The attached spreadsheet shows the net profit for 32 oz whole bean is $5.039, 64 0z whole bean is $10.285, 76 oz is $14.284.

Giuliani will be entitled to 80% of net profit of each sale of Rudy Coffee.

By the 15th of each month the profit share will be distributed from the prior month.

Payment will be wired to :

Giuliani Communications, LLC

Parkside Financial Bank and Trust

8112 Maryland Ave. Suite 101

St. Louis, MO 63105

Account 8137580

ABA 081019405

_____  April 23, 2024
Rudolph Giuliani                Date

_____  04/23/2024
Darron Burke                    Date