# EXHIBIT 16

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RUDOLPH W. GIULIANI
a/k/a Rudolph William Giuliani

      Debtor.

Chapter 11

Case No. 23-12055(SHL)

## Declaration of Rudolph W. Giuliani

Pursuant to 28 U.S.C. §1746, I, Rudolph W. Giuliani, under penalties of perjury declare and state as follows:

1. I am the debtor in this case.

2. I am fully familiar with the facts and circumstances as set forth herein.

3. The following are all disbursements from April 1, 2024 to August 2, 2024, the date of the Order of the Court (I) Dismissing the Chapter 11 Case, (II) Establishing Procedures for the Allowance and Payment of Professional Fees; and (III) Granting Related Relief.

4. **From Citibank Account Number: xxxx1428:**

a. <u>April 1, 2024 to April 30, 2024:</u>

None.

b. <u>May 1, 2024 to May 31, 2024:</u>

None.

c. <u>June 1, 2024 to June 30, 2024:</u>

None.

d. <u>July 1, 2024 to July 31, 2024:</u>

None.

e. August 1, 2024 to August 2, 2024:

None.

**5.    From Citibank Account Number: xxxx5812:**

a. April 1, 2024 to April 30, 2024:

| Date | Description | Amount |
|---|---|---|
| 04/01/24 | Debit Card Purchase 03/28 09:06p #1472  APPLE.COM/BILL  866-712-7753 CA 24089 | 125.20 |
| 04/02/24 | Mobile Purchase Sign Based 03/31 02:58p #1472  Prime Video Channels  amzn.com/bill WA 24092 | 1.99 |
| 04/02/24 | Mobile Purchase Sign Based 03/29 10:10p #1472  Prime Video Channels  amzn.com/bill WA 24090 | 3.49 |
| 04/02/24 | Mobile Purchase Sign Based 03/29 09:33a #1472  AMZN Mktp US*RA4UK2TE1 Amzn.com/bill WA 24090  Specialty Retail stores | 18.50 |
| 04/02/24 | Mobile Purchase Sign Based 03/29 09:32a #1472  AMAZON RET* 111-615221 SEATTLE  WA 24090  Retail stores | 42.40 |
| 04/02/24 | Debit Card Purchase 03/31 #1472  AMAZON GROCE*RA67N8X71 SEATTLE  WA 24092  Food & Beverages | 163.16 |
| 04/03/24 | Mobile Purchase Sign Based 04/01 07:23a #1472  Amazon Tips*YS6KQ3AJ3 Amzn.com/bill WA 24093  Specialty Retail stores | 10.00 |
| 04/03/24 | Debit Card Purchase 04/01 11:47a #1472  IN *SKYLINE SOLUTIONS 917-7313543 NY 24093  Misc Transportation | 1,600.00 |
| 04/04/24 | Debit Card Purchase 04/02 04:30p #1472  CURB NYC TAXI  QUEENS  NY 24094  Misc Transportation | 24.00 |
| 04/04/24 | Mobile Purchase Sign Based 04/02 01:24p #1472  Amazon.com*SH4F2SU93  Amzn.com/bill WA 24094  Specialty Retail stores | 112.99 |
| 04/04/24 | Check # 2244 | 10,000.00 |
| 04/05/24 | ACH Electronic Debit  ConEd of NY  CHECK PYMT 0000002245 | 502.38 |
| 04/05/24 | Mobile Purchase Sign Based 04/04 #1472  AMZN Mktp US*RR2BC4AY3 Amzn.com/bill WA 24095  Specialty Retail stores | 35.91 |
| 04/05/24 | Debit Card Purchase 04/03 05:12p #1472  TST* BAR ITALIA  New York  NY 24095  Restaurant/Bar | 200.00 |
| 04/08/24 | Debit Card Purchase 04/04 07:18p #1472  B&H PHOTO 800-606-6969 NEW YORK  NY 24096  Specialty Retail stores | 218.76 |
| 04/08/24 | Debit Card Purchase 04/04 01:40p #1472  B&H PHOTO 800-606-6969 NEW YORK  NY 24096  Specialty Retail stores | 505.90 |
| 04/09/24 | Debit Card Purchase Return 04/05 #1472  B&H PHOTO 800-606-6969 NEW YORK  NY 24097  Specialty Retail stores | |
| 04/09/24 | Debit Card Purchase 04/07 09:19a #1472  APPLE.COM/BILL  866-712-7753 CA 24099 | 3.24 |
| 04/09/24 | Debit Card Purchase 04/07 06:52p #1472  BETHLEHEM VILLAGE STOR BETHLEHEM  NH 24099  Food & Beverages | 16.70 |
| 04/09/24 | Debit Card Purchase 04/05 10:13a #1472  MCDONALD'S F7474  DARIEN  CT 24097  Restaurant/Bar | 18.01 |
| 04/09/24 | Debit Card Purchase 04/04 09:09a #1472  GO GREEN DRY CLEANERS PALM BEACH  FL 24097  Misc Personal Services | 24.13 |
| 04/09/24 | Debit Card Purchase 04/04 03:38p #1472  MARIELLA PIZZA  NEW YORK  NY 24097  Restaurant/Bar | 102.95 |
| 04/09/24 | Mobile Purchase Sign Based 04/07 04:55p #1472  Amazon.com*UE7UC8QA3  Amzn.com/bill WA 24099  Food & Beverages | 149.19 |
| 04/10/24 | Mobile Purchase Sign Based 04/08 06:28p #1472  Amazon Tips*I93IY7UC3 Amzn.com/bill WA 24100  Specialty Retail stores | 5.00 |
| 04/10/24 | Debit Card Purchase 04/08 04:17a #1472  APPLE.COM/BILL  866-712-7753 CA 24100 | 9.99 |

