UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBY FREEMAN and WANDREA' MOSS,

          Plaintiffs,

v.

RUDOLPH W. GIULIANI,

          Defendant.

No. 24-mc-00353-LJL

## *EX PARTE* MOTION FOR LEAVE TO SERVE ENFORCEMENT MOTION PURSUANT TO CPLR §§ 5225 AND 5228

PLEASE TAKE NOTICE, that Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs"), pursuant to New York Civil Practice Law and Rules ("CPLR") §§ 5225, 5228, and 5240, Federal Rule of Civil Procedura 69, and upon the memorandum in support of this motion, move this Court for entry of the proposed order granting leave to serve Plaintiffs' Motion to Enforce Judgment and supporting papers (ECF Nos. 8–11) via certified mail, return receipt requested, consistent with CPLR §§ 5225 and 5228, and setting a schedule for Defendant's opposition to the same.

          Respectfully submitted,

Dated: September 4, 2024
      New York, New York

s/ Aaron E. Nathan

Michael J. Gottlieb
Meryl C. Governski (admitted *pro hac vice*)
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
mgovernski@willkie.com

Aaron E. Nathan
M. Annie Houghton-Larsen

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mhougton-larsen@willkie.com

John Langford
Rachel Goodman
United to Protect Democracy
82 Nassau Street, #601
New York, NY 10038
(202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

Christine Kwon (*pro hac vice forthcoming*)
P.O. Box 341423
Los Angeles, CA 90034-9998
(202) 579-4582
christine.kwon@protectdemocracy.org

Von DuBose (*pro hac vice forthcoming*)
DuBose Miller LLC
75 14th Street NE Suite 2110
Atlanta, GA 30309
(404) 720-8111
dubose@dubosemiller.com