# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

RUBY FREEMAN and WANDREA' MOSS,

                Plaintiffs,

v.

RUDOLPH W. GIULIANI,

                Defendant.

No. 24-mc-00353-LJL

## [PROPOSED] ORDER REGARDING SERVICE OF MOTION TO ENFORCE JUDGMENT

Upon consideration of the *ex parte* motion of Plaintiffs Ruby Freeman and Wandrea' Moss for leave to serve their Motion to Enforce Judgment on Defendant Rudolph W. Giuliani via certified mail, return receipt requested, and having considered the papers filed in support of the *ex parte* Motion, it is hereby ORDERED that the motion is granted. It is further ORDERED:

(1) that Plaintiffs shall serve the Motion and supporting papers (ECF Nos. 8–11), together with a copy of this Order, on Defendant via certified mail, return receipt requested, at both 45 East 66th Street, Apt. 10W, New York, NY 10065 and 315 South Lake Drive, Apt. 5D, Palm Beach, FL, 33480, such service to be deemed effective under CPLR § § 5225 and 5228 upon delivery to the later-served address as reflected on the United States Postal Service website;

(2) that Plaintiffs file proof of such service on the docket within one business day of delivery to the later-served address; and

(3) that Defendant file any opposition to the Motion within **fourteen days** of the date service becomes effective under paragraph (1) above.

SO ORDERED.

Dated: September 5, 2024
New York, New York

                                                  United States District Judge