UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBY FREEMAN and WANDREA' MOSS,

                Plaintiffs,

v.

RUDOLPH W. GIULIANI,

                Defendant.

No. 24-mc-353-LJL

**AFFIDAVIT OF SERVICE OF PLAINTIFFS' MOTION TO ENFORCE JUDGMENT PER ORDER OF SEPTEMBER 5, 2024 (ECF No. 15)**

I, Aaron E. Nathan, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") in the above-captioned action. I submit this Affidavit of Service pursuant to the Court's September 5, 2024 Order Regarding Service of Motion to Enforce Judgment ("Service Order"), ECF No. 15.

2. On September 5, 2024, I served copies of the Plaintiffs' Motion to Enforce Judgment and supporting papers (ECF Nos. 8-11), together with a copy of the Service Order, on Defendant Rudolph W. Giuliani, by delivering said documents to the United States Postal Service ("USPS") for delivery by certified mail, return receipt requested, at the following addresses: 45 East 66th Street, Apt. 10W, New York, NY 10065 and 315 South Lake Drive, Apt. 5D, Palm Beach, FL 33480.

3. The USPS tracking number for the mailing sent to 45 East 66th Street, Apt. 10W, New York, NY 10065 is: 9589071052700859627448. According to the USPS website, the mailing was delivered to 45 East 66th Street, Apt. 10W, New York, NY 10065 on September 6, 2024. The USPS tracking information for said mailing is available at https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9589071052700859627448. A true

and correct copy of the tracking information as displayed on the USPS website is attached as **Exhibit A.**

4.      The USPS tracking number for the mailing sent to 315 South Lake Drive, Apt. 5D, Palm Beach, FL 33480 is: 9589071052700859627455. According the USPS website, the mailing was delivered to 315 South Lake Drive, Apt. 5D, Palm Beach, FL 33480 on September 9, 2024. The USPS tracking information for said mailing is available at https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9589071052700859627455. A true and correct copy of the tracking information as displayed on the USPS website is attached as **Exhibit B.**

5.      Pursuant to the Service Order, service of the Motion to Enforce Judgment is effective as of **September 9, 2024**, and the Defendant's deadline to file any opposition to the Motion is **September 23, 2024**. *See* ECF No. 15.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2024.            s/ Aaron E. Nathan
                                          Aaron E. Nathan
                                          Willkie Farr & Gallagher LLP
                                          787 Seventh Avenue
                                          New York, New York 10019
                                          Tel: (212) 728-8000
                                          anathan@willkie.com

                                          *Attorney for Ruby Freeman and Wandrea' Moss*