# EXHIBIT A

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052700859627448

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 2:34 pm on September 6, 2024 in NEW YORK, NY 10065.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

NEW YORK, NY 10065
September 6, 2024, 2:34 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**