```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/10/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RUBY FREEMAN and WANDREA' MOSS,

           Plaintiffs,

    -v-

RUDOLPH W. GIULIANI,

           Defendant.

-------------------------------------------------------------------X

24-mc-00353 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Defendant shall file an opposition to the motion to enforce the judgment on or before September 23, 2024. Plaintiffs may reply on or before September 30, 2024.

    SO ORDERED.

Dated: September 10, 2024
       New York, New York

                                      LEWIS J. LIMAN
                              United States District Judge