UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>                  Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>                  Defendant. | No. 24-mc-00353-LJL |

### NOTICE OF MOTION AND OBJECTION BY PLAINTIFFS PURSUANT TO CPLR §§ 5222-a(d) and 5240 REGARDING CLAIM OF EXEMPTION AS TO FUNDS HELD AT CITIBANK, N.A.

PLEASE TAKE NOTICE, that Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs"), upon the memorandum in support of this motion and supporting papers, hereby move pursuant to NY CPLR §§5222-a and 5240 for an order quashing the Exemption Claim Form of Rudolph W. Giuliani relating to the bank account held at Citibank, N.A ending in x1428.

                                                                                  Respectfully submitted,

Dated: September 17, 2024                                s/ John Langford
         New York, New York

| | |
|---|---|
| Christine Kwon<br>(*pro hac vice pending*)<br>P.O. Box 341423<br>Los Angeles, CA 90034-9998<br>(202) 579-4582<br>christine.kwon@protectdemocracy.org<br><br>Von DuBose (*pro hac vice forthcoming*)<br>DuBose Miller LLC<br>75 14th Street NE. Suite 2110<br>Atlanta, GA 30309<br>(404) 720-8111<br>dubose@dubosemiller.com | John Langford<br>Rachel Goodman<br>United to Protect Democracy<br>82 Nassau Street, #601<br>New York, NY 10038<br>(202) 579-4582<br>john.langford@protectdemocracy.org<br>rachel.goodman@protectdemocracy.org |

                                                   *Attorneys for Plaintiffs*