# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RUBY FREEMAN and WANDREA' MOSS,

                Plaintiffs,

v.

RUDOLPH W. GIULIANI,

                Defendant.

No. 24-mc-353

EXEMPTION CLAIM FORM

**Address A:**
Aaron E. Nathan
M. Annie Houghton-Larsen
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019

**Address B:**
Citibank NA
Citigold Private Client Account
PO Box 6201
Sioux Falls, SD 57117

ACCOUNT NUMBER - ▇1428
Citibank
399 Park Avenue
New York, New York 10022
Attn: Giuseppe Ferrucci

**DIRECTIONS:** To claim that some or all of the funds in your account are exempt, complete Both copies of this form, and make one copy for yourself. Mail or deliver one form to Address "A" and one form to Address "B" within Twenty (20) Days of the Date on the envelope holding this notice.

**If you have any documents, such as an award letter, an annual statement from your pension, pay stubs, copies of checks or bank records showing the last Two (2) months of account activity, include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (check all that apply):

- [x] Social Security
- [ ] Social Security Disability (SSD)
- [ ] Supplemental Security Income (SSI)
- [ ] Public Assistance
- [ ] Wages While Receiving SSI or Public Assistance
- [ ] Veterans Benefits
- [ ] Unemployment Insurance
- [ ] Payments from Pensions and Retirement Accounts
- [ ] Income Earned in the Last 60 days (90% of which is Exempt)
- [ ] Child Support
- [ ] Spousal Support or Maintenance (Alimony)
- [ ] Workers' Compensation
- [ ] Railroad Retirement or Black Lung Benefits
- [ ] COVID-19 stimulus relief for individuals and families with children
- [ ] Other (Describe Exemption): _____

I request that any correspondence to me regarding my claim be sent to the following address:

Rudolph W. Giuliani, 315 S. Lake Drive, Unit 5D, Palm Beach, New York 33480

(fill in your complete address)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

9/6/2024
Date

*[signature: Rudolph W. Giuliani]*
Signature of Judgment Debtor