UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>                  Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>                  Defendant. | No. 24-mc-00353-LJL |

**NOTICE OF MOTION AND OBJECTION BY PLAINTIFFS PURSUANT TO CPLR §§ 5222-a(d) and 5240 REGARDING CLAIM OF EXEMPTION AS TO FUNDS HELD AT PARKSIDE FINANCIAL BANK AND TRUST**

      PLEASE TAKE NOTICE, that Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs"), upon the memorandum in support of this motion and supporting papers, hereby move pursuant to NY CPLR §§5222-a and 5240 for an order quashing the Exemption Claim Form of Rudolph W. Giuliani relating to the bank account held at Parkside Financial Bank and Trust.

Respectfully submitted,

Dated: September 17, 2024
   New York, New York

s/ Aaron E. Nathan

<div style="display: flex;">

John Langford
Rachel Goodman
United to Protect Democracy
82 Nassau Street, #601
New York, NY 10038
(202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

Christine Kwon
(*pro hac vice forthcoming*)
P.O. Box 341423
Los Angeles, CA 90034-9998
(202) 579-4582
christine.kwon@protectdemocracy.org

Von DuBose (*pro hac vice forthcoming*)
DuBose Miller LLC
75 14th Street NE. Suite 2110
Atlanta, GA 30309
(404) 720-8111
dubose@dubosemiller.com

</div>

Michael J. Gottlieb
Meryl C. Governski (admitted *pro hac vice*)
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
mgovernski@willkie.com

Aaron E. Nathan
M. Annie Houghton-Larsen
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mhougtonlarsen@willkie.com

*Attorneys for Plaintiffs*