# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RUBY FREEMAN and WANDREA' MOSS,

    Plaintiffs,

v.

RUDOLPH W. GIULIANI,

    Defendant.

No. 24-mc-353

**EXEMPTION CLAIM FORM**

**Address A:**
Aaron E. Nathan
M. Annie Houghton-Larsen
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019

**Address B:**
Parkside Financial Bank & Trust
AT, Inc.
7700 Forsyth Blvd Ste 1800
Saint Louis, MO 63105

**DIRECTIONS:** To claim that some or all of the funds in your account are exempt, complete Both copies of this form, and make one copy for yourself. Mail or deliver one form to Address "A" and one form to Address "B" within Twenty (20) Days of the Date on the envelope holding this notice.

**If you have any documents, such as an award letter, an annual statement from your pension, pay stubs, copies of checks or bank records showing the last Two (2) months of account activity, include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (check all that apply):

___ Social Security
___ Social Security Disability (SSD)
___ Supplemental Security Income (SSI)
___ Public Assistance
___ Wages While Receiving SSI or Public Assistance
___ Veterans Benefits
___ Unemployment Insurance
___ Payments from Pensions and Retirement Accounts
___ Income Earned in the Last 60 days (90% of which is Exempt)
___ Child Support
___ Spousal Support or Maintenance (Alimony)
___ Workers' Compensation
___ Railroad Retirement or Black Lung Benefits
___ COVID-19 stimulus relief for individuals and families with children

13

    __x__ Other (Describe Exemption): ___There is no___ judgment issued against Giuliani Communications LLC. The creditors have no lawsuit or claim against Giuliani Communications LLC and the hold on the account must be removed. I Request that any correspondence to me regarding my claim be sent to the following address:

Rudolph W. Giuliani, 315 S. Lake Drive, Unit 5D, Palm Beach, Florida 33480
_____

(fill in your complete address)

I Certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

9/6/2024
Date

*[signature]*
Signature of Judgment Debtor

14