AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Ruby Freeman and Wandrea' Moss | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-mc-00353 (LJL) |
| Rudolph W. Giuliani | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Rudolph W. Giuliani.

Date: 09/20/2024

/s/ David Labkowski
*Attorney's signature*

David Labkowski NY Bar #6056915
*Printed name and bar number*

250 95th Street, Unit #547233
Surfside, FL 33154
*Address*

david@labkowskilaw.com
*E-mail address*

(786) 461-1340
*Telephone number*

*FAX number*