USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __09/27/24__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RUBY FREEMAN and WANDREA' MOSS, :
:
              Plaintiffs, :
:    24-mc-00353 (LJL)
    -v- :    24-cv-06563 (LJL)
:
RUDOLPH W. GIULIANI, :
:        ORDER
              Defendant. :
:
------------------------------------------------------------------X

------------------------------------------------------------------X
:
RUBY FREEMAN and WANDREA' MOSS, :
:
              Plaintiffs, :
:
    -v- :
:
RUDOLPH W. GIULIANI, :
:
              Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court held a conference in this matter on September 27, 2024. Counsel for Plaintiffs and counsel for Defendant appeared. The Court granted in part the request by Defendant for an extension and set the following deadlines.

    Defendant's opposition to the motions to quash in 24-mc-353, Dkt. Nos. 18, 21, is due on October 1, 2024. Defendant's opposition to the motion to enforce the judgment in 24-mc-353, Dkt. No. 8, is due on October 8, 2024. Defendant's opposition to Plaintiff's forthcoming motion for summary judgment in 24-cv-6563 is due on October 16, 2024. Any responsive pleading in 24-cv-6563 from Defendant is due on October 16, 2024.

    The Court will not consolidate these two cases at this time but will continue to hold hearings jointly.

The Court intends to handle this matter without delay, in keeping with the judgment enforcement nature of the proceedings. The Court will hold another hearing on October 17, 2024 at 10 a.m. in Courtroom 15C, 500 Pearl St., New York, New York 10007. Defendant should be prepared to address his intention with respect to responding to the information subpoena in 24-mc-353, Dkt. No. 10. With the understanding that Plaintiffs anticipate no discovery will be necessary, the parties should still be prepared to discuss the Court's model Case Management Plan and Scheduling Order at the October 17, 2024 hearing, including dates for any necessary depositions. To that end, Defendant shall present to Plaintiffs in advance of the conference, and the parties shall meet and confer with respect to, dates for the production of documents from the Defendant and his affiliated entities as well as dates for the deposition of the Defendant should that be necessary and shall be prepared to discuss those dates with the Court at the conference on October 17, 2024.

SO ORDERED.

Dated: September 27, 2024
New York, New York

LEWIS J. LIMAN
United States District Judge