UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>　　　　　　　　　　Defendant. | No. 24-mc-00353-LJL<br><br>**DECLARATION OF KENNETH A. CARUSO IN OPPOSITION TO PLAINTIFFS' MOTION AND OBJECTION REGARDING CLAIM OF EXEMPTION [ECF 21-23]** |

KENNETH A. CARUSO hereby declares, pursuant to 28 U.S.C. § 1746:

1. I am a member of the Bar of this Court and counsel for Defendant, Rudolph W. Giuliani ("Defendant"), in this case.

2. I make this Declaration in opposition to Plaintiffs' motion and objection, pursuant to CPLR §§ 5222-a(d) and 5240, regarding Defendant's claim of exemption from execution as to funds held at Parkside Financial Bank and Trust ("Parkside") [ECF 21-23].

3. Attached as Caruso Exhibit A is a document, entitled Entity Information, retrieved from a publicly-available database maintained by the New York Department of State.

4. Attached as Caruso Exhibit B is a copy of the Parkside statement for the month of May 2024.

5. Attached as Caruso Exhibit C is a copy of the Parkside statement for the month of July 2024.

6. Attached as Caruso Exhibit D is a payroll report for Giuliani Communications LLC.

7. Attached as Caruso Exhibit E is a copy of the Parkside statement for the month of June 2024.

1

8. Attached as Caruso Exhibit F is a copy of Defendant's Amended Exemption Claim Form regarding the account held at Parkside.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on October 1, 2024

/s/ Kenneth A. Caruso
Kenneth A. Caruso
Kenneth Caruso Law LLC
15 W. 72nd Street
New York, NY 10023
(646) 599-4790
ken.caruso@kennethcarusolaw.com

*Attorneys for Defendant,*
*Rudolph W. Giuliani*