CARUSO EXHIBIT A

# Department of State
## Division of Corporations

## Entity Information

| Return to Results | Return to Search |

### Entity Details ^

**ENTITY NAME:** GIULIANI COMMUNICATIONS LLC

**DOS ID:** 5656665

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 11/15/2019

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 11/15/2019

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** PAST DUE

**COUNTY:** NEW YORK

**NEXT STATEMENT DUE DATE:** 11/30/2021

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** UNITED CORPORATE SERVICES, INC.

**Address:** 10 BANK STREET, SUITE 560, WHITE PLAINS, NY, UNITED STATES, 10606

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:** UNITED CORPORATE SERVICES, INC.

**Address:** 10 BANK STREET, SUITE 560, WHITE PLAINS, NY, 10606

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |