# CARUSO EXHIBIT B



## Parkside Financial
### BANK & TRUST

GIULIANI COMMUNICATIONS LLC  
1 IRVING PL APT UPHC  
NEW YORK NY 10003

Date 5/31/24  
Account Number  
Enclosures

Page 1  
XXX7580

## CHECKING ACCOUNTS

| Small Business Checking | | | |
|---|---|---|---|
| Account Number | XXX7580 | Item Truncation | |
| Previous Balance | 273,683.39 | Statement Dates 5/01/24 thru 6/02/24 | |
| 8 Deposits/Credits | 38,731.38 | Days in the statement period | 33 |
| 22 Checks/Debits | 75,305.05 | Average Ledger | 261,302.31 |
| Service Charge | .00 | Average Collected | 260,955.72 |
| Interest Paid | .00 | | |
| Ending Balance | 237,109.72 | | |

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 5/06 | TRANSFER   TWITTER PAID FEA<br>4270465600          24/05/06<br>ID #- ST-L4T9D2A5O4B0<br>TRACE #- 111000022696346 | 1,319.25 |
| 5/10 | PAYMENT   NEWSMAXTV08259<br>1371701523          24/05/10<br>ID #- 105890<br>TRACE #- 041000123113554 | 8,333.33 |
| 5/13 | TRANSFER   TWITTER PAID FEA<br>4270465600          24/05/13<br>ID #- ST-W6N5I608B6O2<br>TRACE #- 111000029275078 | 349.67 |
| 5/13 | DDA MOBILE DEPOSIT | 4,000.00 |
| 5/13 | DDA MOBILE DEPOSIT | 7,437.50 |
| 5/15 | PAYROLL   RED APPLE MEDIA<br>9009637262          24/05/15<br>ID #- 07390300041538X<br>TRACE #- 091000010026183 | 15,486.00 |
| 5/28 | TRANSFER   TWITTER PAID FEA<br>4270465600          24/05/28<br>ID #- ST-JOD3L9S6P4O6<br>TRACE #- 111000023390126 | 578.33 |

# Parkside Financial
## BANK & TRUST

Date  5/31/24            Page     2
Account Number            XXX7580
Enclosures

Small Business Checking            XXX7580  (Continued)

**Deposits and Additions**

| Date | Description | Amount |
|---|---|---|
| 5/29 | VENDOR PAY My Pillow Inc<br>1270478020        24/05/29<br>ID #-<br>TRACE #- 056009470000068 | 1,227.30 |

**Checks and Withdrawals**

| Date | Description | Amount |
|---|---|---|
| 5/03 | ADP FEES   ADP PAYROLL FEES<br>9659605001        24/05/03<br>ID #- 929633609985<br>TRACE #- 021000027760766 | 114.40- |
| 5/07 | WIRE TRANSFER DEBIT<br>RUDOLPH GIULIANI<br>021000089<br>XXXXX<br>45 EAST 66TH STREET<br>APT 10<br>NEW YORK CITY, NY 10065<br>CITIBANK<br>REF: 2401-2404 OWNER DRAW<br>20240507MMQFMPWM000015<br>20240507B1Q8021R018634<br>05071039FT01 | 20,000.00- |
| 5/07 | WIRE TRANSFER FEE | 30.00- |
| 5/10 | ADP FEES   ADP PAYROLL FEES<br>9659605001        24/05/10<br>ID #- 387593442143<br>TRACE #- 021000021212751 | 118.20- |
| 5/14 | PAY-BY-PAY ADP PAY-BY-PAY<br>9555555505        24/05/14<br>ID #- 7400579134G5W4J<br>TRACE #- 021000020392497 | 44.24- |
| 5/14 | ADP Tax   ADP Tax<br>1223006057        24/05/14 | 1,547.27- |



