CARUSO EXHIBIT C



**Parkside Financial**

BANK & TRUST

```
GIULIANI COMMUNICATIONS LLC        Date  7/31/24         Page    1
1 IRVING PL APT UPHC               Account Number              XXX7580
NEW YORK NY 10003                  Enclosures
```

## CHECKING ACCOUNTS

```
Small Business Checking            Item Truncation
Account Number          XXX7580    Statement Dates  7/01/24 thru  7/31/24
Previous Balance     272,810.75    Days in the statement period      31
    4 Deposits/Credits 20,704.96   Average Ledger            153,501.14
   23 Checks/Debits   209,514.12   Average Collected         153,372.11
Service Charge              .00
Interest Paid              .00
Ending Balance        84,001.59
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 7/08 | TRANSFER    X Corp. Paid Fea | 1,720.77 |
|      | 4270465600          24/07/08 | |
|      | ID #- ST-E3E9H4D8V2U5 | |
|      | TRACE #- 111000026114165 | |
| 7/19 | PAYMENT    NEWSMAXTV08259 | 8,333.33 |
|      | 1371701523          24/07/19 | |
|      | ID #- 105890 | |
|      | TRACE #- 041000120029100 | |
| 7/24 | DDA MOBILE DEPOSIT | 4,000.00 |
| 7/26 | WIRE TRANSFER CREDIT | 6,650.86 |
|      | BURKE BRANDS LLC | |
|      | 521 NE 189TH ST | |
|      | MIAMI | |
|      | FL 33179 | |
|      | SALES MAY AND JUNE 2024 | |
|      | 20240726I1B7033R006582 | |
|      | 20240726MMQFMPWM000018 | |
|      | 07261023FT03 | |



**Parkside Financial**
BANK & TRUST

```
                                    Date  7/31/24         Page    2
                                    Account Number             XXX7580
                                    Enclosures
```

Small Business Checking               XXX7580   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 7/01 | WIRE TRANSFER DEBIT<br>MICHAEL RAGUSA<br>121000248<br><br>WELLS FARGO<br>JUNE 2024 HOURS<br>20240701MMQFMPWM000009<br>20240701I1B7033R012111<br>07011052FT03 | 1,075.00- |
| 7/01 | WIRE TRANSFER DEBIT<br>THEODORE GOODMAN<br>041000124<br><br>PNC BANK<br>JUNE 2024 RETAINER<br>20240701MMQFMPWM000008<br>20240701MMQFMPNG001253<br>07011051FT03 | 3,200.00- |
| 7/01 | WIRE TRANSFER DEBIT<br>THEODORE GOODMAN<br>041000124<br><br>PNC BANK<br>SEVERANCE PAYMENT<br>20240701MMQFMPWM000016<br>20240701MMQFMPNG001781<br>07011230FT03 | 3,200.00- |



**P** **Parkside Financial**
BANK & TRUST

Date  7/31/24          Page    3
Account Number            XXX7580
Enclosures

Small Business Checking              XXX7580   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|-------:|
| 7/01 | WIRE TRANSFER DEBIT<br>RICCI & COMPANY<br>021000021<br>████████<br>6 ARBOR FIELD WAY<br>LAKE GROVE, NY 11755<br>CHASE<br>JUNE  2024 RETAINER<br>20240701MMQFMPWM000018<br>20240701MMQFMP2H082300<br>07011232FT03 | 4,150.00- |
| 7/01 | WIRE TRANSFER DEBIT<br>Ryan Medrano<br>021000021<br>████████████████<br>CHASE<br>2401-2406 RETAINER<br>20240701MMQFMPWM000017<br>20240701MMQFMP2H082105<br>07011231FT03 | 18,000.00- |
| 7/01 | WIRE TRANSFER DEBIT<br>RUDOLPH GIULIANI<br>021000089<br>████████<br>45 EAST 66TH STREET<br>APT 10<br>NEW YORK CITY, NY 10065<br>CITIBANK<br>REF: 2406 OWNER DRAW<br>20240701MMQFMPWM000010<br>20240701B1Q8021R031657<br>07011055FT03 | 55,000.00- |
| 7/01 | WIRE TRANSFER FEE | 30.00- |
| 7/01 | WIRE TRANSFER FEE | 30.00- |



**Parkside Financial**
BANK & TRUST

