# CARUSO EXHIBIT D

## Payroll Details

**Pay Frequency: Semimonthly**
**Employee: Fenderson, Vanessa D**

| Descriptions | Hours and Earnings | | | Taxes | | Deductions | | Net Pay | Employer Liability | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hours | Amount | | Amount | | Amount | | | Amount |
| Regular | | 0.00 | 833.34 | SSN: xxx-xx-xxxx | | New York voluntary disability | 2.60 | 758.54 | FED SOCSEC-ER | 51.66 |
| | | | 833.34 | FED SOCSEC | 51.67 | | 2.60 | | FED MEDCARE-ER | 12.08 |
| | | | | FED MEDCARE | 12.09 | | | | FED FUTA | 5.00 |
| | | | | NY SIT | 5.34 | | | | NY SUI-ER | 34.16 |
| | | | | NY PFL | 3.10 | | | | | 102.90 |
| | | | | | 72.20 | | | | | |

Check Date: 05/15/2024 / Direct Deposit / Savings / Account No: XXX••••• $379.27
Check Date: 5/31/2024 / Direct Deposit / Savings / Account No: XXX••••• $379.27

**Employee: Ryan, Maria R**

| | | | | SSN: xxx-xx-xxxx | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | | 0.00 | 10,000.00 | FED FIT | 869.34 | New York voluntary disability | 2.60 | 7,802.56 | FED SOCSEC-ER | 620.00 |
| | | | 10,000.00 | FED SOCSEC | 620.00 | | 2.60 | | FED MEDCARE-ER | 145.00 |
| | | | | FED MEDCARE | 145.00 | | | | | 765.00 |
| | | | | NY SIT | 523.20 | | | | | |
| | | | | NY PFL | 37.30 | | | | | |
| | | | | | 2,194.84 | | | | | |

Check Date: 05/15/2024 / Direct Deposit / Checking / Account No: X••••• $3,901.28
Check Date: 05/31/2024 / Direct Deposit / Checking / Account No: X••••• $3,901.28

**Pay Frequency Totals: Semimonthly**

| Regular | | 0.00 | $10,833.34 | FED FIT | $869.34 | New York voluntary disability | $5.20 | $8,561.10 | FED SOCSEC-ER | $671.66 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 0.00 | $10,833.34 | FED SOCSEC | $671.67 | | $5.20 | | FED MEDCARE-ER | $157.08 |
| | | | | FED MEDCARE | $157.09 | | | | FED FUTA | $5.00 |
| | | | | NY SIT | $528.54 | | | | NY SUI-ER | $34.16 |
| | | | | NY PFL | $40.40 | | | | | $867.90 |
| | | | | | $2,267.04 | | | | | |

**Total Employees - Semimonthly: 2**

**Company Totals:**

| Regular | | 0.00 | $10,833.34 | FED FIT | $869.34 | New York voluntary disability | $5.20 | $8,561.10 | FED SOCSEC-ER | $671.66 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 0.00 | $10,833.34 | FED SOCSEC | $671.67 | | $5.20 | | FED MEDCARE-ER | $157.08 |
| | | | | FED MEDCARE | $157.09 | | | | FED FUTA | $5.00 |
| | | | | NY SIT | $528.54 | | | | NY SUI-ER | $34.16 |
| | | | | NY PFL | $40.40 | | | | | $867.90 |
| | | | | | $2,267.04 | | | | | |

**Total Employees - Company: 2**

Company: Giuliani Communications LLC
Check dates from: 5/15/2024 to: 5/31/2024 - Payroll 1
Pay Period from: 05/01/2024 to: 05/31/2024

1 of 1    Date Printed: 06/14/2024 19:22