# EXHIBIT A

Printed from StreetEasy.com at 05:04 PM, Oct 1 2024

Sales › Manhattan › All Upper East Side › Upper East Side › Lenox Hill › 45 East 66th Street #10W



1 of 13

FLOOR PLAN

## 45 East 66th Street #10W

**$5,175,000** FOR SALE

10 rooms | 3 beds | 3 baths

Resale • Co-op in Lenox Hill

**+ ADD NOTES TO THIS LISTING**

Listing by Sothebys International Realty, Corporate Broker, 650 Madison Avenue, New York NY 10022.

| DAYS ON MARKET | LAST PRICE CHANGE | ESTIMATED PAYMENT | MONTHLY TAXES |
|---|---|---|---|
| 344 Days | ↓ $525,000 (9.2%) 4 Days Ago | $27,527 | N/A |

| MONTHLY MAINTENANCE | TAX ABATEMENT |
|---|---|
| $10,933 | No Data Available |

## About the Listing

**SELLER'S AGENT**

Serena Boardman
Licensed Associate Real Estate Broker

**DESCRIPTION**

Designed by renowned architects Harde & Short in 1906 and classified as a landmark in 1977, 45 East 66th Street is distinctive for its magnificent gothic-inspired terra cotta and brick façade. Within a "monumentally exuberant" edifice, this splendid residence boasts bright, high-floor outlooks and an abundance of sunshine, high ceilings, and beautiful hardwood floors.

READ FULL DESCRIPTION

## Amenities

**HIGHLIGHTS**

Cats and Dogs Allowed                          Dishwasher

Elevator                                       Full-time Doorman

**CO-OP RULES**

Pied-a-Terre Allowed

**BUILDING AMENITIES**

Live-in Super

Spectrum  Av

**LISTING AMENITIES**

| Schedule A Showing | Ask a question |
|---|---|

45 East 66th Street #1…        $5,175,000

| | |
|---|---|
| City View | Hardwood Floors |
| Fireplace | Skyline View |
| Fireplace: Wood | |

Hide listing from search results

Report Listing

## About the Building

**45 East 66 Th Street Building 45 East 66th Street**  New York, NY 10065

Co-op in **Lenox Hill**

| 33 Units | 10 Stories | 1907 Built |

Sales listings: **1 active and 31 previous**

Rentals listings: **4 previous**

Documents and Permits: **111 documents**

**MORE ABOUT THE BUILDING**

### PROPERTY HISTORY

**Price history**

| Date | Price | Event |
|---|---|---|
| 9/27/2024 | $5,175,000 ↓ | Price decreased 9% |
| 5/13/2024 | $5,700,000 ↓ | Price decreased 7% |
| 5/13/2024 | $6,100,000 | Listed by Sotheby's International Realty |
| 2/14/2024 | $6,100,000 | Temporarily off market |
| 10/30/2023 | $6,100,000 ↓ | Price decreased 6% |
| 7/26/2023 | $6,500,000 | Listed by Sotheby's International Realty |

Show less

**WANT TO ANALYZE THIS PROPERTY WITH OUR COMPS REPORT GENERATOR?**

45 East 66th Street #1…   $5,175,000

### INTERNET



**Spectrum Internet**

Powered by Spectrum

SHOP NOW

## Similar Sales

**SALE IN LENOX HILL**
**20 East 68th Street #6BC**
$4,750,000
3 Beds   3 Baths
Listing by SERHANT. (372 West Broadway, New York, NY 10012)

**SALE IN LENOX HILL**
**784 Park Avenue #8B**
$5,495,000   $305,000
4 Beds   4 Baths
Listing by Sotheby's International Realty (650 Madison Avenue, New York, NY 10022)

**SALE IN LENOX HILL**
**630 Park Avenue #9C**
$4,200,000
3 Beds   3 Baths
Listing by R New York (641 Lexington Avenue, New York, NY 10022)

## Nearby

**TRANSPORTATION**

| | | |
|---|---|---|
| 6   at 68th St | | 0.18 miles |
| F  Q   at Lexington Av | | 0.22 miles |
| N  R  W   at 5th Av | | 0.31 miles |
| F  Q   at 63rd Street | | 0.31 miles |
| N  R  4  5  6  W   at Lexington Av-59 St | | 0.35 miles |

View subway lines on Google Maps ▶

VIEW ON GOOGLE

**SCHOOLS**

**District 02** - Schools zoned for this address:

East Side Elementary School, PS 267
(0K,01,02,03,04,05,SE)

J.H.S. 167 Robert F. Wagner
(06,07,08,SE)

Disclaimer: School attendance zone boundaries are not guaranteed to be accurate – they are provided by a third party and subject to change. Check with the applicable school district prior to making a decision based on these boundaries.

**COLLEGES**

45 East 66th Street #1...   $5,175,000

| | |
|---|---|
| Hunter College (CUNY) | 0.17 miles |
| New York School of Interior Design | 0.28 miles |
| Marymount Manhattan College | 0.43 miles |
| Gerstner Sloan Kettering Graduate School of Biomedical Science | 0.62 miles |
| New York Graduate School of Psychoanalysis | 0.69 miles |

**PARKS**

| | |
|---|---|
| Central Park | 0.12 miles |
| Grand Army Plaza | 0.4 miles |
| St. Catherine's Park | 0.51 miles |
| Tramway Plaza | 0.51 miles |
| 14 Honey Locusts Park | 0.58 miles |

**MUSEUMS**

| | |
|---|---|
| Americas Society | 0.11 miles |
| Frick Collection | 0.21 miles |
| Asia Society | 0.22 miles |
| Museum of American Illustration | 0.23 miles |
| Whitney Museum of American Art | 0.43 miles |

## About Lenox Hill

**LEARN MORE LEARN MORE LEARN MORE**

## Listed By

Sothebys International Realty, Corporate Broker, 650 Madison Avenue, New York NY 10022.

**REPORT A PROBLEM**

### Lenox Hill sales

- Studios in Lenox Hill
- 1 bedrooms in Lenox Hill
- 2 bedrooms in Lenox Hill
- 3 bedrooms in Lenox Hill

### Nearby Lenox Hill

- Central Park South real estate for sale
- Midtown East real estate for sale
- Sutton Place real estate for sale
- Upper East Side real estate for sale

### More listings

- Condos for sale
- Co-ops for sale
- Houses for sale
- Pet friendly for sale

45 East 66th Street #1...     **$5,175,000**