```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/02/24__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RUBY FREEMAN and WANDREA' MOSS,

         Plaintiffs,

   -v-

RUDOLPH W. GIULIANI,

         Defendant.
-------------------------------------------------------------------X

24-mc-00353 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Plaintiffs' reply to Defendant's opposition to the motion to quash, Dkt. Nos. 32–33, is due no later than October 8, 2024.

    SO ORDERED.

Dated: October 2, 2024
       New York, New York

                                            LEWIS J. LIMAN
                                       United States District Judge