**KENNETH CARUSO LAW LLC**
15 West 72nd Street | New York, NY 10022
E: ken.caruso@kennethcarusolaw.com | P: (646) 599-4970

September 20, 2024

<u>Via ECF</u>

Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Freeman et al v. Giuliani*, 24-mc-00353-LJL

Dear Judge Liman:

    I write in response to the Court's order, entered this morning. ECF 37.

    I was surprised by the content of Mr. Nathan's letter of last night. ECF 35. It had been my understanding that Plaintiffs *want* the New York Apartment sold and monetized. After reading the letter, counsel had a phone call to discuss this issue and numerous other issues relating to the turnover of property, both real and personal. Counsel had what I believe was a constructive discussion, which will continue after the upcoming holiday (which, of course, starts this evening). I assure the Court, as I assured Plaintiffs' counsel, that while those discussions continue, Defendant will take no further action with respect to the Apartment, its listing or de-listing or marketing, and no further action that could be construed as interference or a violation of a restraining notice.

    I respectfully suggest that no judicial action is necessary at this time. If, however, the Court requires a further submission from the defense, I respectfully ask the Court to fix a date for any such submission on October 6, 2024, or later.

Respectfully Submitted,

<u>/s/ Kenneth A. Caruso</u>
Kenneth A. Caruso

cc:    Counsel of Record