KENNETH CARUSO LAW LLC
15 West 72nd Street | New York, NY 10022
E: ken.caruso@kennethcarusolaw.com | P: (646) 599-4970

October 2, 2024

<u>Via ECF</u>

Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Freeman et al v. Giuliani*, 24-mc-00353-LJL

Dear Judge Liman:

      Regarding the New York Apartment, we do not oppose an order, as set forth/proposed in the Court's Memo Endorsement, ECF 40.

Respectfully Submitted,

/s/ Kenneth A. Caruso
Kenneth A. Caruso

cc:    Counsel of Record