```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/04/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
RUBY FREEMAN and WANDREA' MOSS,                :
:
Plaintiffs,                                    :
:                   24-mc-00353 (LJL)
-v-                                            :
:
RUDOLPH W. GIULIANI,                           :                   ORDER
:
Defendant.                                     :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On September 17, 2024, Judgment Creditors Ruby Freeman and Wandrea' Moss moved, pursuant to Federal Rule of Civil Procedure 69 and New York Civil Practice Law and Rules ("CPLR") §§ 5222-a(d) and 5240, for an order quashing the exemption claim form served by Judgment Debtor Rudolph W. Giuliani ("Giuliani") on Parkside Financial Bank and Trust ("Parkside") in response to an Information Subpoena and Restraining Notice served upon Parkside forbidding Parkside to make or suffer any sale, assignment, or transfer of, or any interference with, any property in which Giuliani has an interest or otherwise to dispose of any such property, except upon direction of the sheriff or pursuant to court order, until the judgment obtained by Judgment Creditors against Giuliani is vacated or satisfied.  Dkt. No. 21.  The motion is based upon the fact that the Parkside account being restrained is not that of a "natural person" and that the exemption claim does not invoke any of the exemptions made available under CPLR 5222-a.  Dkt. No. 22.

      The Court has reviewed the motion of Judgment Creditors and the response of Giuliani. Dkt. Nos. 32–33.  A hearing is scheduled for October 17, 2024.  Dkt. No. 31.  The Court hereby orders Parkside to retain all funds claimed to be exempt pending further order of the Court.  *See* CPLR 5222-a(e).  Judgment Creditors shall serve a copy of this Order upon Parkside by first class mail and email.  Giuliani is ordered to take no action to interfere with the funds retained by Parkside pending further order of the Court.

      SO ORDERED.

Dated: October 4, 2024
       New York, New York
                                                                   LEWIS J. LIMAN
                                                             United States District Judge