UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>                                      Plaintiffs,<br><br>-against-<br><br>RUDOLPH W. GIULIANI,<br><br>                                      Defendant,<br><br>-and-<br><br>ANDREW H. GIULIANI,<br><br>                                Intervenor-Defendant Applicant. | No. 24-MC-353-LJL<br><br>**NOTICE OF MOTION TO INTERVENE UNDER FED. R. CIV. P. 24** |

To:

Aaron E. Nathan, Esq.
Marie Annie Houghton-Larsen, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
*Attorneys for Plaintiffs*

Michael Gottlieb, Esq.
Meryl Conant Governski, Esq.
Willkie Farr & Gallagher LLP
1875 K Street NW, Ste. 100
Washington, DC 20015
*Attorneys for Plaintiffs*

John Langford, Esq.
Protect Democracy
555 W. 5th St.
Los Angeles, CA 90013
*Attorney for Plaintiffs*

Rachel Elizabeth Goodman, Esq.
Protect Democracy
90 Broad Street, Ste. 10th Floor
New York, NY 10004
*Attorney for Plaintiffs*

David Labkowski, Esq.
Labkowski Law, P.A.
250 95th St., # 547233
Surfside, FL 33154
*Attorney for Defendant*

Kenneth A. Caruso, Esq.
Kenneth Caruso Law
15 W. 72nd Street
New York, NY 10023
*Attorney for Defendant*

**PLEASE TAKE NOTICE THAT** Intervenor-Defendant Applicant Andrew H. Giuliani**,** by and through his undersigned counsel, hereby moves the Court before the Honorable Lewis J. Liman, United States District Judge for the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order permitting him to intervene as a defendant pursuant to Fed. R. Civ. P. 24.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Andrew Giuliani will rely upon the accompanying Memorandum of Law, Declaration of Scott B. McBride, Esq., and Declaration of Andrew H. Giuliani.

**PLEASE TAKE FURTHER NOTICE** that counsel for Plaintiffs and counsel for Defendant have consented to or do not otherwise oppose the granting of intervention sought by Andrew Giuliani.

-3-

**PLEASE TAKE FURTHER NOTICE** that a Proposed Form of Order granting intervention is submitted with this motion.

Dated: October 8, 2024
      New York, New York

                                        **LOWENSTEIN SANDLER LLP**

                                        By: *Scott B. McBride*
                                             Scott B. McBride
                                             1251 Avenue of the Americas
                                             New York, New York 10020
                                             Telephone: (212) 262-6700
                                             Facsimile: (212) 262-7402
                                             smcbride@lowenstein.com

                                             *Counsel for Intervenor-Defendant*
                                             *Andrew H. Giuliani*