UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS, <br><br> Plaintiffs, <br><br> -against- <br><br> RUDOLPH W. GIULIANI, <br><br> Defendant, <br><br> -and- <br><br> ANDREW H. GIULIANI, <br><br> Intervenor-Defendant Applicant. | No. 24-MC-353-LJL <br><br> **DECLARATION OF SCOTT B. McBRIDE IN SUPPORT OF ANDREW H. GIULIANI'S MOTION TO INTERVENE AS DEFENDANT** |

I, **SCOTT B. MCBRIDE, ESQ.**, hereby declare under penalty of perjury:

1. I am a partner at the law firm of Lowenstein Sandler LLP, counsel to Andrew H. Giuliani, Intervenor-Defendant Applicant, in the above-captioned case. As such, I am familiar with the facts set forth herein. I submit this declaration in support of Andrew Giuliani's Motion to Intervene filed simultaneously herewith.

2. On behalf of Andrew Giuliani, I contacted counsel for Plaintiffs and counsel for Defendant on October 7, 2024, to inquire if they would consent to his intervention in this matter.

3. Counsel for Plaintiffs have indicated they do not oppose Andrew Giuliani's motion to intervene for the limited purpose of asserting his claimed interest in the "3 Yankee World Series Rings" identified in Plaintiffs' motion to enforce judgment, while reserving all rights going forward. Counsel for Defendant consent to Andrew Giuliani's motion to intervene.

-2-

4.	Andrew Giuliani's claimed interest in the case relates solely to a small fraction of the personal and real property at issue here, namely, the "3 Yankee World Series Rings" identified in Plaintiffs' motion to enforce judgment.

5.	Should the Court grant his motion, Andrew Giuliani, if necessary, would file a notice of petition to determine adverse claims under N.Y. C.P.L.R. § 5239 or a motion for equivalent relief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated:  October 8, 2024                           */s/ Scott B. McBride*
                                                  Scott B. McBride