UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>                             Plaintiffs,<br><br>-against-<br><br>RUDOLPH W. GIULIANI,<br><br>                            Defendant,<br><br>-and-<br><br>ANDREW H. GIULIANI,<br><br>                            Intervenor-Defendant Applicant. | No. 24-MC-353-LJL<br><br>**DECLARATION OF ANDREW H. GIULIANI IN SUPPORT OF HIS MOTION TO INTERVENE AS DEFENDANT** |

I, **ANDREW H. GIULIANI**, hereby declare under penalty of perjury:

1. I am the Intervenor-Defendant Applicant in this matter and the son of Defendant, Rudolph W. Giuliani. I am familiar with the facts set forth herein.

2. On Friday, May 25, 2018, my father celebrated his 74th birthday at his New York City residence with many friends and family members. At the time, I was working and living in Washington, DC, and was unsure I would be able to attend. But my father asked me to fly up to New York, saying he had something important he wanted to give me.

3. I arrived at the party that Friday night somewhat late but with enough time to enjoy seeing friends and family. After midnight and the departure of the guests, my father asked my wife and me to come to the master bedroom. There he opened a dresser drawer and removed four Yankees World Series rings—one for each of the Yankees' titles in 1996, 1998, 1999, and 2000,

and each encased in a separate wooden display box—which he had just reobtained from his then-wife in their divorce proceedings. He said to me, in substance and in part, "I told you when I got these that they would be yours someday, and I want to give them to you now." As a child and young adult, I had spent many nights with my father watching Yankees games and bonding over our love for the team, and I was excited about receiving the rings.

4. My wife and I, each holding one of the rings in its box, posed for a picture with my father to commemorate the occasion. (A true and correct copy of that photograph, time-stamped May 26, 2018, at 12:23am, is attached hereto as "**Exhibit A**.")

5. After the photograph was taken, I told my father that he should wear one of the rings, as he never wore them during his marriage to his then-wife. He agreed that he would temporarily keep one of the rings so that he could wear it, and I took the other three rings back home with me.

6. Later that year, I asked my father if he wanted to exchange the ring he was wearing with one of the other three rings. He asked to wear the 2000 World Series ring, as it signified the "Subway Series" (against the New York Mets). We then exchanged the 2000 World Series ring with the ring he had been wearing.

7. My understanding then and today is that these four World Series rings were a gift from my father and that they have belonged to me since May 26, 2018.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2024

_____
Andrew H. Giuliani