UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>           Plaintiffs,<br><br>-against-<br><br>RUDOLPH W. GIULIANI,<br><br>           Defendant,<br><br>-and-<br><br>ANDREW H. GIULIANI,<br><br>           Intervenor-Defendant Applicant. | No. 24-MC-353-LJL<br><br>**[PROPOSED] ORDER GRANTING INTERVENOR STATUS TO ANDREW H. GIULIANI** |

**THIS MATTER** having been opened to the Court by Lowenstein Sandler LLP, counsel for Intervenor-Defendant Applicant Andrew H. Giuliani, by way of a Motion to Intervene pursuant to Federal Rule of Civil Procedure 24; and the Court having considered the papers submitted in support of said motion; and without opposition from the existing parties; and for good cause shown:

**IT IS** on this _____ day of October, 2024, **ORDERED** as follows:

Intervenor-Applicant Defendant Andrew H. Giuliani's Motion to Intervene is hereby GRANTED; and

A copy of this Order shall be served on all counsel and Parties via ECF.

Dated: _____              _____
                                                                                                          Hon. Lewis J. Liman, U.S.D.J.