# Exhibit 1-B



# Order Details

Ordered on May 9, 2024    Order #...833

**Shipping Address**
Rudolph W Giuliani
315 S LAKE DR
PALM BEACH, FL 33480-4525
United States

**Payment method**
Mastercard ending in 1472

**Order Summary**
Item(s) Subtotal: $100.00
Shipping & Handling: $0.00
Gift Wrap: $39.90
Total before tax: $139.90
Estimated tax to be collected: $9.80
**Grand Total: $149.70**

∨ Transactions

## Delivered May 14, 2024

Track package

Quartet Dry Erase Marker, Whiteboard Markers, Bullet Tip, EnduraGlide, White Board Dry Erase Pens for Teachers, Home, School & Office Supplies, Assorted Classic Colors, 4 Pack (5001-1MA)
Sold by: Amazon.com Services, Inc
$10.00
Condition: New
🎁 Gift options: Gift Receipt and Gift Bag selected
"Enjoy your gift! HAPPY MOTHERS DAY TO NONNA, THE BEST MOM OF ALL! From Rudolph W Giuliani"

Buy it again

Return items  >

Share gift receipt  >

Recommended for you based on Quartet Dry Erase Markers, Whiteboard Markers, Bul...

Amazon.com

# Order Details

Ordered on May 14, 2024     Order# ▇▇▇▇-1416

**Shipping Address**
Rudolph W Giuliani
45 E 66TH ST APT 10W
NEW YORK, NY 10065-6159
United States

**Payment method**
Mastercard ending in 1472

### Order Summary
Item(s) Subtotal:        $12.99
Shipping & Handling:      $0.00
Total before tax:        $12.99
Estimated tax to be collected:   $0.00
**Grand Total:**         **$12.99**

▼ Transactions

### Delivered May 20, 2024

Track package



6 Pairs Mens Dress Socks Multi Color Casual Work Size 10-13 Crew
Sold by: USA GIFT ZONE
Return eligible through Jun 19, 2024
$12.99
Condition: New

Buy it again

Contact seller



# Order Details

Ordered on May 15, 2024 | Order# ███████6256

**Shipping Address**
Rudolph W Giuliani
45 E 66TH ST APT 10W
NEW YORK, NY 10065-6159
United States

**Payment method**
Mastercard ending in 1472

**Order Summary**
Item(s) Subtotal: $29.56
Shipping & Handling: $0.00
Total before tax: $29.56
Estimated tax to be collected: $2.62
Grand Total: $32.18

▼ Transactions

Track package

**Delivered May 16, 2024**
It was handed directly to a receptionist or someone at a front desk.
Signed by: Doorman

Quartet Glass Board Dry Erase Markers, Premium Whiteboard Markers, Bullet Tip, Assorted Colors, 12 Pack (79554)
Sold by: Amazon.com Services, Inc
Return window closed on Jun 15, 2024
$29.56
**Condition:** New
Auto-delivered: Every 2 months

Buy it again

View your Subscribe & Save





# Order Details

Ordered on May 14, 2024

**Shipping Address**
Rudolph W Giuliani
45 E 66TH ST APT 10W
NEW YORK, NY 10065-6159
United States

**Payment method**
Mastercard ending in 1472

**Order Summary**
Item(s) Subtotal: $164.76
Shipping & Handling: $0.00
Total before tax: $164.76
Estimated tax to be collected: $7.99
**Grand Total: $172.75**

∨ Transactions

## 2 Shipments

**Delivered May 16, 2024**
It was handed directly to a receptionist or someone at a front desk.
Signed by: Doorman

7BKGSTARS KINGDOM Men's Diabetic Seamless Cotton Mid Calf Socks-5 Pack Large-Stripe Pattern Sock Size 10-13 Shoe Size 9-12 L Dark Brown,Brown,Beige,Light Beige
Sold by: 7BKGSTARS KINGDOM
Return eligible through Jun 15, 2024
$29.95
Condition: New
Buy it again

Return or replace items

Share gift receipt

Track package

**Delivered May 15, 2024**

# Order Details

Ordered on May 18, 2024     Order# 9409

**Shipping Address**
Rudolph W Giuliani
315 S LAKE DR
P
PALM BEACH, FL 33480-4525
United States

**Payment method**
Mastercard ending in 1472

> Transactions

## Order Summary

| | |
|---|---|
| Item(s) Subtotal: | $10.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $10.99 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$10.99** |

### Delivered May 19, 2024
It was handed directly to a receptionist or someone at a front desk.
Signed by: Justvo

Track package

illy Whole Bean Coffee - Perfectly Roasted Whole Coffee Beans – Intenso Dark Roast – Warm Notes of Cocoa & Dried Fruit – Full-Bodied – 100% Arabica Coffee – No Preservatives – 8.8 Ounce
illy
Sold by: Amazon.com Services, Inc
Return window closed on Jun 18, 2024
$10.99
Condition: New

Buy it again



Amazon.com

Ordered on May 18, 2024    Orders

**Shipping Address**
Rudolph W Giuliani
315 S LAKE DR
P
PALM BEACH, FL 33480-4525
United States

**Payment method**
Mastercard ending in 1472

∨ Transactions

**Order Summary**
Item(s) Subtotal:         $35.47
Shipping & Handling:       $2.99
Free Shipping:            -$2.99
Total before tax:         $35.47
Estimated tax to be
collected:                 $2.48
Grand Total:              $37.95

## 2 Shipments

**Delivered May 18, 2024**
It was handed directly to a receptionist or someone at a front desk.
Signed by: Ru

Jergens Natural Glow Instant Sun Sunless Tanning Moisturizer + Bronzer, Self Tanner, Deep Bronze, for Natural-Looking Tan, 6 Ounce
Sold by: Amazon.com Services, Inc
Return window closed on Jun 17, 2024
$15.47
Condition: New

Buy it again

Track package

**Delivered May 19, 2024**
It was handed directly to a receptionist or someone at a front desk.
Signed by: Benjamin Lurry

GOLDTOE Men's Harrington Crew Socks, Multipairs, Taupe Marl/Khaki (6-Pairs), Large
Sold by: Amazon.com Services, Inc
Return window closed on Jun 17, 2024
$22.00

Track package

Q Search Amazon.com

ORDER PLACED
May 25, 2024

TOTAL
$82.16

SHIP TO
Rudolph W Giuliani

**Delivered May 28, 2024**
It was handed directly to a receptionist or someone at a front desk.
Signed by: Doorman

Jergens Natural Glow Instant Sun Sunless Tanning Moisturizer + Bronzer, Self Tanner, Deep Bronze, for Natural-Looking Tan, 6 Ounce
Return eligible through Jun 27, 2024

Buy it again

YAQ Wireless Earbuds Bluetooth Headphones, 40H Playtime Stereo IPX5 Waterproof Ear Buds, LED Power Display Cordless in-Ear E
Microphone for iOS Android Cell Phone Sports
Return eligible through Jun 27, 2024

Buy it again

Menaji HDPV Anti-Shine Powder (Sunless Tan) | Anti-Shine Face Make-Up for Men | High-Definition Face Powder | Skin-Friendly Face
All-Occasion Face Powder | Contains Vitamin C & E
Return eligible through Jun 27, 2024

Buy it again

