# Exhibit 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

RUBY FREEMAN and WANDREA' MOSS,

Plaintiffs,

v.

RUDOLPH W. GIULIANI,

Defendant.

No. 24-mc-353

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )

                        : ss:

COUNTY OF NEW YORK   )

Fred Reid, being duly sworn, deposes and states that he is not a party to the within action, is over the age of 18 years old and resides in New York, New York.

On the 5th of August, 2024, deponent caused an Information Subpoena and Restraining Notice to be served on Andrew Giuliani via certified mail, return receipt requested, at the following address:

Andrew Giuliani
444 E 86th St., Apt. 35H,
New York, NY 10028

On the 5th of August, 2024, deponent caused an Information Subpoena and Restraining Notice to be served on Rudolph W. Giuliani via certified mail, return receipt requested, at the following address:

Rudolph W. Giuliani
45 East 66th St., Apt. 10W,
New York, NY 10065

On the 5th of August, 2024, deponent caused an Information Subpoena and Restraining

Notice to be served on Giuliani Communications, LLC via certified mail, return receipt requested,

at the following address:

> Giuliani Communications, LLC
> United States Corporate Services, Inc.
> 10 Bank Street, Suite 560,
> White Plains, NY 1060

On the 5th of August, 2024, deponent caused an Information Subpoena and Restraining

Notice to be served on Giuliani Partners, LLC via certified mail, return receipt requested, at the

following address:

> Giuliani Partners, LLC
> National Registered Agents, Inc.
> 28 Liberty Street
> New York, NY 10005

On the 5th of August, 2024, deponent caused an Information Subpoena and Restraining

Notice to be served on Giuliani Security & Safety, LLC via certified mail, return receipt requested,

at the following address:

> Giuliani Security & Safety, LLC
> The Corporate Trust Company
> Corporations Trust Center
> 1209 Orange Street
> Wilmington, DE 19801

On the 5th of August, 2024, deponent caused an Information Subpoena and Restraining

Notice to be served on Ted Goodman via certified mail, return receipt requested, at the following

address:

> Ted Goodman
> 710 12th Street S., Apt 2422,
> Arlington, VA 22202

and

Ted Goodman
1220 12th St., Apt. 411,
Washington DC 20005

On the 5th of August, 2024, deponent caused an Information Subpoena and Restraining

Notice to be served on John Huvane via certified mail, return receipt requested, at the following

address:

John Huvane
288 Sandalwood Drive,
Staten Island, NY 10308

On the 5th of August, 2024, deponent caused an Information Subpoena and Restraining

Notice to be served on Ryan Medrano via certified mail, return receipt requested, at the following

address:

Ryan Medrano
1 Irving Place, Office 1,
New York, NY 10003-9701

On the 5th of August, 2024, deponent caused an Information Subpoena and Restraining

Notice to be served on Michael Ragusa via certified mail, return receipt requested, at the following

address:

Michael Ragusa
37 Rachel Court, Unit 9,
Freehold, NJ 07728-3926

On the 5th of August, 2024, deponent caused an Information Subpoena and Restraining

Notice to be served on Maria Ryan via certified mail, return receipt requested, at the following

address:

Maria Ryan
418 Walnut Street
Manchester, NH 03104-2543

On the 6th of August, 2024, deponent caused an Information Subpoena and Restraining Notice to be served on Burke Brands LLC via certified mail, return receipt requested, at the following address:

Burke Brands LLC
521 North East 189th St.
Miami, FL 33179

On the 6th of August, 2024, deponent caused an Information Subpoena and Restraining Notice to be served on Vanessa Fenderson via certified mail, return receipt requested, at the following address:

Vanessa Fenderson
418 Walnut St.
Manchester, NH, 03104

On the 6th of August, 2024, deponent caused an Information Subpoena and Restraining Notice to be served on FrankSpeech, Inc. via certified mail, return receipt requested, at the following address:

FrankSpeech, Inc.
Registered Agent Solutions, Inc.
36 South 18th Ave., Suite D,
Brighton, CO 80601

On the 6th of August, 2024, deponent caused an Information Subpoena and Restraining Notice to be served on Giuliani & Company, LLC via certified mail, return receipt requested, at the following address:

Giuliani & Company, LLC
c/o National Registered Agents, Inc.
28 Liberty Street
New York, NY 10005

On the 6th of August, 2024, deponent caused an Information Subpoena and Restraining Notice to be served on Giuliani Group, LLC via certified mail, return receipt requested, at the following address:

Giuliani Group, LLC
c/o National Registered Agents, Inc.
28 Liberty Street
New York, NY 10005

On the 6th of August, 2024, deponent caused an Information Subpoena and Restraining Notice to be served on Rudolph W. Giuliani, PLLC via certified mail, return receipt requested, at the following address:

Rudolph W. Giuliani, PLLC
455 Park Avenue, 18th Floor,
New York, NY 10022

On the 6th of August, 2024, deponent caused an Information Subpoena and Restraining Notice to be served on Robert Kiger via certified mail, return receipt requested, at the following address:

Robert Kiger
10771 Fairmont Village Drive
Lake Worth, FL 33449

On the 6th of August, 2024, deponent caused an Information Subpoena and Restraining Notice to be served on James Menges via certified mail, return receipt requested, at the following address:

James Menges
7601 S Flagler Drive
West Palm Beach, FL 33405

On the 6th of August, 2024, deponent caused an Information Subpoena and Restraining Notice to be served on Parkside Financial Bank & Trust via certified mail, return receipt requested, at the following address:

- 5 -

Parkside Financial Bank & Trust
AT, Inc.
7700 Forsyth Blvd., Ste. 1800,
Saint Louis, MO 63105

On the 6th of August, 2024, deponent caused an Information Subpoena and Restraining

Notice to be served on Joanne Zafonte via certified mail, return receipt requested, at the following

address:

Joanne Zafonte
264 Charette Hill Road
Fort Kent, ME 04743-1939

On the 6th of August, 2024, deponent caused an Information Subpoena and Restraining

Notice to be served on WorldCapital Payroll Corporation via certified mail, return receipt

requested, at the following address:

WorldCapital Payroll Corporation
United Corporate Services, Inc.
800 North State Street, Suite 304,
Dover, DE 19901

On the 7th of August, 2024, deponent caused an Information Subpoena and Restraining

Notice to be served on Giuliani Defense via certified mail, return receipt requested, at the following

address:

Giuliani Defense
401 S County Road, #3495,
Palm Beach, FL 33480

On the 7th of August, 2024, deponent caused an Information Subpoena and Restraining

Notice to be served on Robert Costello via certified mail, return receipt requested, at the following

address:

Robert Costello
233 Chapel Road
Manhasset, NY, 11030

Fred Reid

Sworn to before me this

7th day of October, 2024

Notary Public

**ASHLEY A. MOORE**
**Notary Public, State of New York**
**No. 01MO6172601**
**Qualified in New York County**
**Commission Expires Jan.5, 2028**