# Exhibit 5

Willkie Farr & Gallagher LLP

ATTN: Aaron Nathan & M. Annie Houghton-Larsen

787 Seventh Avenue

New York, NY 10019-6099



Giuliani Communications LLC
c/o United Corporate Services, Inc
10 Bank Street Ste 560
White Plains, NY 10606

