# Exhibit 6

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Ruby Freeman and Wandrea' Moss

Plaintiff(s)

Case No.: 24-mc-353

*vs.*

Rudolph W. Giuliani

Defendant

## AFFIDAVIT OF SERVICE

State of New York, County of Westchester ss:

I, Christopher J. Carbone, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Information Subpoena with Restraining Notice Pursuant to CPLR § 5222 and 5224 and Questions in Connection with Information Subpoena to Giuliani Communications, LLC in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/20/2024 at 11:52 AM, I served Giuliani Communications, LLC c/o United Corporate Services, Inc., Registered Agent with the Information Subpoena with Restraining Notice Pursuant to CPLR § 5222 and 5224 and Questions in Connection with Information Subpoena to Giuliani Communications, LLC at 10 Bank Street, Suite 560, White Plains, New York 10606 by serving Alex Sen, Agent, authorized to accept service on behalf of United Corporate Services, Inc.

Alex Sen is described herein as:

Gender: Male   Race/Skin: Black   Age: 51-65   Weight: 161-200   Height: 5'9"-6'0"   Hair: Black   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

ELLEN OAKLEY
NOTARY PUBLIC, STATE OF NEW YORK
Registration Number # 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29, 2025

Executed On 9-24-24

Christopher J. Carbone

Client Ref Number: N/A
Job #: 2010203

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>       Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>       Defendant. | No. 24-mc-353<br><br>**INFORMATION SUBPOENA WITH RESTRAINING NOTICE PURSUANT TO CPLR §§ 5222 AND 5224** |

To: Giuliani Communications, LLC
   United States Corporate Services, Inc.
   10 Bank Street, Suite 560
   White Plains, NY 1060

**WHEREAS**, on December 18, 2023, in an action in the United States District Court for the District of Columbia, between Ruby Freeman and Wandrea' ArShaye Moss, plaintiffs ("Judgment Creditors"), and Rudolph W. Giuliani, defendant ("Judgment Debtor"), a judgment (the "Judgment") was entered in favor of Ruby Freeman and Wandrea' ArShaye Moss against Rudolph W. Giuliani for the sum of $146,206,113.00 plus post-judgment interest, to wit: $145,969,000.00, together with interest at the rate of 5.01% per annum from December 18, 2023; $89,172.50, together with interest at the rate of 5.33% per annum from July 25, 2023; $43,684.00, together with interest at the rate of 5.42% per annum from September 20, 2023; and $104,256.50, together with interest at the rate of 5.46% per annum from October 6, 2023;

**WHEREAS,** the sum of $146,206,113.00 and interest is still due to satisfy that Judgment;

**WHEREAS,** a certified copy of the Judgment was registered in the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1963 which provides that a "judgment so registered shall have the same effect as a judgment of the district court of the district where registered and may be enforced in like manner";

2

**WHEREAS,** the provisions of Article 52 of the New York Civil Practice Law and Rules ("CPLR") are applicable to the above-captioned proceeding pursuant to Federal Rule of Civil Procedure 69(a);

**NOW, THEREFORE WE COMMAND YOU**, pursuant to CPLR 5224(a)(3), that you answer in writing under oath, separately and fully, each question in the questionnaire accompanying the subpoena, each answer referring to the question to which it responds; and that you return the answers together with the original questions within 7 days of your receipt of the questions and this subpoena.

**TAKE FURTHER NOTICE,** that false swearing or failure to comply with this subpoena is punishable as a contempt of court.

### CPLR 5224(a)(3)(i) Certification

I HEREBY CERTIFY THAT THIS INFORMATION SUBPOENA COMPLIES WITH RULE 5224 OF THE CIVIL PRACTICE LAW AND RULES AND SECTION 601 OF THE GENERAL BUSINESS LAW THAT I HAVE A REASONABLE BELIEF THAT THE PARTY RECEIVING THIS SUBPOENA HAS IN THEIR POSSESSION INFORMATION ABOUT THE DEBTOR THAT WILL ASSIST THE CREDITOR IN COLLECTING THE JUDGMENT.

*[Signature Page Follows]*

Dated: August 5, 2024
New York, New York

John Langford
Rachel Goodman
UNITED TO PROTECT DEMOCRACY
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

Von DuBose
DUBOSE MILLER LLC
75 14th Street NE, Suite 2110
Atlanta, GA 30309
dubose@dubosemiller.com

/s/ Aaron E. Nathan
Aaron E. Nathan
M. Annie Houghton-Larsen
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
anathan@willkie.com
mhoughton-larsen@willkie.com

Michael J. Gottlieb
Meryl C. Governski
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
mgottlieb@willkie.com
mgovernski@willkie.com

*Attorneys for Plaintiffs Ruby Freeman and Wandrea' Moss*

3