# Exhibit 7

KENNETH CARUSO LAW
15 West 72nd Street | New York, NY 10022
E:  ken.caruso@kennethcarusolaw.com | P: (646) 599-4970

September 30, 2024

_Via Email_

Aaron E. Nathan, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019

Re:    _Ruby Freeman and Wandrea' Moss v. Rudolph W. Giuliani_,
       Case No. 24-mc-353 (S.D.N.Y.)

Dear Aaron:

I write regarding your motion and objection to Mr. Giuliani's claim of exemption from execution for funds in Citibank account number ███ 1428 (the "Bank Account").  ECF 19.

The Bank Account was and remains used by Mr. Giuliani to receive his social security payments from the United States Treasury.  Thus, the Bank Account is exempt from restraint pursuant to CPLR §5222 and CPLR §5222-a.

I attach bank statements for the account, for the period of February 1, 2024, to August 31, 2024, and a transaction report through September 30, 2024, which show that the following deposits were received from the Social Security Administration, for monthly social security payments to Mr. Giuliani:

| Payment Date | Amount Deposited |
|---|---|
| September 25, 2024 | $4,717.00 |
| August 28, 2024 | $4,717.00 |
| July 24, 2024 | $4,717.00 |
| June 26, 2024 | $4,717.00 |
| May 22, 2024 | $4,717.00 |
| April 24, 2024 | $4,717.00 |
| March 27, 2024 | $4,717.00 |
| February 28, 2024 | $4,717.00 |

I direct your attention to your memorandum of law, ECF 19 at 1, which states: "Should Plaintiffs receive information establishing that any of the funds in question are in fact exempt from execution, plaintiffs will release the restraints on those funds forthwith."  Please do that at this time, and also drop your motion, so that I will not need to write and file an unnecessary brief, which is due tomorrow.

Thank you very much.

Very truly yours,

/s/ Kenneth A. Caruso
Kenneth Caruso

# Citigold® Private Client

## Checking-1428



**Available Now**

# $8,999.80

**On Deposit**

## $18,868.00

**Average Monthly Balance:**    $13,862.59

---

**Transactions**

Scheduled

**Advanced Search** | **View Last Statement** |    | 

### Time Period

| Last 6 Months | Search 🔍 | Show All |

Results for: Mar 30, 2024 to Sep 30, 2024

 The full amount of deposited funds may not be available for immediate withdrawal due to bank policy and regulatory requirements.

| Date | Description | Debit | Credit | Available Balance |
|------|-------------|-------|--------|-------------------|

Posted 



| Sep 25, 2024 | ACH Electronic Credit XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI | $4,717.00 | $18,868.00 |
|---|---|---|---|

Transaction Date    Sep 25, 2024 01:04 AM ET

Posted On    Sep 25, 2024

Transaction Type    Deposit

| Aug 28, 2024 | ACH Electronic Credit XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI | $4,717.00 | $14,151.00 |
|---|---|---|---|

Transaction Date    Aug 28, 2024 01:04 AM ET

Posted On    Aug 28, 2024

Transaction Type    Deposit

Aug 13, 2024   Other Debit   $9,868.20                                    $9,434.00

| | |
|---|---|
| Transaction Date | Aug 13, 2024 12:00 AM ET |
| Posted On | Aug 13, 2024 |
| Transaction Type | Withdrawal |



Jul 24, 2024   ACH Electronic Credit XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI   $4,717.00   $19,302.20

| | |
|---|---|
| Transaction Date | Jul 24, 2024 01:36 AM ET |
| Posted On | Jul 24, 2024 |
| Transaction Type | Deposit |

Jun 26, 2024    ACH
Electronic
Credit
XXSOCIAL
SECURITY
FOR
RUDOLPH
W GIULIANI

$4,717.00    $14,585.20

| Transaction Date | Jun 26, 2024 01:03 AM ET |
| Posted On | Jun 26, 2024 |
| Transaction Type | Deposit |

