UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>      Plaintiffs,<br><br>-against-<br><br>RUDOLPH W. GIULIANI,<br><br>      Defendant,<br><br>-and-<br><br>ANDREW H. GIULIANI,<br><br>      Intervenor-<br>      Defendant<br>      Applicant. | No. 24-MC-353-LJL<br><br>**ORDER GRANTING INTERVENOR STATUS TO ANDREW H. GIULIANI** |

**THIS MATTER** having been opened to the Court by Lowenstein Sandler LLP, counsel for Intervenor-Defendant Applicant Andrew H. Giuliani, by way of a Motion to Intervene pursuant to Federal Rule of Civil Procedure 24; and the Court having considered the papers submitted in support of said motion; and without opposition from the existing parties; and for good cause shown:

**IT IS** on this   9   day of October, 2024, **ORDERED** as follows:

Intervenor-Applicant Defendant Andrew H. Giuliani's Motion to Intervene is hereby GRANTED; and

A copy of this Order shall be served on all counsel and Parties via ECF.

Dated:   10/9/2024

                              Hon. Lewis J. Liman, U.S.D.J.

Intervenor is ordered to be present at the conference on October 17, 2024. Intervention is granted on the condition that intervenor be prepared and available to subject himself to deposition on or before November 1, 2024, and to produce any requested documents in advance of that date.