# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

**U.S. Department of Justice**
United States Marshals Service

| | |
|---|---|
| **PLAINTIFF** Ruby Freeman and Wandrea' Moss | **COURT CASE NUMBER** 24-mc-353 (S.D.N.Y.) |
| **DEFENDANT** Rudolph W. Giuliani | **TYPE OF PROCESS** Writ of Execution |

**NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**

**SERVE AT**
Rudolph W. Giuliani
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
44 East 66th Street, Apartment 10W, New York, NY 10065

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
M. Annie Houghton-Larsen
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (212) 728-8164
DATE: 8/8/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No: 054
District to Serve No: 054
Signature of Authorized USMS Deputy or Clerk
Date: 8/9/2024

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 8/14/24   Time: 2:20 pm

Address (complete only different than shown above):
45 East 66th street, Apt 10W, NY, NY, 10065

Signature of U.S. Marshal or Deputy:
DUSM Fernandez

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
- Correct address is 45 East 66th st
- As per Doorman individual has not been in residence for a long time.
- Doorman confirms individual resides in Apartment 10W

Hour - 1 × $65 = $65
Miles - 12 × $.67 = $8.04
                    $73.04

Form USM-285
Rev. 03/21