```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
RUBY FREEMAN and                                               :
WANDREA' MOSS,                                                 :
                                                               :
                        Plaintiffs,                            :     24-mc-00353 (LJL)
                                                               :
        -v-                                                    :     SCHEDULING ORDER
                                                               :
RUDOLPH W. GIULIANI,                                           :
                                                               :
                        Defendant.                             :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      In keeping with the scheduling order issued by the Court on October 17, 2024 in the related declaratory judgment action, 24-cv-06563 at Dkt. No. 47, the Court sets January 16, 2025 at 9:00 a.m. as the date for the bench trial of all outstanding questions in this turnover action that are ripe and appropriate for trial. Trial will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C.

      SO ORDERED.

Dated: October 21, 2024  
      New York, New York

                                                                                           LEWIS J. LIMAN  
                                                                                     United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 10/21/2024