UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBY FREEMAN and WANDREA' MOSS,

        Plaintiffs,

v.

RUDOLPH W. GIULIANI,

        Defendant.

No. 24-mc-353 (LJL)

**[DEFENDANT'S PROPOSED] ORDER**

It is hereby ORDERED as follows:

1. Plaintiffs' motion for appointment of a receiver over Defendant's interest in the condominium located at 315 South Lake Drive, Apartment 5D, Palm Beach, Florida (the "Palm Beach Condo"), is DENIED.

2. It is further ORDERED, pending entry of final judgment in *Freeman v. Giuliani*, No. 24-cv-6563 (S.D.N.Y.) (the "Homestead Action"), as follows:

    a. Defendant shall be permitted to reside in the Palm Beach Condo pending final judgment in the Homestead Action, but Defendant is hereby ENJOINED that he shall not sell, dispose of, transfer, will, lease, assign, sub-lease, encumber, or grant any right of tenancy or occupation of any kind, contingent or otherwise, to any person or entity, or attempt to do any of the foregoing, or take any action that would diminish the value of the Palm Beach Condo. If the Court enters final judgment in Plaintiffs' favor in the Homestead Action, then Defendant shall vacate and surrender occupancy and possession of the Palm Beach Condo on a date to be fixed by the Court.

b. At all times prior to any such surrender, Defendant shall cause all applicable maintenance fees, taxes, insurance premiums, and other ordinary and necessary expenses associated with the Palm Beach Condo to be paid in full out of assets that are exempt from execution under CPLR § 5206. Defendant shall cause adequate insurance policies to be in force with respect to the Palm Beach Condo at all times. While this subparagraph is in effect, on or before the 10th day after making a payment of the kind set forth in this subparagraph, Defendant shall provide Plaintiffs with written documentation demonstrating that all such fees, taxes, premiums, and other expenses are paid in full.

_____ SO ORDERED.

Dated: October __, 2024
       New York, New York                    _____
                                             Hon. Lewis J. Liman
                                             United States District Judge

**Deleted:** Defendant's
**Deleted:**
**Deleted:** of possession under subparagraph 3(b)
**Deleted:** reasonable
**Deleted:**
**Deleted:** otherwise
**Deleted:** 3(c)
**Deleted:**
**Deleted:** 7
**Deleted:**
**Deleted:** of each calendar month,
**Deleted:** serve on
**Deleted:**
**Deleted:** and file with the Court
**Deleted:**
**Deleted:** , including documentary evidence (i) of the most recent such payments, (ii) of the outstanding balances due as to each category, and (iii) that adequate insurance policies remain in force and are paid in full
**Deleted:** .