```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
RUBY FREEMAN and WANDREA' MOSS,  :
:
Plaintiffs,  :
:      24-mc-00353 (LJL)
-v-  :
:      ORDER
RUDOLPH W. GIULIANI,  :
:
Defendant,  :
:
-and-  :
:
ANDREW H. GIULIANI,  :
:
Intervenor-Defendant  :
Applicant.  :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This order memorializes the orders issued orally at the joint hearing on October 28, 2024 in 24-mc-00353 (the "Judgment Enforcement Action") and 24-cv-6563 (the "Declaratory Judgment Action").

      The Court orders Plaintiffs, after meeting and conferring with Defendant, to submit a revised Proposed Order respecting the interim management of the Palm Beach condo by Wednesday, October 30, 2204 which states the responsibilities of the Defendant in preserving and maintaining the asset, including all maintenance fees and expenses, out of exempt assets under C.P.L.R. 5205, and further incorporates the protections against procedural misconduct laid out in the existing receivership order, Section 4(d) and (g). Dkt. No. 62. The Court further orders the parties to submit a proposed schedule for raising by letter brief any discovery issues in this and in the Declaratory Judgment Action by Friday, November 1, 2024. Finally, to the extent that Defendant seeks to claim the New York property as exempt under C.P.L.R. 5206, Defendant shall file a letter brief seeking such relief on or about November 1, 2024.

      SO ORDERED.

Dated: October 28, 2024
      New York, New York

                                             LEWIS J. LIMAN
                                             United States District Judge