# EXHIBIT 11

**ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHEAST, MID-ATLANTIC, AND NORTH...**

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 95890711052700859627004

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 6:06 am on August 8, 2024 in WILMINGTON, DE 19801.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WILMINGTON, DE 19801
August 8, 2024, 6:06 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
| --- | --- |

| USPS Tracking Plus® | ⌄ |
| --- | --- |

| Product Information | ⌄ |
| --- | --- |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

### FAQs