# EXHIBIT 12

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHEAST, MID-ATLANTIC, AND NORTH…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052700859627370

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 8:54 am on August 9, 2024 in NEW YORK, NY 10005.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
NEW YORK, NY 10005
August 9, 2024, 8:54 am

See All Tracking History

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                           ⌄

USPS Tracking Plus®                                            ⌄

Product Information                                            ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs