# EXHIBIT 14

ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN THE SOU…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700859627103

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to an agent and left with an individual at the address at 9:07 am on August 9, 2024 in NEW YORK, NY 10022.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered to Agent
**Delivered to Agent, Left with Individual**

NEW YORK, NY 10022
August 9, 2024, 9:07 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃

Track Another Package

Feedback

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs