# EXHIBIT 15

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHER…

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052700859627059

Copy　　Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Moving Through Network
**In Transit to Next Facility**
August 10, 2024

### Arrived at USPS Regional Facility
WHITE PLAINS NY DISTRIBUTION CENTER
August 6, 2024, 6:13 am

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates　　⌄

USPS Tracking Plus®　　⌄

Product Information　　⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs