# EXHIBIT 16

ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN THE SOU…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052700859627356

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

We were unable to deliver your package at 1:27 pm on August 10, 2024 in DOVER, DE 19901 because the business was closed. We will redeliver on the next business day. No action needed.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivery Attempt
**Redelivery Scheduled for Next Business Day**
DOVER, DE 19901
August 10, 2024, 1:27 pm

**Redelivery Scheduled for Next Business Day**
DOVER, DE 19901
August 8, 2024, 4:16 pm

See All Tracking History

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                                    ∨

USPS Tracking Plus®                                                     ∨

Product Information ⌄

See Less ⌃

Track Another Package

[Enter tracking or barcode numbers]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**