# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

October 30, 2024

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Freeman et al. v. Giuliani*, No. 24-mc-353 (LJL)

Dear Judge Liman,

    Pursuant to the Court's Order of October 28, 2024, ECF No. 67, Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss respectfully submit the attached revised proposed order regarding the status of the Palm Beach Condo during the pendency of the declaratory judgment action, No. 24-cv-6563.

    Counsel for Plaintiffs and counsel for Defendant have conferred and reached agreement on the attached revised proposed order, substantially along the lines discussed on the record at the conference held October 28, 2024.

                                                      Respectfully submitted,

                                                      s/ Aaron E. Nathan

BRUSSELS    CHICAGO    DALLAS    FRANKFURT    HOUSTON    LONDON    LOS ANGELES    MILAN
MUNICH    NEW YORK    PALO ALTO    PARIS    ROME    SAN FRANCISCO    WASHINGTON