**KENNETH CARUSO LAW**
15 West 72nd Street | New York, NY 10022
E: ken.caruso@kennethcarusolaw.com | P: (646) 599-4970

October 31, 2024

<u>Via ECF</u>

Hon. Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Freeman et al. v. Giuliani*, 24-mc-00353-LJL

Dear Judge Liman:

      In response to Plaintiffs' motion to compel, ECF 69-70, and the Court's order that Defendant respond by today, ECF 71, we respectfully request that the court give Defendant, until the close of business on Tuesday, November 5, 2024, to respond to Plaintiffs' information subpoena.

Respectfully submitted,

/s/ Kenneth A. Caruso
Kenneth A. Caruso

cc:    Counsel of Record (via ECF)