**KENNETH CARUSO LAW**
15 West 72nd Street | New York, NY 10022
E: ken.caruso@kennethcarusolaw.com | P: (646) 599-4970

October 31, 2024

Via ECF

Hon. Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> Request GRANTED. Defendant Giuliani shall respond to the information subpoena by 5:00 p.m. on November 5, 2024 on pain of sanctions for failure to comply and shall file proof of compliance on ECF by that date. The Giuliani Entities shall respond to Plaintiffs' motion by November 7, 2024.
>
> October 31, 2024
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re:   *Freeman et al. v. Giuliani*, 24-mc-00353-LJL

Dear Judge Liman:

In response to Plaintiffs' motion to compel, ECF 69-70, and the Court's order that Defendant respond by today, ECF 71, we respectfully request that the court give Defendant, until the close of business on Tuesday, November 5, 2024, to respond to Plaintiffs' information subpoena.

Respectfully submitted,

/s/ Kenneth A. Caruso
Kenneth A. Caruso

cc:   Counsel of Record (via ECF)