KENNETH CARUSO LAW
15 West 72nd Street | New York, NY 10022
E: ken.caruso@kennethcarusolaw.com | P: (646) 599-4970

November 1, 2024

<u>Via ECF</u>

Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *Freeman et al. v. Giuliani*, 24-cv-06563-LJL; 24-mc-00353-LJL

Dear Judge Liman:

  We represent Mr. Giuliani ("Defendant"). We write in response to the Court's Order, which directed Defendant to file a letter brief "to the extent [he] seeks to claim the New York property exempt under C.P.L.R. 5206," "on or about November 1, 2024." ECF 67.

  Defendant claims one homestead exemption, as follows:

  *First*, Defendant claims an exemption for 316 S. Lake Drive, Unit 5D, Palm Beach, FL 33480. Defendant makes this claim under Florida law, applicable in this diversity action as a matter of choice of law. Defendant has set forth his position in his papers cross-moving for summary judgment, ECF 41-44, which he incorporates here by reference. In particular, his legal position is set forth in his memorandum of law, ECF 44 at 8-16.

  *Second*, and in the alternative, Defendant claims an exemption for his apartment, 45 E. 66th Street, Apt. 10W, New York, NY 10065. This claim arises under New Yok CPLR § 5206(a)(2); see also § 5206(d) and (e).

Respectfully submitted,

<u>/s/ Kenneth A. Caruso</u>
Kenneth A. Caruso

cc: Counsel of Record