# In the United States Court of Federal Claims

No. 20-1237C
(Filed: August 22, 2024)

|  |  |
|---|---|
| **TEJA RAVI,** *Individually and on Behalf of All Others Similarly Situated,* | ) ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| **UNITED STATES**, | ) ) |
| *Defendant.* | ) ) ) |

**ORDER**

On August 22, 2024, the Court held a status conference to discuss continued proceedings in this matter following the June 25, 2024 decision of the United States Court of Appeals for the Federal Circuit reversing this Court's dismissal for lack of subject matter jurisdiction.[1]  *Ravi v. United States*, 158 Fed. Cl. 775 (2022), *rev'd*, 104 F.4th 1359 (Fed. Cir. 2024).  The mandate issued on August 16, 2024.  ECF 63. For the reasons stated on the record, and good cause shown,

(1) Plaintiff shall **FILE** a second amended complaint either with defendant's consent or by leave of the Court pursuant to Rule 15(a)(2) of the Rules of the United States Court of Federal Claims on or before **Thursday, September 12, 2024**; and

(2) Defendant shall **FILE** an answer to plaintiff's second amended complaint on or before **Tuesday, October 15, 2024**. If the second amended complaint is filed before the deadline, the answer or dispositive motion shall be filed **within 30 days** from the date of plaintiff's filing.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge

---

[1] Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims (RCFC), this case was reassigned to the undersigned for adjudication on July 10, 2024.