# Exhibit A

Alex Rogers in Palm Beach

# Rudy Giuliani makes media stop in Palm Beach

Former New York mayor Rudy Giuliani joined media from India to Germany outside the Morton and Barbara Mandel Recreation Center in Palm Beach, Florida, where Donald Trump is expected to vote in the late morning.

Giuliani showed up in the Mercedes convertible he was ordered to surrender to two Georgia poll workers he was found to have defamed in the aftermath of the 2020 election. Robert Coffman, the man driving him, said Giuliani would comply but appeal against that decision.



© AFP/Getty Images

The former mayor said Trump should go after "top people" if he was elected president.

"I'd be willing to prosecute them," he said.