# Exhibit C

# *A Private Letter from Rudy Giuliani*

I just received word that Kamala's Deep State plans to utterly ruin me in just one week's time.

I'll let you read the summary of the ruling for yourself:

## *CNN:* "A federal judge on Tuesday ordered former Donald Trump attorney and New York mayor Rudy Giuliani to turn over all his valuable possessions and his Manhattan penthouse apartment…"

They want my home, my belongings, even all of the nostalgic keepsakes that I've collected throughout my 80 years of life.

They want irreplaceable mementos I gave to my only son. They want personal gifts that I was given by allies abroad to show solidarity with America after the tragedy of September 11th.

*They want $150 MILLION from me!*

During moments like these, I have to remind myself that the Bible says that our earthly possessions will always fade, but greater "heavenly treasures" await us.

**Truth, justice, and the fight for freedom are worth *infinitely* more… They are the "heavenly treasures… that cannot be stolen and will never rust, decay or lose their value."**

That's why I will NEVER SURRENDER the fight – not just for *my* freedom and justice – but for the freedom and justice that are on the line for *every* U.S. citizen.

**If you can, and, seriously, only if you can, please make a contribution to my Legal Defense Trust – the Rudy Giuliani Freedom Fund – as I keep fighting for my freedom and justice as Kamala's Deep State tries to JAIL me for life.**



Thank you and God bless you,



Donated before using an account? Login

Other

Your contribution will benefit Rudy Giuliani freedom fund.

☐ The Deep State, Biden and Kamala's accomplices, and the Radical Left have made it their mission to DESTROY an innocent man and JAIL Rudy for LIFE! But with your sustained support, our fight for Rudy's freedom and justice carries on. YOU are truly Rudy's best hope.

**Make this a monthly recurring donation**

☐ We will NEVER SURRENDER our fight for an INNOCENT man's freedom and justice. Please join our End-of-Month Fundraising Blitz to DEFEND RUDY against the Deep State!

**Donate an additional $0 automatically on 11/30**

Enter your contact information:

| First name* | Last name* |
|---|---|
| | |

| Email* |
|---|
| |

| Address* | Zip* |
|---|---|
| | |

| City* | State* |
|---|---|
| | |

Mobile

Campaign finance law requires us to collect your employment information.

☐ I'm retired.

Employer*　　　　　　　　　　　　　　Occupation*

Enter your payment details:

Card number　　　　　　　　MM / YY　CVC

Enter a password to create **an account** (optional):

Set Password (Min. 8 characters)

**Contribute**

By clicking "Contribute" I accept WinRed's **terms of use** and **privacy policy**.

$0 now

By providing your phone number, you are consenting to receive calls and texts, including autodialed and automated calls and texts, to that number from Rudy Giuliani Freedom Fund Legal Defense Trust.

Paid for by Rudy Giuliani Freedom Fund Legal Defense Trust

Powered by  WinRed

**Terms of Use　　Privacy Policy**

**Questions about your charge? Go to our Support Center**