**KENNETH CARUSO LAW**
15 West 72nd Street | New York, NY 10022
E: ken.caruso@kennethcarusolaw.com | P: (646) 599-4970

November 5, 2024

<u>Via ECF</u>

Hon. Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Freeman et al. v. Giuliani*, 24-mc-00353-LJL

Dear Judge Liman:

      We represent Defendant, Rudolph W. Giuliani ("Defendant").

      This letter is submitted in response to the Court's Memo Endorsement requiring that "Defendant Giuliani shall respond to the information subpoena by 5:00 p.m. on November 5, 2024, on pain of sanctions" and that he "shall file proof of compliance on ECF by that date." ECF 77.

      Today, we served a response to the information subpoena on counsel for Plaintiffs via email. As ordered, a copy of the email indicating proof of compliance is attached.

Respectfully submitted,

<u>/s/ Kenneth A. Caruso</u>
Kenneth A. Caruso

cc:    Counsel of Record (via ECF)