

**From:** Kenneth Caruso ken.caruso@kennethcarusolaw.com
**Subject:** Response to information subpoena
**Date:** November 5, 2024 at 4:37 PM
**To:** Nathan, Aaron E. ANathan@willkie.com, david@labkowskilaw.com

Please see the attached. I can't reach Mr. Giuliani right now. We will follow up tomorrow re: an oath.

**Kenneth A. Caruso**
Kenneth Caruso Law
Phone: (646) 599-4970
Email: Ken.Caruso@kennethcarusolaw.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.



2024.11.05 Response to Information Subpoena.pdf