

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Freeman et al. v. Giuliani*, No. 24-mc-353 (LJL)

Dear Judge Liman:

Plaintiffs Ruby Freeman and Wandrea' Moss respectfully submit this update regarding their letter-motion for an order authorizing service of and responses to, a proposed subpoena to Mazars USA LLP ("Mazars"). *See* ECF No. 89.

Counsel for Plaintiffs and Defendant have conferred and reached an agreement resolving the letter-motion, and avoiding the need for a further motion for leave to file a *broader* subpoena on Mazars in connection with the above-captioned action. Pursuant to the parties' agreement, Defendant consents to service of a revised subpoena, attached hereto as Exhibit A, and the parties have executed a stipulated protective order covering material produced in response to the revised subpoena, attached hereto as Exhibit B.

The parties accordingly request that the Court grant the letter-motion with respect to the proposed subpoena attached hereto as Exhibit A, and enter the proposed protective order attached hereto as Exhibit B.

                                                                Respectfully submitted,

                                                                s/ Rachel Goodman

Cc:   Rebecca Gelozin
      Peter Larkin
      Wilson Elser Moskowitz Edelman & Dicker LLP
      *Counsel to Mazars USA LLP*