UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUBY FREEMAN and WANDREA' MOSS,

                         *Plaintiffs*,

    v.

RUDOLPH W. GIULIANI,

                         *Defendant*.

Case No. 24-mc-00353-LJL

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 1.4, the undersigned counsel respectfully seeks leave to withdraw as Attorney of Record for Plaintiffs Ms. Ruby Freeman and Ms. Wandrea' Moss. There is good cause for withdrawal, as the undersigned will begin new employment after November 8, 2024, and therefore can no longer represent Plaintiffs. Plaintiffs will continue to be represented by all attorneys for Plaintiffs entered in this case, including Rachel Goodman and Brittany Williams from United to Protect Democracy. I certify that Plaintiffs have been given reasonable notice of my withdrawal of appearance in this case. I am not asserting a retaining or charging lien.

Dated: November 8, 2024

                                                     Respectfully submitted,

                                                     */s/ John Langford*
                                                     John Langford
                                                     United to Protect Democracy
                                                     82 Nassau Street, #601
                                                     New York, NY 10038
                                                     Phone: (202) 579-4582
                                                     Facsimile: (202) 769-3176

                                                     *Counsel to Ms. Ruby Freeman and*
                                                     *Ms. Wandrea' Moss*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, which shall serve as notice of filing to all counsel of record.

<u>/s/ John Langford</u>