**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>                              *Plaintiffs*,<br>          v.<br><br>RUDOLPH W. GIULIANI,<br><br>                              *Defendant*. | Case No. 24-mc-00353-LJL |

**[PROPOSED] ORDER**

Upon consideration and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED and John Langford is permitted to withdraw as counsel for Plaintiffs in the above referenced matter.

**SO ORDERED** this __ day of November, 2024.

_____
Hon. Lewis J. Liman
UNITED STATES DISTRICT COURT JUDGE