# EXHIBIT A

**Corporate Transfer & Storage Inc.**
90 13th Avenue Unit 4
Ronkonkoma, NY  11779
631-676-2620
www.corporatetransfer.com



# Invoice  416642

| BILL TO | | | |
|---|---|---|---|
| Dr Mari Ryan<br>New Hampshire Health System | DATE<br>10/23/2024 | PLEASE PAY<br>$46,406.57 | DUE DATE<br>10/23/2024 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/04/2024 | All materials needed to complete this portion of the job. | 0.15 | 36,720.00 | 5,508.00T |
| 10/04/2024 | Project Manager:<br>5 days | 40 | 198.00 | 7,920.00 |
| 10/04/2024 | Household Goods:<br>Pack Load out from NYC Address will be given.<br>1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 10/05/2024 | Household Goods:<br>Pack Load out from NYC Address will be given.<br>1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 10/06/2024 | Household Goods:<br>Pack Load out from NYC Address will be given.<br>1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 10/07/2024 | Household Goods:<br>Pack Load out from NYC Address will be given.<br>1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 10/08/2024 | Household Goods:<br>Pack Load out from NYC Address will be given.<br>1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 10/08/2024 | Warehouse Handling Inbound: | 6 | 400.00 | 2,400.00 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/08/2024 | Storage: 6 containers (Approx. 2,000lbs) Each container is 5'X5'X7') of household goods October 2024 | 6 | 200.00 | 1,200.00T |

Payment due upon deliver COD

| | |
|---|---|
| SUBTOTAL | 45,828.00 |
| TAX | 578.57 |
| TOTAL | 46,406.57 |
| TOTAL DUE | $46,406.57 |

THANK YOU.

**Corporate Transfer & Storage Inc.**
90 13th Avenue Unit 4
Ronkonkoma, NY  11779
631-676-2620
www.corporatetransfer.com



**Invoice  416641**

**BILL TO**
Dr Mari Ryan
New Hampshire Health System

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 10/16/2024 | $21,457.48 | 10/16/2024 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/19/2024 | All materials needed to complete this portion of the job. | 0.15 | 14,352.00 | 2,152.80T |
| 09/19/2024 | Project Manager: 3 days | 24 | 198.00 | 4,752.00 |
| 10/01/2024 | Household Goods: Load out from Sky Line Warehouse 485 Brown Court Oceanside, New York. 3 vans, 1 supervisor, 3 drivers, 6 men | 8 | 1,060.00 | 8,480.00 |
| 10/02/2024 | Household Goods: Unload into Corporate Transfer & Storage 3 vans, 1 supervisor, 3 drivers, 6 men | 8 | 1,060.00 | 8,480.00 |
| 10/02/2024 | Warehouse Handling Inbound: 24 skids | 24 | 200.00 | 4,800.00 |
| 10/02/2024 | Storage: 1 month 24 pallets 5'X5'X8' unknown boxes and loose furniture October 2024 | 24 | 100.00 | 2,400.00T |

Payment due upon deliver COD

| | |
|---|---|
| SUBTOTAL | 31,064.80 |
| TAX | 392.68 |
| TOTAL | 31,457.48 |
| PAYMENT | 10,000.00 |
| **TOTAL DUE** | **$21,457.48** |

THANK YOU.

**Corporate Transfer & Storage Inc.**
90 13th Avenue Unit 4
Ronkonkoma, NY  11779
631-676-2620
www.corporatetransfer.com



**Invoice  416643**

**BILL TO**
Dr Mari Ryan
New Hampshire Health System

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 10/16/2024 | $25,702.23 | 10/16/2024 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/06/2023 | All materials needed to complete this portion of the job. | 0.15 | 14,688.00 | 2,203.20T |
| 07/06/2023 | Project Manager: 2 days | 16 | 198.00 | 3,168.00 |
| 07/07/2023 | Household Goods: Pack Load out from NYC Address will be given. 1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 07/08/2023 | Household Goods: Pack Load out from NYC Address will be given. 1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 07/09/2023 | Warehouse Handling Inbound: | 2 | 400.00 | 800.00 |
| 10/15/2024 | Storage: 18 months 2 containers (Approx. 2,000lbs) Each container is 5'X5'X7') of household goods from July 2023 to November 2024 | 36 | 200.00 | 7,200.00T |

Payment due upon deliver COD

| | |
|---|---|
| SUBTOTAL | 24,891.20 |
| TAX | 811.03 |
| TOTAL | 25,702.23 |
| **TOTAL DUE** | **$25,702.23** |

THANK YOU.

