# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | No. 24-mc-353<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )

: ss:

COUNTY OF NEW YORK  )

Fred Reid, being duly sworn, deposes and states that he is not a party to the within action, is over the age of 18 years old and resides in New York, New York.

On the 14th of August, 2024, deponent caused an Information Subpoena and Restraining Notice to be served on Ryan Medrano via certified mail, return receipt requested, at the following address:

Ryan Medrano
27 Maryland Plaza 2d Floor
St. Louis, MO 63108

*[signature: Fred A. Reid]*

Fred Reid

Sworn to before me this

7th day of October, 2024

*[signature: Ashley A. Moore]*

Notary Public

ASHLEY A. MOORE
Notary Public, State of New York
No. 01MO6172601
Qualified in New York County
Commission Expires Jan.5, 2028

- 2 -