# EXHIBIT 9

ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN THE SOU…

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052700069802703

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item has been delivered to an agent and left with an individual at the address at 1:31 pm on August 19, 2024 in SAINT LOUIS, MO 63108.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered to Agent

**Delivered to Agent, Left with Individual**

SAINT LOUIS, MO 63108
August 19, 2024, 1:31 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**