# EXHIBIT 10

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
RUBY FREEMAN and WANDREA' MOSS,            :
:
Plaintiffs,       :
:           Civ. Action No.: 24-mc-353
v.                                         :
:           **AFFIDAVIT OF SERVICE**
RUDOLPH W. GIULIANI                        :
:
Defendant.        :
:
---------------------------------------------------------------x

I, Arlene Roe, being duly sworn, deposes and says:

I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 9/10/2024 at 11:42 am, I personally served the Information Subpoena with Restraining Notice Pursuant to CPLR 5222 and 5224 by serving Ted Goodman.

Ted Goodman is described herein as:

Gender: Male

Race/Skin: Asian

Age: 35

Height: 5'8

Hair: Brown

Glasses: None

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/12/24

Arlene Roe