# EXHIBIT 11

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

October 10, 2024

Ryan Medrano
27 Maryland Plaza 2d Floor
St. Louis, MO 63108

Re: *Freeman v. Giuliani*, No. 24-mc-353 (S.D.N.Y.)

To Mr. Medrano:

This law firm represents Ruby Freeman and Wandrea' ArShaye Moss (the "Freeman Plaintiffs") in the above-captioned action. We are not aware of any counsel that you may have retained in connection with this matter, but if you have retained such counsel, please forward this letter to such counsel and inform us, through counsel or otherwise, of such retention.

On December 18, 2023, a judgment (the "Judgment") was entered in favor of the Freeman Plaintiffs and against Rudolph W. Giuliani in the United States District Court for the District of Columbia. On August 5, 2024, the Freeman Plaintiffs commenced the above-captioned action by registering the Judgment in the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1963, and commenced the above-captioned action.

In connection with the above-captioned action, we have served on you an Information Subpoena and Restraining Notice ("Subpoena") pursuant to New York Civil Law and Practice Rules ("CPLR") §§ 5222 and 5224 via certified mail on August 14, 2024, to the above-listed address as well as to 1 Irving Place, Office 1, New York, NY 10003-9701. A courtesy copy of that Subpoena has been transmitted along with this letter for your convenience.

Under CPLR § 5224(a)(3), you are required to answer under oath, separately and fully, each question within 7 days of receiving the Subpoena. As of the date of this mailing, we have not received any response. We write to remind you of your obligation and to request that you promptly comply. Please feel free to contact me with any questions at (212) 728-8904 or anathan@willkie.com.

Respectfully,

s/ Aaron E. Nathan