```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
: 
RUBY FREEMAN and WANDREA' MOSS, :
:
Plaintiffs, :
: 24-mc-00353 (LJL)
-v- :
: ORDER
RUDOLPH W. GIULIANI, :
:
Defendant, :
:
-and- :
:
ANDREW H. GIULIANI, :
:
Intervenor-Defendant :
Applicant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

  The Court has received a motion to compel third parties Dr. Maria Ryan, Mr. Ted Goodman, and Mr. Ryan Medrano to provide complete responses to information subpoenas served on Ryan and Goodman on August 5, 2024, and on Medrano on August 14, 2024.  Dkt. No. 113.  Ryan, Goodman, and Medrano shall respond to the motion by November 21, 2025.  Plaintiffs may reply on November 25, 2024.  The Court is prepared to hear the parties on the motion on November 26, 2024, at 10 a.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007.  The Court will entertain requests that Ryan, Goodman, and Medrano be permitted to participate telephonically.  Plaintiff shall file proof of service on the ECF docket.


  SO ORDERED.

Dated: November 14, 2024
   New York, New York
                   _____
                     LEWIS J. LIMAN
                     United States District Judge