AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

RUBY FREEMAN AND WANDREA' MOSS
　　　　　Plaintiff(s),

V.

RUDOLPH W. GIULIANI
　　　　　Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 24mc353 LJL

Notice is hereby given that, subject to approval by the court, Rudolph W. Giuliani substitutes (Party (s) Name)

Joseph Cammarata, State Bar No. 5260187 as counsel of record in
(Name of New Attorney)

place of Kenneth Caruso and David Labkowski
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Cammarata & DeMeyer PC
Address: 456 Arlene Street, Staten Island, New York 10314
Telephone: (718) 477-0020　　Facsimile
E-Mail (Optional): joe@cdlawpc.com

I consent to the above substitution.
Date: 11/14/2024

Signed by:
*Rudolph W. Giuliani*
6F1E4440937C42D...
(Signature of Party (s))

I consent to being substituted.
Date: 11/14/2024

*[signature]*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/14/2024

Signed by:
*Joseph Cammarata*
00FC20EFAF2C40E...
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]