AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Ruby Freeman and Wandrea' Moss | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   24 mc 353 LJL |
| Rudolph W. Giuliani | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Rudloph W. Giuliani

Date:     11/15/2024

*Attorney's signature*

Joseph Cammarata, Esq. JC7286
*Printed name and bar number*

Cammarata & De Meyer P.C.
456 Arlene Street
Staten Island, New York 10314

*Address*

Joe@cdlawpc.com
*E-mail address*

(718) 477-0020
*Telephone number*

(718) 494-3288
*FAX number*