```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
RUBY FREEMAN and                                               :
WANDREA' MOSS,                                                 :
                                                               :
                        Plaintiffs,                            :     24-mc-00353 (LJL)
                                                               :
        -v-                                                    :     ORDER
                                                               :
RUDOLPH W. GIULIANI,                                           :
                                                               :
                        Defendant.                             :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court denies Defendant's letter-motion at Dkt. No. 123 to modify the Turnover Order issued by the Court on October 22, 2024, *see* Dkt. No. 62, as modified by the order of November 8, 2024, *see* Dkt. No. 9, for failure to comply with Local Rules 6.1 and 7.1 of the United States District Courts for the Southern and Eastern Districts of New York, Rules 6.1 and 7.1, and this Court's Individual Practices. Local Rule 7.1 provides that:

> (a) Unless the judge's individual practices or court order provide otherwise, all motions, except for letter-motions as permitted by Local Civil Rule 7.1(d), must include the following motion papers: (1) A notice of motion, or an order to show cause signed by the court, that specifies the rules or statutes under which the motion is brought and the relief sought; (2) A memorandum of law, setting forth the cases and other authorities relied on in support of the motion, and divided, under appropriate headings, into as many parts as there are issues to be determined; and (3) Supporting affidavits and exhibits thereto containing any factual information and parts of the record necessary for the decision of the motion.
>
> […]
>
> (d) Applications for extensions or adjournments, applications for a pre-motion conference, and similar non-dispositive matters may be brought by letter-motion. Other motions cannot be brought by letter-motion unless authorized by the judge's individual practices or order issued in a particular case.

2

The Court's Individual Practices permit letter-motions only in a limited set of circumstances, including motions to amend a case management plan and scheduling order, to file papers under seal or in redacted form, to compel discovery, or for a protective order or confidentiality.  *See* Individual Practices (1)(C).  All other motions must be brought in compliance with the rules governing motions papers.  *See Automated Mgmt. Sys., Inc. v. Rappaport Hertz Cherson Rosenthal, P.C.*, 2019 WL 6138530, at *1 (S.D.N.Y. Oct. 2, 2019); *Porco v. Phoenix Bldg. Corp.*, 2019 WL 2210659, at *3 (S.D.N.Y. May 21, 2019).

The Clerk of Court is respectfully directed to close Dkt. No. 123.

SO ORDERED.

Dated: November 19, 2024
      New York, New York

                                          LEWIS J. LIMAN
                                   United States District Judge

2