UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>        Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>        Defendant. | No. 24-mc-00353-LJL |

## NOTICE AND UPDATE REGARDING PROOF OF SERVICE

Pursuant to the Court's Order of November 14, 2024 (ECF No. 116), Plaintiffs Ruby Freeman and Wandrea' Moss respectfully submit this notice and update regarding their service of the November 14, 2024 Motion to Compel on Theodore "Ted" Goodman, Dr. Maria Ryan, and Ryan Medrano.

- Plaintiffs served Mr. Goodman on November 18, 2024. An executed affidavit of service is attached hereto as Exhibit A.

- Plaintiffs served Dr. Maria Ryan on November 18, 2024, but have not yet received an executed copy of the affidavit of service from the process server. Plaintiffs are working to obtain such a copy and will file it on the docket as soon as possible.

- To date, despite diligent attempts, Plaintiffs have been unable to serve Mr. Ryan Medrano. Plaintiffs will shortly file a motion for leave to serve Mr. Medrano by alternative means.

                   Respectfully submitted,

                   s/ Aaron E. Nathan

                   Aaron E. Nathan
                   Willkie Farr & Gallagher LLP
                   787 Seventh Ave
                   New York, NY 10019
                   (212) 728-8904
                   anathan@willkie.com