# EXHIBIT A

United States District Court
Southern District of New York

Ruby Freeman, et al

        Plaintiff
VS

Rudolph W. Giuliani

        Defendant

PROOF OF SERVICE

File/Index No.: 24 CV 06563
Issued On:
Alt File/Index No.:
Calendar No.:

**SERVICE UPON: Theodore "Ted" Goodman**

State/Commonwealth/Locale of: Florida, County/City of: Miami-Dade: ss

Kenneth Chin does hereby declare, certify and/or affirm as follows: I am not a party to the within action, am over the age of 18 years and reside in the State of Florida.

On 11/18/2024 at 4:33 PM at 315 South Lake Drive, Apt 5D Palm Beach, FL 33480, I effected service of process of the following documents: Subpoena to Produce Documents (return date 11/29/24); Letter Motion with Supporting documents; Court Order of 11-14-24 upon Theodore "Ted" Goodman, a/the witness in this matter/proceeding:

By delivering to and leaving a true copy thereof with Theodore "Ted" Goodman personally.

I describe the recipient at the time of service as follows: Gender: Male Race/Skin: white Age: 33 Height: 5-7 Glasses: Weight: 150 Hair: dark

Declared/Certified/Affirmed on
11/19/2024

[Notary seal: KENNETH TENCHOY CHIN, Notary Public - State of Florida, Commission # HH 571652, My Comm. Expires Jul 1, 2028, Bonded through National Notary Assn.]

Kenneth Chin
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



Order #:R90531

Personal Service by Personal Delivery