USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
RUBY FREEMAN and WANDREA' MOSS, :
:
Plaintiffs, :
:    24-mc-00353 (LJL)
-v- :
:    CORRECTED ORDER
RUDOLPH W. GIULIANI, :
:
Defendant, :
:
-and- :
:
ANDREW H. GIULIANI, :
:
Intervenor-Defendant :
Applicant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court has received a motion to compel third parties Dr. Maria Ryan, Mr. Ted Goodman, and Mr. Ryan Medrano to provide complete responses to information subpoenas served on Ryan and Goodman on August 5, 2024, and on Medrano on August 14, 2024.  Dkt. No. 113.  Ryan, Goodman, and Medrano shall respond to the motion by November 21, 2025~~4~~.  Plaintiffs may reply on November 25, 2024.  The Court is prepared to hear the parties on the motion on November 26, 2024, at 10 a.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007.  The Court will entertain requests that Ryan, Goodman, and Medrano be permitted to participate telephonically.  Plaintiff shall file proof of service on the ECF docket.


SO ORDERED.

Dated: November 21, 2024
    New York, New York                         _____
                                                LEWIS J. LIMAN
                                                United States District Judge