# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Ruby Freeman and Wandrea' Moss

(List the full name(s) of the plaintiff(s)/petitioner(s).)

24-MC-353(LJL)

-against-

**NOTICE OF APPEAL**

Rudolph W. Giuliani

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Defendant Rudolph W. Giuliani

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☐ judgment  ☒ order  entered on: October 22, 2024

(date that judgment or order was entered on docket)

that: granted in part and denied in part Plaintiffs' motion to enforce a judgment ordering Defendant to transfer assets to Plaintiffs.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

November 21, 2024

Dated

Signature*

Cammarata, Joseph M.

Name (Last, First, MI)

456 Arlene Street | Staten Island, | New York | 10314
---|---|---|---
Address | City | State | Zip Code

718-477-0020

Telephone Number

Joe@cdlawpc.com

E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13