UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2024
```

RUBY FREEMAN and WANDREA' MOSS,       :

                   Plaintiffs,       :             24-mc-00353 (LJL)

       -v-       :

RUDOLPH W. GIULIANI,       :

                   Defendant,       :

      -and-       :

ANDREW H. GIULIANI,       :

                   Intervenor-Defendant
                   Applicant.       :

-------------------------------------------------------------------- X

RUBY FREEMAN and WANDREA' MOSS,       :             24-cv-06563 (LJL)

                   Plaintiffs,       :

       -v-       :

                               :       ORDER

RUDOLPH W. GIULIANI,       :

                   Defendant.       :

-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

     This Order memorializes deadlines set at the hearing held on November 26, 2024.  Any

application to reschedule the trial currently set for January 16, 2025 to January 13 and 14, 2025

shall be filed no later than Monday, December 2, 2024.  The proposed joint pretrial order,

motions in limine, and proposed findings of fact and conclusions of law shall be filed on January

6, 2025.  Any responses to the motions in limine shall be filed by January 10, 2025.


Dated: November 26, 2024
      New York, New York                 _____
                                       LEWIS J. LIMAN
                            United States District Judge