UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBY FREEMAN and WANDREA' MOSS,

           Plaintiffs,

v.

RUDOLPH W. GIULIANI,

           Defendant.

No. 24-mc-353
No. 24-cv-6563

**AFFIDAVIT OF SERVICE**

I, Aaron E. Nathan, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") in the above-captioned actions.

2. Pursuant to this Court's orders of December 10, 2024 (ECF No. 120 in 24-cv-6563; ECF No. 161 in 24-mc-353) and December 11, 2024 (ECF No. 122 in 24-cv-6563; ECF No. 163 in 24-mc-353) (together the "Alternative Service Orders"), I caused service of certain documents to be effected as follows:

3. On December 11, 2024, I caused Plaintiffs' Rule 45 subpoena to Mr. Theodore Goodman testify at a deposition (the "Goodman Deposition Subpoena") to be served on Mr. Goodman via email to his email address at the domain gmail.com and via certified mail to two addresses. The Certified Mail tracking numbers are 9589 0710 5270 1854 4376 05 and 9589 0710 5270 1854 4376 43 and the mailing was addressed to the following addresses:

    Theodore Goodman
    315 South Lake Drive, Unit 5D
    Palm Beach, FL 33480

    Theodore Goodman
    710 12th Street S, Apt. 2422
    Arlington, VA 22202

4.     On December 11, 2024, I caused the following documents to be served on Mr. Goodman via email to his email address at gmail.com and via certified mail: (1) Plaintiffs' Letter-Motion to Compel Mr. Theodore Goodman and Dr. Maria Ryan to respond to Plaintiffs' Rule 45 Subpoenas (ECF No. 115 in 24-cv-6563; ECF No. 159 in 24-mc-353); (2) the Declaration of M. Annie Houghton-Larsen in Support of Plaintiffs' Letter-Motion to Compel with the exhibits attached thereto (ECF No. 116 in 24-cv-6563; ECF No. 160 in 24-mc-353); (3) this Court's December 10, 2024 order granting Plaintiffs' Letter-Motion and Setting Deadlines for Dr. Ryan and Mr. Goodman to respond to Plaintiffs' Rule 45 subpoenas (ECF No. 120 in 24-cv-6563; ECF No. 161 in 24-mc-353); (4) Plaintiffs' Letter Regarding Service of Plaintiffs' Motion to Compel Dr. Ryan and Mr. Goodman (ECF No. 121 in 24-cv-6563; ECF No. 162 in 24-mc-353); and (5) this Court's December 11, 2024 Memo-Endorsed Order on Plaintiffs' Letter regarding service (ECF No. 122 in 24-cv-6563; ECF No. 163 in 24-mc-353) (together the "Motion to Compel Filings"). The Certified Mail tracking numbers are 9589 0710 5270 1854 4376 50 and 9589 0710 5270 1854 4375 75 and the mailing was addressed to the following addresses:

>   Theodore Goodman
>   315 South Lake Drive, Unit 5D
>   Palm Beach, FL 33480
>
>   Theodore Goodman
>   710 12th Street S, Apt. 2422
>   Arlington, VA 22202

5.     Pursuant to the Alternative Service Orders, on December 11, 2024, I caused the service of the Plaintiffs' subpoena to Dr. Maria Ryan testify at a deposition (the "Ryan Deposition Subpoena") to be served on Dr. Ryan via email to her email address with the domain name gmail.com and via certified mail. The Certified Mail tracking number is 9589 0710 5270 1854 4376 29 and the mailing was addressed to the following address:

>Maria Ryan
>418 Walnut Street
>Manchester, NH 03104

6. Additionally, pursuant to the Alternative Service Orders, on December 11, 2024, I also caused the service of the Motion to Compel Filings to be served on Dr. Ryan via email to her email address with the domain name at gmail.com and via certified mail. The Certified Mail tracking is 9589 0710 5270 1854 4375 51 and the mailing was addressed to the following address:

>Maria Ryan
>418 Walnut Street
>Manchester, NH 03104

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2024.

>s/ Aaron E. Nathan
>Aaron E. Nathan
>Willkie Farr & Gallagher LLP
>787 Seventh Avenue
>New York, NY 10019
>(212) 728-8000
>ANathan@willkie.com
>
>*Attorney for Plaintiffs*