```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

Case 1:24-mc-00353-LJL   Document 165   Filed 12/14/24   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
RUBY FREEMAN and WANDREA' MOSS,

                Plaintiffs,

    -v-

RUDOLPH W. GIULIANI,

                Defendant,

    -and-

ANDREW H. GIULIANI,

                Intervenor-Defendant
                Applicant.

24-mc-00353 (LJL)

------------------------------------------------------------------- X

RUBY FREEMAN and WANDREA' MOSS,

                Plaintiffs,

    -v-

RUDOLPH W. GIULIANI,

                Defendant.

24-cv-06563 (LJL)

<u>ORDER</u>

------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

    Having received no response to Plaintiffs' motion to compel from third-party subpoena recipients Dr. Ryan and Mr. Goodman, the Court grants Plaintiffs' motion to compel at 24-cv-06563,

Dkt. No. 115; 24-mc-00353, Dkt. No. 159. Dr. Ryan and Mr. Goodman have until Wednesday, December 18, 2024 at 5 p.m. to produce all responsive documents in their possession, custody or control, or show cause why they should not be held in contempt for violation of the Court's order. Plaintiffs shall serve copies of this order on the third parties by alternate means as permitted by the Court's December 10, 2024 order, and file proof of service on the docket.

SO ORDERED.

Dated: December 14, 2024, 2024
New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2