UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUBY FREEMAN and WANDREA' MOSS,

                Plaintiffs,

v.

RUDOLPH W. GIULIANI,

                Defendant.

No. 24-mc-353
No. 24-cv-6563

**AFFIDAVIT OF SERVICE**

---

I, M. Annie Houghton-Larsen, an attorney admitted to practice in this court, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 years old and reside in New York, New York. I am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") in the above-captioned actions.

2. Pursuant to this Court's orders of December 10, 2024 (ECF No. 120 in 24-cv-6563; ECF No. 161 in 24-mc-353) and December 11, 2024 (ECF No. 122 in 24-cv-6563; ECF No. 163 in 24-mc-353) (together the "Alternative Service Orders"), I caused service of certain documents to be effected as follows:

3. On December 14, 2024, this Court's orders of December 14, 2024 (ECF No. 135 in 24-cv-6563; ECF No. 165 in 24-mc-353) to be served on Mr. Theodore Goodman via email to his email address at the domain gmail.com.

4. On December 14, 2024, this Court's orders of December 14, 2024 (ECF No. 135 in 24-cv-6563; ECF No. 165 in 24-mc-353) to be served on Dr. Maria Ryan via email to her email address with the domain name gmail.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2024.

s/ M. Annie Houghton-Larsen
M. Annie Houghton-Larsen
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
MHoughton-Larsen@willkie.com

*Attorney for Ruby Freeman and Wandrea' Moss*

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2024.          s/ M. Annie Houghton-Larsen
                                         M. Annie Houghton-Larsen
                                         Willkie Farr & Gallagher LLP
                                         787 Seventh Avenue
                                         New York, NY 10019
                                         (212) 728-8000
                                         MHoughton-Larsen@willkie.com

                                         *Attorney for Ruby Freeman and Wandrea' Moss*