UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBY FREEMAN and WANDREA' MOSS,

                Plaintiffs,

v.

RUDOLPH W. GIULIANI,

                Defendant.

No. 24-mc-353
No. 24-cv-6563

**AFFIDAVIT OF SERVICE**

I, Perri Haser, declare as follows pursuant to 28 U.S.C. § 1746:

    1.    I am over the age of 18 years old and am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") in the above-captioned actions.

    2.    Pursuant to this Court's orders of December 10, 2024 (ECF No. 120 in 24-cv-6563; ECF No. 161 in 24-mc-353) and December 11, 2024 (ECF No. 122 in 24-cv-6563; ECF No. 163 in 24-mc-353) (together the "Alternative Service Orders"), I caused service of certain documents to be effected as follows:

    3.    On December 16, 2024, I caused this Court's orders of December 14, 2024 (ECF No. 135 in 24-cv-6563; ECF No. 165 in 24-mc-353) to be served on Mr. Theodore Goodman via certified mail to two addresses. The Certified Mail tracking numbers are 9589 0710 5270 0769 6767 72 and 9589 0710 5270 0769 6768 33 and the mailing was addressed to the following addresses:

        Theodore Goodman
        315 South Lake Drive, Unit 5D
        Palm Beach, FL 33480

        Theodore Goodman
        710 12th Street S, Apt. 2422
        Arlington, VA 22202

- 2 -

4.     On December 16, 2024, I caused this Court's orders of December 14, 2024 (ECF No. 135 in 24-cv-6563; ECF No. 165 in 24-mc-353) to be served on Dr. Maria Ryan via certified mail. The Certified Mail tracking number is 7019 0140 0000 1819 1206 and the mailing was addressed to the following address:

> Maria Ryan
> 418 Walnut Street
> Manchester, NH 03104

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2024.

_Perri Haser_