# EXHIBIT 3

| | |
|---|---|
| **From:** | Nathan, Aaron E. |
| **Sent:** | Wednesday, October 30, 2024 3:10 PM |
| **To:** | Kenneth Caruso; david@labkowskilaw.com |
| **Cc:** | Sisco, Ciara; Houghton-Larsen, M Annie; Feldman, Betsy L.; Gottlieb, Michael; Governski, Meryl Conant |
| **Subject:** | Access to 45 E 66th St Apt 10W |

Ken, David, as discussed, a representative of the Receivers' moving and storage company will be coming to survey and take inventory of the property in the New York apartment. He would like access tomorrow morning at or after 9:30. Please confirm that he will be able to access the apartment during that time, accompanied by one or more attorneys for the Receivers.

Thank you.

**Aaron E. Nathan**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8904 | Fax: +1 212 728 8111
anathan@willkie.com | vCard | www.willkie.com bio

1