# EXHIBIT 5

| | |
|---|---|
| **From:** | Kenneth Caruso <ken.caruso@kennethcarusolaw.com> |
| **Sent:** | Friday, November 1, 2024 11:09 AM |
| **To:** | joethebox@theamericafirstwarehouse.com; Rudy G — New; david@labkowskilaw.com; Nathan, Aaron E.; jmorgan@morganmanhattan.co |
| **Subject:** | Re: Rudolph Giuliani |

**\*\*\* EXTERNAL EMAIL \*\*\***

Dear Mr. Verlander.  I represent Mr. Giuliani (copied here), who, I understand, has property stored at your facility.  I write, on behalf of Mr. Giuliani, to authorize/request/direct you to provide Mr. Aaron Nathan (copied here) and/or a representative of Morgan Manhattan (copied here), with access to Mr. Giuliani's property.  Please be in touch with me and/or Mr. Nathan if you have any questions.

**Kenneth A. Caruso**
Kenneth Caruso Law
Phone:  (646) 599-4970
Email:  Ken.Caruso@kennethcarusolaw.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.