# EXHIBIT 10

From: Knoblett, John Tyler <JKnoblett@willkie.com>
Sent: Monday, December 9, 2024 4:44 PM
To: Joe@CammarataLawPC.com
Cc: Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
Subject: Freeman v. Giuliani - Plaintiffs' NY Storage Facility

Joe,

Pursuant to the Court's November 22, 2024 Order (attached), we are providing the location of the New York-based storage facility where Mr. Giuliani "shall deliver all of the Receivership Property stored at the CTS Facility."



Richmond Hill, NY

All such property must be delivered by **Friday December 13, 2024 at 11:00 AM ET.**

Please confirm that Mr. Giuliani will deliver all the Receivership Property to the listed ▇▇▇▇▇▇▇ location at 11:00 AM ET this Friday December 13th.

Please also identify by 12:00 ET noon tomorrow (Tuesday 12/10) the exact Receivership Property that Mr. Giuliani intends to deliver this Friday.

Thank you,

Tyler

John Tyler Knoblett
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1162 | Fax: +1 202 303 2000
jknoblett@willkie.com | vCard | www.willkie.com bio