# EXHIBIT 11

⇄ **Rudy W. Giuliani reposted**

**I stand with Rudy**
@RudyCommon

The media and Wilkie Farr and Gallagher lie all the time. @RudyGiuliani left a kitchen table, all appliances, dishes, cups, decorative bowls, bed, 2 TV's, dining room table, two marble stands, large hutch, desk, 2 counches, numberous lamps rugs, plus in his NY apartment.



2:32 PM · Dec 13, 2024 · **21.4K** Views

💬 12      ⇄ 32      ♥ 96      🔖 2

← Post

 ↻ Rudy W. Giuliani reposted

**I stand with Rudy**
@RudyCommon

See other post. Today more stuff was delivered. Furniture is exempt under NY law. Judge Liman is not a good judge. Wilkie Farr and Gallagher broke items and laughed over items saying..'my husband would like this'. I hope they didn't steal anything



2:35 PM · Dec 13, 2024 · **18.5K** Views

💬 10     ↻ 38     ♡ 110     🔖 2