UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
RUBY FREEMAN and WANDREA' MOSS, :
:
Plaintiffs, :
:  24-mc-00353 (LJL)
-v- :
:  ORDER
RUDOLPH W. GIULIANI, :
:
Defendant, :
:
-and- :
:
ANDREW H. GIULIANI, :
:
Intervenor-Defendant :
Applicant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

With respect to the Order to Show Cause issued by the Court on Wednesday, December 18, 2024, *see* Dkt. No. 175, Plaintiffs Ruby Freeman and Wandrea' Moss shall inform the Court by Monday, December 23, 2024, of any evidence or testimony upon which they intend to rely aside from the declarations and attached exhibits that were submitted with their motion, *see* Dkt. No. 170 et. seq.  With his opposition due on December 24, 2024, Defendant Rudolph W. Giuliani shall submit any exhibits he wishes the Court to consider in connection with this Order to Show Cause and shall inform the Court of any testimony upon which he intends to rely at the January 3, 2025, hearing.

SO ORDERED.

Dated: December 19, 2024
       New York, New York                     _____
                                              LEWIS J. LIMAN
                                              United States District Judge