# EXHIBIT 1

**From:** Medrano, Ryan
**To:** Joseph Ricci
**Subject:** Re: K-1 Question
**Date:** Monday, October 7, 2024 8:38:51 AM

I will be home around 230pm ET and will call you then.

> On Oct 6, 2024, at 2:33 pm, Joseph Ricci <jricci@ricciandcompany.com> wrote:
>
> Yea we can. Let's talk tomorrow. I'm out for my birthday dinner!
> Sent from my iPhone
>
>> On Oct 6, 2024, at 3:07 PM, Medrano, Ryan
>> <Ryan.Medrano@giulianipartners.com> wrote:
>>
>>
>> Hello.  Please update the tax return with this info for Dennison
>> Young.  I just saw it.
>>
>> Can we refile?
>>
>> Also, we finally have a bank acct and can start making payments Oct
>> 12 if our clients wire us the fees they owe from the last 2 months.
>>
>>
>>
>> Ryan Medrano
>>
>> Giuliani Partners LLC
>>
>> C. 646.509.6069
>>
>> _____
>>
>> **From:** Nicholas Young <nicholas.y@gmail.com>
>> **Sent:** Thursday, September 26, 2024 1:48 PM
>> **To:** Medrano, Ryan <Ryan.Medrano@giulianipartners.com>
>> **Subject:** Re: K-1 Question
>>
>> Hey Ryan, sorry for the delay, Ive been swamped.
>> The name of the trust is:  DENNISON YOUNG, JR. 2016
>> IRREVOCABLE TRUST
>> And the EIN is: 88-6172608
>>
>> Let me know if you need more.

Regards,
Nick

On Thu, Sep 19, 2024 at 3:45 PM Medrano, Ryan
<Ryan.Medrano@giulianipartners.com> wrote:

> Thank you
>
>> On Sep 19, 2024, at 10:07 AM, Nicholas Young
>> <nicholas.y@gmail.com> wrote:
>>
>> Apologies, I will send this to you shortly today
>> Sent from my iPhone
>>
>>> On Sep 13, 2024, at 17:16, Nicholas
>>> Young <nicholas.y@gmail.com> wrote:
>>>
>>> Apologies, can we make it 545?
>>>
>>> Nick
>>>
>>> Sent from my iPhone
>>>
>>>> On Sep 13, 2024, at 16:33,
>>>> Nicholas Young
>>>> <nicholas.y@gmail.com>
>>>> wrote:
>>>>
>>>> Yep, EST.  Thanks Ryan
>>>> Sent from my iPhone
>>>>
>>>>> On Sep 13, 2024,
>>>>> at 16:28,
>>>>> Medrano, Ryan
>>>>> <Ryan.Medrano@giulianipartners.com>
>>>>> wrote:
>>>>>
>>>>>
>>>>> Yes.  I moved
>>>>> home so I'm in
>>>>> St. Louis now.
>>>>> You are on
>>>>> Eastern Time

yes?  Will call
you at 530 ET.
Thanks.

On
Sep
13,
2024,
at
3:24 PM,
Nicholas
Young
<nicholas.y@gmail.com>
wrote:

Hey
Ryan,
does
530pm
work
today?
Nick

Sent
from
my
iPhone

On
Sep
13,
2024,
at
15:45,
Medrano,
Ryan
<Ryan.Medrano@giulianipartners.com>
wrote:

Thank
you
Bruce.
My
apologies

as
I
do
this
part
time
now
and
forgot
the
process.

Hello
Nick,
can
you
do
a
5-
minute
call
later
today
or
tomorrow?
Tell
me
what
works
for
you
and
I
will
call.
Thank
you.

Ryan

Medrano

Giuliani
Partners
LLC

C.
646.509.6069

**From:**
Bruce
Margulies
<brucem@glcpas.com>
**Sent:**
Friday,
September
13,
2024
8:20
AM
**To:**
Medrano,
Ryan
<Ryan.Medrano@giulianipartners.com>
**Cc:**
Nicholas
Young
(nicholas.y@gmail.com)
<nicholas.y@gmail.com>
**Subject:**
RE:
K-
1
Question


Hi
Ryan,


You
need
to
discuss
with
Nick.

**NEW MAILING ADDRESS EFFECTIVE 1/1/24**

Bruce Margulies, CPA

Goldstein Lieberman & Company LLC

225 Brae Blvd., Suite 200

Park Ridge, NJ 07656

(201) 512-5700

(201) 512-5735 Direct

(201) 512-5701 Fax

brucem@glcpas.com

&lt;image001.jpg&gt;

The
information
contained
in
this
message
is
intended
for
the
use
of
the
individual
or
entity
named
herein.
If
the
reader
of
this
message
is
not
the
intended
recipient,
you
are
hereby
notified
that
any
dissemination,
distribution,
copying
or
use
of
the
information
contained

in
this
communication
is
strictly
prohibited.
If
you
received
this
communication
in
error,
please
immediately
notify
this
firm
via
e-
mail
and
delete
the
e-
mail
message
sent
to
you
in
error.
Thank
you.

**From:**
Medrano,
Ryan
<Ryan.Medrano@giulianipartners.com>
**Sent:**
Thursday,
September
12,
2024

4:56
PM
**To:**
Bruce
Margulies
<[brucem@glcpas.com](mailto:brucem@glcpas.com)>
**Subject:**
K-
1
Question


Hello
Bruce.
Tell
me
if
you
have
time
for
a
5-
minute
conversation.
My
accountants
asked
me
to
speak
to
you
regarding
Denny's
K-
1.
I
am
hoping
you
are
handling
his
estate.
Tell
me
a

good
time
to
try
you
either
today
or
tomorrow.
Thank
you.


Ryan
Medrano

Giuliani
Partners
LLC

C.
646.509.6069


--
_____

Nicholas P. Young
nicholas.y@gmail.com
_____