# EXHIBIT 5

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Friday, November 22, 2024 9:02 AM
**To:** Joseph Cammarata, Esq. <Joe@CammarataLawPC.com>; Kenneth Caruso <ken.caruso@kennethcarusolaw.com>; david@labkowskilaw.com
**Cc:** Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Brittany Williams <brittany.williams@protectdemocracy.org>; Rachel Goodman <rachel.goodman@protectdemocracy.org>; Gottlieb, Michael <MGottlieb@willkie.com>
**Subject:** Freeman v. Giuliani - Items to deliver to Mr. Medrano per ECF No 143

Counsel,

Pursuant to the Court's order at ECF No. 143 permitting alternative service on Mr. Medrano, please find attached the materials which you are instructed to provide to Mr. Medrano.

Thank you,

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

1