# EXHIBIT 6

| | |
|---|---|
| **From:** | Houghton-Larsen, M Annie |
| **To:** | ryan.medrano@giulianipartners.com |
| **Cc:** | Nathan, Aaron E.; Governski, Meryl Conant |
| **Subject:** | RE: Freeman v. Giuliani - Court Filing and Order and Subpoena |
| **Date:** | Wednesday, December 4, 2024 2:26:19 PM |
| **Attachments:** | 2024-11-21 [143] Order Granting [133] Pls Motion to Serve Ryan Medrano by Alternative Means.pdf |
| | 2024-12-04 Combined Rule 45 Subpoena - Ryan Medrano.pdf |

Mr. Medrano,

The Court entered an order permitting the Plaintiffs to serve you by alternative methods. Please see attached that order, and a Rule 45 subpoena for documents returnable on 12/18.

Thank you,

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Thursday, November 21, 2024 7:21 PM
**To:** ryan.medrano@giulianipartners.com
**Cc:** Nathan, Aaron E. <ANathan@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>
**Subject:** RE: Freeman v. Giuliani - Court Filing and Order and Subpoena

Mr. Medrano,

Please find attached a corrected order entered by the Court earlier today.

Thank you,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Thursday, November 14, 2024 6:16 PM
**To:** ryan.medrano@giulianipartners.com
**Cc:** Nathan, Aaron E. <ANathan@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>

**Subject:** Freeman v. Giuliani - Court Filing and Order and Subpoena

Mr. Medrano,

We are not aware that you are currently represented in connection with this action, please direct me to your attorney if that is incorrect.

I am attaching a motion to compel, the Court's order regarding the same, and a subpoena to this email. Please confirm your acceptance of service.

Thank you,
Annie


**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers