```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
RUBY FREEMAN and WANDREA' MOSS,                                :
                                                               :
                         Plaintiffs,                           :    24-mc-00353 (LJL)
         -v-                                                   :
                                                               :
RUDOLPH W. GIULIANI,                                           :
                                                               :
                         Defendant,                            :
     -and-                                                     :
                                                               :
ANDREW H. GIULIANI,                                            :
                                                               :
Intervenor-Defendant Applicant.                                :
                                                               :
-------------------------------------------------------------- :
                                                               X
RUBY FREEMAN and WANDREA' MOSS,                                :
                                                               :    24-cv-06563 (LJL)
                         Plaintiffs,                           :
         -v-                                                   :
                                                               :
RUDOLPH W. GIULIANI,                                           :    ORDER
                                                               :
                         Defendant.                            :
                                                               :
-------------------------------------------------------------- :
                                                               X
```

LEWIS J. LIMAN, United States District Judge:

The parties shall inform the Court by no later than December 21, 2024, at 5 p.m. whether, in light of the declaration of Defendant at 24-mc-353, Dkt. No. 179; 24-cv-6563, Dkt. No. 143, there remains any basis to maintain under seal declarations of Defendant's prior counsel filed in support of their motions to withdraw at 24-mc-353, Dkt. Nos. 104, 105, 112, 127; 24-cv-6563, Dkt. Nos. 76, 77, 81, 82, 97.  See *In re von Bulow*, 828 F.2d 94 (2d Cir. 1987) (discussing waiver of privilege); *see also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 126 (2d Cir. 2006) (stating that each passing day

where access to court-filed documents is improperly denied "may constitute a separate and cognizable infringement of the First Amendment").

SO ORDERED.

Dated: December 20, 2024
      New York, New York

                                     LEWIS J. LIMAN
                             United States District Judge