**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>               Plaintiffs,<br><br>      -against-<br><br>RUDOLPH W. GIULIANI,<br><br>               Defendant,<br><br>      -and-<br><br>ANDREW H. GIULIANI,<br><br>               Intervenor-Defendant. | No. 24-MC-353-LJL |

**INTERVENOR-DEFENDANT ANDREW H. GIULIANI'S PRETRIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3)**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Intervenor-Defendant Andrew H. Giuliani ("Andrew Giuliani"), by his undersigned counsel, submits the following pretrial disclosures.

**I.    Witnesses [Fed. R. Civ. P. 26(a)(3)(i), (ii)]**

Andrew Giuliani provides the following list of potential trial witnesses for his case-in-chief:

| Name | Address/Contact | Category |
|---|---|---|
| Andrew H. Giuliani | Previously provided / party | Intervenor-Defendant expects to present |
| Rudolph W. Giuliani | Previously provided / party | Intervenor-Defendant expects to present |

1

| Name | Address/Contact | Category |
|------|----------------|----------|
| Sean Kalin | Previously provided | Intervenor-Defendant expects to present (via sworn declaration on stipulation by parties) |

Andrew Giuliani reserves the right to call additional witnesses to rebut any testimony or other evidence offered by Plaintiffs.

## II.    Documents or Other Exhibits [Fed. R. Civ. P. 26(a)(3)(iii)]

Andrew Giuliani provides the following list of potential exhibits for his case in chief:

| Bates No. | Date | Document Description | Category |
|-----------|------|---------------------|----------|
| AHG0000001 | May 25, 2018 | Delta Airlines flight receipt | Intervenor-Defendant may offer if need arises |
| AHG0000002-3 | May 26, 2018 | Photographs of Rudolph, Andrew, and Zivile Giuliani with New York Yankees World Series rings ("WS Rings") | Intervenor-Defendant expects to offer |
| AHG0000004-5 | May 8, 2019 | Photographs of Andrew Giuliani's hand with WS Ring | Intervenor-Defendant may offer if need arises |
| AHG0000006-7 | Jan. 26-27, 2024 | Screen shots of text messages between Andrew Giuliani and Gary C. Fischoff, Esq. | Intervenor-Defendant expects to offer |

This list does not include all exhibits that Andrew Giuliani will use on cross-examination or on rebuttal.  Furthermore, Andrew Giuliani reserves the right to amend and/or supplement this list with additional documents, including but not limited to any documents provided in discovery and deposition transcripts not yet available, that may become necessary exhibits at the trial.

Dated: New York, NY
      December 19, 2024

**LOWENSTEIN SANDLER LLP**

By: /s/ *Scott B. McBride*
Scott B. McBride
1251 Avenue of the Americas
New York, NY 10020
Tel. 212-262-6700
smcbride@lowenstein.com

*Counsel for Intervenor-Defendant*
*Andrew H. Giuliani*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 19, 2024, I caused the foregoing document to be served via e-mail upon counsel of record.

/s/  *Scott B. McBride*
Scott B. McBride