

**Scott B. McBride**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

**T**: 973.597.6136
**F**: 973.597.2400
**E**: smcbride@lowenstein.com

December 23, 2024

*Via CM/ECF*

Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

> **Re:**   *Freeman v. Giuliani*, No. 24-MC-353-LJL (S.D.N.Y.)
> *Intervenor-Defendant Andrew H. Giuliani's Letter Disclosing Proposed Witnesses*

Dear Judge Liman:

Per Your Honor's Order directing the parties to file letters listing proposed witnesses for trial, (Order ¶ 1, ECF No. 184), Intervenor-Defendant Andrew H. Giuliani ("Andrew Giuliani") discloses the following:

| Proposed Witness | Topic of Testimony | Time Requested for Direct Exam. |
|---|---|---|
| Andrew H. Giuliani | Rudolph W. Giuliani's ("Mayor Giuliani") gift to Andrew Giuliani of four New York Yankees World Series rings—one for each of the Yankees' titles in 1996, 1998, 1999, and 2000, and each engraved with the name "Giuliani" (the "WS Rings")—three of which are included in the personal property at issue in the judgment enforcement proceeding | One hour |
| Rudolph W. Giuliani | Mayor Giuliani's gift to Andrew Giuliani of the WS Rings | 30 minutes |
| Sean Kalin | Mayor Giuliani's gift to Andrew Giuliani of the WS Rings | 15 minutes[1] |

---

[1] The parties have agreed in principle to admitting Sean Kalin's testimony through a sworn declaration, pending a final signature from the witness, who is out of the country during the holidays.

Andrew Giuliani respectfully asks that the Court allow him to reserve the right to call additional witnesses, either as a result of facts learned in ongoing discovery or to rebut testimony or other evidence offered by Plaintiffs.

Respectfully submitted,


/s/ Scott B. McBride
Scott B. McBride