# EXHIBIT 6

August 1 - August 31, 2024      Page 1 of 10
**Citigold Private Client Account** ▇1428
**CPWM ACCOUNT**     C▇1677

**CITIGOLD PRIVATE CLIENT SERVICES**
PO Box 6201
Sioux Falls, SD 57117-6201

*For Citigold Private Client Servicing: 888-500-5008*
For banking, call your Relationship Manager:
   *Scott Borg*, 718-492-2703*
For investments, call your Financial Advisor:
   *James Nicolaidis & Sean Broderick*, 718-351-8679*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

**RUDOLPH W. GIULIANI**
**45 E. 66TH ST APT 10W**
**NEW YORK NY     10065-6159**

Effective immediately Citi's wire transfer service for wires between accounts in the U.S. and Russia in RUB will be discontinued. Effective 9/21/24, wires between accounts in the U.S. and Russia in USD and EUR will be discontinued.

Your Citigold Private Client simplified banking Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc. The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

| Value of Accounts | Last Period | This Period |
|---|---:|---:|
| **Citibank Accounts** | | |
| **Checking** | | |
|   Checking | 45,328.52 | 18,058.99 |
| **Citibank Total** | **$45,328.52** | **$18,058.99** |
| **Citi Personal Wealth Management Accounts** [1] | | |
|   Total IRA Account Value [2] | 1,104,557.96 | 1,132,096.85 |
| **Citi Personal Wealth Management Total** | **$1,104,557.96** | **$1,132,096.85** |
| **Citigold Private Client Relationship Total** | **$1,149,886.48** | **$1,150,155.84** |

| Earnings Summary | This Period | This Year |
|---|---:|---:|
| **Citibank Accounts** | | |
| **Checking** | | |
|   Checking | 0.00 | 2.12 |
| **Citibank Total** | **$0.00** | **$2.12** |
| **Citi Personal Wealth Management Accounts** [1] | | |
|   Total IRA Account Value [2] | 2,153.84 | 23,263.84 |
| **Citi Personal Wealth Management Total** | **$2,153.84** | **$23,263.84** |
| **Citigold Private Client Relationship Total** | **$2,153.84** | **$23,265.96** |

* To ensure quality service, calls are randomly monitored and may be recorded.

[1] **INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:**
- **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
- **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
- **Subject to investment risks, including possible loss of the principal amount invested.**

[2] This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

**August 1 - August 31, 2024**  Page 2 of 10
RUDOLPH W. GIULIANI
Citigold Private Client Account ▆ 1428

| Messages From Citigold Private Client |
|---|
| If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-500-5008(TTY: We accept 711 or other Relay Service). |

### You are Citigold Private Client for August 2024

| Calendar Month[1] | Combined Average Monthly Balance Range[2] | Relationship Tier[3] |
|---|---|---|
| June 2024 | $1,000,000 - $4,999,999 | Citigold Private Client |
| July 2024 | $1,000,000 - $4,999,999 | Citigold Private Client |
| August 2024 | $1,000,000 - $4,999,999 | Citigold Private Client |

### Account Fees and Charges[4]

| Account Type | Account | Monthly Service Fee | Rebate of Surcharges from Non- Citi ATM Transactions | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Regular Checking | ▆1428 | None | None | N/A | No Fee - CPC Waiver |
| Regular Checking | ▆5812 | None | None | N/A | No Fee - CPC Waiver |
| Total | | None | None | | |

**Fees.** When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

**August 1 - August 31, 2024**  Page 3 of 10
RUDOLPH W. GIULIANI
Citigold Private Client Account ▉1428

## Checking

**Regular Checking ▉1428**

Checking Activity

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 08/01/24 | Opening Balance | | | 19,302.20 |
| 08/13/24 | Other Debit | 9,868.20 | | 9,434.00 |
| 08/28/24 | ACH Electronic Credit   XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 14,151.00 |
| | Total Subtracted/Added | 9,868.20 | 4,717.00 | |
| 08/31/24 | Closing Balance | | | 14,151.00 |

