# EXHIBIT 8

**KENNETH CARUSO LAW**
15 West 72nd Street | New York, NY 10023
E: ken.caruso@kennethcarusolaw.com | P: (646) 599-4970

November 11, 2024

<u>*Via FedEx Overnight*</u>

Citibank, N.A.
c/o Legal Services
701 E. 60th Street North
Mail Code 1251
Sioux Falls, SD 57117

   Re: *Ruby Freeman and Wandrea' Moss v. Rudolph W. Giuliani,*
      Case No. 24-mc-00353-LJL

Dear Citibank Legal Department,

  We represent Defendant Rudolph W. Giuliani ("Defendant") in the case *Ruby Freeman and Wandrea' Moss v. Rudolph W. Giuliani*, Case No. 24-mc-00353-LJL, currently pending before the Honorable Judge Lewis J. Liman in the Southern District of New York.

  On October 22, 2024, Judge Liman entered a turnover and receivership order, directing Defendant to turn over "[t]he nonexempt cash in the checking accounts held at Citibank, N.A. with account numbers ending in -1428 and -5812." (ECF 62, p. 17). A copy of this Order is enclosed for your reference.

  Presently, Defendant's Citibank account, ███████5812, is frozen due to a restraining notice issued by the Plaintiffs, in August of this year. The defendant intends to and wants to comply with the Court's order by turning over the funds to the account designated by the receivers. However, the restraining notice has restricted his access to the account, preventing him from executing the turnover directly.

  To facilitate compliance with Judge Liman's Order, Defendant respectfully requests that Citibank release and transfer the funds in the -5812 account to the receivers' designated account, details of which are enclosed for your convenience. We have also copied counsel for the receivers on this correspondence should you have any further questions or require additional instructions.

  Please treat this request with urgency to ensure immediate compliance with the Court's Order. Should you need any further information, please do not hesitate to contact us or counsel for Plaintiffs. Thank you for your prompt attention to this matter.

            Very truly yours,

            <u>/s/ Kenneth A. Caruso</u>
            Kenneth A. Caruso

cc: Counsel for Plaintiffs and Receivers
   Mr. Aaron E. Nathan
   (anathan@willkie.com)