# EXHIBIT "11"

Defendant's anticipated exhibits 260



Defendant's anticipated exhibits 261