# EXHIBIT "12"

Defendant's anticipated exhibits 262

**Mail To:**
RUDOLPH W GIULIANI, JUDITH S GIULIANI
315 SOUTHLAKE DR
PALM BEACH, FL 33469

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

## FLORIDA VEHICLE REGISTRATION

CO/AGY  6  / 4       T#  1960102575
                     R#  15842281

PLATE   JA3414    DECAL  01437896    Expires  Midnight Thu 05/28/2026

YR/MK   1960 MERZ    BODY  CV       COLOR  BLU       Reg. Tax      36.20   Class Code       93
VIN     10704412094727               TITLE  143881984  Init. Reg.             Tax Months       24
Plate Type  AGR      NET WT  3665                    County Fee     0.00   Back Tax Mos      0
                                                      Mail Fee       5.45   Credit Class
Date issued  5/8/2024    Plate Issued  5/8/2024      Sales Tax             Credit Months     0
                                                      Voluntary Fees
                                                      Grand Total   47.65

**IMPORTANT INFORMATION**
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 10 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registration will be suspended immediately if the insurer denies the insurance information submitted for this registration.

RUDOLPH W GIULIANI, JUDITH S GIULIANI
315 SOUTHLAKE DR
PALM BEACH, FL 33469

AGR - ANTIQUE LICENSE PLATE    PLATE ISSUED X

Defendant's anticipated exhibits 263