# EXHIBIT "19"

Defendant's anticipated exhibits 357

010/R1120F00C

**RUDOLPH W. GIULIANI**
**45 E. 66TH ST APT 10W**
**NEW YORK NY**          **10065-6159**

Page 1 of 6

**March 1 - March 31, 2024**
**Citigold Account**
**CPWM ACCOUNT**

**CITIGOLD SERVICES**
PO Box 6201
Sioux Falls, SD 57117-6201

*Citigold Dedicated Servicing: 888-248-4465*
For banking, call your Relationship Manager:
    *Scott Borg, 718-492-2703\**
For investments, call your Financial Advisor:
    *James Nicolaidis & Sean Broderick, 718-351-8679\**
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

As of August 19, 2023, the $10.00 fee for Bond Coupon Redemption
and $25.00 fee for Consular/Verification Letters will no longer be
charged for all account packages.

Your Citigold package Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc. The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

### Value of Accounts

| | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 44,640.74 | 34,447.40 |
| **Savings** | | |
| Insured Money Market Accounts | 351.95 | 351.99 |
| **Citibank Total** | **$44,992.69** | **$34,799.39** |

### Earnings Summary

| | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.29 | 1.20 |
| **Savings** | | |
| Insured Money Market Accounts | 0.04 | 0.11 |
| **Citibank Total** | **$0.33** | **$1.31** |
| **Citi Personal Wealth Management Accounts** [1] | | |
| Total IRA Account Value [2] | 2,927.23 | 8,536.69 |
| **Citi Personal Wealth Management Total** | **$2,927.23** | **$8,536.69** |
| **Citigold Relationship Total** | **$2,927.56** | **$8,538.00** |

\* To ensure quality service, calls are randomly monitored and may be recorded.

[1] INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
   • Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank
   • Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank
   • Subject to investment risks, including possible loss of the principal amount invested.

[2] This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

Defendant's anticipated exhibits 358

Docusign Envelope ID: C3394853-3014-48F8-8BB2-DBACED6F67BC

**March 1 - March 31, 2024**
RUDOLPH W. GIULIANI
Citigold Account

## Messages From Citigold

Your obligations under this Agreement apply to your account even after the account is closed. You shouldn't close your account until all transactions and fees have been paid. Account closures occur at the end of Business Day. We may delay closing your account if your account does not have a zero balance, has one or more pending transactions, pending interest, an overdrawn balance, hold(s), recent deposit(s) with delayed funds availability, or other restrictions. Certain accounts may require additional processing.

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service).

As previously communicated, at least one owner of an account on this statement will convert to simplified banking on 05/19/24. If you have not yet converted, learn more about how simplified banking will impact you and your accounts by viewing your simplified banking snapshot and early access at citi.com/earlyaccess. For any questions, please contact us at (888) CITIGOLD or visit your local branch. For TTY: We accept 711 or other Relay Service.

## Citigold Account Package Fees

The Citigold Account Package requires a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. If you do not maintain a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts, your Citigold Account Package will be converted to a Citi Priority Account Package, and your accounts will be subject to the terms and conditions then in effect for that package. Other banks and ATM service providers may charge you a fee when you conduct a Citibank deposit account transaction using their ATMs. You will receive reimbursement from Citibank for ATM fees charged by other banks in any statement period where you are eligible for Citigold.

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

Defendant's anticipated exhibits 359

010\R1\20F00C

**March 1 - March 31, 2024**
RUDOLPH W. GIULIANI
Citigold Account

Page 3 of 6

## Checking

### Citigold Interest Checking

**Checking Activity**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 03/01/24 | Opening Balance | | | 44,640.74 |
| 03/04/24 | ACH Electronic Debit  CITIZENS PREM  INSURANCE  4525176 | 1,845.00 | | 42,795.74 |
| 03/06/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M8136  1 | 65.05 | | 42,730.69 |
| 03/06/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M9836  1 | 143.13 | | 42,587.56 |
| 03/06/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M6378  1 | 352.64 | | 42,234.92 |
| 03/13/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M2174  1 | 310.18 | | 41,924.74 |
| 03/13/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M0280  1 | 995.02 | | 40,929.72 |
| 03/13/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M9916  1 | 1,310.19 | | 39,619.53 |
| 03/13/24 | Check # 2095 | 12,000.00 | | 27,619.53 |
| 03/19/24 | ACH Electronic Debit  ConEd of NY  CHECK PYMT 0000002240 | 290.83 | | 27,328.70 |
| 03/22/24 | Check # 2097 | 300.00 | | 27,028.70 |
| 03/25/24 | Debit PIN Purchase  PUBLIX SUPER MAR 135 BRPALM BEACH 00LUS05154 | 13.78 | | 27,014.92 |
| 03/25/24 | Debit PIN Purchase  PUBLIX SUPER MAR 135 BRPALM BEACH 00LUS05154 | 114.85 | | 26,900.07 |
| 03/25/24 | Cash Withdrawal 03/23 03:06p #1472  Citibank ATM 5867 OKCHOBE BV, W PLM BH, FL | 1,000.00 | | 25,900.07 |
| 03/26/24 | ACH Electronic Debit  VERIZON  PAYMENTREC | 257.16 | | 25,642.91 |
| 03/26/24 | Debit Card Purchase 03/24 03:27p #1472  APPLE.COMBILL  866-712-7753  CA 24085 | 1.62 | | 25,641.29 |
| 03/26/24 | Debit Card Purchase 03/23 08:16p #1472  Prime Video Channels  amzn.com/bill WA 24084 | 7.99 | | 25,633.30 |
| 03/26/24 | Debit Card Purchase 03/24 03:26p #1472  APPLE.COMBILL  866-712-7753  CA 24085 | 11.21 | | 25,622.09 |
| 03/26/24 | Mobile Purchase Sign Based 03/23 08:26p #1472  AMZN Mktp US*RA9DW*VX0 Amzn.com/bill WA 24085  Speciality Retail stores | 16.81 | | 25,605.28 |
| 03/26/24 | Mobile Purchase Sign Based 03/24 01:24p #1472  Amazon.com*RA824U15M0 Amzn.com/bill WA 24085  Speciality Retail stores | 21.39 | | 25,583.89 |
| 03/26/24 | Debit Card Purchase 03/24 03:27p #1472  APPLE.COMBILL  866-712-7753  CA 24085 | 40.27 | | 25,543.62 |
| 03/27/24 | Mobile Purchase Sign Based 03/25 11:56a #1472  AMAZON PRIME*RA2F85Q50 888-802-3080 WA 24086 | 11.99 | | 25,531.63 |
| 03/27/24 | Mobile Purchase Sign Based 03/25 09:04a #1472  AMZN Mktp US*RA8MT1AF2 Amzn.com/bill WA 24086  Speciality Retail stores | 31.54 | | 25,500.09 |
| 03/27/24 | Mobile Purchase Sign Based 03/24 08:41p #1472  AMZN Mktp US*RA6P68SN0 Amzn.com/bill WA 24086  Speciality Retail stores | 36.00 | | 25,464.09 |
| 03/28/24 | Transfer From Checking 10:27a #1472  ONLINE  Reference # 000287 | | 9,000.00 | 34,464.09 |
| 03/29/24 | Mobile Purchase Sign Based 03/27 02:58p #1472  Prime Video Channels  amzn.com/bill WA 24088 | 6.99 | | 34,457.10 |
| 03/29/24 | Debit Card Purchase 03/27 09:51p #1472  INTOTHELIGHTMOVIE  615-4377774  TN 24088 | 9.99 | | 34,447.11 |

Defendant's anticipated exhibits 360

Docusign Envelope ID: C3394853-3014-48F8-8BB2-DBACED6F97BC

**March 1 - March 31, 2024**
RUDOLPH W. GIULIANI
Citigold Account

## Checking    Continued

### Citigold Interest Checking

Checking
Activity
Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 03/29/24 | Interest paid for 31 days, Annual Percentage Yield Earned 0.01% | | 0.29 | 34,447.40 |
| | Total Subtracted/Added | 19,193.63 | 9,000.29 | |
| 03/31/24 | Closing Balance | | | 34,447.40 |

All transaction times and dates reflected are based on Eastern Time.

Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

## Savings

### Citi® Savings

Citi®
Savings
Account Activity

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 03/01/24 | Opening Balance | | | 351.95 |
| 03/29/24 | Interest paid for 31 days, Annual Percentage Yield Earned 0.13% | | 0.04 | 351.99 |
| 03/31/24 | Closing Balance | | | 351.99 |

## Retirement Accounts

This reports your retirement account balances and activity from Mar. 1 through Mar. 31, 2024. Citibank, N.A. is the custodian of your Citibank IRA and the trustee of your Citibank Keogh Plan. Funds invested in your IRA/Keogh Plan are held as deposits of Citibank, N.A. Securities transactions in the Citibank Keogh investment account are through Citigroup Global Markets Inc. ("CGMI"), member SIPC. If you maintain IRA/Keogh Plans through Citi Personal Wealth Management, the custodian of your IRA and the trustee of your Keogh Plan is Pershing LLC. Citibank, N.A. and CGMI are affiliated companies under the common control of Citigroup, Inc.

> INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
>
> - **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
> - **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
> - **Subject to investment risks, including possible loss of the principal amount invested.**

Defendant's anticipated exhibits 361

010/R1/20F00C

Docusign Envelope ID: C339485-3014-48E5-8BB2-DBACED6F97BC

**March 1 - March 31, 2024**
RUDOLPH W. GIULIANI
Citigold Account     6791895812

**Retirement Accounts** Continued

Docusign Envelope ID: C3394853-3914-48F8-8BB2-DBACED6F97BC

Page 6 of 6

**March 1 - March 31, 2024**
**RUDOLPH W. GIULIANI**

**Important Disclosures**

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
The following bank products are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields of the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number. (2) the dollar amount of the suspected error; and (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of the transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CHECKING PLUS DISCLOSURES**
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these numbers together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Payment Instructions:* You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003**

*Other Information:* Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.
You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement.*
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.**

Citibank, N.A. Member FDIC

Defendant's anticipated exhibits 363

010/R1/20F00C

**April 1 - April 30, 2024**

Page 1 of 10

**CITIGOLD SERVICES**
PO Box 6201
Sioux Falls, SD 57117-6201

*Citigold Dedicated Servicing: 888-248-4465*
For banking, call your Relationship Manager:
  *Scott Borg, 718-492-2703\**
For investments, call your Financial Advisor:
  *James Nicolaidis & Sean Broderick, 718-351-8679\**
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

| |
|---|
| 4-2-24 amendments to your applicable customer agreement include updates to interest rate exceptions & the promotional rate feature for new Citi Savings accounts. Please visit www.citi.com/accountagreementsandnotices for more information. |

**RUDOLPH W. GIULIANI**
45 E. 66TH ST APT 10W
NEW YORK NY          10065-6159

## Value of Accounts

| | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 34,447.40 | 59,222.24 |
| **Savings** | | |
| Insured Money Market Accounts | 351.99 | 352.02 |
| **Citibank Total** | **$34,799.39** | **$59,574.26** |

## Earnings Summary

| | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.35 | 1.55 |
| **Savings** | | |
| Insured Money Market Accounts | 0.03 | 0.14 |
| **Citibank Total** | **$0.38** | **$1.69** |
| **Citi Personal Wealth Management Accounts** [1] | | |
| Total IRA Account Value [2] | 2,937.53 | 11,859.21 |
| **Citi Personal Wealth Management Total** | **$2,937.53** | **$11,859.21** |
| **Citigold Relationship Total** | **$2,937.91** | **$11,860.90** |

Your Citigold package Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc. The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

\* To ensure quality service, calls are randomly monitored and may be recorded.

[1] INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
  - **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
  - **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
  - **Subject to investment risks, including possible loss of the principal amount invested.**

[2] This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

Defendant's anticipated exhibits 364

010/R1/20F00C

April 1 - April 30, 2024

## Messages From Citigold

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service).

## Citigold Account Package Fees

The Citigold Account Package requires a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. If you do not maintain a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts, your Citigold Account Package will be converted to a Citi Priority Account Package, and your accounts will be subject to the terms and conditions then in effect for that package. Other banks and ATM service providers may charge you a fee when you conduct a Citibank deposit account transaction using their ATMs. You will receive reimbursement from Citibank for ATM fees charged by other banks in any statement period where you are eligible for Citigold.

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## Checking

**Checking Activity**

**Citigold Interest Checking    67918**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 04/01/24 | Opening Balance | | | 34,447.40 |
| 04/01/24 | Debit Card Purchase 03/28 09:06p #1472    APPLE.COM/BILL    866-712-7753  CA 24089 | 125.20 | | 34,322.20 |
| 04/02/24 | Mobile Purchase Sign Based 03/31 02:58p #1472    Prime Video Channels    amzn.com/bill WA 24092 | 1.99 | | 34,320.21 |
| 04/02/24 | Mobile Purchase Sign Based 03/29 10:10p #1472    Prime Video Channels    amzn.com/bill WA 24090 | 3.49 | | 34,316.72 |
| 04/02/24 | Mobile Purchase Sign Based 03/29 09:33a #1472    AMZN Mktp US*RA4UK2TE1 Amzn.com/bill WA 24090    Specialty Retail stores | 18.50 | | 34,298.22 |

