```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

RUBY FREEMAN and WANDREA' MOSS,

                Plaintiffs,

  -v-

RUDOLPH W. GIULIANI,

                Defendant,

  -and-

ANDREW H. GIULIANI,

                Intervenor-Defendant.

-------------------------------------------------------------------- X

RUBY FREEMAN and WANDREA' MOSS,

                Plaintiffs,

  -v-

RUDOLPH W. GIULIANI,

                Defendant.

-------------------------------------------------------------------- X

24-mc-00353 (LJL)

24-cv-06563 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Defendant Rudolph W. Giuliani ("Defendant") filed his witness list for the trial set for January 16, 2025, at 24-mc-00353, Dkt. 193; 24-cv-06563, Dkt. No. 157. The list was filed under seal in both dockets. The Court has neither directed nor permitted this list to be filed under seal.

The Clerk of Court is respectfully directed to unseal the documents at 24-mc-00353, Dkt. 193; 24-cv-06563, Dkt. No. 157.

Dated: December 27, 2024
      New York, New York

                                    LEWIS J. LIMAN
                             United States District Judge