# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>            Plaintiffs,<br><br>    v.<br><br>RUDOLPH W. GIULIANI,<br><br>            Defendant. | No. 24-mc-00353-LJL<br><br>**OATH OF RECEIVER** |

STATE OF GEORGIA

COUNTY OF COBB          ss.

Ruby Freeman, the receiver appointed herein by Order of the Honorable Lewis J. Liman, entered in the above entitled action on October 22, 2024, being duly sworn, deposes and says pursuant to N.Y. C.P.L.R. section 6402, that she will faithfully and fairly discharge the trust committed to her, according to the best of her ability.

*/s/ Ruby Freeman*
Ruby Freeman
Receiver

This certificate pertains to a 2 page document dealing with/entitled Oath of Receiver and signed on 10/25/24.

## Jurat Certificate (Verification on Oath or Affirmation)

State of Georgia
County of Fulton

Signed and sworn to (or affirmed) before me on 10-25-24
Date

by Ruby Freeman,
Printed name of individual making statement

who is

✓ personally known or

____ proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Kamara_
(signature of notary public)

Notary Public, State of Georgia
My commission expires: _____

Stamp/Seal

[Seal: DAWN KAMARA, NOTARY PUBLIC, EXPIRES 09-13-2025, GEORGIA, FULTON COUNTY]

2