# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBY FREEMAN and WANDREA' MOSS,

        Plaintiffs,

v.

RUDOLPH W. GIULIANI,

        Defendant.

No. 24-mc-00353-LJL

**OATH OF RECEIVER**

STATE OF GEORGIA      )
                              ss.
COUNTY OF DEKALB  )

Wandrea ArShaye "Shaye" Moss, the receiver appointed herein by Order of the Honorable Lewis J. Liman, entered in the above entitled action on October 22, 2024, being duly sworn, deposes and says pursuant to N.Y. C.P.L.R. section 6402, that she will faithfully and fairly discharge the trust committed to her, according to the best of her ability.

*/s/ Wandrea' ArShaye Moss*
Wandrea' ArShaye Moss
Receiver


This certificate pertains to a __2__ page document dealing with/entitled __Oath of Reciever__ and signed on __10/25/2024__.

## Jurat Certificate (Verification on Oath or Affirmation)

State of Georgia
County of __Fulton__

Signed and sworn to (or affirmed) before me on __10/25/24__
                                                  Date

by __Wandrea Moss__,
   Printed name of individual making statement

who is

__✓__ personally known or

_____ proved to me on the basis of satisfactory evidence to be the person who appeared before me.

__D Kamara__
(signature of notary public)

Notary Public, State of Georgia            Stamp/Seal
My commission expires: _____

[Seal: DAWN KAMARA, NOTARY PUBLIC, GEORGIA, FULTON COUNTY, EXPIRES 09-13-2025]

2