*The remainder of this page is intentionally left blank.*

| Date | Description | Amount Subtracted |
|---|---|---|
| 04/10/24 | Debit Card Purchase 04/07 09:21p #1472 B&H PHOTO 800-606-6969 NEW YORK NY 24100<br>Specialty Retail stores | 59.88 |
| 04/11/24 | Debit Card Purchase 04/09 10:03p #1472 JETS PIZZA - NY-003 NEW YORK NY 24101<br>Restaurant/Bar | 41.81 |
| 04/12/24 | Mobile Purchase Sign Based 04/10 10:59p #1472 Prime Video Channels amzn.com/bill WA 24102 | 8.99 |
| 04/12/24 | Mobile Purchase Sign Based 04/10 12:03a #1472<br>AMZN Mktp US*H483E7J33 Amzn.com/bill WA 24102<br>Specialty Retail stores | 16.32 |
| 04/12/24 | Mobile Purchase Sign Based 04/10 02:42a #1472<br>AMZN Mktp US*7F5BL7WI3 Amzn.com/bill WA 24102<br>Specialty Retail stores | 105.48 |
| 04/15/24 | Debit Card Purchase 04/10 12:26p #1472 APPLE.COM/BILL 866-712-7753 CA 24103 | 9.99 |
| 04/15/24 | Debit Card Purchase 04/10 08:45p #1472 WIFIONBOARD INTELSAT.COM IL 24103<br>Misc Business Services | 15.00 |
| 04/16/24 | Mobile Purchase Sign Based 04/14 09:41a #1472<br>Amazon Tips*WG3PN6KR3 Amzn.com/bill WA 24106<br>Specialty Retail stores | 10.00 |
| 04/16/24 | Mobile Purchase Sign Based 04/14 10:24p #1472<br>AMZN Mktp US*HB0VU6TP3 Amzn.com/bill WA 24106<br>Specialty Retail stores | 20.16 |
| 04/16/24 | Mobile Purchase Sign Based 04/13 11:14a #1472<br>AMZN Mktp US*4V6WM4PX3 Amzn.com/bill WA 24105<br>Specialty Retail stores | 32.65 |
| 04/16/24 | Debit Card Purchase 04/14 11:14a #1472 B&H PHOTO 800-606-6969 NEW YORK NY 24106<br>Specialty Retail stores | 59.87 |
| 04/16/24 | Debit Card Purchase 04/14 11:23a #1472 B&H PHOTO 800-606-6969 NEW YORK NY 24106<br>Specialty Retail stores | 59.88 |
| 04/16/24 | Debit Card Purchase 04/12 06:19p #1472 PATSYS 60TH STREET NEW YORK NY 24104<br>Restaurant/Bar | 132.31 |
| 04/16/24 | Debit Card Purchase 04/13 #1472 AMAZON GROCE*BG82H4Q13 SEATTLE WA 24106<br>Food & Beverages | 167.83 |
| 04/17/24 | Mobile Purchase Sign Based 04/13 11:32a #1472<br>AMZN Mktp US*7O35J0Y63 Amzn.com/bill WA 24107<br>Specialty Retail stores | 27.48 |
| 04/17/24 | Mobile Purchase Sign Based 04/15 04:14p #1472<br>AMAZON MAR* 111-650661 SEATTLE WA 24107<br>Specialty Retail stores | 51.16 |

| Date | Description | Amount Subtracted |
|---|---|---|
| 04/18/24 | Debit Card Purchase 04/15 04:21p #1472 NYC TAXI 1246 12460010 LONG ISLAND C NY 24108<br>Misc Transportation | 17.80 |
| 04/18/24 | Debit Card Purchase 04/16 #1472 AMAZON GROCE*KC2BO4LY3 SEATTLE WA 24108<br>Food & Beverages | 111.90 |

*The remainder of this page is intentionally left blank.*

| Date | Description | |
|---|---|---|
| 04/19/24 | ACH Electronic Debit  AT&T Services  PAYMENTS  0000002250 | 15.29 |
| 04/19/24 | Mobile Purchase Sign Based 04/17 01:30p #1472<br>AMAZON PRIME*LR83V6S63 888-802-3080 WA 24109 | 0.49 |
| 04/19/24 | Mobile Purchase Sign Based 04/17 05:17p #1472<br>Amazon Tips*5Y46H10X3  Amzn.com/bill WA 24109<br>Specialty Retail stores | 7.00 |
| 04/19/24 | Debit Card Purchase 04/17 07:57p #1472  APPLE.COM/BILL  866-712-7753 CA 24109 | 9.23 |
| 04/19/24 | Mobile Purchase Sign Based 04/16 12:42p #1472<br>AMZN Mktp US*680TT3DV3 Amzn.com/bill WA 24109<br>Specialty Retail stores | 41.35 |
| 04/19/24 | Mobile Purchase Sign Based 04/17 02:05p #1472<br>AMZN Mktp US*039Q92433 Amzn.com/bill WA 24109<br>Specialty Retail stores | 115.86 |
| 04/19/24 | Debit Card Purchase 04/17 02:57p #1472  B&H PHOTO 800-606-6969 NEW YORK  NY 24109 | 195.98 |
| 04/19/24 | Cash Withdrawal 09:25a #1472  ATM RT.1s MERRITT PKWY  GREENWICH  00TUS0s1 | 200.00 |
| 04/22/24 | Debit Card Purchase 04/17 10:23p #1472  APPLE.COM/BILL  866-712-7753 CA 24110 | 9.79 |
| 04/22/24 | Debit Card Purchase 04/18 05:36p #1472  METRO INTEGRATIVE PHAR NEW YORK  NY 24110<br>Food & Beverages | 127.25 |
| 04/22/24 | Check # 2242 | 11,000.00 |
| 04/23/24 | Mobile Purchase Sign Based 04/20 08:11p #1472<br>AMAZON PRIME*NC9DM12Q3 888-802-3080  WA 24112 | 3.99 |
| 04/23/24 | Debit Card Purchase 04/19 09:28a #1472  DUNKIN #349416  GREENWICH  CT 24111<br>Restaurant/Bar | 13.49 |
| 04/23/24 | Mobile Purchase Sign Based 04/20 01:54a #1472<br>AMZN Mktp US*1A6GQ6D23 Amzn.com/bill WA 24112<br>Specialty Retail stores | 21.38 |
| 04/23/24 | Mobile Purchase Sign Based 04/20 01:04p #1472<br>Amazon.com*7F4RV40E3  Amzn.com/bill WA 24112<br>Specialty Retail stores | 21.70 |
| 04/23/24 | Debit Card Purchase 04/20 07:41p #1472  LONGHORN STEAK 0125141 MANCHESTER  NH 24113<br>Restaurant/Bar | 73.12 |
| 04/23/24 | Check # 2252 | 148.52 |
| 04/24/24 | ACH Electronic Debit  VERIZON  PAYMENTREC | 256.79 |
| 04/24/24 | Mobile Purchase Sign Based 04/22 11:54a #1472<br>AMAZON PRIME*E12XG8WA3 888-802-3080 WA 24114 | 11.99 |