**Parkside Financial**
BANK & TRUST

Date 5/31/24  Page 3
Account Number  XXX7580
Enclosures

Small Business Checking          XXX7580  (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 5/14 | ID #- KMW4J 051507A01<br>TRACE #- 021000022767245<br>WAGE PAY   ADP WAGE PAY<br>9333006057         24/05/14 | 4,280.55- |
| 5/16 | ID #- 740057913464W4J<br>TRACE #- 021000020802323<br>ACH PMT    AMEX EPAYMENT<br>0005000008         24/05/16 | 7,664.78- |
| 5/20 | ID #- W0324<br>TRACE #- 091000018982500<br>FORDCREDIT FORD MOTOR CR<br>3534610001       24/05/20 | 782.19- |
| 5/21 | ID #- 062877716<br>TRACE #- 021000026672968<br>WIRE TRANSFER DEBIT<br>RUDOLPH GIULIANI<br>021000089<br>XXXXX<br>45 EAST 66TH STREET<br>APT 10<br>NEW YORK CITY, NY 10065<br>CITIBANK<br>REF: 2405 OWNER DRAW<br>20240521MMQFMPWM000023<br>20240521B1Q8021R037912<br>05211544FT01 | 25,000.00- |
| 5/21 | WIRE TRANSFER FEE | 30.00- |
| 5/24 | ADP FEES   ADP PAYROLL FEES<br>9659605001        24/05/24<br>ID #- 926732982818<br>TRACE #- 021000027046791 | 118.20- |
| 5/30 | PAY-BY-PAY ADP PAY-BY-PAY<br>9555555505        24/05/30<br>ID #- 943529610726W4J<br>TRACE #- 021000027233798 | 44.24- |



# Parkside Financial
### BANK & TRUST

Date 5/31/24  
Account Number  
Enclosures  

Page 4  
XXX7580

**Small Business Checking**  XXX7580  (Continued)

**Checks and Withdrawals**

| Date | Description | Amount |
|---|---|---|
| 5/30 | ADP Tax   ADP Tax<br>1223006057      24/05/30<br>ID #- KMW4J 053108A01<br>TRACE #- 021000020479208 | 1,547.27- |
| 5/30 | WAGE PAY   ADP WAGE PAY<br>9333006057      24/05/30<br>ID #- 943529610725W4J<br>TRACE #- 021000027309900 | 4,280.55- |
| 5/31 | WIRE TRANSFER DEBIT<br>MICHAEL RAGUSA<br>121000248<br>WELLS FARGO<br>MAY 2024 HOURS<br>20240531MMQFMPWM000031<br>20240531IB7033R031323<br>05311522FT01 | 875.00- |
| 5/31 | WIRE TRANSFER DEBIT<br>THEODORE GOODMAN<br>041000124<br>#411<br>MAY 2024 RETAINER<br>20240531MMQFMPWM000032<br>20240531MMQFMPNG002825<br>05311523FT01 | 3,200.00- |
| 5/31 | WIRE TRANSFER DEBIT<br>RICCI & COMPANY<br>021000021 | 4,150.00- |



# Parkside Financial
### BANK & TRUST

Date  5/31/24  
Account Number  
Enclosures  

Page     5  
XXX7580

Small Business Checking                    XXX7580   (Continued)

### Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
|  | 6 ARBOR FIELD WAY | |
|  | LAKE GROVE, NY 11755 | |
|  | CHASE | |
|  | MAY 2024 RETAINER | |
|  | 20240531MMQFMPWM000033 | |
|  | 20240531MMQFMP2H118403 | |
|  | 05311525FT01 | |
| 5/31 | WIRE TRANSFER FEE | 30.00- |
| 5/31 | WIRE TRANSFER FEE | 30.00- |
| 5/31 | WIRE TRANSFER FEE | 30.00- |

### Checks in Serial Number Order

| Date | Check No | Amount |
|---|---|---|
| 5/28 | 7005 | 1,388.16 |

*Indicates Skip in Check Number

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/01 | 273,683.39 | 5/14 | 268,988.48 | 5/28 | 250,069.48 |
| 5/03 | 273,568.99 | 5/15 | 284,474.48 | 5/29 | 251,296.78 |
| 5/06 | 274,888.24 | 5/16 | 276,809.70 | 5/30 | 245,424.72 |
| 5/07 | 254,858.24 | 5/20 | 276,027.51 | 5/31 | 237,109.72 |
| 5/10 | 263,073.37 | 5/21 | 250,997.51 | | |
| 5/13 | 274,860.54 | 5/24 | 250,879.31 | | |

FOR A COPY OF OUR PRIVACY POLICY VISIT WWW.PFBT.COM  
FOR A LOST OR STOLEN DEBIT CARD PLEASE CALL (888)297-3416