```
Date  7/31/24          Page    4
Account Number              XXX7580
Enclosures
```

Small Business Checking          XXX7580   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 7/01 | WIRE TRANSFER FEE | 30.00- |
| 7/01 | WIRE TRANSFER FEE | 30.00- |
| 7/01 | WIRE TRANSFER FEE | 30.00- |
| 7/01 | WIRE TRANSFER FEE | 30.00- |
| 7/01 | ACH PMT    AMEX EPAYMENT<br>0005000008        24/07/01<br>ID #- W7068<br>TRACE #- 091000012394943 | 13,146.02- |
| 7/08 | ADP FEES    ADP PAYROLL FEES<br>9659605001        24/07/08<br>ID #- 435073675162<br>TRACE #- 021000022626974 | 354.60- |
| 7/25 | WIRE TRANSFER DEBIT<br>BERGER,FISCHOFF,SHUMER,WEXLER<br>021000021<br>███████<br>DMAN LLP 6901 JERICHO TURNPIKE<br>SUITE 230 SYOSSET, NY 11791<br>CHASE<br>ATTORNEY ESCROW ACCOUNT - IOLA<br>20240725MMQFMPWM000016<br>20240725MMQFMP2H088565<br>07251432FT03 | 100,000.00- |
| 7/25 | WIRE TRANSFER FEE | 30.00- |
| 7/26 | WIRE TRANSFER | 12.50- |
| 7/31 | WIRE TRANSFER DEBIT<br>MICHAEL RAGUSA<br>121000248<br>████████████<br>████████<br>WELLS FARGO<br>JULY  2024 HOURS<br>20240731MMQFMPWM000027<br>20240731I1B7032R030857 | 500.00- |



Date  7/31/24          Page    5
Account Number              XXX7580
Enclosures

Small Business Checking              XXX7580   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
|      | 07311600FT03 | |
| 7/31 | WIRE TRANSFER DEBIT | 4,150.00- |
|      | RICCI & COMPANY | |
|      | 021000021 | |
|      | ███████████ | |
|      | 6 ARBOR FIELD WAY | |
|      | LAKE GROVE, NY 11755 | |
|      | CHASE | |
|      | JULY 2024 RETAINER | |
|      | 20240731MMQFMPWM000028 | |
|      | 20240731MMQFMP2H126867 | |
|      | 07311601FT03 | |
| 7/31 | WIRE TRANSFER FEE | 30.00- |
| 7/31 | WIRE TRANSFER FEE | 30.00- |

## Checks in Serial Number Order

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 7/05 | 7006 | 5,067.84 | 7/08 | 7007 | 1,388.16 |

*Indicates Skip in Check Number

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/01 | 174,859.73 | 7/19 | 178,103.23 | 7/26 | 88,711.59 |
| 7/05 | 169,791.89 | 7/24 | 182,103.23 | 7/31 | 84,001.59 |
| 7/08 | 169,769.90 | 7/25 | 82,073.23 | | |

FOR A COPY OF OUR PRIVACY POLICY VISIT WWW.PFBT.COM
FOR A LOST OR STOLEN DEBIT CARD PLEASE CALL (888)297-3416

DDA CHECK # 7006   Date: 07/05   Amount: $5,067.84



DDA CHECK # 7007   Date: 07/08   Amount: $1,388.16

| OUTSTANDING CHECKS | | RECONCILIATION INSTRUCTIONS |
|---|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| TOTAL | |
| Total of Checks not paid | Subtract total of checks not paid |

THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE ➡

Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable

**EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED**

We calculate the FINANCE CHARGE on your account by multiplying the daily balance of your account, including current transactions, by the daily periodic rate each day during the billing cycle. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total FINANCE CHARGE for the billing cycle. To get the daily balance on which each daily finance charge is computed, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and unpaid finance charges.

The "average daily balance" shown on the front of this statement is for purposes of illustration only. To validate the amount of your finance charge, multiply the number of days in the billing cycle by the average daily balance shown, then multiply the product by the daily periodic rate.

*Note: If the statement closing date falls on a Friday or on any business day immediately prior to a non-business day, the number of days in the billing cycle will include the subsequent number of non-business days until the next business day, and the finance charge will continue to accrue. However, the number of days in the next billing cycle will not include any days included in the prior cycle.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Account Statement**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.