May 22, 2024    ACH
Electronic
Credit
XXSOCIAL
SECURITY
FOR
RUDOLPH
W GIULIANI

$4,717.00    $9,868.20

| Transaction Date | May 22, 2024 01:08 AM ET |
| Posted On | May 22, 2024 |
| Transaction Type | Deposit |



May 17, 2024    Interest Payment     $0.03     $5,151.20

| | |
|---|---|
| Transaction Date | May 19, 2024 12:00 AM ET |
| Posted On | May 17, 2024 |
| Transaction Type | Dividend And Interest |

Apr 30, 2024    Interest Payment     $0.01     $5,151.17

| | |
|---|---|
| Transaction Date | Apr 30, 2024 12:00 AM ET |
| Posted On | Apr 30, 2024 |
| Transaction Type | Dividend And Interest |

Apr 24, 2024    ACH Electronic Credit XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI     $4,717.00     $5,151.16

Transaction Date    Apr 24, 2024 01:03 AM ET

Posted On          Apr 24, 2024

Transaction Type    Deposit

End of Activity

Account activity is provided for your information only and is subject to revisions. It is not a substitute for your periodic statement, which is the official record of your account.

**August 1 - August 31, 2024**          Page 1 of 10
Citigold Private Client Account            ▪1428
CPWM ACCOUNT          C32091677

**CITIGOLD PRIVATE CLIENT SERVICES**
PO Box 6201
Sioux Falls, SD 57117-6201

*For Citigold Private Client Servicing: 888-500-5008*
For banking, call your Relationship Manager:
   *Scott Borg*, 718-492-2703*
For investments, call your Financial Advisor:
   *James Nicolaidis & Sean Broderick*, 718-351-8679*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

RUDOLPH W. GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY          10065-6159

> Effective immediately Citi's wire transfer service for wires between accounts in the U.S. and Russia in RUB will be discontinued. Effective 9/21/24, wires between accounts in the U.S. and Russia in USD and EUR will be discontinued.

Your Citigold Private Client simplified banking Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc. The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
|   Checking | | |
| **Citibank Total** | | |
| **Citi Personal Wealth Management Accounts** [1] | | |
|   Total IRA Account Value [2] | | |
| **Citi Personal Wealth Management Total** | | |
| **Citigold Private Client Relationship Total** | | |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
|   Checking | 0.00 | |
| **Citibank Total** | | |
| **Citi Personal Wealth Management Accounts** [1] | | |
|   Total IRA Account Value [2] | | |
| **Citi Personal Wealth Management Total** | | |
| **Citigold Private Client Relationship Total** | | |

\* To ensure quality service, calls are randomly monitored and may be recorded.

[1] **INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:**
- **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
- **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
- **Subject to investment risks, including possible loss of the principal amount invested.**

[2] This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

010/R1/04F0000

**August 1 - August 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account ██1428

## Checking

Checking
Activity

**Regular Checking** ██1428

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 08/01/24 | Opening Balance | | | 19,302.20 |
| 08/13/24 | Other Debit | 9,868.20 | | 9,434.00 |
| 08/28/24 | ACH Electronic Credit XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 14,151.00 |
| | Total Subtracted/Added | 9,868.20 | 4,717.00 | |
| 08/31/24 | Closing Balance | | | 14,151.00 |

010/R1/20F000 0

**Citigold Private Client Account** ▆1428
**CPWM ACCOUNT**        C32091677

**CITIGOLD PRIVATE CLIENT SERVICES**
PO Box 6201
Sioux Falls, SD 57117-6201

*For Citigold Private Client Servicing: 888-500-5008*
For banking, call your Relationship Manager:
    *Scott Borg*, 718-492-2703*
For investments, call your Financial Advisor:
    *James Nicolaidis & Sean Broderick*, 718-351-8679*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

RUDOLPH W. GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY        10065-6159

6-27-24 amendments to your applicable customer agreement include various updates to the Promotional Rate Feature for new Citi Savings accounts section along with a new subparagraph under Deposit Minimum Balance. Please visit www.citi.com/accountagreementsandnotices for more information.