# Inventory Summary

| Item Name | Quantity |
|---|---|
| Bundle of Items Paper Paded & Shrink Wrapped/Rug/Flag/Extension Cord | 1 unit |
| Gray Furniture Room Hers Masks & Christmas from Bottom of Closet/1.5Ctn | 1 unit |
| Gray Furniture Room/Her Clothes/Wardrobe | 1 unit |
| Headboard From Master Bedroom/Wood Chipped in some spots/Paded & Shrink Wrapped | 1 unit |
| Master Bedroom Bed Slats/Bundled Paper Pads on Bottom | 1 unit |
| Master Bedroom King Footboard/Wood Chipped on some spots/ Paded & Shrink Wrapped | 1 unit |
| Master Bedroom Lamp & Pillows/Dishpack 5.1Ctn | 1 unit |
| Master Bedroom Side Rails Chipped Up on some spots/Padded | 1 unit |
| Sofa Bed Leather 3 Seater/Living Room | 1 unit |
| Study Room Books/1.5Ctn | 1 unit |
| Television From Office/ 6 Mirror Ctns to cover & Shrink Wrapped | 1 unit |
| Black Leather OS Chairs/ Paper Pads & Shrink Wrapped | 1 unit |
| Bundle of 3 Small Pictures/Wrapped in White Paper | 1 unit |
| Bundle of Miscellaneous Bats/Canes/Wrapped in Paper Pads | 1 unit |
| Camra Stand From Media Room in Case | 1 unit |
| Clear Container PBO/Media Items | 1 unit |
| Cushioned Ottoman Yellow/Shrink Wrapped | 1 unit |
| Diplomas/2 Mirror Ctns to Make 1 Item | 1 unit |
| Easel Pads/PBO | 2 units |
| Golf bag | 1 unit |
| Gray Room Television/2 3.0 Ctns Cut Plus Padded and Shrink Wrapped | 1 unit |

| | |
|---|---|
| Hallway Cleaning Supplies/Rug Cleaner/Wardrobe | 1 unit |
| Living Room Picture/ Used 2 Mirror Ctns | 1 unit |
| Manorias/Miscellaneous/PBO Clear Container | 1 unit |
| Master Bedroom File Cabinet on Wheels/ Wrapped in Pads | 1 unit |
| Master Bedroom Side Rails/Wrapped in Pads | 1 unit |
| Media Room Armoire/Wrapped in Pads and Shrink Wrapped | 1 unit |
| Painting/Chipped Frame/Paper Pads | 1 unit |
| Painting/Wrapped in Paper Pads | 1 unit |
| Plastic Bin PBO/ Christmas Supplies | 1 unit |
| Plastic Bin/PBO Drapes | 1 unit |
| Plastic Tub PBO/Media Supplies | 1 unit |
| Plastic Tube PBO/Christmas Supplies | 1 unit |
| Red Over Stuffed Chairs Shrink Wrapped | 2 units |
| Small Cigar Box | 1 unit |
| Small Green Blanket | 1 unit |
| 2 Pictures/Hole in One Picture/Lincoln Picture/2 Mirror Ctns to Cover | 1 unit |
| 9/11 Print Picture/Wrapped in Paper Pads | 1 unit |
| American Flag/4 Mirror Ctns to Cover | 1 unit |
| Back Office & Bathroom/Miscellaneous Supplies/C-Bin | 1 unit |
| Clear Bin of Christmas Decorations/PBO | 1 unit |
| Comfoter im Clear Bag PBO | 1 unit |
| Electronics/3.0 Ctn | 1 unit |
| Fan Gray Room/Cut 3.0Ctn | 1 unit |
| Framed Oil Painting of Lady/Wrapped In Paper Pads | 1 unit |
| Golf Bags/Cut Wardrobe | 1 unit |
| Good Will Fire Company #2 Signed | 1 unit |