**Regular Checking ▉5812**

Checking Activity

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 08/01/24 | Opening Balance | | | 26,026.32 |
| 08/01/24 | Non-Citibank ATM Fee Refund | | 4.00 | 26,030.32 |
| 08/01/24 | Debit Card Purchase 07/30 03:30a #1472   APPLE.COM/BILL   866-712-7753 CA 24213 | 5.43 | | 26,024.89 |
| 08/01/24 | Debit Card Purchase 07/29 04:05p #1472   APPLE.COM/BILL   866-712-7753 CA 24213 | 12.50 | | 26,012.39 |
| 08/01/24 | Debit Card Purchase 07/29 09:03p #1472   APPLE.COM/BILL   866-712-7753 CA 24213 | 20.68 | | 25,991.71 |
| 08/02/24 | Mobile Purchase Sign Based 07/31 03:49p #1472   Prime Video Channels   amzn.com/bill WA 24214 | 9.99 | | 25,981.72 |
| 08/02/24 | Debit Card Purchase 07/30 10:36a #1472   CRICKETERS   RICHMOND   GBR24214<br>Restaurant/Bar | 11.28 | | 25,970.44 |
| 08/02/24 | Cash Withdrawal 06:48p #1472   ATM 111 WEBSTER ST   MANCHESTER   NHUS051 | 200.00 | | 25,770.44 |
| 08/05/24 | Debit PIN Purchase   WAL-MART #1698   HOOKSETT   NHUS05154 | 114.23 | | 25,656.21 |
| 08/05/24 | Debit Card Purchase 08/01 11:12a #1472   APPLE.COM/BILL   866-712-7753 CA 24215 | 10.88 | | 25,645.33 |
| 08/05/24 | Debit Card Purchase 08/01 08:07a #1472   Ellies   Geraardsberge BEL24215<br>Restaurant/Bar | 14.97 | | 25,630.36 |
| 08/05/24 | Debit Card Purchase 08/01 10:47a #1472   KRW   Braine-l'Alle BEL24215<br>Restaurant/Bar | 16.28 | | 25,614.08 |
| 08/06/24 | Debit Card Purchase 08/03 01:46p #1472   IHOP #3328   BEDFORD   NH 24217<br>Restaurant/Bar | 79.64 | | 25,534.44 |
| 08/07/24 | Debit Card Purchase 08/05 12:55p #1472   TST*BAGEL CAFE N MANCH Manchester   NH 24219<br>Restaurant/Bar | 33.20 | | 25,501.24 |
| 08/08/24 | Debit Card Purchase 08/05 10:12p #1472<br>RED ARROW - MANCHESTER MANCHESTER   NH 24220<br>Restaurant/Bar | 44.96 | | 25,456.28 |
| 08/08/24 | Mobile Purchase Sign Based 08/05 08:03p #1472<br>Amazon.com*RF39306G1  Amzn.com/bill WA 24220<br>Food & Beverages | 105.50 | | 25,350.78 |
| 08/09/24 | Mobile Purchase Sign Based 08/07 10:30a #1472<br>Amazon Tips*RF1XP8RE0  Amzn.com/bill WA 24221<br>Specialty Retail stores | 7.00 | | 25,343.78 |
| 08/12/24 | Debit PIN Purchase   WAL-MART #1698   HOOKSETT   NHUS05154 | 76.03 | | 25,267.75 |

August 1 - August 31, 2024  Page 4 of 10
RUDOLPH W. GIULIANI
Citigold Private Client Account ▇▇▇▇ 1428