Defendant's anticipated exhibits 365

**Checking**    Continued

April 1 - April 30, 2024

Checking Activity Continued

**Citigold Interest Checking**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 04/02/24 | Mobile Purchase Sign Based 03/29 09:32a #1472 AMAZON RET* 111-515221 SEATTLE WA 24090 Retail stores | 42.40 | | 34,255.82 |
| 04/02/24 | Debit Card Purchase 03/31 #1472 AMAZON GROCE*RA67N8X71 SEATTLE WA 24092 Food & Beverages | 163.16 | | 34,092.66 |
| 04/03/24 | Mobile Purchase Sign Based 04/01 07:23a #1472 Amazon Tips*YS6KQ3AJ3 Amzn.com/bill WA 24093 Specialty Retail stores | 10.00 | | 34,082.66 |
| 04/03/24 | Debit Card Purchase 04/01 11:47a #1472 IN *SKYLINE SOLUTIONS 917-7313543 NY 24093 Misc Transportation | 1,600.00 | | 32,482.66 |
| 04/04/24 | Debit Card Purchase 04/02 04:30p #1472 CURB NYC TAXI QUEENS NY 24094 Misc Transportation | 24.00 | | 32,458.66 |
| 04/04/24 | Mobile Purchase Sign Based 04/02 01:24p #1472 Amazon.com*SH4F2SU93 Amzn.com/bill WA 24094 Specialty Retail stores | 112.99 | | 32,345.67 |
| 04/04/24 | Check # 2244 | 10,000.00 | | 22,345.67 |
| 04/05/24 | ACH Electronic Debit ConEd of NY CHECK PYMT 0000002245 | 502.38 | | 21,843.29 |
| 04/05/24 | Mobile Purchase Sign Based 04/04 #1472 AMZN Mktp US*RR2BCH4Y3 Amzn.com/bill WA 24095 Specialty Retail stores | 35.91 | | 21,807.38 |
| 04/05/24 | Debit Card Purchase 04/03 05:12p #1472 TST* BAR ITALIA New York NY 24095 Restaurant/Bar | 200.00 | | 21,607.38 |
| 04/08/24 | Debit Card Purchase 04/04 07:18p #1472 B&H PHOTO 800-606-6969 NEW YORK NY 24096 Specialty Retail stores | 218.76 | | 21,388.62 |
| 04/08/24 | Debit Card Purchase 04/04 01:40p #1472 B&H PHOTO 800-606-6969 NEW YORK NY 24096 Specialty Retail stores | 505.90 | | 20,882.72 |
| 04/09/24 | Debit Card Purchase Return 04/05 #1472 B&H PHOTO 800-606-6969 NEW YORK NY 24097 Specialty Retail stores | | 17.41 | 20,900.13 |
| 04/09/24 | Debit Card Purchase 04/07 09:19a #1472 APPLE.COM/BILL 866-712-7753 CA 24099 | 3.24 | | 20,896.89 |
| 04/09/24 | Debit Card Purchase 04/07 06:52p #1472 BETHLEHEM VILLAGE STOR BETHLEHEM NH 24099 Food & Beverages | 16.70 | | 20,880.19 |
| 04/09/24 | Debit Card Purchase 04/05 10:13a #1472 MCDONALD'S F7474 DARIEN CT 24097 Restaurant/Bar | 18.01 | | 20,862.18 |
| 04/09/24 | Debit Card Purchase 04/04 09:09a #1472 GO GREEN DRY CLEANERS PALM BEACH FL 24097 Misc Personal Services | 24.13 | | 20,838.05 |
| 04/09/24 | Debit Card Purchase 04/04 03:38p #1472 MARIELLA PIZZA NEW YORK NY 24097 Restaurant/Bar | 102.95 | | 20,735.10 |
| 04/09/24 | Mobile Purchase Sign Based 04/07 04:55p #1472 Amazon.com*UE7UC8QAJ3 Amzn.com/bill WA 24099 Food & Beverages | 149.19 | | 20,585.91 |
| 04/10/24 | Mobile Purchase Sign Based 04/08 06:28p #1472 Amazon Tips*I93IY7UC3 Amzn.com/bill WA 24100 Specialty Retail stores | 5.00 | | 20,580.91 |
| 04/10/24 | Debit Card Purchase 04/08 04:17a #1472 APPLE.COM/BILL 866-712-7753 CA 24100 | 9.99 | | 20,570.92 |

**April 1 - April 30, 2024**
**RUDOLPH W. GIULIANI**

## Checking    Continued

### Citigold Interest Checking

Checking Activity Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 04/10/24 | Debit Card Purchase 04/07 09:21p #1472 B&H PHOTO 800-606-6969 NEW YORK NY 24100 / Specialty Retail stores | 59.88 | | 20,511.04 |
| 04/11/24 | Debit Card Purchase 04/09 10:03p #1472 JETS PIZZA - NY-003 NEW YORK NY 24101 / Restaurant/Bar | 41.81 | | 20,469.23 |
| 04/12/24 | Debit Card Purchase 04/10 10:59p #1472 Prime Video Channels amzn.com/bill WA 24102 | 8.99 | | 20,460.24 |
| 04/12/24 | Mobile Purchase Sign Based 04/10 12:03a #1472 AMZN Mktp US*H48E7J33 Amzn.com/bill WA 24102 / Specialty Retail stores | 16.32 | | 20,443.92 |
| 04/12/24 | Mobile Purchase Sign Based 04/10 02:42a #1472 AMZN Mktp US*7F5BL7VW3 Amzn.com/bill WA 24102 / Specialty Retail stores | 105.48 | | 20,338.44 |
| 04/15/24 | Deposit 03:04p Teller | | 5,150.94 | 25,489.38 |
| 04/15/24 | Debit Card Purchase 04/10 12:26p #1472 APPLE.COM/BILL 866-712-7753 CA 24103 | 9.99 | | 25,479.39 |
| 04/15/24 | Debit Card Purchase 04/10 08:45p #1472 WIFIONBOARD INTELSAT.COM IL 24103 / Misc Business Services | 15.00 | | 25,464.39 |
| 04/16/24 | Debit Card Purchase Return 04/14 #1472 WIFIONBOARD INTELSAT.COM IL 24106 / Misc Business Services | | 15.00 | 25,479.39 |
| 04/16/24 | Debit Card Purchase Return 04/14 #1472 B&H PHOTO 800-606-6969 NEW YORK NY 24106 / Specialty Retail stores | | 59.87 | 25,539.26 |
| 04/16/24 | Brokerage Misc Credit** | | 27,000.00 | 52,539.26 |
| 04/16/24 | Mobile Purchase Sign Based 04/14 09:41a #1472 Amazon Tips*WG3PN6KR3 Amzn.com/bill WA 24106 / Specialty Retail stores | 10.00 | | 52,529.26 |
| 04/16/24 | Mobile Purchase Sign Based 04/14 10:24p #1472 AMZN Mktp US*HB0VU6TP3 Amzn.com/bill WA 24106 / Specialty Retail stores | 20.16 | | 52,509.10 |
| 04/16/24 | Mobile Purchase Sign Based 04/13 11:14a #1472 AMZN Mktp US*4V6W4FPX3 Amzn.com/bill WA 24105 / Specialty Retail stores | 32.65 | | 52,476.45 |
| 04/16/24 | Debit Card Purchase 04/14 11:14a #1472 B&H PHOTO 800-606-6969 NEW YORK NY 24106 / Specialty Retail stores | 59.87 | | 52,416.58 |
| 04/16/24 | Debit Card Purchase 04/14 11:23a #1472 B&H PHOTO 800-606-6969 NEW YORK NY 24106 / Specialty Retail stores | 59.88 | | 52,356.70 |
| 04/16/24 | Debit Card Purchase 04/12 06:19p #1472 PATSYS 60TH STREET NEW YORK NY 24104 / Restaurant/Bar | 132.31 | | 52,224.39 |
| 04/16/24 | Debit Card Purchase 04/13 #1472 AMAZON GROCE*BG82H4O13 SEATTLE WA 24105 / Food & Beverages | 167.83 | | 52,056.56 |
| 04/17/24 | Mobile Purchase Sign Based 04/13 11:32a #1472 AMZN Mktp US*7035J0Y63 Amzn.com/bill WA 24107 / Specialty Retail stores | 27.48 | | 52,029.08 |
| 04/17/24 | Mobile Purchase Sign Based 04/15 04:14p #1472 AMAZON MAR* 111-650661 SEATTLE WA 24107 / Specialty Retail stores | 51.16 | | 51,977.92 |

010/R1/20F00C

Docusign Envelope ID: C3394853-3014-48FB-8BD3-DBACED6F97BC

**Checking** | Continued

April 1 - April 30, 2024
RUDOLPH W. GIULIANI

Page 5 of 10

Checking
Activity
Continued

**Citigold Interest Checking**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 04/18/24 | Debit Card Purchase 04/15 04:21p #1472   NYC TAXI 1246 12460010 LONG ISLAND C NY 24108<br>Misc Transportation | 17.80 | | 51,960.12 |
| 04/18/24 | Debit Card Purchase 04/16 #1472   AMAZON GROCE*KC2BO4LY3 SEATTLE   WA 24108<br>Food & Beverages | 111.90 | | 51,848.22 |
| 04/19/24 | ACH Electronic Credit   PERSHING   BROKERAGE | | 23,000.00 | 74,848.22 |
| 04/19/24 | ACH Electronic Debit   AT&T Services   PAYMENTS  0000002250 | 15.29 | | 74,832.93 |
| 04/19/24 | Mobile Purchase Sign Based 04/17 01:30p #1472<br>AMAZON PRIME*LR83V6S63 888-802-3080 WA 24109 | 0.49 | | 74,832.44 |
| 04/19/24 | Mobile Purchase Sign Based 04/17 05:17p #1472<br>Amazon Tips*5Y46H10X3 Amzn.com/bill WA 24109<br>Specialty Retail stores | 7.00 | | 74,825.44 |
| 04/19/24 | Debit Card Purchase 04/17 07:57p #1472   APPLE.COMBILL   866-712-7753 CA 24109 | 9.23 | | 74,816.21 |
| 04/19/24 | Mobile Purchase Sign Based 04/16 12:42p #1472<br>AMZN Mktp US*980TT3DV3 Amzn.com/bill WA 24109<br>Specialty Retail stores | 41.35 | | 74,774.86 |
| 04/19/24 | Mobile Purchase Sign Based 04/17 02:05p #1472<br>AMZN Mktp US*O39Q92R33 Amzn.com/bill WA 24109<br>Specialty Retail stores | 115.86 | | 74,659.00 |
| 04/19/24 | Debit Card Purchase 04/17 02:57p #1472   B&H PHOTO 800-606-6969 NEW YORK   NY 24109<br>Specialty Retail stores | 195.98 | | 74,463.02 |
| 04/19/24 | Cash Withdrawal 09:25a #1472   ATM RT. 15 MERRITT PKWY   GREENWICH   00TUS051 | 200.00 | | 74,263.02 |
| 04/22/24 | Debit Card Purchase 04/17 10:23p #1472   APPLE.COMBILL   866-712-7753 CA 24110 | 9.79 | | 74,253.23 |
| 04/22/24 | Debit Card Purchase 04/18 05:36p #1472   METRO INTEGRATIVE PHAR NEW YORK   NY 24110<br>Food & Beverages | 127.25 | | 74,125.98 |
| 04/22/24 | Check # 2242 | 11,000.00 | | 63,125.98 |
| 04/23/24 | Mobile Purchase Sign Based 04/20 08:11p #1472<br>AMAZON PRIME*NC9DM12Q3 888-802-3080 WA 24112 | 3.99 | | 63,121.99 |
| 04/23/24 | Debit Card Purchase 04/19 09:28a #1472   DUNKIN #349416   GREENWICH   CT 24111<br>Restaurant/Bar | 13.49 | | 63,108.50 |
| 04/23/24 | Mobile Purchase Sign Based 04/20 01:54a #1472<br>AMZN Mktp US*1A6GG6B23 Amzn.com/bill WA 24112<br>Specialty Retail stores | 21.38 | | 63,087.12 |
| 04/23/24 | Mobile Purchase Sign Based 04/20 01:04p #1472<br>Amazon.com*7F4RV40E3  Amzn.com/bill WA 24112<br>Specialty Retail stores | 21.70 | | 63,065.42 |
| 04/23/24 | Debit Card Purchase 04/20 07:41p #1472   LONGHORN STEAK 0125141 MANCHESTER   NH 24113<br>Restaurant/Bar | 73.12 | | 62,992.30 |
| 04/23/24 | Check # 2252 | 148.52 | | 62,843.78 |
| 04/24/24 | ACH Electronic Debit   VERIZON   PAYMENTREC | 256.79 | | 62,586.99 |
| 04/24/24 | Mobile Purchase Sign Based 04/22 11:54a #1472<br>AMAZON PRIME*E12XG8WA3 888-802-3080 WA 24114 | 11.99 | | 62,575.00 |

Defendant's anticipated exhibits 368

010/R1/20F00C

Docusign Envelope ID: C3394853-301A-48FB-8BD3-DBACED6F97BC

010/R120/F00C

**April 1 - April 30, 2024**
RUDOLPH W. GIULIANI
Citigold Account

Page 6 of 10

## Checking — Continued

### Citigold Interest Checking

**Checking Activity Continued**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 04/24/24 | Debit Card Purchase 04/22 10:29a #1472  AUNTIE ANNE'S CHARLTON SUDBURRY  MA 24114 — Restaurant/Bar | 26.91 | | 62,548.09 |
| 04/24/24 | Mobile Purchase Sign Based 04/19 11:05p #1472 AMZN Mktp US*UT0OX4KC3 Amzn.com/bill WA 24114 — Specialty Retail stores | 33.18 | | 62,514.91 |
| 04/24/24 | Debit Card Purchase 04/21 06:18p #1472  CARMELINAS  BOSTON  MA 24114 — Restaurant/Bar | 140.40 | | 62,374.51 |
| 04/25/24 | Mobile Purchase Sign Based 04/23 05:56p #1472  Prime Video Channels  amzn.com/bill WA 24115 | 7.99 | | 62,366.52 |
| 04/25/24 | Mobile Purchase Sign Based 04/23 04:18p #1472 AMAZON MAR* 112-228736 SEATTLE  WA 24115 — Specialty Retail stores | 97.97 | | 62,268.55 |
| 04/25/24 | Debit Card Purchase 04/23 #1472  AMAZON GROCE*KL5QO8DJ3 SEATTLE  WA 24115 — Food & Beverages | 211.45 | | 62,057.10 |
| 04/25/24 | Check # 2254 | 900.00 | | 61,157.10 |
| 04/25/24 | Check # 2249 | 1,355.00 | | 59,802.10 |
| 04/26/24 | Debit Card Purchase 04/23 10:39p #1472  APPLE.COM/BILL  CUPERTINO  CA 24116 — Specialty Retail stores | 1.62 | | 59,800.48 |
| 04/26/24 | Mobile Purchase Sign Based 04/24 08:06p #1472 Amazon Tips*3W1L72SO3 Amzn.com/bill WA 24116 — Specialty Retail stores | 10.00 | | 59,790.48 |
| 04/26/24 | Debit Card Purchase 04/24 11:03a #1472  METRO INTEGRATIVE PHAR NEW YORK  NY 24116 — Food & Beverages | 43.99 | | 59,746.49 |
| 04/26/24 | Debit Card Purchase 04/24 05:18p #1472  COMCAST/XFINITY  800-266-2278 FL 24116 — Phones, Cable & Utilities | 185.00 | | 59,561.49 |
| 04/29/24 | Debit Card Purchase 04/24 07:27a #1472  APPLE.COM/BILL  866-712-7753 CA 24117 | 40.27 | | 59,521.22 |
| 04/29/24 | Debit Card Purchase 04/24 05:36p #1472  ATT*BILL PAYMENT  DALLAS  TX 24117 — Phones, Cable & Utilities | 243.47 | | 59,277.75 |
| 04/30/24 | Mobile Purchase Sign Based 04/27 03:25p #1472  Prime Video Channels  amzn.com/bill WA 24119 | 6.99 | | 59,270.76 |
| 04/30/24 | Debit Card Purchase 04/26 08:31a #1472  CROSSIAN* DENILUXE.COM LEWES  DE 24118 — Misc Business Services | 48.87 | | 59,221.89 |
| 04/30/24 | Interest paid for 30 days, Annual Percentage Yield Earned 0.01% | | 0.35 | 59,222.24 |
| | Total Subtracted/Added | 30,468.73 | 55,243.57 | |
| 04/30/24 | Closing Balance | | | 59,222.24 |