| Date | Description | Amount Subtracted |
|---|---|---|
| 04/24/24 | Debit Card Purchase 04/22 10:29a #1472  AUNTIE ANNE'S CHARLTON SUDBURRY  MA 24114<br>Restaurant/Bar | 26.91 |
| 04/24/24 | Mobile Purchase Sign Based 04/19 11:05p #1472<br>AMZN Mktp US*UT0QX4KC3 Amzn.com/bill WA 24114<br>Specialty Retail stores | 33.18 |
| 04/24/24 | Debit Card Purchase 04/21 06:18p #1472  CARMELINAS  BOSTON  MA 24114<br>Restaurant/Bar | 140.40 |
| 04/25/24 | Mobile Purchase Sign Based 04/23 05:56p #1472  Prime Video Channels  amzn.com/bill WA 24115 | 7.99 |
| 04/25/24 | Mobile Purchase Sign Based 04/23 04:18p #1472<br>AMAZON MAR* 112-228736 SEATTLE  WA 24115<br>Specialty Retail stores | 97.97 |
| 04/25/24 | Debit Card Purchase 04/23 #1472  AMAZON GROCE*KL5QO8DJ3 SEATTLE  WA 24115<br>Food & Beverages | 211.45 |
| 04/25/24 | Check # 2254 | 900.00 |
| 04/25/24 | Check # 2249 | 1,355.00 |
| 04/26/24 | Debit Card Purchase 04/23 10:39p #1472  APPLE.COM/BILL  CUPERTINO  CA 24116<br>Specialty Retail stores | 1.62 |
| 04/26/24 | Mobile Purchase Sign Based 04/24 08:06p #1472<br>Amazon Tips*3W1L72SO3  Amzn.com/bill WA 24116<br>Specialty Retail stores | 10.00 |
| 04/26/24 | Debit Card Purchase 04/24 11:03a #1472  METRO INTEGRATIVE PHAR NEW YORK  NY 24116<br>Food & Beverages | 43.99 |
| 04/26/24 | Debit Card Purchase 04/24 05:18p #1472  COMCAST/XFINITY  800-266-2278 FL 24116<br>Phones, Cable & Utilities | 185.00 |
| 04/29/24 | Debit Card Purchase 04/24 07:27a #1472  APPLE.COM/BILL  866-712-7753 CA 24117 | 40.27 |
| 04/29/24 | Debit Card Purchase 04/24 05:36p #1472  ATT* BILL PAYMENT  DALLAS  TX 24117<br>Phones, Cable & Utilities | 243.47 |
| 04/30/24 | Mobile Purchase Sign Based 04/27 03:25p #1472  Prime Video Channels  amzn.com/bill WA 24119 | 6.99 |
| 04/30/24 | Debit Card Purchase 04/26 08:31a #1472  CROSSIAN* DENILUXE.COM LEWES  DE 24118<br>Misc Business Services | 48.87 |

b. May 1, 2024 to May 31, 2024:

| Date | Description | Amount |
|---|---|---|
| 05/01/24 | Mobile Purchase Sign Based 04/29 10:33p #1472  Prime Video Channels  amzn.com/bill WA 24121 | 4.99 |
| 05/01/24 | Debit Card Purchase 04/29 01:46p #1472  MERRY MAIDS #1319  561-493-8455 FL 24121  Misc Business Services | 195.00 |
| 05/01/24 | Debit Card Purchase 04/29 07:30p #1472  PUBLIX #1395  PALM BEACH  FL 24121  Food & Beverages | 233.30 |
| 05/02/24 | Mobile Purchase Sign Based 04/30 03:42p #1472  Prime Video Channels  amzn.com/bill WA 24122 | 1.99 |
| 05/02/24 | Debit Card Purchase 04/30 10:31a #1472  AMZN Mktp US*ZN7TG4OU3 Amzn.com/bill WA 24122  Specialty Retail stores | 24.38 |
| 05/02/24 | Debit Card Purchase 04/30 02:44p #1472  AMZN Mktp US*BX1QE8JD3 Amzn.com/bill WA 24122  Specialty Retail stores | 112.77 |
| 05/03/24 | Debit Card Purchase 05/01 11:46a #1472  MERRY MAIDS #1319  561-493-8455 FL 24123  Misc Business Services | 195.00 |
| 05/06/24 | Debit Card Purchase 05/02 04:59p #1472  MINT ECO CAR WASH - SO WEST PALM BEA FL 24124  Autos (rental, service, gas) | 43.00 |
| 05/06/24 | Mobile Purchase Sign Based 05/02 12:44p #1472  AMZN Mktp US*0I1DG37R3 Amzn.com/bill WA 24124  Specialty Retail stores | 148.08 |
| 05/07/24 | Debit Card Purchase 05/04 08:20p #1472  APPLE.COM/BILL  866-712-7753 CA 24126 | 1.62 |
| 05/07/24 | Debit Card Purchase 05/02 08:45a #1472  GO GREEN DRY CLEANERS PALM BEACH  FL 24125  Misc Personal Services | 87.73 |
| 05/07/24 | Debit Card Purchase 05/03 #1472  IC* INSTACART*159  San Francisco CA 24125  Food & Beverages | 177.84 |
| 05/09/24 | Debit Card Purchase 05/04 01:09p #1472  B2P*TAX COLL DMV PALM  WEST PALM BEA FL 24129  Specialty Retail stores | 50.15 |
| 05/09/24 | Debit Card Purchase 05/06 09:22a #1472  GO GREEN DRY CLEANERS PALM BEACH  FL 24129  Misc Personal Services | 120.79 |
| 05/10/24 | Debit Card Purchase 05/08 04:21a #1472  APPLE.COM/BILL  866-712-7753 CA 24130 | 9.99 |
| 05/10/24 | Mobile Purchase Sign Based 05/07 05:18p #1472  AMZN Mktp US*D98VU5WB3 Amzn.com/bill WA 24130  Specialty Retail stores | 137.56 |
| 05/10/24 | Check # 2251 | 15,995.43 |
| 05/13/24 | Mobile Purchase Sign Based 05/09 05:06p #1472  AMZN Mktp US*O98189XL3 Amzn.com/bill WA 24131  Specialty Retail stores | 556.40 |
| 05/14/24 | Mobile Purchase Sign Based 05/13 12:04a #1472  AMAZON PRIME*AY9W09ML3 888-802-3080  WA 24134 | 3.79 |
| 05/14/24 | Mobile Purchase Sign Based 05/12 10:20p #1472  AMAZON PRIME*R219E3K33 888-802-3080  WA 24134 | 3.79 |
| 05/14/24 | Mobile Purchase Sign Based 05/10 11:06p #1472  Prime Video Channels  amzn.com/bill WA 24132 | 8.99 |
| 05/14/24 | Debit Card Purchase 05/11 12:21p #1472  APPLE.COM/BILL  CUPERTINO  CA 24134  Specialty Retail stores | 8.99 |
| 05/14/24 | Debit Card Purchase 05/10 12:26p #1472  APPLE.COM/BILL  866-712-7753 CA 24132 | 9.99 |
| 05/14/24 | Debit Card Purchase 05/10 06:05p #1472  RAV-LOCALS  CENTENNIAL  CO 24132 | 50.00 |
| 05/14/24 | Debit Card Purchase 05/10 06:57p #1472  CITY PIZZA  WEST PALM BCH FL 24132  Restaurant/Bar | 113.23 |