Your Citigold Private Client simplified banking Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc. The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
|   Checking | ▆▆▆ | ▆▆▆ |
| **Citibank Total** | | |
| **Citi Personal Wealth Management Accounts** [1] | | |
|   Total IRA Account Value [2] | ▆▆▆ | ▆▆▆ |
| **Citi Personal Wealth Management Total** | | |
| **Citigold Private Client Relationship Total** | | |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
|   Checking | ▆▆▆ | ▆▆▆ |
| **Citibank Total** | | |
| **Citi Personal Wealth Management Accounts** [1] | | |
|   Total IRA Account Value [2] | ▆▆▆ | ▆▆▆ |
| **Citi Personal Wealth Management Total** | | |
| **Citigold Private Client Relationship Total** | | |

* To ensure quality service, calls are randomly monitored and may be recorded.
[1] **INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:**
  - **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
  - **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
  - **Subject to investment risks, including possible loss of the principal amount invested.**
[2] This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

**July 1 - July 31, 2024**                                    Page 2 of 10
RUDOLPH W. GIULIANI
Citigold Private Client Account ▮1428

## Messages From Citigold Private Client

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-500-5008(TTY: We accept 711 or other Relay Service).

## You are Citigold Private Client for July 2024

| Calendar Month[1] | Combined Average Monthly Balance Range[2] | Relationship Tier[3] |
|---|---|---|
| May 2024 | $1,000,000 - $4,999,999 | Citigold Private Client |
| June 2024 | $1,000,000 - $4,999,999 | Citigold Private Client |
| July 2024 | $1,000,000 - $4,999,999 | Citigold Private Client |

## Account Fees and Charges[4]

| Account Type | Account | Monthly Service Fee | Rebate of Surcharges from Non- Citi ATM Transactions | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Regular Checking | ▮1428 | None | None | N/A | No Fee - CPC Waiver |
| Regular Checking | 6791895812 | None | $4.00 | N/A | No Fee - CPC Waiver |
| Total | | None | $4.00 | | |

**Fees.** When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

## Checking



Checking Activity

**Regular Checking** ▮1428

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 07/01/24 | Opening Balance | | | 14,585.20 |
| 07/24/24 | ACH Electronic Credit XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 19,302.20 |
| 07/31/24 | Closing Balance | | | 19,302.20 |

010/R1/20F0000

June 1 - June 30, 2024                    Page 1 of 10
**Citigold Private Client Account** ███1428
**CPWM ACCOUNT**      C32091677

**CITIGOLD PRIVATE CLIENT SERVICES**
PO Box 6201
Sioux Falls, SD 57117-6201
*For Citigold Private Client Servicing: 888-500-5008*
For banking, call your Relationship Manager:
  *Scott Borg*, 718-492-2703*
For investments, call your Financial Advisor:
  *James Nicolaidis & Sean Broderick*, 718-351-8679*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

RUDOLPH W. GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY        10065-6159

> Effective May 7, 2024, the Certificate of Deposit (CD) terms within your corresponding agreement are updated to reiterate that you agree to leave your funds in the CD account for the first six days after account opening or renewal. Please refer to your corresponding agreement for more information.

Your Citigold Private Client simplified banking Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc. The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | ▓▓▓▓▓ | ▓▓▓▓ |
| **Citibank Total** | | |
| **Citi Personal Wealth Management Accounts** [1] | | |
| Total IRA Account Value [2] | ▓▓▓▓▓ | ▓▓▓▓ |
| **Citi Personal Wealth Management Total** | | |
| **Citigold Private Client Relationship Total** | | |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | ▓▓▓▓ | ▓▓▓▓ |
| **Citibank Total** | | |
| **Citi Personal Wealth Management Accounts** [1] | | |
| Total IRA Account Value [2] | ▓▓▓▓ | ▓▓▓▓ |
| **Citi Personal Wealth Management Total** | | |
| **Citigold Private Client Relationship Total** | | |

* To ensure quality service, calls are randomly monitored and may be recorded.