| | |
|---|---|
| Gray Furniture Room Bed Pictures/Loose Glass Inside/4 Mirror Ctns Tapped Together/1 Ctn Total | 1 unit |
| Gray Room Dresser Mirror/4 Mirror Ctns Used/1 Mirror | 1 unit |
| Grey Furniture Room Bed Parts/Bundle Covered in Paper Pads | 1 unit |
| Kitchen Double Hand Statue From Shelvs Around Refrigerator/1.5Ctn Capped | 1 unit |
| Lawyer Sitting At Desk/4 Mirror Ctns to Cover | 1 unit |
| Master Bedroom Mirror/4 Mirror Ctns Used/ 1 Item | 1 unit |
| Master Bedroom Miscellaneous Items From Desk/1.5Ctn | 1 unit |
| Master Bedroom Miscellaneous from Desk Drawers/1.5Ctn | 1 unit |
| Medium Mirror/Wrapped in Paper Pads | 1 unit |
| Micky Mantle Picture/3 Mirror Ctns to Cover | 1 unit |
| Office Statues &Bookends/Dishpack 5.2Ctn | 1 unit |
| Picture of John Daly/Wrapped in Paper Pads | 1 unit |
| Picture of Train Yard&FDNY Fire Figuter | 1 unit |
| Rudy Awards/PBO Small Box | 1 unit |
| Rudy Birthday Prints Total of 5 | 1 unit |
| Rudy Study Room/Electronics | 1 unit |
| Rudys Personal Books/PBO Small White Tote | 1 unit |
| Rudys Wires From Desk/PBO Plastic Tote | 1 unit |
| Skeleton/Holoween Decorations | 1 unit |
| Small Cabinet/Chest/Wrapped in Paper Pads | 1 unit |
| Small Media Room Electronics & Miscellaneous/3.0 Ctn | 1 unit |
| Small Media Room File Cabinet/3.0Ctn | 1 unit |
| Small Media Room Miscellaneous Supplies/Dishpack 5.2Ctn | 1 unit |
| Small Media Room Miscellaneous/Dishpack 5.2 Ctn | 1 unit |
| Small Media Room/Artwork & Folding Tables/Wardrobe | 1 unit |
| Small Media Room/File Cabinet & Office Supplies/3.0 Ctn | 1 unit |

| | |
|---|---|
| Small Media Room/Folders/Paper/Office Supplies/3.0 Ctn | 1 unit |
| Small Media Room/Miscellaneous Media Supplies/Wardrobe | 1 unit |
| Small Media Room/Office Supplies/Dishpack 5.2 Ctn | 1 unit |
| Study Room Books/1.5Ctns | 7 units |
| Trump 2020 Sign | 1 unit |
| White Board on Stand From Master Bedroom/1 Mirror Ctn | 1 unit |
| 4 Pictures/2 Mirror Ctns To Cover/ All in Same Mirror Ctns | 1 unit |
| Backpack Black | 1 unit |
| Clear Containers PBO | 2 units |
| Cushons | 3 units |
| Folding Chair Cushoned | 1 unit |
| Full Mattress/ Paded & Shrink Wrap | 1 unit |
| Gray Furniture Room Hers Bed Pillows/4.5Ctns | 1 unit |
| Gray Furniture Room Lamp Shade & Hat/1.5Ctn | 1 unit |
| Gray Room Armoire Hers with Mirror/ 2 Mirror Ctns & Shrink Wrap to Cover | 1 unit |
| Gray Room Clothes from Furniture Hers/Wardrobe | 1 unit |
| Gray Room Mirrored Dresser Hers/2 Mirror Ctns & Shrink Wrap | 1 unit |
| Legs For Brown Sofabed/ 1.5Ctn | 1 unit |
| Living Room 2 Lamp Shades/ 4.5Ctn | 1 unit |
| Master Bedroom Items From Dresser/1.5Ctn | 1 unit |
| Master Bedroom Mens Clothes/Waresrobe | 1 unit |
| Master Bedroom Shirts & Miscellaneous Items/4.5Ctns | 1 unit |
| Mens Shoes/4.5 Ctn | 1 unit |
| Speaker Legs/Office TV Plugs/Bundle in Paper Pads and Shrink | 1 unit |
| Wicker Baskets/4.5Ctn | 1 unit |
| 2 Pictures of USA Flag/4 Mirror Ctns to cover | 1 unit |