## Checking  Continued

**Regular Checking** ▇▇▇▇ 5812

Checking Activity Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 08/12/24 | Debit Card Purchase 08/08 04:19a #1472   APPLE.COM/BILL   866-712-7753  CA 24222 | 9.99 | | 25,257.76 |
| 08/12/24 | Debit Card Purchase 08/08 11:11a #1472   APPLE.COM/BILL   866-712-7753  CA 24222 | 12.50 | | 25,245.26 |
| 08/12/24 | Cash Withdrawal 11:51a #1472   Non Citi ATM P279281   SOUTHLAKE   TXUS051 | 205.00 | | 25,040.26 |
| 08/13/24 | Other Debit | 125.00 | | 24,915.26 |
| 08/13/24 | Other Debit | 20,594.34 | | 4,320.92 |
| 08/13/24 | Debit Card Purchase 08/11 04:48p #1472   APPLE.COM/BILL   866-712-7753  CA 24225 | 7.06 | | 4,313.86 |
| 08/13/24 | Mobile Purchase Sign Based 08/11 12:05a #1472   Prime Video Channels  amzn.com/bill WA 24224 | 8.99 | | 4,304.87 |
| 08/13/24 | Debit Card Purchase 08/11 12:20p #1472   APPLE.COM/BILL   866-712-7753  CA 24225 | 8.99 | | 4,295.88 |
| 08/13/24 | Debit Card Purchase 08/10 12:26p #1472   APPLE.COM/BILL   866-712-7753  CA 24224 | 9.99 | | 4,285.89 |
| 08/13/24 | Debit Card Purchase 08/10 03:36p #1472   AMAZON MKTPL*RM12U1VP0 Amzn.com/bill WA 24224<br>Specialty Retail stores | 69.99 | | 4,215.90 |
| 08/13/24 | Mobile Purchase Sign Based 08/10 10:34a #1472<br>AMAZON MKTPL*RM9GO1QN2 Amzn.com/bill WA 24224<br>Specialty Retail stores | 74.97 | | 4,140.93 |
| 08/13/24 | Mobile Purchase Sign Based 08/10 10:44a #1472<br>AMAZON MKTPL*RM4R96BD2 Amzn.com/bill WA 24224<br>Specialty Retail stores | 114.97 | | 4,025.96 |
| 08/14/24 | Debit Card Purchase 08/12 08:06a #1472   APPLE.COM/BILL   866-712-7753  CA 24226 | 97.98 | | 3,927.98 |
| 08/20/24 | Mobile Purchase Sign Based 08/10 10:48a #1472<br>AMAZON MKTPL*RU9K931G1 Amzn.com/bill WA 24231<br>Specialty Retail stores | 19.99 | | 3,907.99 |
| | Total Subtracted/Added | 22,122.33 | 4.00 | |
| 08/31/24 | Closing Balance | | | 3,907.99 |

*All transaction times and dates reflected are based on Eastern Time.*

Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

**August 1 - August 31, 2024**  Page 5 of 10
RUDOLPH W. GIULIANI
Citigold Private Client Account ▮1428

## Retirement Accounts

This reports your retirement account balances and activity from Aug. 1 through Aug. 31, 2024. Citibank, N.A. is the custodian of your Citibank IRA and the trustee of your Citibank Keogh Plan. Funds invested in your IRA/Keogh FDIC-insured accounts are held as deposits of Citibank, N.A. Securities transactions in the Citibank Keogh investment account are through Citigroup Global Markets Inc. ("CGMI"), member SIPC. If you maintain IRA/Keogh Plans through Citi Personal Wealth Management, the custodian of your IRA and the trustee of your Keogh Plan is Pershing LLC. Citibank, N.A. and CGMI are affiliated companies under the common control of Citigroup, Inc.

> **INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND**:
> - **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
> - **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
> - **Subject to investment risks, including possible loss of the principal amount invested.**

**Citi Personal Wealth Management Retirement Plans**

### CITI RETIREMENT ACCOUNT

| | |
|---|---:|
| Total CGMI Retirement Investments | $1,132,096.85 |

August 1 - August 31, 2024          Page 6 of 10
RUDOLPH W. GIULIANI
Citigold Private Client Account ▇▇▇▇ 1428

## Important Disclosures
**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT**
**FDIC Insurance:**
Products reported in CHECKING, SAVINGS and CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.
**APY and Interest Rate:**
For current interest rates and annual percentage yields, please visit Citi.com, or call 1-800-627- 3999. For TTY: we accept 711 or other Relay Service.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

When you initiate a payment by phone, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicated on the phone. You may cancel a one-time payment by calling the number on your statement within the timeframe disclosed to you on the phone. For additional information about cancelling an ACH payment, see your Client Manual Agreement for details.