*All transaction times and dates reflected are based on Eastern Time.*
*** See your brokerage account statement for full transactional detail.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

Defendant's anticipated exhibits 369

Docusign Envelope ID: C3394853-3014-48FB-8BD3-DBACED6F97BC

010/R1120F00C

**April 1 - April 30, 2024**
RUDOLPH W. GIULIANI
Citigold Account

## Checking

Continued

**Checks Paid**

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|-------|------|--------|
| 2242 | 04/22 | 11,000.00 | 2244* | 04/04 | 10,000.00 | 2249* | 04/25 | 1,355.00 | 2252* | 04/23 | 148.52 |
| 2254* | 04/25 | 900.00 | | | | | | | | | |

\* indicates gap in check number sequence

Number Checks Paid: 5         Totaling: $23,403.52

## Savings

**Citi® Savings**

| Citi® Savings Account Activity | | | | |
|---|---|---|---|---|
| Date | Description | Amount Subtracted | Amount Added | Balance |
| 04/01/24 | Opening Balance | | | 351.99 |
| 04/30/24 | Interest paid for 30 days, Annual Percentage Yield Earned 0.10% | | 0.03 | 352.02 |
| 04/30/24 | Closing Balance | | | 352.02 |

## Retirement Accounts

This reports your retirement account balances and activity from Apr. 1 through Apr. 30, 2024. Citibank, N.A. is the custodian of your Citibank IRA and the trustee of your Citibank Keogh Plan. Funds invested in your IRA/Keogh Plan are held as deposits of Citibank, N.A. Securities transactions in the Citibank Keogh investment account are through Citigroup Global Markets Inc. ("CGMI"), member SIPC. If you maintain IRA/Keogh Plans through Citi Personal Wealth Management, the custodian of your IRA and the trustee of your Keogh Plan is Pershing LLC. Citibank, N.A. and CGMI are affiliated companies under the common control of Citigroup, Inc.

> **INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:**
>
> - **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
> - **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
> - **Subject to investment risks, including possible loss of the principal amount invested.**

Defendant's anticipated exhibits 370

Docusign Envelope ID: C3394853-3014-48E2-8BD3-DBACED6E97BC

010/R1/20F00C

**April 1 - April 30, 2024**
RUDOLPH W. GIULIANI
Citigold Account

**Retirement Accounts**    Continued

Defendant's anticipated exhibits 371

**Important Disclosures**

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
The following bank accounts are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number. (2) the dollar amount of the suspected error (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. If you tell us orally, we will send you a written complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient or the date the transfer was to occur. When you do contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CHECKING PLUS DISCLOSURES**
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the "daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these numbers together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Payment Instructions:* You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003**

*Other Information:* Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.

You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement.*
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.**

**Citibank, N.A. Member FDIC**

Docusign Envelope ID: C3394853-2014-48FB-8BD3-DBACED6E07BC

010/R1/20F00C

**April 1 - April 30, 2024**

**This page has been intentionally left blank.**

Defendant's anticipated exhibits 373

Docusign Envelope ID: C3394853-301A-48FB-8BD3-DBACED6F97BC

010/R1/20F000

Page 1 of 6

**May 1 - May 19, 2024**

**CITIGOLD SERVICES**
PO Box 6201
Sioux Falls, SD 57117-6201

*Citigold Dedicated Servicing: 888-248-4465*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

RUDOLPH W. GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY        10065-6159

4-2-24 amendments to your applicable customer agreement include updates to interest rate exceptions & the promotional rate feature for new Citi Savings accounts. Please visit www.citi.com/accountagreementsandnotices for more information.

Your Citigold package Account Statement. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 59,222.24 | 71,816.71 |
| **Savings** | | |
| Insured Money Market Accounts | 352.02 | 352.04 |
| **Citigold Relationship Total** | **$59,574.26** | **$72,168.75** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.37 | 1.92 |
| **Savings** | | |
| Insured Money Market Accounts | 0.02 | 0.16 |
| **Citigold Relationship Total** | **$0.39** | **$2.08** |

* To ensure quality service, calls are randomly monitored and may be recorded.

Defendant's anticipated exhibits 374

Docusign Envelope ID: C3394853-3014-48FB-8BD3-DBACED6F07BC

**May 1 - May 19, 2024**
RUDOLPH W. GIULIANI

## Messages From Citigold

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service).

Your next Account Statement will be a simplified banking statement because at least one owner of an account on this statement has converted to simplified banking. Please keep this last package-based Account Statement for your records. If you have not yet converted, learn more about how simplified banking will impact you and your accounts by viewing your simplified banking snapshot and early access at citi.com/earlyaccess. For any questions, please contact us at (888) CITIGOLD or visit your local branch. For TTY: We accept 711 or other Relay Service.

## Citigold Account Package Fees

The Citigold Account Package requires a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. If you do not maintain a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts, your Citigold Account Package will be converted to a Citi Priority Account Package, and your accounts will be subject to the terms and conditions then in effect for that package. Other banks and ATM service providers may charge you a fee when you conduct a Citibank deposit account transaction using their ATMs. You will receive reimbursement from Citibank for ATM fees charged by other banks in any statement period where you are eligible for Citigold.

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## Checking

| Checking Activity | | | | |
|---|---|---|---|---|
| **Citigold Interest Checking** | | | | |
| Date | Description | Amount Subtracted | Amount Added | Balance |
| 05/01/24 | Opening Balance | | | 59,222.24 |
| 05/01/24 | Mobile Purchase Sign Based 04/29 10:33p #1472  Prime Video Channels  amzn.com/bill WA 24121 | 4.99 | | 59,217.25 |
| 05/01/24 | Debit Card Purchase 04/29 01:46p #1472  MERRY MAIDS #1319    561-493-8455  FL 24121  Misc Business Services | 195.00 | | 59,022.25 |
| 05/01/24 | Debit Card Purchase 04/29 07:30p #1472  PUBLIX #1395    PALM BEACH    FL 24121  Food & Beverages | 233.30 | | 58,788.95 |
| 05/02/24 | Mobile Purchase Sign Based 04/30 03:42p #1472  Prime Video Channels  amzn.com/bill WA 24122 | 1.99 | | 58,786.96 |

010/R1120F00C

Docusign Envelope ID: C3394853-3014-48FB-8BD3-DBACED6F97BC

**May 1 - May 19, 2024**
RUDOLPH W. GIULIANI
Citigold Account      6791895812

Page 3 of 6

# Checking    Continued

Checking
Activity
Continued

## Citigold Interest Checking

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/02/24 | Debit Card Purchase 04/30 10:31a #1472    AMZN Mktp US*2N7TG4OU3 Amzn.com/bill WA 24122<br>Specialty Retail stores | 24.38 | | 58,762.58 |
| 05/02/24 | Debit Card Purchase 04/30 02:44p #1472    AMZN Mktp US*BX1QE8JD3 Amzn.com/bill WA 24122<br>Specialty Retail stores | 112.77 | | 58,649.81 |
| 05/03/24 | Debit Card Purchase 05/01 11:46a #1472    MERRY MAIDS #1319      561-493-8455  FL 24123<br>Misc Business Services | 195.00 | | 58,454.81 |
| 05/06/24 | Incoming Wire Transfer  WIRE FROM RICCI AND COMPANY, CPA, P.C. | | 12,000.00 | 70,454.81 |
| 05/06/24 | Debit Card Purchase 05/02 04:59p #1472    MINT ECO CAR WASH - SO WEST PALM BEA FL 24124<br>Autos (rental, service, gas) | 43.00 | | 70,411.81 |
| 05/06/24 | Mobile Purchase Sign Based 05/02 12:44a #1472<br>AMZN Mktp US*011DG37R3 Amzn.com/bill WA 24124<br>Specialty Retail stores | 148.08 | | 70,263.73 |
| 05/07/24 | Incoming Wire Transfer  WIRE FROM GIULIANI COMMUNICATIONS LLC | | 20,000.00 | 90,263.73 |
| 05/07/24 | Debit Card Purchase 05/04 08:20p #1472    APPLE.COM/BILL       866-712-7753  CA 24126 | 1.62 | | 90,262.11 |
| 05/07/24 | Debit Card Purchase 05/02 08:45a #1472    GO GREEN DRY CLEANERS  PALM BEACH    FL 24125<br>Misc Personal Services | 87.73 | | 90,174.38 |
| 05/07/24 | Debit Card Purchase 05/03 #1472    IC* INSTACART*159      San Francisco CA 24125<br>Food & Beverages | 177.84 | | 89,996.54 |
| 05/09/24 | Debit Card Purchase 05/04 01:09p #1472    B2P*TAX COLL DMV PALM  WEST PALM BEA FL 24129<br>Specialty Retail stores | 50.15 | | 89,946.39 |
| 05/09/24 | Debit Card Purchase 05/06 09:22a #1472    GO GREEN DRY CLEANERS  PALM BEACH    FL 24129<br>Misc Personal Services | 120.79 | | 89,825.60 |
| 05/10/24 | Debit Card Purchase 05/08 04:21a #1472    APPLE.COM/BILL       866-712-7753  CA 24130 | 9.99 | | 89,815.61 |
| 05/10/24 | Mobile Purchase Sign Based 05/07 05:18p #1472<br>AMZN Mktp US*D98VU5VB3 Amzn.com/bill WA 24130<br>Specialty Retail stores | 137.56 | | 89,678.05 |
| 05/10/24 | Check # 2251 | 15,995.43 | | 73,682.62 |
| 05/13/24 | Mobile Purchase Sign Based 05/09 05:06p #1472<br>AMZN Mktp US*O98189XL3 Amzn.com/bill WA 24131<br>Specialty Retail stores | 556.40 | | 73,126.22 |
| 05/14/24 | Mobile Purchase Sign Based 05/13 12:04a #1472<br>AMAZON PRIME*AY9W09ML3 888-802-3080  WA 24134 | 3.79 | | 73,122.43 |
| 05/14/24 | Mobile Purchase Sign Based 05/12 10:20p #1472<br>AMAZON PRIME*R219E3K33 888-802-3080  WA 24134 | 3.79 | | 73,118.64 |
| 05/14/24 | Mobile Purchase Sign Based 05/10 11:06p #1472    Prime Video Channels  amzn.com/bill WA 24132 | 8.99 | | 73,109.65 |
| 05/14/24 | Debit Card Purchase 05/11 12:21p #1472    APPLE.COM/BILL       CUPERTINO    CA 24134 | 8.99 | | 73,100.66 |
| 05/14/24 | Debit Card Purchase 05/10 12:26p #1472    APPLE.COM/BILL       866-712-7753  CA 24132 | 9.99 | | 73,090.67 |
| 05/14/24 | Debit Card Purchase 05/10 06:05p #1472    RAV-LOCALS           CENTENNIAL   CO 24132 | 50.00 | | 73,040.67 |
| 05/14/24 | Debit Card Purchase 05/10 06:57p #1472    CITY PIZZA           WEST PALM BCH FL 24132<br>Restaurant/Bar | 113.23 | | 72,927.44 |

Defendant's anticipated exhibits 376

010/R1120F00C

010/R1120F00C

**May 1 - May 19, 2024**
RUDOLPH W. GIULIANI
Citigold Account

Page 4 of 6

## Checking

**Continued**

**Citigold Interest Checking**

Checking Activity Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 05/14/24 | Debit Card Purchase 05/11 06:03p #1472   TST* BICE PALM BEACH   Palm Beach   FL 24133   Restaurant/Bar | 119.07 | | 72,808.37 |
| 05/14/24 | Mobile Purchase Sign Based 05/09 09:55p #1472   Amazon.com*GY1369KU8  Amzn.com/bill WA 24132   Specialty Retail stores | 149.70 | | 72,658.67 |
| 05/14/24 | Debit Card Purchase 05/10 03:11p #1472   METRO INTEGRATIVE PHAR NEW YORK   NY 24132   Food & Beverages | 159.98 | | 72,498.69 |
| 05/14/24 | Debit Card Purchase 05/09 06:22p #1472   BRICKTOP'S PALM BEACH PALM BEACH   FL 24133   Restaurant/Bar | 166.96 | | 72,331.73 |
| 05/16/24 | Debit Card Purchase 05/14 01:09a #1472   APPLE.COMBILL   866-712-7753 CA 24136 | 87.06 | | 72,244.67 |
| 05/16/24 | Mobile Purchase Sign Based 05/15 #1472   IC* INSTACART*159   San Francisco CA 24136   Food & Beverages | 171.64 | | 72,073.03 |
| 05/17/24 | Mobile Purchase Sign Based 05/16 12:41a #1472   AMAZON PRIME*CN2N0GFF3 888-802-3080 WA 24137 | 3.79 | | 72,069.24 |
| 05/17/24 | Mobile Purchase Sign Based 05/14 07:41p #1472   AMZN Mktp US*4G6YSVL03 Amzn.com/bill WA 24137   Specialty Retail stores | 12.99 | | 72,056.25 |
| 05/17/24 | Debit Card Purchase 05/15 10:39a #1472   AMAZON.COM*1X01C7DL3   SEATTLE   WA 24137   Specialty Retail stores | 32.18 | | 72,024.07 |
| 05/17/24 | Mobile Purchase Sign Based 05/15 04:39p #1472   AMZN Mktp US*3J8SD3K3 Amzn.com/bill WA 24137   Specialty Retail stores | 34.98 | | 71,989.09 |
| 05/17/24 | Debit Card Purchase 05/14 07:22p #1472   AMZN Mktp US*QU848O03 Amzn.com/bill WA 24137   Specialty Retail stores | 172.75 | | 71,816.34 |
| 05/17/24 | Interest paid for 19 days,  Annual Percentage Yield Earned 0.01% | | 0.37 | 71,816.71 |
| 05/19/24 | Total Subtracted/Added | 19,405.90 | 32,000.37 | |
| 05/19/24 | Closing Balance | | | 71,816.71 |

*All transaction times and dates reflected are based on Eastern Time.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

## Savings

**Citi® Savings**

Citi® Savings Account Activity

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 05/01/24 | Opening Balance | | | 352.02 |
| 05/17/24 | Interest paid for 19 days,  Annual Percentage Yield Earned 0.11% | | 0.02 | 352.04 |
| 05/19/24 | Closing Balance | | | 352.04 |

Defendant's anticipated exhibits 377

010/R1/20F00C

May 1 – May 19, 2024
RUDOLPH W. GIULIANI

## Important Disclosures

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

### CITIBANK ACCOUNTS

The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS

#### FDIC Insurance:

The following bank deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.