*The remainder of this page is intentionally left blank.*

| Date | Description | Amount Subtracted |
|---|---|---|
| 05/14/24 | Debit Card Purchase 05/11 06:03p #1472   TST* BICE PALM BEACH  Palm Beach  FL 24133<br>Restaurant/Bar | 119.07 |
| 05/14/24 | Mobile Purchase Sign Based 05/09 09:55p #1472<br>Amazon.com*GY1369KU3  Amzn.com/bill WA 24132<br>Specialty Retail stores | 149.70 |
| 05/14/24 | Debit Card Purchase 05/10 03:11p #1472   METRO INTEGRATIVE PHAR NEW YORK    NY 24132<br>Food & Beverages | 159.98 |
| 05/14/24 | Debit Card Purchase 05/09 06:22p #1472   BRICKTOP'S PALM BEACH PALM BEACH  FL 24133<br>Restaurant/Bar | 166.96 |
| 05/16/24 | Debit Card Purchase 05/14 01:09a #1472   APPLE.COM/BILL     866-712-7753 CA 24136 | 87.06 |
| 05/16/24 | Mobile Purchase Sign Based 05/15 #1472   IC* INSTACART*159     San Francisco CA 24136<br>Food & Beverages | 171.64 |
| 05/17/24 | Mobile Purchase Sign Based 05/16 12:41a #1472<br>AMAZON PRIME*CN2NG0FF3 888-802-3080  WA 24137 | 3.79 |
| 05/17/24 | Mobile Purchase Sign Based 05/14 07:41p #1472<br>AMZN Mktp US*4G5YS0LD3 Amzn.com/bill WA 24137<br>Specialty Retail stores | 12.99 |
| 05/17/24 | Debit Card Purchase 05/15 10:39a #1472   AMAZON.COM*1X01C7DL3  SEATTLE     WA 24137<br>Specialty Retail stores | 32.18 |
| 05/17/24 | Mobile Purchase Sign Based 05/15 04:39p #1472<br>AMZN Mktp US*3J8SD3KX3 Amzn.com/bill WA 24137<br>Specialty Retail stores | 34.98 |
| 05/17/24 | Debit Card Purchase 05/14 07:22p #1472   AMZN Mktp US*QU8486OD3 Amzn.com/bill WA 24137<br>Specialty Retail stores | 172.75 |
| 05/20/24 | Debit Card Purchase 05/16 12:26a #1472   AMZN Mktp US*7O0WU7P53 Amzn.com/bill WA 24138<br>Specialty Retail stores | 128.39 |
| 05/21/24 | Mobile Purchase Sign Based 05/18 12:28a #1472<br>AMAZON PRIME*EG21M8GN3 888-802-3080  WA 24139 | 3.79 |
| 05/21/24 | Mobile Purchase Sign Based 05/18 10:24a #1472<br>Amazon.com*3732M2TTJ3  Amzn.com/bill WA 24140<br>Specialty Retail stores | 10.99 |
| 05/21/24 | Mobile Purchase Sign Based 05/16 06:53p #1472<br>AMZN Mktp US*Z90BX5RB3 Amzn.com/bill WA 24139<br>Specialty Retail stores | 24.60 |
| 05/21/24 | Mobile Purchase Sign Based 05/18 07:38a #1472<br>Amazon.com*DL4PP27W3  Amzn.com/bill WA 24140 | 37.95 |
| 05/23/24 | Mobile Purchase Sign Based 05/21 10:58a #1472   ATT* BILL PAYMENT     DALLAS     TX 24143<br>Phones, Cable & Utilities | 228.36 |
| 05/24/24 | ACH Electronic Debit  VERIZON       PAYMENTREC | 256.79 |
| 05/24/24 | Mobile Purchase Sign Based 05/22 11:43a #1472<br>AMAZON PRIME*XR2049Z83 888-802-3080  WA 24144 | 11.99 |
| 05/24/24 | Debit Card Purchase 05/22 03:16p #1472   METRO INTEGRATIVE PHAR NEW YORK    NY 24144<br>Food & Beverages | 69.99 |
| 05/28/24 | Mobile Purchase Sign Based 05/23 05:25p #1472   Prime Video Channels  amzn.com/bill WA 24145 | 9.05 |
| 05/28/24 | Debit Card Purchase 05/23 06:42p #1472   CITY PIZZA      WEST PALM BCH FL 24145<br>Restaurant/Bar | 114.40 |
| 05/29/24 | Mobile Purchase Sign Based 05/27 03:13p #1472   Prime Video Channels  amzn.com/bill WA 24149 | 7.92 |

*The remainder of this page is intentionally left blank.*

| Date | Description | Amount |
|---|---|---|
| 05/29/24 | Mobile Purchase Sign Based 05/27 03:42p #1472 AMZN Mktp US*AL7WA6UY3 Amzn.com/bill WA 24149 Specialty Retail stores | 14.03 |
| 05/29/24 | Debit Card Purchase 05/24 07:27a #1472 APPLE.COM/BILL 866-712-7753 CA 24146 | 49.50 |
| 05/29/24 | Debit Card Purchase 05/24 01:37p #1472 BURGERFI CITY PLACE WP WEST PALM BEA FL 24146 Restaurant/Bar | 52.04 |
| 05/29/24 | Mobile Purchase Sign Based 05/27 01:25a #1472 AMZN Mktp US*XG1WF8WH3 Amzn.com/bill WA 24149 Specialty Retail stores | 82.16 |
| 05/29/24 | Check # 2327 | 12,000.00 |
| 05/30/24 | Debit Card Purchase 05/27 08:30a #1472 APPLE.COM/BILL 866-712-7753 CA 24150 | 1.62 |
| 05/30/24 | Mobile Purchase Sign Based 05/27 03:42p #1472 AMZN Mktp US*E129W1D63 Amzn.com/bill WA 24150 Specialty Retail stores | 13.99 |
| 05/30/24 | Debit Card Purchase 05/27 08:30a #1472 APPLE.COM/BILL 866-712-7753 CA 24150 | 130.64 |
| 05/30/24 | Debit Card Purchase 05/28 #1472 AMAZON GROCE*FJ11X2903 SEATTLE WA 24150 Food & Beverages | 138.82 |
| 05/31/24 | Mobile Purchase Sign Based 05/29 10:49p #1472 Prime Video Channels amzn.com/bill WA 24151 | 4.99 |
| 05/31/24 | Mobile Purchase Sign Based 05/29 12:00p #1472 Amazon Tips*OS73L89C3 Amzn.com/bill WA 24151 Specialty Retail stores | 10.00 |
| 05/31/24 | Debit Card Purchase 05/29 02:03p #1472 MILANO NEW YORK NY 24151 Food & Beverages | 52.98 |
| 05/31/24 | Debit Card Purchase 05/29 05:47p #1472 EXXON BISMA SERVICE CE NEW YORK NY 24151 Autos (rental, service, gas) | 100.00 |

c. June 1, 2024 to June 30, 2024:

| Date | Description | Amount |
|---|---|---|
| 06/03/24 | Debit Card Purchase 05/30 12:20a #1472 APPLE.COM/BILL CUPERTINO CA 24152 Specialty Retail stores | 10.88 |
| 06/04/24 | Mobile Purchase Sign Based 05/31 03:57p #1472 Prime Video Channels amzn.com/bill WA 24153 | 1.99 |
| 06/05/24 | ACH Electronic Debit ConEd of NY CHECK PYMT 0000002330 | 106.21 |
| 06/05/24 | Mobile Purchase Sign Based 06/03 06:19p #1472 UBER EATS 8005928996 CA 24156 Restaurant/Bar | 78.12 |
| 06/06/24 | Mobile Purchase Sign Based 06/03 07:46p #1472 Amazon.com*9E4ON3OS3 Amzn.com/bill WA 24157 Specialty Retail stores | 46.04 |
| 06/06/24 | Debit Card Purchase 06/03 12:20p #1472 GO GREEN DRY CLEANERS PALM BEACH FL 24157 Misc Personal Services | 62.30 |
| 06/06/24 | Debit Card Purchase 06/03 12:20p #1472 GO GREEN DRY CLEANERS PALM BEACH FL 24157 Misc Personal Services | 62.32 |
| 06/06/24 | Debit Card Purchase 06/04 #1472 AMAZON GROCE*8W4ZE7Z43 SEATTLE WA 24157 Food & Beverages | 92.39 |
| 06/06/24 | ACH Check AT&T Services PAYMENTS 0000002329 | 23.49 |
| 06/07/24 | Mobile Purchase Sign Based 06/05 11:24a #1472 Amazon Tips*M775D2TE3 Amzn.com/bill WA 24158 Specialty Retail stores | 7.00 |
| 06/07/24 | Debit Card Purchase 06/06 12:20a #1472 APPLE.COM/BILL 866-712-7753 CA 24158 | 12.50 |
| 06/07/24 | Check # 2331 | 15,000.00 |
| 06/10/24 | Debit Card Purchase 06/06 06:48p #1472 TARGET 00032847 NEW YORK NY 24159 Retail stores | 407.53 |
| 06/11/24 | Debit Card Purchase 06/08 04:17a #1472 APPLE.COM/BILL 866-712-7753 CA 24161 | 9.99 |
| 06/11/24 | Mobile Purchase Sign Based 06/09 08:49p #1472 UBER TRIP 8005928996 CA 24162 Misc Transportation | 10.09 |
| 06/11/24 | Mobile Purchase Sign Based 06/09 08:40p #1472 UBER TRIP 8005928996 CA 24162 Misc Transportation | 37.57 |
| 06/11/24 | Mobile Purchase Sign Based 06/07 08:07a #1472 UBER TRIP 8005928996 CA 24160 Misc Transportation | 97.43 |
| 06/12/24 | Mobile Purchase Sign Based 06/10 11:07p #1472 Prime Video Channels amzn.com/bill WA 24163 | 6.76 |

*The remainder of this page is intentionally left blank.*

| Date | Description | Amount |
|---|---|---|
| 06/12/24 | Debit Card Purchase 06/10 12:26p #1472   APPLE.COM/BILL   866-712-7753 CA 24163 | 9.99 |
| 06/12/24 | Mobile Purchase Sign Based 06/11 12:28a #1472   UBER  TRIP   8005928996  CA 24163<br>Misc Transportation | 21.74 |
| 06/13/24 | Debit Card Purchase 06/11 12:20p #1472   APPLE.COM/BILL   866-712-7753 CA 24164 | 8.99 |
| 06/14/24 | Debit Card Purchase 06/11 06:34p #1472   MARIELLA PIZZA   NEW YORK   NY 24165<br>Restaurant/Bar | 121.67 |
| 06/17/24 | Debit Card Purchase 06/13 07:10p #1472   APPLE.COM/BILL   866-712-7753 CA 24166 | 1.62 |
| 06/17/24 | Debit Card Purchase 06/13 07:10p #1472   APPLE.COM/BILL   866-712-7753 CA 24166 | 10.88 |
| 06/17/24 | Debit Card Purchase 06/13 #1472   AMAZON GROCE*PH7IV7OO3 SEATTLE   WA 24166<br>Food & Beverages | 127.17 |
| 06/17/24 | Mobile Purchase Sign Based 06/10 06:01p #1472<br>AMAZON MKTPL*5J4FU6KB3 Amzn.com/bill WA 24166<br>Specialty Retail stores | 212.04 |
| 06/18/24 | Mobile Purchase Sign Based 06/16 05:59p #1472<br>AMAZON PRIME*7O5OB0IL3 888-802-3080  WA 24169 | 4.07 |
| 06/18/24 | Mobile Purchase Sign Based 06/16 01:02p #1472<br>AMAZON PRIME*AF1ON3G53 888-802-3080  WA 24169 | 4.52 |
| 06/18/24 | Mobile Purchase Sign Based 06/14 04:06p #1472<br>Amazon Tips*6L9GH9LF3 Amzn.com/bill WA 24167<br>Specialty Retail stores | 7.00 |
| 06/18/24 | Mobile Purchase Sign Based 06/15 05:05a #1472<br>AMAZON PRIME*N79F44RP3 888-802-3080 WA 24167 | 9.88 |
| 06/18/24 | Debit Card Purchase 06/15 10:45a #1472   ACTIONTOURGUIDE   BARRINGTON  RI 24168<br>Misc Transportation | 14.99 |
| 06/18/24 | Debit Card Purchase 06/15 12:02p #1472   LOVE'S #0358 OUTSIDE  HAMBURG   PA 24168<br>Autos (rental, service, gas) | 45.58 |
| 06/18/24 | Debit Card Purchase 06/15 09:32p #1472   BP#2142941HOLLAND LQPS JERSEY CITY  NJ 24168<br>Autos (rental, service, gas) | 51.00 |
| 06/18/24 | Debit Card Purchase 06/15 06:15a #1472   COMCAST/XFINITY   800-266-2278 FL 24168<br>Phones, Cable & Utilities | 85.00 |
| 06/18/24 | Check # 2243 | 323.00 |
| 06/18/24 | Check # 2248 | 3,250.00 |
| 06/20/24 | Debit Card Purchase 06/17 02:58p #1472   UBER *EATS HELP.UBER.C San Francisco CA 24170<br>Restaurant/Bar | 64.80 |
| 06/20/24 | Debit Card Purchase 06/17 04:22p #1472   METRO INTEGRATIVE PHAR NEW YORK   NY 24170<br>Food & Beverages | 133.98 |
| 06/20/24 | Mobile Purchase Sign Based 06/16 06:47p #1472   UBER  EATS   8005928996  CA 24170<br>Restaurant/Bar | 137.54 |
| 06/20/24 | Check # 2241 | 148.52 |