[1] **INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:**
  - **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
  - **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
  - **Subject to investment risks, including possible loss of the principal amount invested.**

[2] This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

010/R1/20F000
0

**June 1 - June 30, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account ▓▓1428

Page 3 of 10

## Checking

Checking
Activity

**Regular Checking** ▓▓1428

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 06/01/24 | Opening Balance | | | 9,868.20 |
| 06/26/24 | ACH Electronic Credit  XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 14,585.20 |
| 06/30/24 | Closing Balance | | | 14,585.20 |

010/R1/20F0000

**May 20 - May 31, 2024**                Page 1 of 8
**Citigold Private Client Account** ▮1428
**CPWM ACCOUNT**        C32091677

**CITIGOLD PRIVATE CLIENT SERVICES**
**PO Box 6201**
**Sioux Falls, SD 57117-6201**
*For Citigold Private Client Servicing: 888-500-5008*
For banking, call your Relationship Manager:
   *Scott Borg*, 718-492-2703*
For investments, call your Financial Advisor:
   *James Nicolaidis & Sean Broderick*, 718-351-8679*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

RUDOLPH W. GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY        10065-6159

Your Citigold Private Client simplified banking Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc. The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | | |
| **Citibank Total** | | |
| **Citi Personal Wealth Management Accounts** [1] | | |
| Total IRA Account Value [2] | | |
| **Citi Personal Wealth Management Total** | | |
| **Citigold Private Client Relationship Total** | | |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | | |
| **Citibank Total** | | |
| **Citi Personal Wealth Management Accounts** [1] | | |
| Total IRA Account Value [2] | | |
| **Citi Personal Wealth Management Total** | | |
| **Citigold Private Client Relationship Total** | | |

* To ensure quality service, calls are randomly monitored and may be recorded.

[1] **INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:**
   • **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
   • **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
   • **Subject to investment risks, including possible loss of the principal amount invested.**

[2] This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

010/R1/20F00

**May 20 - May 31, 2024**                     Page 3 of 8
RUDOLPH W. GIULIANI
Citigold Private Client Account ■1428

## Checking

Checking
Activity

**Regular Checking** ■1428

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 05/20/24 | Opening Balance | | | 5,151.20 |
| 05/20/24 | Reimagine Product Conversion: from Int Checking to Reg Chec | | | 5,151.20 |
| 05/22/24 | ACH Electronic Credit   XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 9,868.20 |
| | Total Subtracted/Added | 0.00 | 4,717.00 | |
| 05/31/24 | Closing Balance | | | 9,868.20 |

010/R1/04F0000

**May 1 - May 19, 2024**                     Page 1 of 4
**Citigold Account**    ███ 1428

**CITIGOLD SERVICES**
**PO Box 6201**
**Sioux Falls, SD 57117-6201**
*Citigold Dedicated Servicing:* **888-248-4465**
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

**RUDOLPH W. GIULIANI**
**45 E. 66TH ST APT 10W**
**NEW YORK NY          10065-6159**

| 4-2-24 amendments to your applicable customer agreement include updates to interest rate exceptions & the promotional rate feature for new Citi Savings accounts. Please visit www.citi.com/accountagreementsandnotices for more information. |
| --- |

Your Citigold package Account Statement. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
| --- | --- | --- |
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 5,151.17 | 5,151.20 |
| **Citigold Relationship Total** | **$5,151.17** | **$5,151.20** |

| Earnings Summary | This Period | This Year |
| --- | --- | --- |
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.03 | 0.20 |
| **Citigold Relationship Total** | **$0.03** | **$0.20** |

* To ensure quality service, calls are randomly monitored and may be recorded.

010/R1/04F0000

---

## Messages From Citigold

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service).