| Item | Quantity |
|---|---|
| Baseball Bats/4.5Ctn | 2 units |
| Coat Closet Luggage/4.5 Ctn | 1 unit |
| Coat Closet Miscellaneous/4.5Ctn | 1 unit |
| Coat Closet Miscellaneous/Wardrobe | 2 units |
| Cushion to Desl Chair | 1 unit |
| Derek Jeter Hallway Picture/2 Mirror Ctns to Cover | 1 unit |
| Dinning Room Large Glass Bottle & Miscellaneous Items/Dishpack 5.1Ctn | 1 unit |
| Elephant Statue/ Covered in Paper Pads | 1 unit |
| Gray Furniture Room Glass Lamp/1.5Ctn Capped | 1 unit |
| Gray Furniture Room T V. Mount & Wires/Paper Pads | 1 unit |
| Gray Furniture Room/Green Liquor Box with Shot Glasses/1.5Ctn | 1 unit |
| Gray Room Bed Slats Bundled Together | 1 unit |
| Gray Room Mirror/6 Mirror Ctns To Cover | 1 unit |
| Gray Room Mirrored Headboard / 1 Mirror Ctn/Pads/Shrink Wrapped | 1 unit |
| Grey Furniture Room Shoes From Bottom Closet/4.5Ctn | 1 unit |
| Hallway Yankee Picture/ 2 Mirror Ctns | 1 unit |
| Ironing Board | 1 unit |
| Man of the Year Picture/ 4 Mirror Ctns to cover | 1 unit |
| Master Bedroom 2 Pictures/2 Mirror Ctns to Cover | 1 unit |
| Master Bedroom Bedding/4.5Ctn | 1 unit |
| Master Bedroom Bookcase Shelves/Bundle of Paper Pads | 1 unit |
| Master Bedroom File Cabinet/Covered with Pads and Shrink Wrap | 1 unit |
| Master Bedroom Files/1.5Ctns | 1 unit |
| Master Bedroom Files/Miscellaneous Items / 3.0 Ctn | 1 unit |
| Master Bedroom Life Picture & 2 American Flags/2 Mirror Ctns to Cover | 1 unit |

| | |
|---|---|
| Master Bedroom Mens Clothes-Wardrobe | 1 unit |
| Master Bedroom Miscellaneous Items from Bookcase/1.5Ctn | 1 unit |
| Master Bedroom Miscellaneous Items from Bookcase/3.0Ctn | 1 unit |
| Master Bedroom Miscellaneous/4.5Ctn | 1 unit |
| Master Bedroom Night Stand & Pillow/1.5 Ctn | 1 unit |
| Master Bedroom Television/6 Mirror Ctns to cover | 1 unit |
| Men Clothes & Miscellaneous from Master Bedroom/Wardrobe | 1 unit |
| Mens Shoes Master Bedroom/3.0Ctn | 1 unit |
| Miscellaneous From 3 Top Drawes In Gray Furniture Room/3.0Ctn | 1 unit |
| Miscellaneous PBO | 1 unit |
| Miscellaneous Picture/4 Mirror Ctns to Cover | 1 unit |
| Mugs/1.5Ctn | 1 unit |
| Office Books/1.5 Ctns | 3 units |
| Pillows for Couch | 2 units |
| Study Room Books/Miscellaneous/Dishpack 5.1Ctn | 1 unit |
| Black Lockable Suitcase | 1 unit |
| C-Bin of Miscellaneous Items | 1 unit |
| Chess Set/3.0Ctn | 1 unit |
| Coffee Table From Living Room/Paper Padded and Shrink Wrapped | 1 unit |
| Contents of Drop Leaf Table Drawers/1.5Ctn | 1 unit |
| Gray Furniture Room Her Desk/Wrapped in Pads&Shrink Wrap | 1 unit |
| Gray Furniture Room Hers Sterio & Pillows from Closet/4.5Ctn | 1 unit |
| Lamps/Dishpack 5.1Ctn/Both in same box | 2 units |
| Leather Desk Chair From Office/Hole in Back pf Chair/Padded | 1 unit |
| Living Room End Table/Paper Padded and Shrink Wrapped | 1 unit |
| Master Bedroom Miscellaneous from Bookcase/1.5Ctn | 2 units |
| Master Bedroom Pole Lamp& Miscellaneous Items/Wardrobe | 1 unit |