**IN CASE OF ERRORS**
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CHECKING PLUS DISCLOSURES**
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
*Payment Instructions:* You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003.** For phone payments accepted through our Collections Department, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicated on the phone. You may cancel a one-time payment by calling the number on your statement within the timeframe disclosed to you on the phone.
*Other Information:* Checks drawn against a business account are not acceptable as payment for a personal loan obligation.
*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.
You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.
*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement.*
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**August 1 - August 31, 2024**     Page 7 of 10
RUDOLPH W. GIULIANI
Citigold Private Client Account ▮1428

**CREDIT CARDS**

Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.** 

Citibank, N.A. Member FDIC

1. Your Combined Average Monthly Balance (CAMB) is the summation of the End of Day Available Now balances for all Eligible Deposit and Investment account(s) (EDI) across a calendar month divided by the number of days in that month. CAMB is based on the calendar month and is not tied to Your Statement Period. Only certain account types qualify as EDI accounts and you must be the owner (or beneficial owner) of an EDI account for it to contribute toward your CAMB. All of the EDI accounts contributing to your CAMB may not appear on this Account Statement. Some accounts that appear on this Account Statement are not EDI accounts. Please call us to learn which EDI accounts you own that contribute to your CAMB.

   Eligible Family Members who live at the same address can choose to link their EDI accounts creating a Family CAMB range. Please see definition of Eligible Family Members in the Family Link section of the Client Manual Agreement. Retirement accounts have different rules for Family Linking than other EDI accounts. You may invite or be invited by Eligible Family Members (Members) to Family Linking. Starting in the first month existing deposit customers who are Eligible Family Members ("Members") successfully join or create a Family Link, their family CAMB will include EDI accounts they own along with EDI accounts owned by Members. If you were converted to a Legacy Relationship along with owners of accounts in your Package(s) pursuant to separate notice which provided the Effective Date of that conversion, similar to Family Linking the CAMB for Members in Legacy Relationships will include all EDI accounts they own along with EDI accounts owned by Members. Your family or legacy relationship CAMB may be higher than your individual CAMB, entitling you to join a Relationship Tier or different Relationship Tier. If you no longer want to be a member of Family Linking or a Legacy Relationship or no longer qualify for Family Linking or Legacy Relationships, speak to a banker on the phone or in a branch. Please see the Client Manual Agreement for more information on Family Links and Legacy Relationships.

2. Your Relationship Tier status will determine your Annual Percentage Yield for Citi Savings accounts (but not other Savings accounts) and may impact your eligibility for Monthly Service Fee and Non-Citi ATM waivers, along with other fees, features and benefits. Customers who did not own a Citibank checking, savings, CD, IRA, or investment account (investment accounts are offered through CGMI) in the 30 calendar days prior to opening their new EDI account ("New to Relationship" customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening, but it takes three months of sustained Balance Ranges for an Up-Tiering or Re-Tiering Out change. Unless a Tier exception applies, customers are Re-Tiered automatically on the first calendar day of the month. Through Re-Tiering, if an existing customer CAMB range meets the minimum Balance Range required for a higher Relationship Tier for three consecutive calendar months, they will automatically be Up-Tiered. If an existing customer wants to maintain their Relationship Tier, they need to make sure their CAMB does not drop below their Relationship Tier's minimum Balance Range for three consecutive calendar months.

   You may be able to join Relationship Tiers faster and maintain Relationship Tiers by enrolling in Tier Acceleration. For three months after enrollment, Citi will review your "End of Day" balances on the last Business Day of the month across all EDI accounts you own ("EOD Balance"). Your EOD Balance is your Available Now Balance across eligible deposit and investment accounts at 10:30 p.m. EST. If your EOD balance meets the Balance Range for the same or a higher Relationship Tier on one or more eligible months, you will join that Relationship Tier on the first day of the next calendar month.