### CERTIFICATES OF DEPOSIT

Certificates of Deposit (CD) information may show dashes in certain fields if the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

### IN CASE OF ERRORS

#### In Case of Errors or Questions about Your Electronic Fund Transfers:

If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and the Federal Reserve Board Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error and (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:**

Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of the transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy for your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

### IRAs AND KEOGH Plans Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

### CHECKING PLUS DISCLOSURES

#### Checking Plus Line of Credit - Fixed Rate and Variable Rate

**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

**Interest Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives you the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days that this rate was in effect, and then (2) multiplying each (1) of the results by the applicable Daily Periodic Rate, and (3) adding these numbers together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 365.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Payment Instructions:** You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003

**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Billing Rights Summary** – *What To Do If You Think You Find A Mistake On Your Statement.*
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### CREDIT CARDS

Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement. You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.**

Citibank, N.A. Member FDIC

EQUAL HOUSING
LENDER

Defendant's anticipated exhibits 378

Docusign Envelope ID: C3394853-3014-48F9-8BD3-DBACED6E07BC

**May 1 - May 19, 2024**
BUDOLPH W. GIULIANI

**This page has been intentionally left blank.**

010/R1/20F00C

Page 1 of 8

**May 20 - May 31, 2024**

CITIGOLD PRIVATE CLIENT SERVICES
PO Box 6201
Sioux Falls, SD 57117-6201

*For Citigold Private Client Servicing: 888-500-5008*
For banking, call your Relationship Manager:
  *Scott Borg, 718-492-2703\**
For investments, call your Financial Advisor:
  *James Nicolaidis & Sean Broderick, 718-351-8679\**
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

**RUDOLPH W. GIULIANI**
**45 E. 66TH ST APT 10W**
**NEW YORK NY          10065-6159**

---

Your Citigold Private Client simplified banking Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc. The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 76,967.91 | 93,154.52 |
| **Citibank Total** | **$76,967.91** | **$93,154.52** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.00 | 2.12 |
| **Citibank Total** | **$0.00** | **$2.12** |
| **Citi Personal Wealth Management Accounts [1]** | | |
| Total IRA Account Value[2] | 2,229.79 | 14,435.69 |
| **Citi Personal Wealth Management Total** | **$2,229.79** | **$14,435.69** |
| **Citigold Private Client Relationship Total** | **$2,229.79** | **$14,437.81** |

\* To ensure quality service, calls are randomly monitored and may be recorded.

[1] INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
  • **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
  • **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
  • **Subject to investment risks, including possible loss of the principal amount invested.**

[2] This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

Docusign Envelope ID: C3394853-1014-48FB-8BD2-DBACED6F07BC

010/R1120F00C

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

Page 2 of 8

## Messages From Citigold Private Client

Unless you enroll in Tier Acceleration, your CAMB is reviewed on the last calendar day of the month, which may be before your Statement Period Date. If you join a Relationship Tier before your Statement Period Date, you will receive a partial-month Account Statement beginning on your existing Statement Period start date and ending on the day before you join a Relationship Tier ("Partial Month" statement). Unless you are eligible for a fee waiver as shown on your Partial Month statement, you will be charged Monthly Service Fees and Non-Citi ATM Fees.

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-500-5008(TTY: We accept 711 or other Relay Service).

## Account Fees and Charges [4]

| Account Type | Account | Monthly Service Fee | Rebate of Surcharges from Non- Citi ATM Transactions | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Regular Checking | | None | None | N/A | No Fee - CPC Waiver |
| Regular Checking | | None | None | N/A | No Fee - CPC Waiver |
| Total | | None | None | | |

**Fees.** When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

Defendant's anticipated exhibits 381

010/R1120F00C

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

## Checking

### Checking Activity

**Regular Checking**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 05/20/24 | Opening Balance | | | 5,151.20 |
| 05/20/24 | Reimagine Product Conversion: from Int Checking to Reg Chec | | | 5,151.20 |
| 05/22/24 | ACH Electronic Credit  XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 9,868.20 |
| | Total Subtracted/Added | 0.00 | 4,717.00 | |
| 05/31/24 | Closing Balance | | | 9,868.20 |

### Checking Activity

**Regular Checking**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 05/20/24 | Opening Balance | | | 71,816.71 |
| 05/20/24 | Reimagine Product Conversion: from Int Checking to Reg Chec | | | 71,816.71 |
| 05/21/24 | Debit Card Purchase 05/16 12:26a #1472   AMZN Mktp US*7C0WU7P53 Amzn.com/bill WA 24138  Specialty Retail stores | 128.39 | | 71,688.32 |
| 05/21/24 | Incoming Wire Transfer  WIRE FROM GIULIANI COMMUNICATIONS LLC | | 25,000.00 | 96,688.32 |
| 05/21/24 | Mobile Purchase Sign Based 05/18 12:28a #1472   AMAZON PRIME*EG21M9GN3 888-802-3080 WA 24139 | 3.79 | | 96,684.53 |
| 05/21/24 | Mobile Purchase Sign Based 05/18 10:24a #1472   Amazon.com*Z732M2T13  Amzn.com/bill WA 24140  Specialty Retail stores | 10.99 | | 96,673.54 |
| 05/21/24 | Mobile Purchase Sign Based 05/16 06:53p #1472   AMZN Mktp US*290BX5RB3 Amzn.com/bill WA 24139  Specialty Retail stores | 24.60 | | 96,648.94 |
| 05/21/24 | Mobile Purchase Sign Based 05/18 07:38a #1472   Amazon.com*DL4PP27V8  Amzn.com/bill WA 24140  Specialty Retail stores | 37.95 | | 96,610.99 |
| 05/22/24 | Mobile Purchase Returns 05/20 #1472   AMZN Mktp US      Amzn.com/bill WA 24142 | | 24.60 | 96,635.59 |
| 05/23/24 | Mobile Purchase Sign Based 05/21 10:58a #1472   ATT* BILL PAYMENT      DALLAS      TX 24143 | 228.36 | | 96,407.23 |
| 05/24/24 | ACH Electronic Debit  VERIZON       PAYMENTREC | 256.79 | | 96,150.44 |
| 05/24/24 | Mobile Purchase Sign Based 05/22 11:43a #1472   AMAZON PRIME*XP03U48Z83 888-802-3080 WA 24144 | 11.99 | | 96,138.45 |
| 05/24/24 | Debit Card Purchase 05/22 03:16p #1472   METRO INTEGRATIVE PHAR NEW YORK      NY 24144  Food & Beverages | 69.99 | | 96,068.46 |
| 05/28/24 | Mobile Purchase Sign Based 05/23 05:25p #1472   Prime Video Channels   amzn.com/bill WA 24145 | 9.05 | | 96,059.41 |
| 05/28/24 | Debit Card Purchase 05/23 06:42p #1472   CITY PIZZA      WEST PALM BCH FL 24145  Restaurant/Bar | 114.40 | | 95,945.01 |
| 05/29/24 | Mobile Purchase Sign Based 05/27 03:13p #1472   Prime Video Channels   amzn.com/bill WA 24149 | 7.92 | | 95,937.09 |

010/R1i20F00C

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account  1371428

Page 4 of 8

## Checking — Continued

### Checking Activity Continued

**Regular Checking** ▇▇▇▇

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/29/24 | Mobile Purchase Sign Based 05/27 03:42p #1472<br>AMZN Mktp US*AL7WA6JY3 Amzn.com/bill WA 24149<br>Specialty Retail stores | 14.03 | | 95,923.06 |
| 05/29/24 | Debit Card Purchase 05/24 07:27a #1472   APPLE.COM/BILL   866-712-7753  CA 24146 | 49.50 | | 95,873.56 |
| 05/29/24 | Debit Card Purchase 05/24 01:37p #1472   BURGERFI CITY PLACE WP WEST PALM BEA FL 24146<br>Restaurant/Bar | 52.04 | | 95,821.52 |
| 05/29/24 | Mobile Purchase Sign Based 05/27 01:25a #1472<br>AMZN Mktp US*XG1WF8WH3 Amzn.com/bill WA 24149<br>Specialty Retail stores | 82.16 | | 95,739.36 |
| 05/29/24 | Check #2327 | 12,000.00 | | 83,739.36 |
| 05/30/24 | Debit Card Purchase 05/27 08:30a #1472   APPLE.COM/BILL   866-712-7753  CA 24150 | 1.62 | | 83,737.74 |
| 05/30/24 | Mobile Purchase Sign Based 05/27 03:42p #1472<br>AMZN Mktp US*E129W1D63 Amzn.com/bill WA 24150<br>Specialty Retail stores | 13.99 | | 83,723.75 |
| 05/30/24 | Debit Card Purchase 05/27 08:30a #1472   APPLE.COM/BILL   866-712-7753  CA 24150 | 130.64 | | 83,593.11 |
| 05/30/24 | Debit Card Purchase 05/28 #1472   AMAZON GROCE*FJ11X2903 SEATTLE   WA 24150<br>Food & Beverages | 138.82 | | 83,454.29 |
| 05/31/24 | Mobile Purchase Sign Based 05/29 10:49p #1472   Prime Video Channels   amzn.com/bill WA 24151 | 4.99 | | 83,449.30 |
| 05/31/24 | Mobile Purchase Sign Based 05/29 12:00p #1472<br>Amazon Tips*OS73L86C3  Amzn.com/bill WA 24151<br>Specialty Retail stores | 10.00 | | 83,439.30 |
| 05/31/24 | Debit Card Purchase 05/29 02:03p #1472   MILANO   NEW YORK   NY 24151<br>Food & Beverages | 52.98 | | 83,386.32 |
| 05/31/24 | Debit Card Purchase 05/29 05:47p #1472   EXXON BISMA SERVICE CE NEW YORK   NY 24151<br>Autos (rental, service, gas) | 100.00 | | 83,286.32 |
| | **Total Subtracted/Added** | 13,554.99 | 25,024.60 | |
| 05/31/24 | **Closing Balance** | | | 83,286.32 |

All transaction times and dates reflected are based on Eastern Time.
Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

Defendant's anticipated exhibits 383

Docusign Envelope ID: C3394853-3014-48FB-8BD3-DBACED6F97BC

010/R1/20F00C

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

## Retirement Accounts

This reports your retirement account balances and activity from May 1 through May 31, 2024. Citibank, N.A. is the custodian of your Citibank IRA and the trustee of your Citibank Keogh Plan. Funds invested in your IRA/Keogh FDIC-insured accounts are held as deposits of Citibank, N.A.   Securities transactions in the Citibank Keogh investment account are through Citigroup Global Markets Inc. ("CGMI"), member SIPC. If you maintain IRA/Keogh Plans through Citi Personal Wealth Management, the custodian of your IRA and the trustee of your Keogh Plan is Pershing LLC. Citibank, N.A. and CGMI are affiliated companies under the common control of Citigroup, Inc.

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS)
ARE NOT BANK PRODUCTS AND:

- **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
- **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
- **Subject to investment risks, including possible loss of the principal amount invested.**

**Citi Personal Wealth Management Retirement Plans**

Defendant's anticipated exhibits 384

Docusign Envelope ID: C3394853-3014-48FB-8BD3-DBACED6F07BC

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI

Page 6 of 8

## Important Disclosures
**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

### CITIBANK ACCOUNTS
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The combined into one statement of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT
**FDIC Insurance:**
The products reported in CHECKING, SAVINGS and CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.
**APY and Interest Rate:**
For current interest rates and annual percentage yields, please visitCiti.com, or call 1-800-627- 3999. For TTY: we accept 711 or other Relay Service.

### CERTIFICATES OF DEPOSIT
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

### IN CASE OF ERRORS
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
**The following applies only to accounts opened for personal, family or household use:**
**International Citibank Global Transfers or international wire transfers to a recipient located in a foreign country;**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (for example, if your account is an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is involved). We will determine whether an error occurred, within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

## CHECKING PLUS DISCLOSURES
### Checking Plus Line of Credit – Fixed Rate and Variable Rate
**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments any payments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
**Interest Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid Interest or other finance charges and any payments or credits. This gives us the "daily balance." You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days in the billing cycle and then multiply the average daily balance by (2) the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
**Request for Payment Only:** You can make your Checking Plus payment online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003**
**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.
**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.
You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

### Billing Rights Summary – What To Do If You Think You Find A Mistake On Your Statement.
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in *writing*. You may call us, but if you do do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### CREDIT CARDS
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. Advantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.**

Citibank, N.A. Member FDIC

Defendant's anticipated exhibits 385

Docusign Envelope ID: C3394853-3014-48FB-8BD3-DBACED6F07BC

010\R1\z0F00c
c

1.  Your Combined Average Monthly Balance (CAMB) is the summation of the End of Day Available Now balances for all Eligible Deposit and investment account(s) (EDI) across a calendar month divided by the number of days in that month. CAMB is based on the calendar month and is not tied to Your Statement Period. Only certain account types qualify as EDI accounts and you must be the owner (or beneficial owner) of an EDI account for it to contribute toward your CAMB. All of the EDI accounts contributing to your CAMB may not appear on this Account Statement. Some accounts that appear on this Account Statement are not EDI accounts. Please call us to learn which EDI accounts you own that contribute to your CAMB.

    Eligible Family Members who live at the same address can choose to link their EDI accounts creating a Family CAMB range. Please see definition of Eligible Family Members in the Family Link section of the Client Manual Agreement. Retirement accounts have different rules for Family Linking than other EDI accounts. You may invite or be invited by Eligible Family Members (Members) to Family Linking. Starting in the first month existing deposit customers who are Eligible Family Members ("Members") successfully join or create a Family Link, their family CAMB will include EDI accounts they own along with EDI accounts owned by Members. If you were converted to a Legacy Relationship along with owners of accounts in your Package(s) pursuant to separate notice which provided the Effective Date of that conversion, similar to Family Linking the CAMB for Members in a Legacy Relationships will include all EDI accounts they own along with EDI accounts owned by Members. Your family or legacy relationship CAMB may be higher than your individual CAMB, entitling you to join a Relationship Tier or different Relationship Tier. If you no longer want to be a member of Family Linking or a Legacy Relationship or no longer qualify for Family Linking and Legacy Relationships, speak to a banker on the phone or in a branch. Please see the Client Manual Agreement for more information on Family Links and Legacy Relationships.