*The remainder of this page is intentionally left blank.*

Docusign Envelope ID: 890AF393-0E90-441D-887E-3B7EF00EC0F1

| Date | Description | Amount |
|---|---|---|
| 06/21/24 | Debit Card Purchase 06/18 12:35p #1472  TST* PG - 3503 - CHARL CHARLTON  MA 24172<br>Restaurant/Bar | 6.55 |
| 06/21/24 | Debit Card Purchase 06/18 12:34p #1472  AUNTIE ANNES -CHARLTON CHARLTON  MA 24172<br>Restaurant/Bar | 18.17 |
| 06/24/24 | Debit Card Purchase 06/19 10:07p #1472  APPLE.COM/BILL  866-712-7753 CA 24173 | 63.66 |
| 06/24/24 | Mobile Purchase Sign Based 06/20 06:58p #1472  UBER EATS  8005928996  CA 24173<br>Restaurant/Bar | 91.02 |
| 06/25/24 | ACH Electronic Debit  VERIZON  PAYMENTREC | 256.79 |
| 06/25/24 | ACH Electronic Debit  ConEd of NY  CHECK PYMT 0000002256 | 472.40 |
| 06/25/24 | Mobile Purchase Sign Based 06/23 06:24p #1472  Prime Video Channels  amzn.com/bill WA 24176 | 9.05 |
| 06/25/24 | Mobile Purchase Sign Based 06/22 12:11p #1472<br>AMAZON PRIME*F37EH6YL3 888-802-3080  WA 24176 | 11.99 |
| 06/25/24 | Debit Card Purchase 06/23 01:09p #1472  METRO INTEGRATIVE PHAR NEW YORK  NY 24176<br>Food & Beverages | 43.99 |
| 06/25/24 | Debit Card Purchase 06/23 03:14p #1472  COME & SEE FOUNDATION  RALEIGH  NC 24176<br>Membership & organizations | 103.00 |
| 06/25/24 | Debit Card Purchase 06/22 01:14p #1472<br>PURITAN BACKROOM RESTA MANCHESTER  NH 24175<br>Restaurant/Bar | 104.97 |
| 06/25/24 | Mobile Purchase Sign Based 06/21 12:24p #1472  ATT* BILL PAYMENT  DALLAS  TX 24174<br>Phones, Cable & Utilities | 226.36 |
| 06/25/24 | ACH Check  AT&T Services  PAYMENTS  0000002255 | 54.39 |
| 06/26/24 | Debit Card Purchase 06/24 07:27a #1472  APPLE.COM/BILL  866-712-7753 CA 24177 | 52.77 |
| 06/27/24 | Debit Card Purchase 06/24 11:42a #1472  AUNTIE ANNES -CHARLTON CHARLTON  MA 24178<br>Restaurant/Bar | 8.34 |
| 06/27/24 | Debit Card Purchase 06/24 11:40a #1472  AUNTIE ANNES -CHARLTON CHARLTON  MA 24178<br>Restaurant/Bar | 22.74 |
| 06/27/24 | Mobile Purchase Sign Based 06/25 02:34p #1472<br>Amazon.com*RC5Q11OT2  Amzn.com/bill WA 24178<br>Specialty Retail stores | 45.60 |
| 06/27/24 | Debit Card Purchase 06/25 02:34p #1472  AMAZON.COM*RC7G66VZ0  SEATTLE  WA 24178<br>Specialty Retail stores | 52.27 |
| 06/28/24 | Outgoing Domestic Wire Transfer ONLINE 812387467837955 0628[1] | 44,361.26 |
| 06/28/24 | Debit Card Purchase 06/26 02:05p #1472  TST* WRAP CITY - MANCH Manchester  NH 24179<br>Restaurant/Bar | 51.99 |

*The remainder of this page is intentionally left blank.*

d. July 1, 2024 to July 31, 2024:

| Date | Description | Amount |
|---|---|---|
| 07/01/24 | Mobile Purchase Sign Based 06/27 03:31p #1472 Prime Video Channels amzn.com/bill WA 24180 | 7.92 |
| 07/01/24 | Debit Card Purchase 06/26 03:19p #1472 LENSCRAFTERS 0271 MANCHESTER NH 24180<br>Medical Services | 15.98 |
| 07/01/24 | Debit Card Purchase 06/27 01:24p #1472 CIRCLE K 07258 HOOKSETT NH 24180<br>Autos (rental, service, gas) | 45.00 |
| 07/01/24 | Debit Card Purchase 06/27 02:40p #1472 IHOP #3328 BEDFORD NH 24180<br>Restaurant/Bar | 60.25 |
| 07/01/24 | Debit Card Purchase 06/28 03:26a #1472 KONSCIOUS.US EMMA MATAWAN NJ 24180<br>Food & Beverages | 147.00 |
| 07/01/24 | Debit Card Purchase 06/28 03:36a #1472 KONSCIOUS.US EMMA MATAWAN NJ 24180<br>Food & Beverages | 234.00 |
| 07/01/24 | Debit Card Purchase 06/28 03:36a #1472 KONSCIOUS.US EMMA MATAWAN NJ 24180<br>Food & Beverages | 261.00 |
| 07/02/24 | Debit Card Purchase 06/30 11:29a #1472 APPLE.COM/BILL CUPERTINO CA 24183<br>Specialty Retail stores | 1.62 |
| 07/02/24 | Mobile Purchase Sign Based 06/29 10:15p #1472 Prime Video Channels amzn.com/bill WA 24182 | 5.65 |
| 07/02/24 | Debit Card Purchase 06/30 05:03a #1472 APPLE.COM/BILL 866-712-7753 CA 24183 | 10.88 |
| 07/02/24 | Mobile Purchase Sign Based 06/30 03:58p #1472 Prime Video Channels amzn.com/bill WA 24183 | 11.31 |
| 07/03/24 | Debit Card Purchase 07/01 12:11p #1472 APPLE.COM/BILL 866-712-7753 CA 24184 | 31.56 |
| 07/08/24 | Mobile Purchase Sign Based 07/04 12:08p #1472<br>Kindle Svcs*R71F400C2 888-802-3080 WA 24187 | 16.99 |
| 07/08/24 | Mobile Purchase Sign Based 07/03 04:34a #1472<br>AMAZON MAR* 111-031160 SEATTLE WA 24186<br>Specialty Retail stores | 35.69 |
| 07/10/24 | Debit Card Purchase 07/08 04:18a #1472 APPLE.COM/BILL 866-712-7753 CA 24191 | 9.99 |
| 07/11/24 | Mobile Purchase Sign Based 07/09 11:48a #1472<br>Amazon.com*RY2JK3ZYT Amzn.com/bill WA 24192<br>Specialty Retail stores | 18.49 |
| 07/12/24 | Mobile Purchase Sign Based 07/10 11:58p #1472 Prime Video Channels amzn.com/bill WA 24193 | 8.99 |
| 07/12/24 | Debit Card Purchase 07/10 12:26p #1472 APPLE.COM/BILL 866-712-7753 CA 24193 | 9.99 |
| 07/12/24 | Mobile Purchase Sign Based 07/10 11:50a #1472<br>AMAZON RET* 111-84290/9 SEATTLE WA 24193<br>Retail stores | 18.49 |
| 07/12/24 | Check # 2257 | 14,825.25 |
| 07/15/24 | Outgoing Domestic Wire Transfer ONLINE 764856617724249 0715[1] | 25,000.00 |
| 07/15/24 | Debit Card Purchase 07/11 12:20p #1472 APPLE.COM/BILL 866-712-7753 CA 24194 | 8.99 |