Your next Account Statement will be a simplified banking statement because at least one owner of an account on this statement has converted to simplified banking. Please keep this last package-based Account Statement for your records. If you have not yet converted, learn more about how simplified banking will impact you and your accounts by viewing your simplified banking snapshot and early access at citi.com/earlyaccess. For any questions, please contact us at (888) CITIGOLD or visit your local branch. For TTY: We accept 711 or other Relay Service.

---

## Citigold Account Package Fees

The Citigold Account Package requires a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. If you do not maintain a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts, your Citigold Account Package will be converted to a Citi Priority Account Package, and your accounts will be subject to the terms and conditions then in effect for that package. Other banks and ATM service providers may charge you a fee when you conduct a Citibank deposit account transaction using their ATMs. You will receive reimbursement from Citibank for ATM fees charged by other banks in any statement period where you are eligible for Citigold.

| Fees | Your Combined Balance Range $1,500-$5,999 |
|---|---|
| Monthly Service Fee | None |

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

---

## Checking

**Checking Activity**

**Citigold Interest Checking** ▇1428

| Date | Description | | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|---|
| 05/01/24 | Opening Balance | | | | 5,151.17 |
| 05/17/24 | Interest paid for 19 days, | Annual Percentage Yield Earned 0.01% | | 0.03 | 5,151.20 |
| 05/19/24 | Closing Balance | | | | 5,151.20 |

010/R1/04F0000

April 1 - April 30, 2024          Page 1 of 4
Citigold Account          ▉1428

**CITIGOLD SERVICES**
**PO Box 6201**
**Sioux Falls, SD 57117-6201**
***Citigold Dedicated Servicing:  888-248-4465***
For banking, call your Relationship Manager:
   *Scott Borg*, 718-492-2703*
For investments, call your Financial Advisor:
   *James Nicolaidis & Sean Broderick* , 718-351-8679*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

RUDOLPH W. GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY          10065-6159

| 4-2-24 amendments to your applicable customer agreement include updates to interest rate exceptions & the promotional rate feature for new Citi Savings accounts. Please visit www.citi.com/accountagreementsandnotices for more information. |
| --- |

Your Citigold package Account Statement. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
| --- | --- | --- |
| **Citibank Accounts** | | |
| **Checking** | | |
|    Checking | 434.16 | 5,151.17 |
| **Citigold Relationship Total** | **$434.16** | **$5,151.17** |

| Earnings Summary | This Period | This Year |
| --- | --- | --- |
| **Citibank Accounts** | | |
| **Checking** | | |
|    Checking | 0.01 | 0.17 |
| **Citigold Relationship Total** | **$0.01** | **$0.17** |

\* To ensure quality service, calls are randomly monitored and may be recorded.

## Messages From Citigold

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service).

010/R1/04F0000

April 1 - April 30, 2024
RUDOLPH W. GIULIANI
Citigold Account ███1428

Page 2 of 4

## Citigold Account Package Fees

The Citigold Account Package requires a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. If you do not maintain a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts, your Citigold Account Package will be converted to a Citi Priority Account Package, and your accounts will be subject to the terms and conditions then in effect for that package. Other banks and ATM service providers may charge you a fee when you conduct a Citibank deposit account transaction using their ATMs. You will receive reimbursement from Citibank for ATM fees charged by other banks in any statement period where you are eligible for Citigold.

| Fees | Your Combined Balance Range $1,500-$5,999 |
|---|---|
| Monthly Service Fee | None |

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## Checking

Checking Activity

**Citigold Interest Checking** ███1428

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 04/01/24 | Opening Balance | | | 434.16 |
| 04/24/24 | ACH Electronic Credit XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 5,151.16 |
| 04/30/24 | Interest paid for 30 days, Annual Percentage Yield Earned 0.01% | | 0.01 | 5,151.17 |
| | Total Subtracted/Added | 0.00 | 4,717.01 | |
| 04/30/24 | Closing Balance | | | 5,151.17 |

010/R1/04F0000

**March 1 - March 31, 2024**    Page 1 of 4
**Citigold Account** ■1428

**CITIGOLD SERVICES**
**PO Box 6201**
**Sioux Falls, SD 57117-6201**
***Citigold Dedicated Servicing: 888-248-4465***
For banking, call your Relationship Manager:
  *Scott Borg*, 718-492-2703*
For investments, call your Financial Advisor:
  *James Nicolaidis & Sean Broderick*, 718-351-8679*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

RUDOLPH W. GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY        10065-6159

As of August 19, 2023, the $10.00 fee for Bond Coupon Redemption
and $25.00 fee for Consular/Verification Letters will no longer be
charged for all account packages.