| | |
|---|---|
| Media Room Black Case Miscellaneous Media Items | 1 unit |
| Media Room Camras in Black Case | 1 unit |
| Mens Clothes from Master Bedroom/Wardrobe | 1 unit |
| Mirrored Nightstand from Gray Room/1 Mirror Ctn/Pads/Shrink Wrapped | 1 unit |
| Small Media Room Books/4.5Ctn | 1 unit |
| Small Media Room End Table Files/4.5Ctn | 1 unit |
| Small Media Room PBO/UPS BOX | 1 unit |
| Weights/Purple 10Lbs/Green 15Lbs | 1 unit |
| Box Springs Shrink Wrapped | 2 units |
| Dinning Room Curio Cabinet Draw Items Bottom Shelf/3.0Ctn | 1 unit |
| Drop Leaf Table/Wrapped in Paper Pads&Shrink Wrap | 1 unit |
| Kitchen Shelves Around Refrigerator/Coffee Cans/3.0Ctn | 1 unit |
| Master Bedroom Mattress/Padded and Shrink Wrapped | 1 unit |
| Master Bedroom Miscellaneous Items From Dresser/Dishpack 5.1Ctn | 1 unit |
| Master Bedroom Miscellaneous Items/3.0Ctn | 1 unit |
| Master Bedroom Pole Lamp Shade/Green/3.0Ctn | 1 unit |
| Television Stand/2 Mirror Ctns&Pads to Cover | 1 unit |
| White Board on Wheels with Maps Magneted on Both Sides/Shrink Wrapped | 1 unit |
| 9-11 Picture/Wrapped in Paper Pads | 1 unit |
| Desk Chair Cushion | 1 unit |
| Digital Golf Set In Case | 1 unit |
| Gray Furniture Room Bedroom Her Sound Bar Bracket/Bundle of Paper Pads | 1 unit |
| Gray Furniture Room Her Rugs/Bundle Of Paper Pads | 1 unit |
| Gray Furniture Room Hers Bedding/3.0Ctn Capped with 3.0Ctn ontop | 1 unit |

| | |
|---|---:|
| Gray Furniture Room/Hers Books/1.5Ctn | 2 units |
| Gray Furniture Room Items/Liquids/1.5Ctn | 1 unit |
| Gray Furniture Room Wood Glass Pen Box/Small Pictures/3.0Ctn | 1 unit |
| Gray Furniture Room/Hers Armored Statue/1.5Ctn Capped with 1.5Ctn | 1 unit |
| Gray Furniture/Hers Bedroom Books/1.5 Capped | 1 unit |
| Hallway Closet Vacuum Cleaner/Miscellaneous/ Wardrobe | 1 unit |
| Items from Media Room GVM Bag Covering | 1 unit |
| Kitchen Crystal Decoratives Around Refrigerator/Dishpack 5.1Ctn | 1 unit |
| Lights With Tripode/Dishpack 5.1Ctn with 3.0Ctn Cap | 1 unit |
| Living Room End Tables/Paper Pads | 2 units |
| Master Bedroom Book Cabinet/ Wrapped in Pads&Shrink Wrap | 1 unit |
| Master Bedroom Clothes&Ties/Wardrobes | 2 units |
| Master Bedroom Dresser/Wrapped in Pads and Shrink Wrap | 1 unit |
| Master Bedroom Files/Miscellaneous Items/3.0Ctn | 1 unit |
| Master Bedroom Miscellaneous Items from Bookcase/1.5 Ctn | 1 unit |
| Master Bedroom Miscellaneous Items from Desk/1.5Ctn | 2 units |
| Media Items in Pelican Case | 1 unit |
| Mens Shoes & Ties Master Bedroom/3.0 Ctn | 1 unit |
| Office Books/Two 1.5Ctns | 2 units |
| Office Cigar Humidifier/Dishpack 5.1Ctn | 1 unit |
| Shovel / Shrink Wrapped | 1 unit |
| Small LampShade from Top of File Cabinet/3.0Ctn | 1 unit |
| Small Media Room Dresser Miscellaneous Items/Dishpack 5.1Ctn | 1 unit |
| Small Media Room Lamp/Dishpack 5.1Ctn | 1 unit |
| Study Room Shelves Miscellaneous Supplies/ Dishpack 5.1Ctn | 1 unit |
| Yankee Banner/4 Mirror Ctns to Cover | 1 unit |