   Your individual Account Statement will show both your current monthly Relationship Tier and up to 3 months of CAMB and Relationship Tier history.

   *Important: When customers own accounts as Joint Owners, the Relationship Tier associated with their account will be determined by the highest Relationship Tier among joint owners. The CAMB shown on a joint Account Statement will show the highest CAMB range among account owners.*

   *Important: On statements, Joint Account owners will see the highest balance range of CAMB and highest Relationship Tier among Joint Account owners. Family Relationship members will see the Family CAMB range. Members in a Legacy Relationship will see the Legacy Relationship CAMB range. As a result, Joint Account owners, Family Linking members, and Members of Legacy Relationships may be able to deduce approximate balances of other owners and members. When deciding to open a Joint Account, join a Family Linking, or remain in Legacy Relationships, customers should evaluate their privacy needs, along with their need for rate and fee advantages.*

3. **CAMB Balance Range Chart**

|  | **Citi Priority** | **Citigold** | **Citigold Private Client** |
|---|---|---|---|
| **To attain Relationship Tier** | $30,000-199,999.99 | $200,000-999,999.99 | $1,000,000 or more |
| **To remain in Relationship Tier** | $30,000-199,999.99 | $180,000-999,999.99 | $800,000 or more |

Case 1:24-mc-00353-LJL    Document 200-6    Filed 12/23/24    Page 10 of 11

010/R1/04F0000

August 1 - August 31, 2024  
RUDOLPH W. GIULIANI  
Citigold Private Client Account ████1428

Page 9 of 10

4. Citibank generally charges fees for its products and services. Deposit accounts are subject to service, transaction or other fees not covered by the Monthly Service Fee. For a complete list of applicable fees and to learn the impact of Relationship Tiers on those fees, please visit the Fee Schedule of the Client Manual Agreement. Please also carefully review any fee disclosures provided at the time of a transaction or when a service is provided, such as when you open a Safe Deposit Box or order checks.

| Account Fees and Waiver Eligibility | | | | | |
|---|---|---|---|---|---|
| | **Account Fees** | | **Monthly Service Fee and Non-Citi ATM Fee Waived in months where the following situations apply** | | |
| **Description** | **Monthly Service Fee** | **Non-Citi ATM Fee** | **Activity** | **Citigold Private Client, Citigold or Citi Priority Relationship Tiers** | **Month of account opening and for the first 3 full calendar months after account opening.** |
| Regular Checking | $15 | $2.50 | Enhanced Direct Deposit* of $250 or more | Yes | Yes |
| Access Checking | $5 | $2.50 | Enhanced Direct Deposit* of $250 or more  Important: Non-Citi ATM fee is non-waivable | Yes | Yes |
| Citi Savings | $4.50 | $2.50 | Balance of $500 or more  or  Any owner also owns a checking account | Yes | Yes |
| Citi Accelerate Savings | $4.50 | $2.50 | Average Monthly Balance of $500 or more  or  Any owner also owns a checking account | Yes | Yes |
| Citi Miles Ahead | $0 | $0 | N/A | N/A | N/A |
| COMMA Savings accounts | $0 | $0 | N/A | N/A | N/A |

* An Enhanced Direct Deposit is an electronic deposit through the Automated Clearing House ("ACH") Network of payroll, pension, social security, government benefits and other payments to your checking account totaling at least $250 or more in a calendar month. An Enhanced Direct Deposit also includes all deposits via Zelle and other P2P payments when made via ACH using providers such as Venmo or PayPal. Teller deposits, cash deposits, check deposits, wire transfers, transfers between Citibank accounts, ATM transfers and deposits, mobile check deposits, and P2P payments using a debit card do not qualify as an Enhanced Direct Deposit.

**This page has been intentionally left blank.**