2.  Your Relationship Tier status will determine your Annual Percentage Yield for Citi Savings accounts (but not other Savings accounts) and may impact your eligibility for Monthly Service Fee and Non-Citi ATM waivers, along with other fees, features and benefits. Customers who did not own a Citibank checking, savings, CD, IRA, or investment account (investment accounts are offered through CGMI) in the 30 calendar days prior to opening their new EDI account ("New to Relationship" customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening, but it takes three months of sustained Balance Ranges for an Up-Tiering or Re-Tiering Out change. Unless a Tier exception applies, customers are Re-Tiered automatically on the first calendar day of the month. Through Re-Tiering, if an existing customer CAMB range meets the minimum Balance Range required for a higher Relationship Tier for three consecutive calendar months, they will automatically be Up-Tiered. If an existing customer wants to maintain their Relationship Tier, they need to make sure their CAMB does not drop below their Relationship Tier's minimum Balance Range for three consecutive calendar months.

    You may be able to join Relationship Tiers faster and maintain Relationship Tiers by enrolling in Tier Acceleration. For three months after enrollment, Citi will review your "End of Day" balances on the last Business Day of the month across all EDI accounts you own ("EOD Balance"). Your EOD Balance is your Available Now Balance across eligible deposit and investment accounts at 10:30 p.m. EST. If your EOD balance meets the Balance Range for the same or a higher Relationship Tier on one or more eligible months, you will join that Relationship Tier on the first day of the next calendar month.

    Your individual Account Statement will show both your current monthly Relationship Tier and up to 3 months of CAMB and Relationship Tier history.

    *Important: When customers own accounts as Joint Owners, the Relationship Tier associated with their account will be determined by the highest Relationship Tier among joint owners. The CAMB shown on a joint Account Statement will show the highest CAMB range among account owners.*

    *Important: On statements, Joint Account owners will see the highest balance range of CAMB and highest Relationship Tier among Joint Account owners. Family Relationship members will see the Family CAMB range. Members in a Legacy Relationship will see the Legacy Relationship CAMB range. As a result, Joint Account owners, Family Linking members, and Members of Legacy Relationships may be able to deduce approximate balances of other owners and members. When deciding to open a Joint Account, join a Family Linking, or remain in Legacy Relationships, customers should evaluate their privacy needs, along with their need for rate and fee advantages.*

3.  CAMB Balance Range Chart

| | Citi Priority | Citigold | Citigold Private Client |
|---|---|---|---|
| **To attain Relationship Tier** | $30,000-199,999.99 | $200,000-999,999.99 | $1,000,000 or more |
| **To remain in Relationship Tier** | $30,000-199,999.99 | $180,000-999,999.99 | $800,000 or more |

Defendant's anticipated exhibits 386

Page 8 of 8

**May 20 - May 31, 2024**
**RUDOLPH W. GIULIANI**

4. Citibank generally charges fees for its products and services. Deposit accounts are subject to service, transaction or other fees not covered by the Monthly Service Fee. For a complete list of applicable fees and to learn the impact of Relationship Tiers on those fees, please visit the Fee Schedule of the Client Manual Agreement. Please also carefully review any fee disclosures provided at the time of a transaction or when a service is provided, such as when you open a Safe Deposit Box or order checks.

### Account Fees and Waiver Eligibility

| Description | Account Fees | | Monthly Service Fee and Non-Citi ATM Fee Waived in months where the following situations apply | | |
| --- | --- | --- | --- | --- | --- |
| | Monthly Service Fee | Non-Citi ATM Fee | Activity | Citigold Private Client, Citigold or Citi Priority Relationship Tiers | Month of account opening and for the first 3 full calendar months after account opening. |
| Regular Checking | $15 | $2.50 | Enhanced Direct Deposit of $250 or more | Yes | Yes |
| Access Checking | $5 | $2.50 | Enhanced Direct Deposit of $250 or more Important: Non-Citi ATM fee is non-waivable | Yes | Yes |
| Citi Savings | $4.50 | $2.50 | Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Accelerate Savings | $4.50 | $2.50 | Average Monthly Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Miles Ahead | $0 | $0 | N/A | N/A | N/A |
| COMMA Savings accounts | $0 | $0 | N/A | N/A | N/A |

* An Enhanced Direct Deposit is an electronic deposit through the Automated Clearing House ("ACH") Network of payroll, pension, social security, government benefits and other payments to your checking account totaling at least $250 or more in a calendar month. An Enhanced Direct Deposit also includes all deposits via Zelle and other P2P payments when made via ACH using providers such as Venmo or PayPal. Teller deposits, cash deposits, check deposits, wire transfers, transfers between Citibank accounts, ATM transfers and deposits, mobile check deposits, and P2P payments using a debit card do not qualify as an Enhanced Direct Deposit.

Defendant's anticipated exhibits 387

010/R1/20F00C

**RUDOLPH W. GIULIANI**
45 E. 66TH ST APT 10W
NEW YORK NY          10065-6159

June 1 - June 30, 2024

Page 1 of 10

**CITIGOLD PRIVATE CLIENT SERVICES**
PO Box 6201
Sioux Falls, SD 57117-6201

***For Citigold Private Client Servicing: 888-500-5008***
For banking, call your Relationship Manager:
    *Scott Borg, 718-492-2703\**
For investments, call your Financial Advisor:
    *James Nicolaidis & Sean Broderick, 718-351-8679\**
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

Effective May 7, 2024, the Certificate of Deposit (CD) terms within your
corresponding agreement are updated to reiterate that you agree to
leave your funds in the CD account for the first six days after account
opening or renewal. Please refer to your corresponding agreement for
more information.

Your Citigold Private Client simplified banking Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products
through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life
Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is
carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc.
The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

## Value of Accounts

| | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 93,154.52 | 34,195.60 |
| **Citibank Total** | **$93,154.52** | **$34,195.60** |

## Earnings Summary

| | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.00 | 2.12 |
| **Citibank Total** | **$0.00** | **$2.12** |
| **Citi Personal Wealth Management Accounts [1]** | | |
| Total IRA Account Value[2] | 2,853.91 | 17,774.85 |
| **Citi Personal Wealth Management Total** | **$2,853.91** | **$17,774.85** |
| **Citigold Private Client Relationship Total** | **$2,853.91** | **$17,776.97** |

\* To ensure quality service, calls are randomly monitored and may be recorded.

[1] INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
 • **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
 • **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
 • **Subject to investment risks, including possible loss of the principal amount invested.**

[2] This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

## Messages From Citigold Private Client

Effective June 27, 2024, the following sentence is added as a second paragraph to the Wire Transfer Fee Chart introduction within Appendix 1: Fee Schedule section of the Consumer Deposit Account Agreement: Please note, fees and charges may apply for wire transfers initiated from a consumer account through CitiBusiness® Online. Please refer to the fees and charges displayed on CitiBusiness® Online at the time of the transaction.

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-500-5008(TTY: We accept 711 or other Relay Service).

## Account Fees and Charges[4]

| Account Type | Account | Monthly Service Fee | Rebate of Surcharges from Non- Citi ATM Transactions | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Regular Checking | | None | None | N/A | No Fee - CPC Waiver |
| Regular Checking | | None | None | N/A | No Fee - CPC Waiver |
| Total | | None | None | | |

**Fees.** When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

Defendant's anticipated exhibits 389

010/R1120F00C

Docusign Envelope ID: C3394853-3014-48FB-8BD3-DBACED6F07BC

**June 1 - June 30, 2024**
**RUDOLPH W GIULIANI**

Page 3 of 10

## Checking

### Checking Activity

**Regular Checking**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 06/01/24 | Opening Balance | | | 9,868.20 |
| 06/26/24 | ACH Electronic Credit  XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 14,585.20 |
| 06/30/24 | Closing Balance | | | 14,585.20 |

### Checking Activity

**Regular Checking**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 06/01/24 | Opening Balance | | | 83,286.32 |
| 06/03/24 | Debit Card Purchase 05/30 12:20a #1472  APPLE.COMBILL  CUPERTINO  CA 24152  Specialty Retail stores | 10.88 | | 83,275.44 |
| 06/04/24 | Mobile Purchase Sign Based 05/31 03:57p #1472  Prime Video Channels  amzn.com/bill WA 24153 | 1.99 | | 83,273.45 |
| 06/05/24 | ACH Electronic Debit  ConEd of NY  CHECK PYMT 0000002330 | 106.21 | | 83,167.24 |
| 06/05/24 | Mobile Purchase Sign Based 06/03 06:19p #1472  UBER  EATS  8005928996  CA 24156  Restaurant/Bar | 78.12 | | 83,089.12 |
| 06/06/24 | Mobile Purchase Sign Based 06/03 07:46p #1472  Amazon.com*9E4ON3CS3  Amzn.com/bill WA 24157  Specialty Retail stores | 46.04 | | 83,043.08 |
| 06/06/24 | Debit Card Purchase 06/03 12:20p #1472  GO GREEN DRY CLEANERS  PALM BEACH  FL 24157  Misc Personal Services | 62.30 | | 82,980.78 |
| 06/06/24 | Debit Card Purchase 06/03 12:20p #1472  GO GREEN DRY CLEANERS  PALM BEACH  FL 24157  Misc Personal Services | 62.32 | | 82,918.46 |
| 06/06/24 | Debit Card Purchase 06/04 #1472  AMAZON GROCE*8W4ZEZ243 SEATTLE  WA 24157  Food & Beverages | 92.39 | | 82,826.07 |
| 06/06/24 | ACH Check  AT&T Services  PAYMENTS  0000002329 | 23.49 | | 82,802.58 |
| 06/07/24 | Mobile Purchase Sign Based 06/05 11:24a #1472  Amazon Tips*N775D2TE3  Amzn.com/bill WA 24158  Specialty Retail stores | 7.00 | | 82,795.58 |
| 06/07/24 | Debit Card Purchase 06/06 12:20a #1472  APPLE.COMBILL  866-712-7753 CA 24158 | 12.50 | | 82,783.08 |
| 06/07/24 | Check # 2331 | 15,000.00 | | 67,783.08 |
| 06/10/24 | Debit Card Purchase 06/06 06:48p #1472  TARGET  00032847 NEW YORK  NY 24159  Retail stores | 407.53 | | 67,375.55 |
| 06/11/24 | Debit Card Purchase 06/08 04:17a #1472  APPLE.COMBILL  866-712-7753 CA 24161 | 9.99 | | 67,365.56 |
| 06/11/24 | Mobile Purchase Sign Based 06/09 08:49p #1472  UBER  TRIP  8005928996  CA 24162  Misc Transportation | 10.09 | | 67,355.47 |
| 06/11/24 | Mobile Purchase Sign Based 06/09 08:40p #1472  UBER  TRIP  8005928996  CA 24162  Misc Transportation | 37.57 | | 67,317.90 |
| 06/11/24 | Mobile Purchase Sign Based 06/07 08:07a #1472  UBER  TRIP  8005928996  CA 24160  Misc Transportation | 97.43 | | 67,220.47 |
| 06/12/24 | Mobile Purchase Sign Based 06/10 11:07p #1472  Prime Video Channels  amzn.com/bill WA 24163 | 6.78 | | 67,213.69 |

Docusign Envelope ID: C3394853-3014-48FB-8BD3-DBACED6F97BC

010/R1120F00C

**June 1 - June 30, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

## Checking    Continued

### Regular Checking   6

Checking
Activity
Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 06/12/24 | Debit Card Purchase 06/10 12:26p #1472  APPLE.COM/BILL      866-712-7753 CA 24163 | 9.99 | | 67,203.70 |
| 06/12/24 | Mobile Purchase Sign Based 06/11 12:28a #1472  UBER  TRIP              8005928996  CA 24163<br>Misc Transportation | 21.74 | | 67,181.96 |
| 06/13/24 | Debit Card Purchase 06/11 12:20p #1472  APPLE.COM/BILL      866-712-7753 CA 24164 | 8.99 | | 67,172.97 |
| 06/14/24 | Debit Card Purchase 06/11 06:34p #1472  MARIELLA PIZZA      NEW YORK    NY 24165<br>Restaurant/Bar | 121.67 | | 67,051.30 |
| 06/17/24 | Debit Card Purchase 06/13 07:10p #1472  APPLE.COM/BILL      866-712-7753 CA 24166 | 1.62 | | 67,049.68 |
| 06/17/24 | Debit Card Purchase 06/13 07:10p #1472  APPLE.COM/BILL      866-712-7753 CA 24166 | 10.88 | | 67,038.80 |
| 06/17/24 | Debit Card Purchase 06/13 #1472  AMAZON GROCE*PH7IV7CO3 SEATTLE    WA 24166<br>Food & Beverages | 127.17 | | 66,911.63 |
| 06/17/24 | Mobile Purchase Sign Based 06/10 06:01p #1472<br>AMAZON MKTPL*5J4FU8K6B3 Amzn.com/bill WA 24166<br>Specialty Retail stores | 212.04 | | 66,699.59 |
| 06/18/24 | Mobile Purchase Sign Based 06/16 05:59p #1472<br>AMAZON PRIME*YQ5GB0IL3 888-802-3080 WA 24169 | 4.07 | | 66,695.52 |
| 06/18/24 | Mobile Purchase Sign Based 06/16 01:02p #1472<br>AMAZON PRIME*AF1ON3G53 888-802-3080 WA 24169 | 4.52 | | 66,691.00 |
| 06/18/24 | Mobile Purchase Sign Based 06/14 04:06p #1472<br>Amazon Tips*6L9GH9LF3  Amzn.com/bill WA 24167<br>Specialty Retail stores | 7.00 | | 66,684.00 |
| 06/18/24 | Mobile Purchase Sign Based 06/15 05:05a #1472<br>AMAZON PRIME*NY9R44RP3 888-802-3080 WA 24167 | 9.88 | | 66,674.12 |
| 06/18/24 | Debit Card Purchase 06/15 10:45a #1472  ACTIONTOURGUIDE       BARRINGTON   RI 24168<br>Misc Transportation | 14.99 | | 66,659.13 |
| 06/18/24 | Debit Card Purchase 06/15 12:02p #1472  LOVE'S #0358 OUTSIDE  HAMBURG     PA 24168<br>Autos (rental, service, gas) | 45.58 | | 66,613.55 |
| 06/18/24 | Debit Card Purchase 06/15 09:32p #1472  BP#2142941HOLLAND LOPS JERSEY CITY  NJ 24168<br>Autos (rental, service, gas) | 51.00 | | 66,562.55 |
| 06/18/24 | Debit Card Purchase 06/15 06:15a #1472  COMCAST/XFINITY     800-266-2278  FL 24168<br>Phones, Cable & Utilities | 85.00 | | 66,477.55 |
| 06/18/24 | Check # 2243 | 323.00 | | 66,154.55 |
| 06/18/24 | Check # 2248 | 3,250.00 | | 62,904.55 |
| 06/20/24 | Incoming Wire Transfer  WIRE FROM RICCI AND COMPANY, CPA, P.C. | | 3,250.00 | 66,154.55 |
| 06/20/24 | Debit Card Purchase 06/17 02:58p #1472  UBER *EATS HELP UBER.C San Francisco CA 24170<br>Restaurant/Bar | 64.80 | | 66,089.75 |
| 06/20/24 | Debit Card Purchase 06/17 04:22p #1472  METRO INTEGRATIVE PHAR NEW YORK    NY 24170<br>Food & Beverages | 133.98 | | 65,955.77 |
| 06/20/24 | Mobile Purchase Sign Based 06/16 06:47p #1472  UBER  EATS          8005928996   CA 24170<br>Restaurant/Bar | 137.54 | | 65,818.23 |
| 06/20/24 | Check # 2241 | 148.52 | | 65,669.71 |