*The remainder of this page is intentionally left blank.*

| Date | Description | Amount |
|---|---|---|
| 07/15/24 | Debit Card Purchase 07/11 05:36a #1472  APPLE.COM/BILL  866-712-7753 CA 24194 | 12.50 |
| 07/15/24 | Mobile Purchase Sign Based 07/10 09:55a #1472<br>AMAZON MKTPL*RY5IX6620 Amzn.com/bill WA 24194<br>Specialty Retail stores | 136.99 |
| 07/15/24 | Cash Withdrawal 07/14 11:13a #1472  Non Citi ATM PAI150  MILWAUKEE  WIUS051 | 204.00 |
| 07/16/24 | Mobile Purchase Sign Based 07/14 10:20a #1472  UBER  TRIP  8005928996  CA 24197<br>Misc Transportation | 8.60 |
| 07/16/24 | Debit Card Purchase 07/12 09:47p #1472  Audible*RY7K53U20  8882835051  NJ 24195<br>Misc Mail & Phone orders | 14.95 |
| 07/16/24 | Debit Card Purchase 07/13 02:42p #1472  BUDGET GAS WEBSTER  MANCHESTER  NH 24196<br>Autos (rental, service, gas) | 36.13 |
| 07/16/24 | Mobile Purchase Sign Based 07/14 10:39a #1472  UBER  TRIP  8005928996  CA 24197<br>Misc Transportation | 50.70 |
| 07/16/24 | Mobile Purchase Sign Based 07/14 06:17a #1472  UBER  TRIP  8005928996  CA 24197<br>Misc Transportation | 80.46 |
| 07/16/24 | Debit Card Purchase 07/14 04:39p #1472  IN *SKYLINE SOLUTIONS 917-7313543  NY 24197<br>Misc Transportation | 2,400.00 |
| 07/17/24 | Debit Card Purchase 07/14 04:10p #1472  TST* AMBASSADOR HOTEL  Milwaukee  WI 24198<br>Restaurant/Bar | 20.42 |
| 07/17/24 | Mobile Purchase Sign Based 07/15 08:06p #1472<br>Amazon.com*RS5JR1PE0  Amzn.com/bill WA 24198<br>Specialty Retail stores | 32.54 |
| 07/17/24 | Debit Card Purchase 07/15 07:49a #1472  COMCAST/XFINITY  800-266-2278 FL 24198<br>Phones, Cable & Utilities | 75.00 |
| 07/18/24 | Debit Card Purchase 07/14 03:16p #1472  APPLE.COM/BILL  866-712-7753 CA 24199 | 12.50 |
| 07/18/24 | Mobile Purchase Sign Based 07/16 01:31a #1472  UBER  TRIP  8005928996  CA 24199<br>Misc Transportation | 66.01 |
| 07/18/24 | Debit Card Purchase 07/15 01:45p #1472  MERIT CLEANERS  NEW YORK  NY 24199<br>Misc Personal Services | 803.00 |
| 07/19/24 | Debit Card Purchase 07/16 10:59a #1472  TST* AMBASSADOR HOTEL  Milwaukee  WI 24200<br>Restaurant/Bar | 62.41 |
| 07/19/24 | Debit Card Purchase 07/16 10:19a #1472  TST* AMBASSADOR HOTEL  Milwaukee  WI 24200<br>Restaurant/Bar | 70.60 |
| 07/22/24 | Mobile Purchase Sign Based 07/18 02:33a #1472  UBER  TRIP  8005928996  CA 24201<br>Misc Transportation | 9.90 |
| 07/22/24 | Mobile Purchase Sign Based 07/18 04:23a #1472  UBER  TRIP  8005928996  CA 24201<br>Misc Transportation | 16.89 |
| 07/23/24 | Mobile Purchase Sign Based 07/19 04:24a #1472  UBER  TRIP  8005928996  CA 24202<br>Misc Transportation | 1.00 |
| 07/23/24 | Mobile Purchase Sign Based 07/20 07:30p #1472  UBER  TRIP  8005928996  CA 24203<br>Misc Transportation | 7.28 |
| 07/23/24 | Debit Card Purchase 07/20 12:17p #1472  TST* ESS-A-BAGEL - 3RD NEW YORK  NY 24203<br>Restaurant/Bar | 11.51 |