Your Citigold package Account Statement. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 4,717.12 | 434.16 |
| **Citigold Relationship Total** | **$4,717.12** | **$434.16** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.04 | 0.16 |
| **Citigold Relationship Total** | **$0.04** | **$0.16** |

* To ensure quality service, calls are randomly monitored and may be recorded.

010/R1/04F0000

**March 1 - March 31, 2024**
RUDOLPH W. GIULIANI
Citigold Account ██1428

Page 3 of 4

## Checking

Checking Activity

**Citigold Interest Checking** ██1428

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 03/01/24 | Opening Balance | | | 4,717.12 |
| 03/27/24 | ACH Electronic Credit XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 9,434.12 |
| 03/28/24 | Transfer to Checking 10:27a #1472 - ONLINE          Reference # 000287 | 9,000.00 | | 434.12 |
| 03/29/24 | Interest paid for 31 days,   Annual Percentage Yield Earned 0.01% | | 0.04 | 434.16 |
| | Total Subtracted/Added | 9,000.00 | 4,717.04 | |
| 03/31/24 | Closing Balance | | | 434.16 |

*All transaction times and dates reflected are based on Eastern Time.*

010/R1/04F0000

RUDOLPH W. GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY          10065-6159

**CITIGOLD SERVICES**
**PO Box 6201**
**Sioux Falls, SD 57117-6201**
***Citigold Dedicated Servicing:  888-248-4465***
For banking, call your Relationship Manager:
  *Scott Borg*, 718-492-2703*
For investments, call your Financial Advisor:
  *James Nicolaidis & Sean Broderick*, 718-351-8679*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

---

Your Citigold package Account Statement. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| Citibank Accounts | | |
| Checking | | |
| Checking | 0.12 | 4,717.12 |
| **Citigold Relationship Total** | **$0.12** | **$4,717.12** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| Citibank Accounts | | |
| Checking | | |
| Checking | 0.00 | 0.12 |
| **Citigold Relationship Total** | **$0.00** | **$0.12** |

* To ensure quality service, calls are randomly monitored and may be recorded.

010/R1/04F0000

## Messages From Citigold

Effective March 1, 2024, the $6.00 fee for Expedited Domestic Delivery of Replacement Debit Cards is waived for all other account packages.  As of February 26, 2022, the $7.00 fee for Pin Mailer Domestic Expedite and $17.50 fee for Pin Mailer International Expedited was waived for all other account packages. All of these fees can be found within the "Other Fees and Charges for All Accounts" table of the Marketplace Addendum.

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service).

## Citigold Account Package Fees

The Citigold Account Package requires a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. If you do not maintain a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts, your Citigold Account Package will be converted to a Citi Priority Account Package, and your accounts will be subject to the terms and conditions then in effect for that package. Other banks and ATM service providers may charge you a fee when you conduct a Citibank deposit account transaction using their ATMs. You will receive reimbursement from Citibank for ATM fees charged by other banks in any statement period where you are eligible for Citigold.

| Fees | Your Combined Balance Range $10,000-$24,999 |
|---|---|
| Monthly Service Fee | None |

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## Checking



Checking Activity

**Citigold Interest Checking** ▇1428

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 02/01/24 | Opening Balance | | | 0.12 |
| 02/28/24 | ACH Electronic Credit  XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 4,717.12 |
| 02/29/24 | Closing Balance | | | 4,717.12 |