Defendant's anticipated exhibits 391

**Checking**  Continued

**Regular Checking** 6████

Checking Activity Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 06/21/24 | Debit Card Purchase 06/18 12:35p #1472  TST* PG - 3503 - CHARL CHARLTON    MA 24172<br>Restaurant/Bar | 6.55 | | 65,663.16 |
| 06/21/24 | Debit Card Purchase 06/18 12:34p #1472  AUNTIE ANNES - CHARLTON CHARLTON    MA 24172<br>Restaurant/Bar | 18.17 | | 65,644.99 |
| 06/24/24 | Debit Card Purchase 06/19 10:07p #1472  APPLE.COM/BILL    866-712-7753 CA 24173 | 63.66 | | 65,581.33 |
| 06/24/24 | Mobile Purchase Sign Based 06/20 06:58p #1472  UBER    EATS    8005928996    CA 24173<br>Restaurant/Bar | 91.02 | | 65,490.31 |
| 06/25/24 | ACH Electronic Debit  VERIZON    PAYMENTREC | 256.79 | | 65,233.52 |
| 06/25/24 | ACH Electronic Debit  ConEd of NY    CHECK PYMT 0000002256 | 472.40 | | 64,761.12 |
| 06/25/24 | Mobile Purchase Sign Based 06/23 06:24p #1472  Prime Video Channels  amzn.com/bill WA 24176 | 9.05 | | 64,752.07 |
| 06/25/24 | Mobile Purchase Sign Based 06/22 12:11p #1472<br>AMAZON PRIME*F37EH6YL3 888-802-3080  WA 24175 | 11.99 | | 64,740.08 |
| 06/25/24 | Debit Card Purchase 06/23 01:09p #1472  METRO INTEGRATIVE PHAR NEW YORK    NY 24176<br>Food & Beverages | 43.99 | | 64,696.09 |
| 06/25/24 | Debit Card Purchase 06/23 03:14p #1472  COME & SEE FOUNDATION RALEIGH    NC 24176<br>Membership & organizations | 103.00 | | 64,593.09 |
| 06/25/24 | Debit Card Purchase 06/22 01:14p #1472<br>PURITAN BACKROOM RESTA MANCHESTER    NH 24175<br>Restaurant/Bar | 104.97 | | 64,488.12 |
| 06/25/24 | Mobile Purchase Sign Based 06/21 12:24p #1472  ATT* BILL PAYMENT    DALLAS    TX 24174<br>Phones, Cable & Utilities | 228.36 | | 64,259.76 |
| 06/25/24 | ACH Check  AT&T Services  PAYMENTS  0000002255 | 54.39 | | 64,205.37 |
| 06/26/24 | Debit Card Purchase 06/24 07:27a #1472  APPLE.COM/BILL    866-712-7753 CA 24177 | 52.77 | | 64,152.60 |
| 06/27/24 | Debit Card Purchase 06/24 11:42a #1472  AUNTIE ANNES - CHARLTON CHARLTON    MA 24178<br>Restaurant/Bar | 8.34 | | 64,144.26 |
| 06/27/24 | Debit Card Purchase 06/24 11:40a #1472  AUNTIE ANNES - CHARLTON CHARLTON    MA 24178<br>Restaurant/Bar | 22.74 | | 64,121.52 |
| 06/27/24 | Mobile Purchase Sign Based 06/25 02:34p #1472<br>Amazon.com*RC5GO11OT2  Amzn.com/bill WA 24178<br>Specialty Retail stores | 45.60 | | 64,075.92 |
| 06/27/24 | Debit Card Purchase 06/25 02:34p #1472  AMAZON.COM*RC7CG66VZ0  SEATTLE    WA 24178<br>Specialty Retail stores | 52.27 | | 64,023.65 |
| 06/28/24 | Outgoing Domestic Wire Transfer ONLINE 8123874673379 55  0628[1] | 44,361.26 | | 19,662.39 |
| 06/28/24 | Debit Card Purchase 06/26 02:05p #1472  TST* WRAP CITY - MANCH Manchester    NH 24179<br>Restaurant/Bar | 51.99 | | 19,610.40 |
| | **Total Subtracted/Added** | 66,925.92 | 3,250.00 | |
| 06/30/24 | **Closing Balance** | | | 19,610.40 |

*All transaction times and dates reflected are based on Eastern Time.*
*[1] This date reflects the actual date your transaction was credited to your account.*

010/R1120F00C

Defendant's anticipated exhibits 392

Docusign Envelope ID: C3394853-3014-48FB-8BD3-DBACED6F07BC

010/R1120F00C

**June 1 - June 30, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

## Checking    Continued

*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|-------|------|--------|
| 2241 | 06/20 | 148.52 | 2243* | 06/18 | 323.00 | 2248* | 06/18 | 3,250.00 | 2331* | 06/07 | 15,000.00 |

\* indicates gap in check number sequence          Number Checks Paid: 4          Totaling: $18,721.52

## Retirement Accounts

This reports your retirement account balances and activity from June 1 through June 30, 2024. Citibank, N.A. is the custodian of your Citibank IRA and the trustee of your Citibank Keogh Plan. Funds invested in your IRA/Keogh Plan. Funds invested in your IRA/Keogh FDIC-insured accounts are held as deposits of Citibank, N.A. Securities transactions in the Citibank Keogh investment account are through Citigroup Global Markets Inc. ("CGMI"), member SIPC. If you maintain IRA/Keogh Plans through Citi Personal Wealth Management, the custodian of your IRA and the trustee of your Keogh Plan is Pershing LLC. Citibank, N.A. and CGMI are affiliated companies under the common control of Citigroup, Inc.

---

**INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:**

- **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
- **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
- **Subject to investment risks, including possible loss of the principal amount invested.**

---

Defendant's anticipated exhibits 393

Docusign Envelope ID: C3394853-3014-48EB-8BD3-DBACED6F07BC

**June 1 - June 30, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

## Important Disclosures

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT**
**FDIC Insurance**
Products reported in CHECKING, SAVINGS and CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.
**APY and Interest Rate:**
For current interest rates and annual percentage yields, please visitCiti.com, or call 1-800-627-3999. For TTY: we accept 711 or other Relay Service.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following charge applies to savings and international wire transfers or International Citibank Global Transfers to a recipient located in a foreign country:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy for your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found (whichever you choose). We will determine whether an error occurred, and if it occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CHECKING PLUS DISCLOSURES**
**Checking Plus (variable rate) Line of Credit - Fixed Rate and Variable Rate**
**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
**Interest Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid Interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances shown below (other than the daily balance for a variable-rate line of credit) by the number of days in the billing cycle, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
**Payment Instructions:** Make payments by accessing online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003
**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal obligation.

**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.
**Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement.**
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).
In your letter, give us the following information:
• **Account information:** Your name and account number.
• **Dollar amount:** The dollar amount of the suspected error.
• **Description of the Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or any other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.**
EQUAL HOUSING LENDER

Citibank, N.A. Member FDIC

Defendant's anticipated exhibits 394

010/R1/20F00C

010\R1\20F00C

e 8 of 10

**June 1 - June 30, 2024**
**RUDOLPH W. GIULIANI**
**Citigold Private Client Account**

1.  Your Combined Average Monthly Balance (CAMB) is the summation of the End of Day Available Now balances for all Eligible Deposit and Investment account(s) (EDI) across a calendar month divided by the number of days in that month. CAMB is based on the calendar month and is not tied to Your Statement Period. Only certain account types qualify as EDI accounts and you must be the owner (or beneficial owner) of an EDI account for it to contribute toward Your CAMB. All of the EDI accounts contributing to your CAMB may not appear on this Account Statement. Some accounts that appear on this Account Statement are not EDI accounts. Please call us to learn which EDI accounts you own that contribute to your CAMB.

Eligible Family Members who live at the same address can choose to link their EDI accounts creating a Family CAMB range. Please see definition of Eligible Family Members in the Family Link section of the Client Manual Agreement. Retirement accounts have different rules for Family Linking than other EDI accounts. You may invite or be invited by Eligible Family Members (Members) to Family Linking. Starting in the first month existing deposit customers who are Eligible Family Members ("Members") successfully join or create a Family Link, their family CAMB will include EDI accounts they own along with EDI accounts owned by Members. If you were converted to a Legacy Relationship along with owners of accounts in your Package(s) pursuant to separate notice which provided the Effective Date of that conversion, similar to Family Linking the CAMB for Members in Legacy Relationships will include all EDI accounts they own along with EDI accounts owned by Members. Your family or legacy relationship CAMB may be higher than your individual CAMB, entitling you to join a Relationship Tier or different Relationship Tier. If you no longer want to be a member of Family Linking or a Legacy Relationship or no longer qualify for Family Linking or Legacy Relationships, speak to a banker on the phone or in a branch. Please see the Client Manual Agreement for more information on Family Links and Legacy Relationships.

2.  Your Relationship Tier status will determine your Annual Percentage Yield for Citi Savings accounts (but not other Savings accounts) and may impact your eligibility for Monthly Service Fee and Non-Citi ATM waivers, along with other fees, features and benefits. Customers who did not own a Citibank checking, savings, CD, IRA, or investment account (investment accounts are offered through CGMI) in the 30 calendar days prior to opening their new EDI account ("New to Relationship" customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening, but it takes three months of sustained Balance Ranges for an Up-Tiering or Re-Tiering Out change. Unless a Tier exception applies, customers are Re-Tiered automatically on the first calendar day of the month. Through Re-Tiering, if an existing customer CAMB range meets the minimum Balance Range required for a higher Relationship Tier for three consecutive calendar months, they will automatically be Up-Tiered. If an existing customer wants to maintain their Relationship Tier, they need to make sure their CAMB does not drop below their Relationship Tier's minimum Balance Range for three consecutive calendar months.

You may be able to join Relationship Tiers faster and maintain Relationship Tiers by enrolling in Tier Acceleration. For three months after enrollment, Citi will review your "End of Day" balances on the last Business Day of the month across all EDI accounts you own ("EOD Balance"). Your EOD Balance is your Available Now Balance across eligible deposit and investment accounts at 10:30 p.m. EST. If your EOD balance meets the Balance Range for the same or a higher Relationship Tier on one or more eligible months, you will join that Relationship Tier on the first day of the next calendar month.

Your individual Account Statement will show both your current monthly Relationship Tier and up to 3 months of CAMB and Relationship Tier history.

*Important: When customers own accounts as Joint Owners, the Relationship Tier associated with their account will be determined by the highest Relationship Tier among joint owners. The CAMB shown on a joint Account Statement will show the highest CAMB range among account owners.*

*Important: On statements, Joint Account owners will see the highest balance range of CAMB and highest Relationship Tier among Joint Account owners. Family Relationship members will see the Family CAMB range. Members in a Legacy Relationship will see the Legacy Relationship CAMB range. As a result, Joint Account owners, Family Linking members, and Members of Legacy Relationships may be able to deduce approximate balances of other owners and members. When deciding to open a Joint Account, join a Family Linking, or remain in Legacy Relationships, customers should evaluate their privacy needs, along with their need for rate and fee advantages.*

3.  **CAMB Balance Range Chart**

| | Citi Priority | Citigold | Citigold Private Client |
|---|---|---|---|
| **To attain Relationship Tier** | $30,000-199,999.99 | $200,000-999,999.99 | $1,000,000 or more |
| **To remain in Relationship Tier** | $30,000-199,999.99 | $180,000-999,999.99 | $800,000 or more |

010/R1/20F00C

Docusign Envelope ID: C3394853-3014-48F3-8BD3-DBACED6F97BC

Case 1:24-mc-00353-LJL    Document 202-19    Filed 12/24/24    Page 40 of 51

June 1 - June 30, 2024
RUDOLPH W. GIULIANI
Citigold Private Client Account

Page 9 of 10

4. Citibank generally charges fees for its products and services. Deposit accounts are subject to service, transaction or other fees not covered by the Monthly Service Fee. For a complete list of applicable fees and to learn the impact of Relationship Tiers on those fees, please visit the Fee Schedule of the Client Manual Agreement. Please also carefully review any fee disclosures provided at the time of a transaction or when a service is provided, such as when you open a Safe Deposit Box or order checks.

## Account Fees and Waiver Eligibility

| Description | Account Fees | | Monthly Service Fee and Non-Citi ATM Fee Waived in months where the following situations apply | | |
| --- | --- | --- | --- | --- | --- |
| | Monthly Service Fee | Non-Citi ATM Fee | Activity | Citigold Private Client, Citigold or Citi Priority Relationship Tiers | Month of account opening and for the first 3 full calendar months after account opening. |
| Regular Checking | $15 | $2.50 | Enhanced Direct Deposit of $250 or more | Yes | Yes |
| Access Checking | $5 | $2.50 | Enhanced Direct Deposit of $250 or more Important: Non-Citi ATM fee is non-waivable | Yes | Yes |
| Citi Savings | $4.50 | $2.50 | Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Accelerate Savings | $4.50 | $2.50 | Average Monthly Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Miles Ahead | $0 | $0 | N/A | N/A | N/A |
| COMMA Savings accounts | $0 | $0 | N/A | N/A | N/A |

* An Enhanced Direct Deposit is an electronic deposit through the Automated Clearing House ("ACH") Network of payroll, pension, social security, government benefits and other payments to your checking account totaling at least $250 or more in a calendar month. An Enhanced Direct Deposit also includes all deposits via Zelle and other P2P payments when made via ACH using providers such as Venmo or PayPal. Teller deposits, cash deposits, check deposits, wire transfers, transfers between Citibank accounts, ATM transfers and deposits, mobile check deposits, and P2P payments using a debit card do not qualify as an Enhanced Direct Deposit.