*The remainder of this page is intentionally left blank.*

| Date | Description | Amount |
|---|---|---|
| 07/23/24 | Debit Card Purchase 07/18 11:11a #1472 APPLE.COM/BILL 866-712-7753 CA 24202 | 18.49 |
| 07/23/24 | Mobile Purchase Sign Based 07/20 08:01a #1472<br>AMZN Mktp US*RJ0GQ43W2 Amzn.com/bill WA 24203<br>Specialty Retail stores | 18.52 |
| 07/23/24 | Mobile Purchase Sign Based 07/21 09:14a #1472<br>AMAZON MKTPL*RJ0OY90E2 Amzn.com/bill WA 24204<br>Specialty Retail stores | 62.98 |
| 07/23/24 | Debit Card Purchase 07/18 09:01a #1472 TST* AMBASSADOR HOTEL Milwaukee WI 24202<br>Restaurant/Bar | 71.97 |
| 07/23/24 | Mobile Purchase Sign Based 07/20 08:19p #1472<br>AMAZON MKTPL*RJ3EU6321 Amzn.com/bill WA 24204<br>Specialty Retail stores | 104.36 |
| 07/23/24 | Debit Card Purchase 07/19 04:20p #1472 HARLEY MUSEUM MILWAUKEE WI 24203<br>Restaurant/Bar | 143.49 |
| 07/23/24 | Debit Card Purchase 07/20 02:18p #1472 METRO INTEGRATIVE PHAR NEW YORK NY 24203<br>Food & Beverages | 213.13 |
| 07/23/24 | Mobile Purchase Sign Based 07/21 08:47a #1472 ATT* BILL PAYMENT DALLAS TX 24204<br>Phones, Cable & Utilities | 228.99 |
| 07/24/24 | ACH Electronic Debit VERIZON PAYMENTREC | 268.03 |
| 07/24/24 | Mobile Purchase Sign Based 07/22 12:15p #1472<br>Kindle Unltd*RJ1Y97BC0 888-802-3080 WA 24205 | 11.99 |
| 07/24/24 | Mobile Purchase Sign Based 07/22 11:16a #1472<br>AMAZON MKTPL*RJ0LY4B82 Amzn.com/bill WA 24205<br>Specialty Retail stores | 116.36 |
| 07/24/24 | Debit Card Purchase 07/22 10:47a #1472 NATIONAL PASSPORT PORTSMOUTH NH 24205<br>Specialty Retail stores | 220.00 |
| 07/24/24 | Mobile Purchase Sign Based 07/21 02:13p #1472<br>Amazon.com*RJ9VQ8GW2 Amzn.com/bill WA 24205<br>Food & Beverages | 293.82 |
| 07/25/24 | ACH Electronic Debit AT&T Services PAYMENTS 0000002261 | 0.54 |
| 07/25/24 | ACH Electronic Debit ConEd of NY CHECK PYMT 0000002258 | 708.20 |
| 07/25/24 | Mobile Purchase Sign Based 07/23 05:03p #1472 Prime Video Channels amzn.com/bill WA 24206 | 7.99 |
| 07/25/24 | Mobile Purchase Sign Based 07/23 10:33a #1472<br>Amazon Tips*RJ1BK12Z0 Amzn.com/bill WA 24206<br>Specialty Retail stores | 10.00 |
| 07/25/24 | Debit Card Purchase 07/22 12:17p #1472 CUMBERLAND FARMS 5408 MANCHESTER NH 24206<br>Autos (rental, service, gas) | 56.69 |
| 07/25/24 | Debit Card Purchase 07/23 11:57a #1472 AMAZON MKTPL*RJ0HZ27D0 Amzn.com/bill WA 24206<br>Specialty Retail stores | 100.90 |
| 07/25/24 | Mobile Purchase Sign Based 07/23 11:34a #1472<br>AMAZON MKTPL*RJ31F2SB2 Amzn.com/bill WA 24206<br>Specialty Retail stores | 164.90 |
| 07/25/24 | Mobile Purchase Sign Based 07/22 11:36p #1472<br>AMAZON MKTPL*RJ4KS29H0 Amzn.com/bill WA 24206<br>Specialty Retail stores | 266.39 |
| 07/25/24 | Check # 2259 | 15.00 |
| 07/26/24 | Debit Card Purchase 07/24 11:38a #1472 Peacock FA16A Premium New York NY 24207<br>Phones, Cable & Utilities | 7.99 |
| 07/26/24 | Mobile Purchase Sign Based 07/24 08:59p #1472 UBER EATS 8005928996 CA 24207<br>Food & Beverages | 32.25 |
| 07/26/24 | Debit Card Purchase 07/24 07:27a #1472 APPLE.COM/BILL 866-712-7753 CA 24207 | 41.89 |
| 07/26/24 | Mobile Purchase Sign Based 07/24 08:37p #1472 UBER EATS 8005928996 CA 24207<br>Restaurant/Bar | 63.76 |
| 07/29/24 | Debit Card Purchase 07/25 05:07p #1472<br>HEAVEN'S NORTH END MAR MANCHESTER NH 24208<br>Autos (rental, service, gas) | 49.04 |
| 07/29/24 | Check # 2262 | 356.00 |
| 07/30/24 | Mobile Purchase Sign Based 07/27 03:00p #1472 Prime Video Channels amzn.com/bill WA 24210 | 6.99 |
| 07/30/24 | Mobile Purchase Sign Based 07/26 #1472 AMAZON MKTPL*RV1O79JS2 Amzn.com/bill WA 24209<br>Specialty Retail stores | 23.99 |
| 07/30/24 | Mobile Purchase Sign Based 07/22 10:35p #1472<br>AMAZON MKTPL*RV37N6JV2 Amzn.com/bill WA 24209<br>Specialty Retail stores | 23.99 |
| 07/31/24 | Mobile Purchase Sign Based 07/29 10:49p #1472 Prime Video Channels amzn.com/bill WA 24212 | 4.99 |

*The remainder of this page is intentionally left blank.*

e. August 1, 2024 to August 2, 2024:

| Check #: | Date: | Paid to: | Amount: |
|---|---|---|---|

None.

6. The following details the checks and wires that were paid from Citibank Account **Number: xxxx5812**:

Payments:

| Check # | Cleared Date | Paid to: | Amount |
|---|---|---|---|
| 2241 | 6/20/2024 | Palm Beach Yacht Club | $148.52 |
| 2242 | 4/15/2024 | 45 East 66 Owners Corp. | $11,000.00 |
| 2243 | 6/18/2024 | Unknown | $323.00 |
| 2244 | 4/4/2024 | 45 East 66 Owners Corp. | $10,000.00 |
| 2245 | 4/28/2024 | Con Edison | $502.38 |
| 2246 | unknown or void[1] | | |
| 2247 | unknown or void[2] | | |
| 2248 | 6/18/2024 | unknown[3] | $3,250.00 |
| 2249 | 4/15/2024 | U.S. Trustee | $1,355.00 |
| 2250 | 4/15/2024 | AT & T | $15.29 |
| 2251 | 5/10/2024 | Southlake Condo Associates | $15,995.43 |
| 2252 | 4/16/2024 | Palm Beach Yacht Club | $148.52 |
| 2253 | 4/16/2024 | Palm Beach Tax Collector | $10,000.00 or $70,000.00 |
| 2254 | 4/16/2024 | Murray II Cleaners Inc. | $900.00 |

---

[1] Wilkie Farr & Gallagher LLP alleged filed an information subpoena and restraining notice upon Citibank, resulting in the inability of Declarant to access the bank accounts to determine who the payment was made to or if this check was voided.

[2] Wilkie Farr & Gallagher LLP alleged filed an information subpoena and restraining notice upon Citibank, resulting in the inability of Declarant to access the bank accounts to determine who the payment was made to or if this check was voided.

[3] Wilkie Farr & Gallagher LLP alleged filed an information subpoena and restraining notice upon Citibank, resulting in the inability of Declarant to access the bank accounts to determine who the payment was made payable to.

| | | | |
|---|---|---|---|
| 2255 | 6/17/2024 | AT&T Mobile | $54.39 |
| 2256 | 6/17/2024 | Con Edison | $472.40 |
| 2257 | 6/21/2024 | 45 East 66 Owners Corp. | $14,825.25 |
| 2258 | 7/20/2024 | Con Edison | $208.20 |
| 2259 | 7/20/2024 | Mount Sinai | $15.00 |
| 2260 | 7/20/2024 | National Police Assoc | $500.00 |
| 2261 | 7/20/2024 | AT&T Mobile | $0.54 |
| 2262 | 7/20/2024 | U.S. Trustee | $356.00 |
| 2327 | 5/29/2024 | 45 East 66 Owners Corp. | $12,000.00 |
| 2331 | 6/7/2024 | Douglas Elliman | $15,000.00 |
| Wire transfer | 6/28/2024 | Palm Beach Tax Collector | $44,361.26 |
| Wire transfer | 7/15/2024 | Southlake Condo Associates | $25,000.00 |

**Based on the foregoing, the following sum was disbursed: $178,987.60 from April 1, 2024 to August 2, 2024 from my bank accounts.**

I declare under penalties of perjury that the foregoing is true and correct.

Executed on this August 16, 2024.

Signed by:
*Rudolph W. Giuliani*
442852C754B4420...
Rudolph W. Giuliani