Defendant's anticipated exhibits 396

Docusign Envelope ID: C3394853-3014-48FB-8BD3-DBACED6F07BC

**June 1 - June 30, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

**This page has been intentionally left blank.**

Docusign Envelope ID: C3394853-3014-48FB-8BD3-DBACED6F97BC

Page 1 of 10

**July 1 - July 31, 2024**
**Citigold Private Client Account**
**CPWM ACCOUNT**

CITIGOLD PRIVATE CLIENT SERVICES
PO Box 6201
Sioux Falls, SD 57117-6201

*For Citigold Private Client Servicing: 888-500-5008*
For banking, call your Relationship Manager:
    *Scott Borg, 718-492-2703\**
For investments, call your Financial Advisor:
    *James Nicolaidis & Sean Broderick, 718-351-8679\**
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

6-27-24 amendments to your applicable customer agreement include various updates to the Promotional Rate Feature for new Citi Savings accounts section along with a new subparagraph under Deposit Minimum Balance. Please visit www.citi.com/accountagreementsandnotices for more information.

**RUDOLPH W. GIULIANI**
45 E. 66TH ST APT 10W
NEW YORK NY          10065-6159

## Value of Accounts

| | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 34,195.60 | 45,328.52 |
| **Citibank Total** | **$34,195.60** | **$45,328.52** |

## Earnings Summary

| | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.00 | 2.12 |
| **Citibank Total** | **$0.00** | **$2.12** |
| **Citi Personal Wealth Management Accounts** [1] | | |
| Total IRA Account Value [2] | 2,399.81 | 20,604.51 |
| **Citi Personal Wealth Management Total** | **$2,399.81** | **$20,604.51** |
| **Citigold Private Client Relationship Total** | **$2,399.81** | **$20,606.63** |

Your Citigold Private Client simplified banking Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citgroup Life Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in Citi Personal Wealth Management brokerage account, which is carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc. The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

\* To ensure quality service, calls are randomly monitored and may be recorded.

[1] INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
- **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
- **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
- **Subject to investment risks, including possible loss of the principal amount invested.**

[2] This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

Defendant's anticipated exhibits 398

010/R1/20F00C

**July 1 - July 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

## Messages From Citigold Private Client

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-500-5008(TTY: We accept 711 or other Relay Service).

## Account Fees and Charges[4]

| Account Type | Account | Monthly Service Fee | Rebate of Surcharges from Non- Citi ATM Transactions | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Regular Checking | ▇ | None | None | N/A | No Fee - CPC Waiver |
| Regular Checking | ▇ | None | $4.00 | N/A | No Fee - CPC Waiver |
| Total | | None | $4.00 | | |

**Fees.** When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

## Checking

**Regular Checking** ▇

| Checking Activity | | | | |
|---|---|---|---|---|
| Date | Description | Amount Subtracted | Amount Added | Balance |
| 07/01/24 | Opening Balance | | | 14,585.20 |
| 07/24/24 | ACH Electronic Credit  xxSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 19,302.20 |
| 07/31/24 | Closing Balance | | | 19,302.20 |

Defendant's anticipated exh

010/R1/20F00C

Docusign Envelope ID: C3394853-3014-48FB-8BD3-DBACED6F07BC

010/R1/20/F00C

**Checking** | Continued

**July 1 - July 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account 1

**Checking Activity**

### Regular Checking

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 07/01/24 | Opening Balance | | | 19,610.40 |
| 07/01/24 | Incoming Wire Transfer  WIRE FROM GIULIANI COMMUNICATIONS LLC | | 55,000.00 | 74,610.40 |
| 07/01/24 | Mobile Purchase Sign Based 06/27 03:31p #1472  Prime Video Channels   amzn.com/bill WA 24180 | 7.92 | | 74,602.48 |
| 07/01/24 | Debit Card Purchase 06/26 03:19p #1472  LENSCRAFTERS 0271   MANCHESTER  NH 24180  Medical Services | 15.98 | | 74,586.50 |
| 07/01/24 | Debit Card Purchase 06/27 01:24p #1472  CIRCLE K 07258   HOOKSETT  NH 24180  Autos (rental, service, gas) | 45.00 | | 74,541.50 |
| 07/01/24 | Debit Card Purchase 06/27 02:40p #1472  IHOP #3328   BEDFORD  NH 24180  Restaurant/Bar | 60.25 | | 74,481.25 |
| 07/01/24 | Debit Card Purchase 06/28 03:26a #1472  KONSCIOUS.US EMMA   MATAWAN  NJ 24180  Food & Beverages | 147.00 | | 74,334.25 |
| 07/01/24 | Debit Card Purchase 06/28 03:36a #1472  KONSCIOUS.US EMMA   MATAWAN  NJ 24180  Food & Beverages | 234.00 | | 74,100.25 |
| 07/01/24 | Debit Card Purchase 06/28 03:36a #1472  KONSCIOUS.US EMMA   MATAWAN  NJ 24180  Food & Beverages | 261.00 | | 73,839.25 |
| 07/02/24 | Debit Card Purchase 06/30 11:29a #1472  APPLE.COMBILL   CUPERTINO  CA 24183  Specialty Retail stores | 1.62 | | 73,837.63 |
| 07/02/24 | Mobile Purchase Sign Based 06/29 10:15p #1472  Prime Video Channels   amzn.com/bill WA 24182 | 5.65 | | 73,831.98 |
| 07/02/24 | Debit Card Purchase 06/30 05:03a #1472  APPLE.COMBILL   866-712-7753  CA 24183 | 10.88 | | 73,821.10 |
| 07/02/24 | Mobile Purchase Sign Based 06/30 03:58p #1472  Prime Video Channels   amzn.com/bill WA 24183 | 11.31 | | 73,809.79 |
| 07/03/24 | Debit Card Purchase 07/01 12:11p #1472  APPLE.COMBILL   866-712-7753  CA 24184 | 31.56 | | 73,778.23 |
| 07/08/24 | Debit Card Purchase 07/04 12:08p #1472  APPLE.COMBILL   866-712-7753  CA 24184  Kindle Svcs*R71F40OC2 888-802-3080 WA 24187 | 16.99 | | 73,761.24 |
| 07/08/24 | Mobile Purchase Sign Based 07/03 04:34a #1472  AMAZON MAR*11-031T60 SEATTLE    WA 24186  Specialty Retail stores | 35.69 | | 73,725.55 |
| 07/10/24 | Debit Card Purchase 07/08 04:18a #1472  APPLE.COMBILL   866-712-7753  CA 24191 | 9.99 | | 73,715.56 |
| 07/11/24 | Mobile Purchase Sign Based 07/09 11:48a #1472  Amazon.com*RY2JK32YT  Amzn.com/bill WA 24192 | 18.49 | | 73,697.07 |
| 07/12/24 | Mobile Purchase Sign Based 07/10 11:58p #1472  Prime Video Channels   amzn.com/bill WA 24193 | 8.99 | | 73,688.08 |
| 07/12/24 | Debit Card Purchase 07/10 12:26p #1472  APPLE.COMBILL   866-712-7753  CA 24193 | 9.99 | | 73,678.09 |
| 07/12/24 | Mobile Purchase Sign Based 07/10 11:50a #1472  AMAZON RET*11-342369 SEATTLE    WA 24193  Retail stores | 18.49 | | 73,659.60 |
| 07/12/24 | Check # 2257 | 14,825.25 | | 58,834.35 |
| 07/15/24 | Outgoing Domestic Wire Transfer ONLINE 7648566177724249 0715[1] | 25,000.00 | | 33,834.35 |
| 07/15/24 | Debit Card Purchase 07/11 12:20p #1472  APPLE.COMBILL   866-712-7753  CA 24194 | 8.99 | | 33,825.36 |

Defendant's anticipated exhibits 400

Docusign Envelope ID: C3394853-3014-48FB-8BD3-DBACED6F07BC

010/R1/20F00C

**July 1 - July 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

Page 4 of 10

## Checking — Continued

### Checking Activity Continued

**Regular Checking 6**

| Date | Description | | Amount Subtracted | Amount Added | Balance |
|------|-------------|--|-------------------|--------------|---------|
| 07/15/24 | Debit Card Purchase 07/11 05:36a #1472    APPLE.COM/BILL          866-712-7753  CA 24194 | | 12.50 | | 33,812.86 |
| 07/15/24 | Mobile Purchase Sign Based 07/10 09:55a #1472<br>AMAZON MKTPL*RY5X8620 Amzn.com/bill WA 24194<br>Specialty Retail stores | | 136.99 | | 33,675.87 |
| 07/15/24 | Cash Withdrawal 07/14 11:13a #1472   Non Citi ATM PAI ISO          MILWAUKEE    WIUS051 | | 204.00 | | 33,471.87 |
| 07/16/24 | Mobile Purchase Sign Based 07/14 10:20a #1472   UBER  TRIP          8005928996   CA 24197<br>Misc Transportation | | 8.60 | | 33,463.27 |
| 07/16/24 | Debit Card Purchase 07/12 09:47p #1472   Audible*RY7K53U20         8882835051   NJ 24195<br>Misc Mail & Phone orders | | 14.95 | | 33,448.32 |
| 07/16/24 | Debit Card Purchase 07/13 02:42p #1472   BUDGET GAS WEBSTER         MANCHESTER   NH 24196<br>Autos (rental, service, gas) | | 36.13 | | 33,412.19 |
| 07/16/24 | Mobile Purchase Sign Based 07/14 10:39a #1472   UBER  TRIP          8005928996   CA 24197<br>Misc Transportation | | 50.70 | | 33,361.49 |
| 07/16/24 | Mobile Purchase Sign Based 07/14 06:17a #1472   UBER  TRIP          8005928996   CA 24197<br>Misc Transportation | | 80.46 | | 33,281.03 |
| 07/16/24 | Debit Card Purchase 07/14 04:39p #1472   IN*SKYLINE SOLUTIONS  917-7313543 NY 24197<br>Misc Transportation | | 2,400.00 | | 30,881.03 |
| 07/17/24 | Debit Card Purchase 07/14 04:10p #1472   TST* AMBASSADOR HOTEL Milwaukee    WI 24198<br>Restaurant/Bar | | 20.42 | | 30,860.61 |
| 07/17/24 | Mobile Purchase Sign Based 07/15 08:06p #1472<br>Amazon.com*RS5JR1PE0 Amzn.com/bill WA 24198<br>Specialty Retail stores | | 32.54 | | 30,828.07 |
| 07/17/24 | Debit Card Purchase 07/15 07:49a #1472   COMCAST/XFINITY         800-266-2278  FL 24198<br>Phones, Cable & Utilities | | 75.00 | | 30,753.07 |
| 07/18/24 | Debit Card Purchase 07/14 03:16p #1472   APPLE.COM/BILL          866-712-7753  CA 24199 | | 12.50 | | 30,740.57 |
| 07/18/24 | Mobile Purchase Sign Based 07/16 01:31a #1472   UBER  TRIP          8005928996   CA 24199<br>Misc Transportation | | 66.01 | | 30,674.56 |
| 07/18/24 | Debit Card Purchase 07/15 01:45p #1472   MERIT CLEANERS          NEW YORK     NY 24199<br>Misc Personal Services | | 803.00 | | 29,871.56 |
| 07/19/24 | Debit Card Purchase 07/16 10:59p #1472   TST* AMBASSADOR HOTEL Milwaukee    WI 24200<br>Restaurant/Bar | | 62.41 | | 29,809.15 |
| 07/19/24 | Debit Card Purchase 07/16 10:19a #1472   TST* AMBASSADOR HOTEL Milwaukee    WI 24200<br>Restaurant/Bar | | 70.60 | | 29,738.55 |
| 07/22/24 | Mobile Purchase Sign Based 07/18 02:33a #1472   UBER  TRIP          8005928996   CA 24201<br>Misc Transportation | | 9.90 | | 29,728.65 |
| 07/22/24 | Mobile Purchase Sign Based 07/18 04:23a #1472   UBER  TRIP          8005928996   CA 24201<br>Misc Transportation | | 16.89 | | 29,711.76 |
| 07/23/24 | Mobile Purchase Sign Based 07/19 04:24a #1472   UBER  TRIP          8005928996   CA 24202<br>Misc Transportation | | 1.00 | | 29,710.76 |
| 07/23/24 | Mobile Purchase Sign Based 07/20 07:30p #1472   UBER  TRIP          8005928996   CA 24203<br>Misc Transportation | | 7.28 | | 29,703.48 |
| 07/23/24 | Debit Card Purchase 07/20 12:17p #1472   TST* ESS-A-BAGEL - 3RD NEW YORK     NY 24203<br>Restaurant/Bar | | 11.51 | | 29,691.97 |

Defendant's anticipated exhibits 401

010/R1/20/F00C

**July 1 - July 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

## Checking

Continued

### Checking Activity Continued

**Regular Checking**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 07/18/24 | Debit Card Purchase 07/18 11:11a #1472  APPLE.COM/BILL   866-712-7753  CA 24202 | 18.49 | | 29,673.48 |
| 07/23/24 | Mobile Purchase Sign Based 07/20 08:01a #1472 AMZN Mktp US*HJ0Q43W2 Amzn.com/bill WA 24203 Specialty Retail stores | 18.52 | | 29,654.96 |
| 07/23/24 | Mobile Purchase Sign Based 07/21 09:14a #1472 AMAZON MKTPL*RJ0OY90E2 Amzn.com/bill WA 24204 Specialty Retail stores | 62.98 | | 29,591.98 |
| 07/23/24 | Debit Card Purchase 07/18 09:01a #1472 TST* AMBASSADOR HOTEL Milwaukee WI 24202 Restaurant/Bar | 71.97 | | 29,520.01 |
| 07/23/24 | Mobile Purchase Sign Based 07/20 08:19p #1472 AMAZON MKTPL*RJ3EIJ6321 Amzn.com/bill WA 24204 Specialty Retail stores | 104.36 | | 29,415.65 |
| 07/23/24 | Debit Card Purchase 07/19 04:20p #1472  HARLEY MUSEUM    MILWAUKEE   WI 24203 Restaurant/Bar | 143.49 | | 29,272.16 |
| 07/23/24 | Debit Card Purchase 07/20 02:18p #1472  METRO INTEGRATIVE PHAR NEW YORK   NY 24203 Food & Beverages | 213.13 | | 29,059.03 |
| 07/23/24 | Mobile Purchase Sign Based 07/21 08:47a #1472  ATT* BILL PAYMENT   DALLAS   TX 24204 Phones, Cable & Utilities | 228.99 | | 28,830.04 |
| 07/24/24 | ACH Electronic Debit  VERIZON   PAYMENTREC | 268.03 | | 28,562.01 |
| 07/24/24 | Mobile Purchase Sign Based 07/22 12:15p #1472 Kindle Unltd*RJ1Y97BO 888-802-3080 WA 24205 | 11.99 | | 28,550.02 |
| 07/24/24 | Mobile Purchase Sign Based 07/22 11:16a #1472 AMAZON MKTPL*RJ0LY4B82 Amzn.com/bill WA 24205 Specialty Retail stores | 116.36 | | 28,433.66 |
| 07/24/24 | Debit Card Purchase 07/22 10:47a #1472  NATIONAL PASSPORT   PORTSMOUTH   NH 24205 Specialty Retail stores | 220.00 | | 28,213.66 |
| 07/24/24 | Mobile Purchase Sign Based 07/21 02:13p #1472 Amazon.com*RJ8VQ8GW2 Amzn.com/bill WA 24205 Food & Beverages | 293.82 | | 27,919.84 |
| 07/25/24 | ACH Electronic Debit  AT&T Services   PAYMENTS  0000002261 | 0.54 | | 27,919.30 |
| 07/25/24 | ACH Electronic Debit  ConEd of NY   CHECK PYMT 0000002258 | 708.20 | | 27,211.10 |
| 07/25/24 | Mobile Purchase Sign Based 07/23 05:03p #1472  Prime Video Channels  amzn.com/bill WA 24206 | 7.99 | | 27,203.11 |
| 07/25/24 | Mobile Purchase Sign Based 07/23 10:33a #1472 Amazon Tips*RJ1BK122P Amzn.com/bill WA 24206 | 10.00 | | 27,193.11 |
| 07/25/24 | Debit Card Purchase 07/22 12:17p #1472  CUMBERLAND FARMS 5408 MANCHESTER   NH 24206 Autos (rental, service, gas) | 56.69 | | 27,136.42 |
| 07/25/24 | Mobile Purchase Sign Based 07/23 11:57a #1472 AMAZON MKTPL*RJ0H227D0 Amzn.com/bill WA 24206 Specialty Retail stores | 100.90 | | 27,035.52 |
| 07/25/24 | Mobile Purchase Sign Based 07/23 11:34a #1472 AMAZON MKTPL*RJ31F2SB2 Amzn.com/bill WA 24206 Specialty Retail stores | 164.90 | | 26,870.62 |

Defendant's anticipated exhibits 402

Docusign Envelope ID: C3394853-301A-48FB-8BD3-DBACED6F07BC

## Checking Continued

### Checking Activity Continued

**Regular Checking**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 07/25/24 | Mobile Purchase Sign Based 07/22 11:36p #1472<br>AMAZON MKTPL*RJ4KS89H0 Amzn.com/bill WA 24206<br>Specialty Retail stores | 266.39 | | 26,604.23 |
| 07/25/24 | Check # 2259 | 15.00 | | 26,589.23 |
| 07/26/24 | Debit Card Purchase 07/24 11:38a #1472   Peacock FA16A Premium New York      NY 24207<br>Phones, Cable & Utilities | 7.99 | | 26,581.24 |
| 07/26/24 | Mobile Purchase Sign Based 07/24 08:59p #1472   UBER   EATS      8005928996   CA 24207<br>Food & Beverages | 32.25 | | 26,548.99 |
| 07/26/24 | Debit Card Purchase 07/24 07:27a #1472   APPLE.COMBILL       866-712-7753  CA 24207 | 41.89 | | 26,507.10 |
| 07/26/24 | Mobile Purchase Sign Based 07/24 08:37p #1472   UBER   EATS      8005928996   CA 24207<br>Restaurant/Bar | 63.76 | | 26,443.34 |
| 07/29/24 | Debit Card Purchase 07/25 05:07p #1472<br>HEAVEN'S NORTH END MAR MANCHESTER   NH 24208<br>Autos (rental, service, gas) | 49.04 | | 26,394.30 |
| 07/29/24 | Check # 2262 | 356.00 | | 26,038.30 |
| 07/30/24 | Debit Card Purchase Return 07/28 #1472   AMAZON MKTPLACE PMTS   Amzn.com/bill WA 24211<br>Specialty Retail stores | | 23.99 | 26,062.29 |
| 07/30/24 | Debit Card Purchase Return 07/28 #1472   AMAZON MKTPLACE PMTS   Amzn.com/bill WA 24211<br>Specialty Retail stores | | 23.99 | 26,086.28 |
| 07/30/24 | Mobile Purchase Sign Based 07/27 03:00p #1472   Prime Video Channels   amzn.com/bill WA 24210 | 6.99 | | 26,079.29 |
| 07/30/24 | Mobile Purchase Sign Based 07/26 #1472   AMAZON MKTPL*RV1O79AJS2 Amzn.com/bill WA 24209<br>Specialty Retail stores | 23.99 | | 26,055.30 |
| 07/30/24 | Mobile Purchase Sign Based 07/22 10:35p #1472<br>AMAZON MKTPL*RV07N8JV2 Amzn.com/bill WA 24209<br>Specialty Retail stores | 23.99 | | 26,031.31 |
| 07/31/24 | Mobile Purchase Sign Based 07/29 10:49p #1472   Prime Video Channels   amzn.com/bill WA 24212 | 4.99 | | 26,026.32 |
| | **Total Subtracted/Added** | 48,632.06 | 55,047.98 | |
| 07/31/24 | **Closing Balance** | | | 26,026.32 |

*All transaction times and dates reflected are based on Eastern Time.*

*1 This date reflects the actual date your transaction was credited to your account.*

*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

Defendant's anticipated exhibits 403

010/R1120/F00C

010/R1120F00C

## Retirement Accounts

This reports your retirement account balances and activity from July 1 through July 31, 2024. Citibank, N.A. is the custodian of your Citibank IRA and the trustee of your Citibank Keogh Plan. Funds invested in your IRA/Keogh FDIC-insured accounts are held as deposits of Citibank, N.A.  Securities transactions in the Citibank Keogh investment account are through Citigroup Global Markets Inc. ("CGMI"), member SIPC. If you maintain IRA/Keogh Plans through Citi Personal Wealth Management, the custodian of your IRA and the trustee of your Keogh Plan is Pershing LLC. Citibank, N.A. and CGMI are affiliated companies under the common control of Citigroup, Inc.

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:

- **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
- **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
- **Subject to investment risks, including possible loss of the principal amount invested.**

**July 1 - July 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

## Important Disclosures

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

### CITIBANK ACCOUNTS

The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The combined monthly statement for all of the individual products reported here may be different from the addressee(s) on the first page.

### CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT

**FDIC Insurance:**
Products reported in CHECKING, SAVINGS and CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.

**APY and Interest Rate:**
For current interest rates and annual percentage yields, please visitCiti.com, or call 1-800-627-3999. For TTY: we accept 711 or other Relay Service.

### CERTIFICATES OF DEPOSIT

**Certificates of Deposit (CD)** information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

### IN CASE OF ERRORS

**In Case of Errors or Questions about Your Electronic Fund Transfers:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (count your account in an error or alternatively, a resend of the transfer in an amount necessary to resolve the error) for those cases where bank error is a factor. We will determine whether an error occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**In Case of Errors or Questions about your other CHECKING or SAVINGS accounts:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following is applicable to transfers to and transfers from International and International Citibank Global Transfers to a recipient located in a foreign country:**
If you write or write to us at the address shown in the Customer Service Information section on your statement as soon as possible.

### IRAs AND KEOGH Plans

Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

### CHECKING PLUS DISCLOSURES

**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments and payments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

**Interest Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid Interest or other finance charges and any payments or credits. This gives us the "daily balance." You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days in the billing cycle (to produce a sum of daily balances), and (2) multiplying each of the average daily balances by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Payments:** Make payments by sending a check or money order to the address noted online via www.citibank.com, or by mail. If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003**

**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement.**
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### CREDIT CARDS

Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement. You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. Advantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.**

Citibank, N.A. Member FDIC

Docusign Envelope ID: C3394853-3014-48FB-8BD3-DBACED6F07BC

**July 1 - July 31, 2024**
**RUDOLPH W. GIULIANI**
**Citigold Private Client Account**

1. Your Combined Average Monthly Balance (CAMB) is the summation of the End of Day Available Now balances for all Eligible Deposit and Investment account(s) (EDI) across a calendar month divided by the number of days in that month. CAMB is based on the calendar month and is not tied to Your Statement Period. Only certain account types qualify as EDI accounts and you must be the owner (or beneficial owner) of an EDI account for it to contribute toward your CAMB. All of the EDI accounts contributing to your CAMB may not appear on this Account Statement. Some accounts that appear on this Account Statement are not EDI accounts. Please call us to learn which EDI accounts you own that contribute to your CAMB.

   Eligible Family Members who live at the same address can choose to link their EDI accounts creating a Family CAMB range. Please see definition of Eligible Family Members in the Family Link section of the Client Manual Agreement. Retirement accounts have different rules for Family Linking than other EDI accounts. You may invite or be invited by Eligible Family Members (Members) to Family Linking. Starting in the first month existing deposit customers who are Eligible Family Members ("Members") successfully join or create a Family Link, their family CAMB will include EDI accounts they own along with EDI accounts owned by Members. If you were converted to a Legacy Relationship along with owners of accounts in your Package(s) pursuant to separate notice which provided the Effective Date of that conversion, similar to Family Linking the CAMB for Members in a Legacy Relationships will include all EDI accounts they own along with EDI accounts owned by Members. Your family or legacy relationship CAMB may be higher than your individual CAMB, entitling you to join a Relationship Tier or different Relationship Tier. If you no longer want to be a member of Family Linking or a Legacy Relationship or no longer qualify for Family Linking or Legacy Relationships, speak to a banker on the phone or in a branch. Please see the Client Manual Agreement for more information on Family Links and Legacy Relationships.

2. Your Relationship Tier status will determine your Annual Percentage Yield for Citi Savings accounts (but not other Savings accounts) and may impact your eligibility for Monthly Service Fee and Non-Citi ATM waivers, along with other fees, features and benefits. Customers who did not own a Citibank checking, savings, CD, IRA, or investment account (investment accounts are offered through CGMI) in the 30 calendar days prior to opening their new EDI account ("New to Relationship" customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening, but it takes three months of sustained Balance Ranges for an Up-Tiering or Re-Tiering Out change. Unless a Tier exception applies, customers are Re-Tiered automatically on the first calendar day of the month. Through Re-Tiering, if an existing customer CAMB range meets the minimum Balance Range required for a higher Relationship Tier for three consecutive calendar months, they will automatically be Up-Tiered. If an existing customer wants to maintain their Relationship Tier, they need to make sure their CAMB does not drop below their Relationship Tier's minimum Balance Range for three consecutive calendar months.

   You may be able to join Relationship Tiers faster and maintain Relationship Tiers by enrolling in Tier Acceleration. For three months after enrollment, Citi will review your "End of Day" balances on the last Business Day of the month across all EDI accounts you own ("EOD Balance"). Your EOD Balance is your Available Now Balance across eligible deposit and investment accounts at 10:30 p.m. EST. If your EOD balance meets the Balance Range for the same or a higher Relationship Tier on one or more eligible months, you will join that Relationship Tier on the first day of the next calendar month.

   Your individual Account Statement will show both your current monthly Relationship Tier and up to 3 months of CAMB and Relationship Tier history.

   *Important: When customers own accounts as Joint Owners, the Relationship Tier associated with their account will be determined by the highest Relationship Tier among joint owners. The CAMB shown on a joint Account Statement will show the highest CAMB range among account owners.*

   *Important: On statements, Joint Account owners will see the highest balance range of CAMB and highest Relationship Tier among Joint Account owners. Family Relationship members will see the Family CAMB range. Members in a Legacy Relationship will see the Legacy Relationship CAMB range. As a result, Joint Account owners, Family Linking members, and Members of Legacy Relationships may be able to deduce approximate balances of other owners and members. When deciding to open a Joint Account, join a Family Linking, or remain in Legacy Relationships, customers should evaluate their privacy needs, along with their need for rate and fee advantages.*

3. **CAMB Balance Range Chart**

| | Citi Priority | Citigold | Citigold Private Client |
|---|---|---|---|
| **To attain Relationship Tier** | $30,000-199,999.99 | $200,000-999,999.99 | $1,000,000 or more |
| **To remain in Relationship Tier** | $30,000-199,999.99 | $180,000-999,999.99 | $800,000 or more |

Defendant's anticipated exhibits 406

**July 1 - July 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

4.  Citibank generally charges fees for its products and services. Deposit accounts are subject to service, transaction or other fees not covered by the Monthly Service Fee. For a complete list of applicable fees and to learn the impact of Relationship Tiers on those fees, please visit the Fee Schedule of the Client Manual Agreement. Please also carefully review any fee disclosures provided at the time of a transaction or when a service is provided, such as when you open a Safe Deposit Box or order checks.

## Account Fees and Waiver Eligibility

| Description | Account Fees | | Monthly Service Fee and Non-Citi ATM Fee Waived in months where the following situations apply | | |
| --- | --- | --- | --- | --- | --- |
| | Monthly Service Fee | Non-Citi ATM Fee | Activity | Citigold Private Client, Citigold or Citi Priority Relationship Tiers | Month of account opening and for the first 3 full calendar months after account opening. |
| Regular Checking | $15 | $2.50 | Enhanced Direct Deposit of $250 or more | Yes | Yes |
| Access Checking | $5 | $2.50 | Enhanced Direct Deposit of $250 or more Important: Non-Citi ATM fee is non-waivable | Yes | Yes |
| Citi Savings | $4.50 | $2.50 | Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Accelerate Savings | $4.50 | $2.50 | Average Monthly Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Miles Ahead | $0 | $0 | N/A | N/A | N/A |
| COMMA Savings accounts | $0 | $0 | N/A | N/A | N/A |

* An Enhanced Direct Deposit is an electronic deposit through the Automated Clearing House ("ACH") Network of payroll, pension, social security, government benefits and other payments to your checking account totaling at least $250 or more in a calendar month. An Enhanced Direct Deposit also includes all deposits via Zelle and other P2P payments when made via ACH using providers such as Venmo or PayPal. Teller deposits, cash deposits, check deposits, wire transfers, transfers between Citibank accounts, ATM transfers and deposits, mobile check deposits, and P2P payments using a debit card do not qualify as an Enhanced Direct Deposit.