# EXHIBIT 4

Page 1

1                UNITED STATES DISTRICT COURT

                 SOUTHERN DISTRICT OF NEW YORK

2

                        CASE NO.:  24-cv-6563 (LJL)

3

     RUBY FREEMAN and WANDREA' MOSS,

4

          Plaintiffs,

5

     -vs-

6

     RUDOLPH W. GIULIANI,

7

          Defendant.

8     _____/

9

10                        West Palm Beach Marriott

                          1001 Okeechobee Blvd

11                        West Palm Beach, FL 33401

12

                          DATE:  Thursday, December 26, 2024

13                        TIME:  4:06 p.m. - 5:42 p.m.

14

15

16          VIDEO DEPOSITION OF MONSIGNOR ALAN PLACA

17

18

19

20

21

22          Taken on behalf of the PLAINTIFFS before

23     Jennifer L. Bush, RPR, Notary Public in and for the State

24     of Florida at Large, pursuant to Notice of Taking

25     Deposition in the above cause.

Page 2

```
 1                A P P E A R A N C E S
 2     APPEARING ON BEHALF OF THE PLAINTIFFS:
 3
                   Meryl C. Governski, Esquire
 4                 Joanna Lamberta, Esquire
                   Aaron Nathan, Esquire
 5                 Willkie Farr & Gallagher LLP
                   1875 K Street, NW
 6                 Washington, DC 20006
                   202-303-1000
 7                 Mgovernski@willkie.com
 8
 9     APPEARING ON BEHALF OF THE DEFENDANTS:
10
                   Joseph M. Cammarata, Esquire
11                 Cammarata & DeMeyer PC
                   456 Arlene Street
12                 Staten Island, NY 10314
                   718-447-0020
13                 Joe@cdlawpc.com
14     Also Present:
15                 Chris Gendron, Videographer
16
17
18
19
20
21
22
23
24
25
```

Page 3

1                        INDEX OF PROCEEDINGS

2

3    VIDEO DEPOSITION OF MONSIGNOR ALAN PLACA

4    DIRECT EXAMINATION BY MS. GOVERNSKI:              5

5

6    CERTIFICATE OF NOTARY PUBLIC                     92
     ERRATA SHEET                                     95
7    CERTIFICATE OF OATH OF WITNESS                   96
     CERTIFICATE OF REPORTER                          95
8    READ LETTER                                      94

9

10

11                        PLACA EXHIBITS

12    Number            Description              Page
13   Exhibit 1   Defendant's Second Amended       55
                 Disclosures
14   Exhibit 2   Witness List                     55
     Exhibit 3   Plaintiffs' Notice of Deposition of   62
15               Monsignor Alan Placa
     Exhibit 4   LinkedIn Profile                 68
16   Exhibit 5   BishopAccountability.org Article  76
     Exhibit 6   ABC News Article 10/23/07        82
17   Exhibit 7   Federal Election Commission      86
                 Individual Contributions
18   Exhibit 8   Federal Election Commission      86
                 Individual Contributions

19

20

21

22

23

24

25

                                          Page 4

1              THE VIDEOGRAPHER:  Good afternoon.  We're

2      going on the record at 4:06 p.m. on December 26,

3      2024.  Please note the microphones are sensitive

4      and may pick up whispering and private

5      conversations.  Please mute your phones at this

6      time.  Audio and video recording will continue to

7      take place unless all parties agree to go off the

8      record.

9              This is Media Unit 1 of the video-recorded

10     deposition of Alan Placa taken in the matter of

11     Ruby Freeman, et al. versus Rudolph W. Giuliani

12     taken -- the location of the deposition is West

13     Palm Beach Marriott, 1001 Okeechobee Boulevard,

14     West Palm Beach Florida.

15             My name is Chris Gendron.  I'm the

16     videographer.  The court reporter is Jennifer Bush

17     from the firm Veritext Legal Solutions.

18             Will counsel please introduce themselves

19     and state whom they represent, after which the

20     court reporter will please swear in the witness.

21             MS. GOVERNSKI:  Meryl Governski, Willkie

22     Farr & Gallagher, on behalf of plaintiffs.

23             MS. LAMBERTA:  Joanne Lamberta, Willkie

24     Farr & Gallagher, on behalf of plaintiffs.

25             MR. NATHAN:  Aaron Nathan, Willkie Farr &

```
                                              Page 5
 1          Gallagher, on behalf of plaintiffs.
 2                  MR. CAMMARATA:  Joseph Cammarata on behalf
 3          of Rudolph W. Giuliani.
 4    WHEREUPON,
 5                      MONSIGNOR ALAN PLACA,
 6    called as a witness on behalf of the PLAINTIFFS, after
 7    having been first duly sworn, was examined and testified
 8    as follows:
 9                  THE WITNESS:  I do so swear.
10                      DIRECT EXAMINATION
11    BY MS. GOVERNSKI:
12          Q.    Sir, will you please state your full name
13    for the record?
14          A.    Sure, it's Alan, A-L-A-N, Placa, P-L-A-C-A.
15          Q.    And if I refer to you as Monsignor Placa,
16    is that --
17          A.    That's just fine.
18          Q.    Okay.  Thank you.  Monsignor Placa, you are
19    here without a lawyer; is that accurate?
20          A.    That's correct.
21          Q.    Do you have a lawyer who's representing you
22    in this matter?
23          A.    I don't.
24          Q.    Mr. Cammarata is present.  You understand
25    that he is here as the legal representative for the
```

```
                                              Page 6
 1      defendant Rudolph W. Giuliani in this case?
 2              A.    I understand that.
 3              Q.    And Mr. Cammarata does not represent you?
 4              A.    Yes.
 5              Q.    Have you spoken with Mr. Cammarata before
 6      today?
 7              A.    No.
 8              Q.    Have you had any conversations with him
 9      before today?
10              A.    No, nothing.
11              Q.    When we sat down, you had referenced some
12      sort of a note from Mr. Cammarata.  Did he send you a
13      note before you arrived here today?
14              A.    I think I had an email saying that he would
15      be here, yeah.
16              Q.    And what did he tell you in that email?
17              A.    Just that he'd be here.
18              Q.    Okay.  Any other conversations with
19      Mr. Cammarata?
20              A.    No.
21              Q.    Monsignor Placa, have you been deposed
22      before?
23              A.    I'm an attorney, so yes, I've gone through
24      this several times.
25              Q.    Have you been the deponent before?
```

```
                                          Page 7
 1            A.    Yes, I have.
 2            Q.    Okay.  About how many times?
 3            A.    I would guess five.
 4            Q.    Okay.  And you understand that you are
 5     under oath today?
 6            A.    I do.
 7            Q.    Okay.  And you understand that the
 8     testimony that you give today carries the same weight as
 9     testimony before a judge or a jury?
10            A.    I understand.
11            Q.    Is there any reason why you may not be able
12     to give your full and accurate testimony today?
13            A.    No, none.
14            Q.    Is there any reason why your memory might
15     be less sharp than usual today?
16            A.    Not unusual, no.
17            Q.    Do you have any physical or mental
18     conditions that would prevent you from giving fair and
19     accurate testimony today?
20            A.    No.
21            Q.    As you know, everything we say is being
22     transcribed by a court reporter.  For the court
23     reporter's benefit, please answer my questions verbally.
24     Rather than shaking a head, say yes or no.
25            A.    I will.
```

Page 8

1              Q.    Also, let's try not to speak over each

2      other for the court reporter's ease of her ability to do

3      her job.  Is that okay?

4              A.    Sounds good.

5              Q.    If at any time you need a break, you need

6      water, you need to use the restroom, please just let me

7      know.  Throughout the deposition, Mr. Cammarata may

8      object to certain of my questions.  Unless he objects on

9      the basis of privilege, you understand that you --

10     actually, unless he objects on the basis of his client's

11     privilege, you understand that you would have to answer?

12             A.    I do.

13             Q.    Okay.  Monsignor Placa, how did you prepare

14     for this deposition?

15             A.    I didn't.

16             Q.    Did you review any documents to prepare for

17     this deposition?

18             A.    I did not.  I have no documents to review.

19             Q.    Did you get any videos to refresh your

20     recollection?

21             A.    No.

22             Q.    Did you take any notes in preparing for

23     your deposition today?

24             A.    No.

25             Q.    Did you discuss the deposition with anyone

Page 9

```
1     in advance?
2              A.    No.
3              Q.    The first you heard of this deposition is
4     when Mr. Cammarata sent you that note saying he would be
5     here?
6              A.    That is correct.
7              Q.    You did not have any conversations with
8     Mr. Giuliani about this deposition?
9              A.    No.
10             Q.    How often do you speak with Mr. Giuliani?
11             A.    Several times a week.
12             Q.    How do you speak?
13             A.    On the phone usually.  If he's here in Palm
14    Beach, then I often visit his apartment.
15             Q.    And so you -- you speak over -- via cell
16    phone?
17             A.    Yes.
18             Q.    Okay.  And you call him?
19             A.    Sometimes.  And he calls me sometimes.
20             Q.    What -- do you happen to know his phone
21    number that you use to call him?
22             A.    I don't.
23             Q.    You just use the --
24             A.    I don't know anyone's phone number.
25             Q.    I understand.  You're in good company.
```

```
                                              Page 10
 1              So you just use whatever number is your

 2     phone?

 3          A.    That's exactly right.

 4          Q.    We'll try not to speak over each other for

 5     the court reporter's benefit.

 6              Monsignor Placa, do you text message

 7     Mr. Giuliani?

 8          A.    No.

 9          Q.    Do you email him?

10          A.    Sometimes.

11          Q.    What email address do you email him at?

12          A.    I don't know.

13          Q.    Okay.  What email do you use to communicate

14     with him?

15          A.    My own email is APlaca@aol.com.

16          Q.    An AOL email address.  Do you ever email

17     Mr. Giuliani with any other email addresses?

18          A.    I don't.

19          Q.    And how often would you say you email him

20     as opposed to call him?

21          A.    I would say very rarely.

22          Q.    And when you speak -- you said you speak to

23     him multiple times a week?

24          A.    Usually, yeah.

25          Q.    Okay.  Are those for long conversations at
```

Page 11

1    a time?

2            A.     Very short.

3            Q.     Okay.  What do you usually speak with him

4    about?

5            A.     It's usually to set up an appointment to

6    meet with one another for lunch or for me to go to his

7    apartment.

8            Q.     Okay.  And do you know when Mr. Giuliani

9    will be in West Palm Beach in advance?

10           A.     Oh, yes.

11           Q.     How do you know that?

12           A.     He'll tell me, I'll be down.  Often enough.

13   See, I live with another retired priest who has had two

14   strokes.  So setting things up becomes more complicated

15   because I have to see that he's taken care of in order to

16   leave.

17           Q.     So -- so Mr. Giuliani gives you a heads-up

18   exactly when he'll be in town?

19           A.     Exactly.

20           Q.     And then you can coordinate your outings?

21           A.     That's correct.

22           Q.     And when he is in town, how often do you

23   see him?

24           A.     I would say perhaps twice a month.

25           Q.     Okay.  And usually how far in advance does

Page 12

```
 1      he tell you he's coming into town?
 2              A.    Oh, I do know his schedule.  I mean, I'd
 3      have to look at my emails to see it.  But I do know his
 4      schedule, so I always know when he's in town.
 5              Q.    So you referenced your emails.  How do your
 6      emails help inform what his schedule is?
 7              A.    I -- I make notes on my -- on my phone --
 8      on my -- on the emails on my phone so that I know when
 9      he'll be here and when I had the opportunity to see him.
10              Q.    I understand.  So you have a calender or
11      something --
12              A.    Exactly right.
13              Q.    So -- where you put in when you know he's
14      coming.
15                    And usually he'll call you and say, I'm
16      heading into town on X date, and you'll input that into
17      your calendar?
18              A.    Yes.
19              Q.    Okay.  And you bought a place in Palm Beach
20      in August 2013; is that right?
21              A.    Sounds right.
22              Q.    Okay.  Did you buy it as a vacation home?
23              A.    No, I moved here then.
24              Q.    Okay.
25              A.    Yeah.
```

                                                        Page 13

1            Q.     So when you moved here, you meant that this

2      was your permanent residence?

3            A.     Yes.

4            Q.     Okay.  And -- and what does it mean to you

5      when you say "you moved here," like -- as opposed to when

6      I asked you, "Is it your vacation home," you said, "No, I

7      moved here," what's the difference between those two in

8      your mind?

9            A.     Well, a vacation home, you come back and

10     forth.  I -- I -- when I bought the residence here --

11     actually, let -- let me just be clear about this for

12     myself:

13                  When I first bought my first apartment

14     here, I came down for part of the year.  But once I

15     bought this house, the house where I live now, I've been

16     a permanent residence.

17           Q.     So when you refer to the "first

18     apartment" --

19           A.     Yes.

20           Q.     -- was that what you bought in August 2013

21     or is it the current home that you bought in 2013?

22           A.     No, it was the apartment.

23           Q.     Okay.

24           A.     I've been in this house, I believe, for

25     seven years.

Page 14

```
 1              Q.    Okay.  So seven years would be 20 -- '19 --
 2       '18?
 3              A.    Seven -- well --
 4              Q.    27- -- around 2017.
 5              A.    Well, seven and seven is 14.  Yeah.
 6              Q.    I'm a lawyer; I'm not a mathematician,
 7       obviously.
 8                    Okay.  So when you said that you moved
 9       here, in 2013 did you move here or was it in 2017 that
10       you moved here?
11              A.    I consider my move to be 2017 when I took
12       up permanent residence here.
13              Q.    Okay.  And what -- can you explain a little
14       bit about that difference.
15                    Like, during those five years, what -- what
16       were -- what was your relationship with the -- with Palm
17       Beach between 2013 and when you moved here in 2017?
18                    MR. CAMMARATA:  I'm going to object to the
19              form --
20       BY MS. GOVERNSKI:
21              Q.    Okay.
22                    MR. CAMMARATA: -- of the question.
23       By MS. GOVERNSKI:
24              Q.    You can answer.
25              A.    Those -- those first few years, I
```

Page 15

```
 1     maintained my home in New York and I came here for part
 2     of the year.
 3               Q.    How often did you come here?
 4               A.    I would say I came once a year and stayed
 5     for several months.
 6               Q.    And -- and about when would you come?
 7               A.    When the weather got cold in New York.
 8               Q.    Kind of what they call a "snowbird"?
 9               A.    Exactly.
10               Q.    So like in the winter months --
11               A.    Yes.
12               Q.    -- you would come here for an extended
13     period of time.  Is that right?
14               A.    Yes.
15               Q.    And then in 2017 is when you started to not
16     go back and forth?
17               A.    That's right.
18               Q.    Okay.  And what prompted you to relocate
19     here to Palm Beach in 2017?
20               A.    I liked it.
21               Q.    And Mr. Giuliani at that point had an
22     apartment in Palm Beach, right?
23               A.    He did.
24               Q.    Did that influence your decision to move
25     here?
```

```
                                               Page 16
 1              A.    Yes, and because -- and then I had a friend
 2      nearby.
 3              Q.    And how often -- do you still own homes in
 4      other places?
 5              A.    I don't.
 6              Q.    Okay.  Do you ever leave Palm Beach?
 7              A.    I haven't been out of Palm Beach in seven
 8      years.
 9              Q.    Okay.  And you had mentioned -- oh, when we
10      refer to Mr. Giuliani's condo, will you understand I am
11      referring to the condo he owns on South Lake Drive?
12              A.    Indeed.
13              Q.    You referred to -- you said earlier that
14      you've been to his condo.
15                    Is -- is that the condo you are referring
16      to?
17              A.    Yes, indeed.
18              Q.    Okay.
19              A.    Yes.
20              Q.    So if I refer to "condo," you'll understand
21      that's what I'm talking about.
22              A.    Mm-hmm.
23              Q.    So let's go back to when you -- the years
24      between 2013 and 2017 when you were only here as a
25      snowbird in the -- in the winter months.
```

```
 1                Did you have personal knowledge about how
 2     much -- how often Mr. Giuliani was in Palm Beach during
 3     those years?
 4          A.    If I did, I've forgotten.
 5          Q.    Okay.  So you don't have any personal
 6     knowledge about the period in time before 2017?
 7          A.    Not in my memory, no.
 8          Q.    Okay.  And -- so what is your earliest date
 9     that you can recall -- scratch that.
10                We talked about whether you had personal
11     knowledge of Mr. Giuliani's time in Palm Beach between
12     2013 and 2017 and you said, "not in your memory."
13                So when is the earliest time period when
14     you have personal knowledge about Mr. Giuliani's
15     relationship with Palm Beach?
16                MR. CAMMARATA:  I'm going to object to the
17           form.
18     BY MS. GOVERNSKI:
19          Q.    You can answer.
20          A.    When I moved here myself.
21          Q.    2017?
22          A.    Right.
23          Q.    Okay.  So let's go back to just 2017,
24     around that time.
25                What is your recollection of how
```

Page 18

1    Mr. Giuliani used his Palm Beach condo at that point?

2         A.    My recollection is that he used it quite

3    regularly and I visited him there quite regularly.

4         Q.    What does "quite regularly" mean to you?

5         A.    I would visit him there, I would say,

6    several times a month, three times a month.

7         Q.    Three times a month.

8               During which months?

9         A.    The months when I was here.

10        Q.    But in -- I'm sorry, I thought we were

11   talking about in 2017 when you were here all the time.

12        A.    Oh, yes.  Oh, then I -- if we're talking

13   about that period of time, then I would see him quite

14   regularly, meaning a couple of times a month -- and what

15   was the question?

16        Q.    Let's start -- let's go -- let's go back

17   if -- if -- I think we're confusing dates and I just want

18   to make sure --

19        A.    Okay.

20        Q.    -- we're both on the same page.

21        A.    Uh-huh.

22        Q.    So during the period of time between 2013

23   and 2017, when you were not living here full time --

24        A.    Uh-huh.

25        Q.    -- do you have any personal knowledge about

```
                                                    Page 19
 1      how often Mr. Giuliani was here in Palm Beach?
 2              A.    I have no memory of it.  No.
 3              Q.    You have no memory of that?
 4              A.    Right.
 5              Q.    So when you talked about seeing him when
 6      you were in town, what was that in reference to?  Because
 7      you -- you had said well, when I saw him, "when I was in
 8      town, I would see him."
 9                    But you were in town all the time after
10      2017 --
11              A.    That's correct.
12              Q.    -- so I'm just trying to understand that
13      testimony.
14              A.    What don't you understand?  I'm sorry.
15              Q.    Okay.  So the period before 2017 --
16              A.    Uh-huh.
17              Q.    -- you were here seasonally?
18              A.    Right.
19              Q.    And it's your testimony that you have no
20      recollection about how often Mr. Giuliani was here prior
21      to --
22              A.    I don't --
23              Q.    -- 2017?
24              A.    -- remember.  Right.
25              Q.    Okay.  So I'm going to ask you questions
```

Page 20

1      from 2017 forward which is when you were here all the

2      time, right?

3              A.    Uh-huh.

4              Q.    Okay.  So what is your recollection --

5      let's go back right around 2017, right around when you

6      bought your current residence, okay?

7              A.    Uh-huh.

8              Q.    During that time, those early years, how

9      often would you see Mr. Giuliani in Palm Beach?

10             MR. CAMMARATA:  Objection to the form.

11             THE WITNESS:  I would say I'd see him,

12         perhaps, three times a month.

13     BY MS. GOVERNSKI:

14             Q.    During what months?

15             A.    During what months?

16             Q.    Yeah, so in 2017 when you were living

17     here --

18             A.    Right.

19             Q.    -- year around, would you see him three

20     times a month every month of the year?

21             A.    Yes.

22             Q.    So he -- Mr. Giuliani was in Palm Beach

23     every month of the year --

24             A.    No, no.

25             Q.    -- in 2017?

```
                                                      Page 21
 1            A.    I'm sorry.  No, I'm sorry.  He was not.
 2                  So I would see him and I can't tell you
 3      which months because I don't remember his schedule, but I
 4      would see him -- when he was here, when he was in Palm
 5      Beach, I would see him about three times a month.
 6            Q.    Okay.  What is the best of your
 7      recollection in those 2017 early years about how many
 8      times a year he was here in Palm Beach?
 9            A.    I don't remember.
10            Q.    What about, let's say, 2019, right before
11      COVID.  Do you have any recollection about -- about that
12      year and how often you saw Mr. Giuliani in Palm Beach?
13            A.    Not specifically, no.
14            Q.    Okay.  So you have no recollection about
15      the year 2019 --
16            A.    No.
17            Q.    -- and how often Mr. Giuliani was here?
18            A.    I don't.
19            Q.    Okay.  Over the years, do you recall
20      celebrating Mr. Giuliani's birthday with him?
21            A.    Sure.
22            Q.    His birthday is in May, right?
23            A.    In May.
24            Q.    Okay.  And where did you celebrate his
25      birthday?
```

```
                                                 Page 22
 1              A.      Usually in a restaurant.

 2              Q.      In Palm Beach?

 3              A.      Yes.

 4              Q.      Was he often in Palm Beach on his birthday?

 5              A.      Yes, often.  Not always but often.

 6              Q.      Okay.  Do you have any specific

 7     recollections of any birthday parties in Palm Beach that

 8     you attended?

 9              A.      No, no.

10              Q.      Did you ever travel to New York for any of

11     his birthday parties?

12              A.      No.

13              Q.      Okay.  What about Christmas, would he

14     celebrate Christmas in Palm Beach?

15              A.      When he was here, yes.

16              Q.      Well, so I'm asking.  Would he be here for

17     Christmas, generally?

18              A.      I can't -- I don't remember that.

19              Q.      You don't have any recollection?

20              A.      No.

21              Q.      Could you estimate in your experience

22     between 20- -- let's say 2017 through 2019, which we've

23     talked about; do you have any recollection about how many

24     times Mr. Giuliani was in Palm Beach during that time

25     period?
```

```
                                                    Page 23
 1            A.    No.
 2            Q.    Okay.  What do you do when he -- when he's
 3    here?  You said you see him three times a month.  What do
 4    you do with him?
 5            A.    Sit, talk, smoke cigars and drink single
 6    malt Scotch.
 7            Q.    In his condo for the most part?
 8            A.    Yes, often enough.
 9            Q.    Do you ever do any activities outside of
10    the condo?
11            A.    We go to a restaurant occasionally, but
12    usually we visit at his house.
13            Q.    Okay.  And usually you go to him?
14            A.    Yes, that's right.
15            Q.    Does he ever come to you?
16            A.    He's come to my house once or twice, yeah.
17            Q.    Does he drive to you?
18            A.    I think he has a driver.
19            Q.    Have you ever seen him drive?
20            A.    No.
21            Q.    Do you know if he drives?
22            A.    I don't know that.
23            Q.    Okay.  And over the course of your
24    friendship, has he ever driven?
25            A.    Oh, sure.
```

Page 24

```
 1              Q.    Okay.  But not recently?
 2              A.    I've not seen him drive recently.
 3              Q.    Okay.  What about social clubs, do you ever
 4      go to social clubs with him here in Palm Beach?
 5              A.    No.
 6              Q.    What about church, does he go to church on
 7      -- here on Palm Beach?
 8              A.    Not with me.
 9              Q.    Not with you.
10              A.    He's often come to mass at my house.  We
11      have -- again, I live with another retired priest and we
12      have mass at home and he's often joined us for mass at
13      home.
14              Q.    And when you say "often joined" you, like
15      how -- what does that mean?
16              A.    I mean I don't know how often it is.  It's
17      maybe four or five times in my life that he's had mass
18      with us.
19              Q.    And when, around?  Around when?
20              A.    No recollection of that.
21              Q.    Okay.  Recently?
22              A.    No, not recently, no.
23              Q.    Okay.  When is the -- when is the most
24      recent time you've been at his condo?
25              A.    I'd say in the last three months I've been
```

Page 25

```
 1     there and more than once.
 2              Q.    Okay.  Let's talk about that.
 3              A.    Okay.
 4              Q.    So the last three months, it's December
 5     now.  So let's say September -- well, you tell me.  So
 6     when do you recall being there in the last three months?
 7              A.    Well, I was there -- we're now in December.
 8     I would say I was there in October.  And also in
 9     November.
10              Q.    Okay.  So you were there in October and
11     November.  What about before then?  When is -- when is
12     the last time you were there -- were you there at all
13     earlier this year?
14              A.    Oh, yes.
15              Q.    When else?  Let's talk about 2024.  When
16     else were you at his condo in Florida?
17              A.    I don't recollect any specific dates when
18     you say that, but I certainly was there in October and in
19     November.
20              Q.    Okay.  Can you recall any other dates this
21     year --
22              A.    No.
23              Q.    -- you were there?  What about in 2023, can
24     you recall any times that you were there in 2023?
25              A.    Yes, I mean, I can recall times.  I can't
```

Page 26

1       recall the dates.  I remember times being there.

2              Q.    Okay.  About how many times do you think

3       you were there in 2023?

4              A.    I would say five or six times.

5              Q.    Mr. Giuliani has submitted signed

6       interrogatories saying that he, quote, "used the Palm

7       Beach condo as a vacation home" for the majority of his

8       ownership of it.

9                    Do you have any reason to disagree with

10      that description?

11                   MR. CAMMARATA:  I'm going to object to that

12              question.

13      BY MS. GOVERNSKI:

14              Q.    You can answer.

15              A.    Would you repeat the question?

16                   MR. CAMMARATA:  Actually, do you have the

17              interrogatory?  Rather than quoting it, I'd like

18              to see it and maybe Mr. Placa would.

19                   MS. GOVERNSKI:  That's not a proper

20              objection.  You can state your object- --

21                   MR. CAMMARATA:  Well, you could be

22              paraphrasing.

23                   MS. GOVERNSKI:  Joe, you are not allowed to

24              do speaking objections.

25                   MR. CAMMARATA:  Okay.  I'm going to object

Page 27

```
 1              to that.
 2                   MS. GOVERNSKI:  That's fine.
 3      BY MS. GOVERNSKI:
 4              Q.    Monsignor Placa, I'll repeat it.
 5                   Mr. Giuliani has submitted signed
 6      interrogatories saying that he "used the Palm Beach condo
 7      as a vacation home," end quote, for the majority of his
 8      ownership of it.
 9                   Do you have any reason to disagree with
10      that description?
11              A.    No, the only -- the only hesitancy I have
12      is that I think he's used it much more frequently since
13      it's become his home.  Earlier, he visited it.
14              Q.    Okay.  Well, let's break that apart.  You
15      said, "he's used it much more frequently since it's
16      become his home."  What is your understanding of when
17      it's become his home?
18              A.    I think it became his full-time home, in
19      other words, he didn't have another home, early in 2023.
20              Q.    Early -- around when in 2023?
21              A.    I can't be more specific.  I don't
22      remember.
23              Q.    First half of 2023, second half of 2023?
24              A.    First half.
25              Q.    First half of 2023?
```

```
                                                    Page 28
 1            A.    Yeah.
 2            Q.    Okay.  And you said that that understanding
 3     was based on, you said he used it much more frequently in
 4     the first half of 2023; is that right?
 5            A.    That's correct.
 6            Q.    What is your recollection of how he used it
 7     more frequently beginning in the first half of 2023?
 8            A.    I'm not sure I know what you mean by "how
 9     he used it."
10            Q.    Sure.  So you said that he -- you said --
11     let me read what you said.  You said, "I think he's used
12     it much more frequently since it's become his home."
13            So I'm just asking you what you mean by
14     saying he used it "much more frequently."
15            A.    He lives there.
16            Q.    And so what does that mean to you, that "he
17     lives there"?
18            MR. CAMMARATA:  Objection to the form.
19            THE WITNESS:  He doesn't -- as far as I
20            know, he doesn't have another home.
21     BY MS. GOVERNSKI:
22            Q.    So I'm just trying to understand your
23     testimony.  So is it your testimony that beginning in the
24     first half of 2023, Mr. Giuliani lived in his Palm Beach
25     condo as his only home?
```

Page 29

```
 1            A.    That's my understanding, right.
 2            Q.    Okay.  And what is that understanding based
 3      on?
 4            A.    On my knowledge of him, my conversations
 5      with him, my visiting him.
 6            Q.    Okay.  Tell me about your conversations
 7      with him about -- beginning in early 2023 about his use
 8      of his Palm Beach condo?
 9                  MR. CAMMARATA:  Objection to the form.
10                  THE WITNESS:  I don't have specific
11              recollection.  Repeat your question, please.
12      BY MS. GOVERNSKI:
13            Q.    Sure.  I said what is your recollection of
14      how he used the Florida condo more frequently beginning
15      in the first half of -- well, you know what, I'm sorry.
16      My realtime is not caught up.
17                  I said you've referred to your having
18      conversations with him.  And I said tell me about your
19      conversations with him about -- beginning in early
20      2023 -- let me rephrase the question.  That was not a
21      good question.
22            A.    Okay.
23            Q.    Monsignor Placa, you referred to
24      conversations you had with Mr. Giuliani regarding his use
25      of his Florida condo in early 2023.  Do you recall that?
```

Page 30

1          A.    I do.

2          Q.    Tell me about what you recall about those

3    conversations.

4          A.    Nothing.

5          Q.    You have no recollection?

6          A.    No.

7          Q.    So what about those conversations led you

8    to believe that he intended to establish Palm Beach as

9    his home beginning in early 2023?

10         A.    He told me that was his intention.  Again,

11   I don't travel because of my situation and the priest I

12   live with.  I haven't been up to New York in at least

13   seven years.  So, I mean, I've lost my way.  But he -- I

14   knew that he -- I knew that he was moving down.

15         Q.    And how certain are you that you had those

16   conversations in early 2023?

17         A.    Oh, I'm certain that we discussed this in

18   early 2023, yeah.

19         Q.    Do you have any certainty about when in

20   early 2023?

21         A.    No.  I'm sorry, no.

22         Q.    Okay.  Do you recall where you were when

23   you had those conversations?

24         A.    No.

25         Q.    Was it over the phone or in person?

```
                                                Page 31
 1              A.     Sometimes over the phone, often in person.
 2              Q.     You said that he told you that he intended
 3      to live in Palm Beach.  What do you recall about what he
 4      exactly told you?
 5              A.     That he would be moving out of his New York
 6      apartment and coming to live full time in the Palm Beach
 7      apartment.
 8              Q.     And in your personal experience, has that
 9      occurred, has he moved out of his New York apartment and
10      started coming to live full time in Palm Beach beginning
11      in early 2023?
12                  MR. CAMMARATA:  Objection to the form.
13                  THE WITNESS:  That's my understanding,
14             that -- my recollection is that he -- again, I
15             don't know the situation of his New York
16             apartment.  I don't know if he even still owns it.
17             I don't know that.  But I do know that in early
18             2023, he was on his -- he was moving here.
19      BY MS. GOVERNSKI:
20              Q.     And you are certain about that that
21      conversation occurred in 2023?
22                  MR. CAMMARATA:  Objection, asked and
23             answered.
24                  THE WITNESS:  Yes.
25
```

Page 32

```
 1    BY MS. GOVERNSKI:
 2            Q.    Monsignor Placa, focusing just on 2023 --
 3            A.    Okay.
 4            Q.    -- how often do you recall seeing him here
 5    once he had decided to make Palm Beach his home?
 6            A.    I think about twice a month.
 7            Q.    So twice a month throughout 2023?
 8            A.    Yes.
 9            Q.    Okay.  So probably that's about 24 times,
10    give or take, in 2023.  Is that right?
11            A.    Yes, that's correct.
12            Q.    Do you recall whether he celebrated his
13    birthday here in 2023?
14            A.    I don't.
15            Q.    Okay.  What about Christmas last year, do
16    you recall if he was here for Christmas last year?
17            A.    I don't think he was, no.
18            Q.    Okay.  Do you have any specific memories
19    of -- of time that you spent with him in 2023 in Palm
20    Beach?
21            A.    Yes.
22            Q.    Can you tell me about them?
23            A.    What would you like me to tell you?  We
24    visit.  Again, we've been friends since 9th grade, which
25    I promise you, is a long time ago but -- and so we catch
```

Page 33

```
 1      up on old times.  We talk about the family, his family
 2      and mine.
 3                  You asked about Christmas.  You see -- I
 4      think most years for holidays like Thanksgiving or
 5      Christmas, he's up in New Hampshire and then I see him
 6      when he's down here.
 7           Q.    So when you say "most years," I mean, how
 8      far back has that been that's he's been having
 9      Thanksgiving, Christmas in New Hampshire?
10           A.    I couldn't say, I'm sorry.  And that's --
11      the problem is my recollection.  I just don't recall.
12           Q.    But at least the last few years?
13           A.    Oh, yes, absolutely.
14           Q.    Okay.  Certainly in 2023?
15           A.    Oh, absolutely.
16           Q.    Okay.  Maybe in 2022, do you have any
17      recollection?
18                  MR. CAMMARATA:  Objection to form.
19                  THE WITNESS:  Not a specific recollection.
20      BY MS. GOVERNSKI:
21           Q.    And going back to, about your two dozen
22      meetings in 2023, were most of those in his Florida
23      condo?
24           A.    Yes, indeed.
25           Q.    Do you have any recollection of any times
```

Page 34

```
 1     that you spent with Mr. Giuliani in 2023 outside of his
 2     Palm Beach condo?
 3          A.    I have a vague recollection of being, at
 4     least once or twice, in restaurants with him.  We often
 5     do that but it's a vague recollection.
 6          Q.    Okay.  So as between 2023 and this year,
 7     2024, has anything changed about the way that
 8     Mr. Giuliani has used his Florida condo?
 9               MR. CAMMARATA:  Objection to the form.
10               THE WITNESS:  I think he's lived here
11          pretty much full time, certainly in this year.
12          I'm not sure just when in 2023 it became his
13          full-time residence but it did at some point.
14     BY MS. GOVERNSKI:
15          Q.    So between 2023 and 2024, can you recall
16     any specific differences between how he's used the
17     Florida condo?
18          A.    No.
19          Q.    How -- does he host his kids in his Palm
20     Beach condo, his kids?
21               MR. CAMMARATA:  Objection to the form.
22               THE WITNESS:  I think that -- I believe
23          that Andrew has visited.  I don't believe Caroline
24          has visited.
25
```

```
                                                     Page 35
 1     BY MS. GOVERNSKI:
 2              Q.    How often has Andrew visited?
 3              A.    I couldn't say.
 4              Q.    Okay.  Does he have parties at his Palm
 5     Beach condo?
 6              A.    If he does, I'm not invited.
 7              Q.    And -- so you've mentioned, we have talked
 8     a lot about 2023 and that you recall about two dozen
 9     times that you've interacted with him mostly at his
10     Florida condo.  So now I want to focus on 2024.
11              A.    Okay.
12              Q.    Okay.
13                    You have mentioned that you spent time with
14     him in October and November of this year in his condo.  I
15     want to talk to you about those specific times.  But do
16     you recall any other visits with him in 2024?
17              A.    Other than...
18              Q.    Other than the two that we've talked about
19     or that you've mentioned, October and November of 2024.
20              A.    I don't remember any specific time.  I
21     certainly have had other visits with him but I don't
22     remember any specifically.
23              Q.    And about how many times do you recall
24     seeing Mr. Giuliani in person in West Palm Beach in 2024?
25              A.    Oh.  I don't keep count but I would expect
```

Page 36

```
 1        that it was -- usually twice a month, that would be a
 2        normal frequency.
 3                 Q.    Okay.  So if you wanted to know, would you
 4        be able to consult your calendar?
 5                 A.    I would be able to.
 6                 Q.    Okay.  But you did not consult your
 7        calendar in advance of this deposition, right?
 8                 A.    No, I did not.
 9                 Q.    Okay.  And are you aware of how many times
10        Mr. Giuliani was physically present in Palm Beach this
11        year?
12                       MR. CAMMARATA:  Objection to the form.
13                       THE WITNESS:  As far as I know, he's lived
14              here this year.  This has been his home.
15        BY MS. GOVERNSKI:
16                 Q.    And what is -- and what is that specific
17        knowledge based on --
18                       MR. CAMMARATA:  I'm --
19        BY MS. GOVERNSKI:
20                 Q.    -- regarding this year?
21                       MR. CAMMARATA:  I'm going to object.  This
22              question has been asked and answered multiple
23              times.
24        BY MS. GOVERNSKI:
25                 Q.    You can answer.
```

Page 37

```
 1              A.     Repeat the question, please.

 2              Q.     Sure.  I'm asking you specifically about

 3      2024.

 4              A.     Right.

 5              Q.     What is your knowledge of his spending 2024

 6      in Palm Beach based upon?

 7              A.     Conversations with him and visits, visits

 8      to the condo -- visits I've made to his condo with him.

 9              Q.     So let's talk about 2024.  Are you aware of

10      whether Mr. Giuliani -- well, let's start as recently as

11      this month.

12                     Did Mr. Giuliani spend Christmas in Palm

13      Beach this year?

14              A.     No.

15              Q.     Where was he for Christmas?

16              A.     He would have been New Hampshire.

17              Q.     Because he's in New Hampshire every

18      Christmas?

19                     MR. CAMMARATA:  Objection to the form.

20              Asked and answered.  He's answered this question

21              four times already.

22                     MS. GOVERNSKI:  You can state your

23              objection.

24                     MR. CAMMARATA:  And that's fine.

25                     MS. GOVERNSKI:  And move on.
```

```
                                                    Page 38
 1               MR. CAMMARATA:  But your -- it's now

 2          getting to the point where it's badgering.

 3               MS. GOVERNSKI:  Joe, you are not listening

 4          to the question.

 5               MR. CAMMARATA:  You keep asking the same

 6          questions.

 7               MS. GOVERNSKI:  We're -- I'm asking about

 8          2024.  You can object --

 9               (Simultaneously speaking.)

10               MR. CAMMARATA:  He's answered --

11               MS. GOVERNSKI:  -- and stop speaking

12          objections.

13               MR. CAMMARATA:  He's answered it multiple

14          times.

15     BY MS. GOVERNSKI:

16          Q.    Monsignor Placa, I'm asking you about

17     December of 2024.

18          A.    Yeah.

19          Q.    You said he was not here for Christmas, he

20     was in New Hampshire.  And my answer was that, "it's

21     because he spends most Christmases in New Hampshire,"

22     right?

23          A.    I mean, I don't know what "most" means.  In

24     the last few years, he has been there.

25          Q.    Okay.  And was he here for Thanksgiving?
```

Page 39

```
 1          A.     No.
 2          Q.     Okay.  So what -- so is the last time you
 3    saw him in November, here?
 4          A.     Yes.
 5          Q.     When was that?
 6          A.     I'm sorry, I don't remember.
 7          Q.     Before Thanksgiving?
 8          A.     No, I've seen him since Thanksgiving.
 9          Q.     So was he here between Thanksgiving and
10    Christmas?
11          A.     Yes.
12          Q.     Okay.  So let's talk about that.
13                 Around when do you recall seeing him in
14    November?
15          A.     Around -- around November.
16          Q.     Okay.  After Thanksgiving?
17          A.     Yes.
18          Q.     Okay.  And what do you -- you went to his
19    apartment --
20          A.     Yes.
21          Q.     -- his condo?
22                 What do you recall about that visit?
23          A.     Nothing.  I mean, nothing -- nothing
24    specific.
25          Q.     How long were you there for?
```

Page 40

```
 1            A.    My visits are usually are a couple of
 2     hours.
 3            Q.    And what did you talk about?
 4            A.    God knows.  Honestly, you know, we've been
 5     friends so long, it would be hard to remember any
 6     specific conversation.
 7            Q.    Did you have any conversations with him
 8     about this lawsuit?
 9            A.    I'm sorry?
10            Q.    Did you have any conversations with him
11     about this lawsuit?
12            A.    No, not at all.
13            Q.    Did you have any conversations with him
14     about his intention to declare Palm Beach his permanent
15     residence?
16            A.    I'm not sure what "declare" means.  I mean,
17     he's made it his permanent residence.  I'm not sure how
18     you declare that.
19            Q.    In that November meeting at his condo, did
20     you talk about his --
21            MR. CAMMARATA:  Objection to the form
22            November when?
23            MS. GOVERNSKI:  You didn't let me finish my
24            question.  Let me finish speaking.
25            MR. CAMMARATA:  Yeah, I know but you're --
```

Page 41

1            you're --

2                 MS. GOVERNSKI:  Let me finish speaking.

3                 (Simultaneously speaking.)

4                 MR. CAMMARATA:  Okay.

5     BY MS. GOVERNSKI:

6          Q.    Monsignor Placa, in that November meeting

7     at his condominium in the beginning of this year or last

8     month, did you talk with Mr. Giuliani about his intent to

9     make Palm Beach his permanent residence?

10          A.    You are talking about last month?

11          Q.    Last month.

12          A.    I think it was his permanent -- my

13     understanding was it was his permanent residence already

14     last month.

15          Q.    Okay.  So my understanding, from your

16     answer, is that you wouldn't have talked to him about

17     that --

18          A.    Yes.

19          Q.    -- in November because it already happened?

20          A.    Yeah, it's a given fact.

21          Q.    And so those conversations, when you

22     referenced his intent to make Palm Beach his permanent

23     residence, would have occurred in 2023?

24          A.    I'm not sure that I -- that I said

25     anybody's intent to make Palm Beach his residence.  I

Page 42

```
 1      mean, it was -- it became his residence.  He had the
 2      apartment for a long time and then it became his
 3      permanent home.
 4              Q.    In 2023?
 5              A.    Yes.
 6              Q.    Okay.  So we talked about November.
 7                    You recall having a meeting with him in his
 8      Palm Beach condo in October of 2024; is that right?
 9              A.    I do.
10              Q.    What do you recall about that meeting?
11              A.    I mean, nothing in particular.  It was a
12      meeting between old friends and I don't recall anything
13      in particular.
14              Q.    Any conversations about this lawsuit?
15              A.    No, no.  I didn't even know about this
16      lawsuit, by the way, until very recently.
17              Q.    Okay.  Any conversations with him about
18      Palm Beach being his permanent residence in October 2024?
19              A.    We had no conversations about that.  It
20      just was a fact.  It's a fact of life.
21              Q.    Okay.  So you -- you mentioned that you see
22      him about two times -- saw him about two times a month in
23      2024.  Do you have any recollection of any other meetings
24      with Mr. Giuliani in person throughout 2024, other than
25      the two that we've discussed?
```

```
                                                Page 43
 1                MR. CAMMARATA:  Objection to the form.
 2                THE WITNESS:  I didn't understand
 3            the question at all.
 4      BY MS. GOVERNSKI:
 5            Q.    Sure.  We talked about two in-person visits
 6      that you had with Mr. Giuliani in 2024 in October and
 7      November, right?
 8            A.    In October, yeah.
 9            Q.    Right.  Are there any other in-person
10      visits in 2024 that you recall with any specificity?
11            A.    No.
12            Q.    Any conversations in all of 2024 where you
13      discussed his intent to make Palm Beach his permanent
14      residence?
15                MR. CAMMARATA:  Objection to the form, and
16            objection, it was asked and answered.
17                THE WITNESS:  I don't remember any specific
18            conversations about his intending to do it.  It
19            became a fact.
20      BY MS. GOVERNSKI:
21            Q.    Do you recall having any conversations with
22      him in 2024 about the fact that he lived in Palm Beach?
23            A.    No.
24            Q.    How often -- do you have any personal
25      knowledge about how often Mr. Giuliani was physically
```

```
                                                Page 44
 1      present in Palm Beach in 2024?
 2                      MR. CAMMARATA:  Objection to the form.
 3                      THE WITNESS:  To my recollection, he lived
 4              here in 2024.  So I don't have any specific
 5              recollection of him being here, apart from his
 6              visits with friends in New Hampshire which is
 7              occasions, Christmas, Thanksgiving.  Apart from
 8              that, he's lived here the whole year as far as I
 9              know.
10      BY MS. GOVERNSKI:
11              Q.    So you understand that Mr. Giuliani travels
12      often?
13              A.    Oh, sure.
14              Q.    Okay.  Do you have personal knowledge about
15      his travel calendar?
16              A.    No, I don't.
17              Q.    So do you have any understanding of when
18      he's physically in Palm Beach versus when he's on trips
19      elsewhere?
20              A.    No, no.
21              Q.    So you would have no personal knowledge
22      about how many days he has physically been in Palm Beach
23      in 2024?
24              A.    It's his home.  So I don't know -- I mean,
25      listen.  I've known him for a long time.  He's always
```

Page 45

1    traveled a lot.  That never changed my understanding

2    where his home was.  He just travels because of the

3    nature of his business.

4             Q.    Right.  So I'm just trying to understand if

5    you have knowledge of how many days of 2024 he's

6    physically been in Palm Beach as opposed to traveling in

7    the course of his work?

8             A.    I don't.  I don't.

9             Q.    And what about for 2023?

10            A.    Neither.

11            Q.    But in your opinion, the number of days

12   he's spent in Palm Beach in 2023 and 2024 was roughly

13   equivalent?

14            A.    To each other you mean?  Yes.

15            Q.    Okay.  Mr. Giuliani has admitted that he

16   did not occupy the Palm Beach condo any time between

17   June 17th and August 8, 2024.  Do you have any reason to

18   dispute that?

19            A.    No.

20            Q.    Do you recall seeing him here in the summer

21   of 2024?

22            A.    Not specifically, no.

23            Q.    Do you know whether he was here in the

24   summer of 2024?

25            A.    I have no specific recollection, no.

Page 46

1          Q.    So you wouldn't know one way or the other?

2          A.    No.

3          Q.    The summer of 2024 was around the time of

4     the Republican National Convention.  Do you recall that?

5          A.    I remember the convention.

6          Q.    Do you recall whether he was in Palm Beach

7     any time before or after the RNC?

8          A.    As far as I know, he was here both before

9     and before the convention.

10          Q.    Okay.  But we just talked about that

11     Mr. Giuliani has admitted that he did not occupy the Palm

12     Beach condo any time between June 17, 2024, and

13     August 29, 2024.  Do you have any reason to dispute that?

14          A.    No.

15          Q.    Okay.  So when you said that you recall him

16     being in Palm Beach before or after the RNC, what is that

17     based on?

18          A.    My own recollection of where he was.

19     Again, I don't keep tabs on him, which would be quite an

20     operation, by the way.  But that's my own recollection.

21          Q.    And so it's your testimony that

22     Mr. Giuliani would know about his whereabouts more than

23     you would?

24          A.    He sure would.

25          Q.    Okay.  So you said you've been in his

Page 47

```
 1      condominium about two dozen times in 2023 and about two
 2      dozen times in 2024?
 3              A.      Roughly.
 4              Q.      Have you noticed any differences in his
 5      Florida condo between those two years?
 6              A.      I'm not very observant about such things,
 7      I'm sorry.
 8              Q.      Have you noticed him moving any new
 9      furniture in or out?
10              A.      No.
11              Q.      Do you know if he keeps items of
12      sentimental value in his Florida condo?
13              A.      Not specifically, no.
14                      MR. CAMMARATA:  Objection to the form.
15      BY MS. GOVERNSKI:
16              Q.      What about -- you are aware that
17      Mr. Giuliani is a sports fan, right?
18              A.      I sure am.
19              Q.      What are his favorite teams?
20              A.      New York Yankees.
21              Q.      Who is his favorite Yankee player?
22              A.      I'm sorry, I don't know.
23              Q.      Was he a fan of Joe DiMaggio?
24              A.      Oh, he sure was, yeah.
25              Q.      How do you know that?
```

Page 48

1              A.    I just know that.

2              Q.    How big of a fan of Joe DiMaggio is

3      Mr. Giuliani?

4              A.    I don't even know how to answer the

5      question, I'm sorry.

6              Q.    Okay.  Are you aware that Mr. Giuliani owns

7      a signed Joe DiMaggio shirt?

8              A.    Yes, in fact, I do know that, yeah.

9              Q.    How do you know that?

10             A.    He's shown it to me and I've heard him

11     speak about it.

12             Q.    When -- when has he shown it to you?

13             A.    Oh, God, I don't remember.

14             Q.    Why do you recall him showing it to you,

15     what -- what makes it stick out in your memory?

16             A.    I'd never seen a Joe DiMaggio shirt before

17     or since.

18             Q.    Do you have any recollection of around when

19     that was?

20             A.    No.

21             Q.    Where were you when he showed it to you?

22             A.    At his home.

23             Q.    What home?

24             A.    At the apartment -- actually, it was here

25     in Florida.

Page 49

```
1              Q.    It was here in Florida?

2              A.    Yeah.

3              Q.    Did he keep it here in Florida?

4              A.    I can't answer that.  I don't know what

5       "keep it" means.  That's certainly where I saw it.

6              Q.    You saw it here in Florida.  Can you

7       ballpark what year that might have been?

8              A.    No.

9              Q.    This past year?

10             MR. CAMMARATA:  Objection.  He answered the

11             question.

12             THE WITNESS:  Certainly within the last two

13             years.

14       BY MS. GOVERNSKI:

15             Q.    Within the last two years you've seen the

16       Joe DiMaggio shirt here in Florida?

17             A.    That's right.

18             Q.    Is it framed, by the way?

19             A.    It was, yeah, when I saw it, yeah.

20             Q.    When you saw it, it was framed?

21             A.    Uh-huh.

22             Q.    Was it hanging on a wall?

23             A.    I believe it was, yeah.

24             Q.    In the Florida condo?

25             A.    That's my recollection.
```

```
                                                      Page 50
 1              Q.    In the past couple years?
 2              A.    Yes, in the last two years certainly.
 3              Q.    Okay.  Does he keep any other valuables
 4      like that here in Florida?
 5              A.    I really don't know.
 6              Q.    Have you ever seen the Yankees -- well, are
 7      you -- scratch that.
 8                    Are you aware that he owns some Yankees
 9      rings?
10              A.    I do.
11              Q.    What is your --
12                    MR. CAMMARATA:  Objection to the form.
13      BY MS. GOVERNSKI:
14              Q.    What is your knowledge of those rings?
15              A.    I've seen them.
16              Q.    Where did you see them?
17              A.    On his fingers.
18              Q.    Does he wear them?
19              A.    Occasionally.
20              Q.    Like how often, what does that mean?
21              A.    I don't know.
22              Q.    So you've seen him quite a bit over the
23      years.  Is he usually wearing them?
24              A.    No, no.
25              Q.    Special occasions?
```

Page 51

1          A.      Special occasions.

2          Q.      What has he told you about the Yankees

3     rings?

4          A.      Nothing.

5          Q.      When is the last time you saw him wearing

6     them?

7          A.      I'm sorry, I don't recall.

8          Q.      Okay.  Do you know where they are

9     physically located?

10         A.      Now, no, I don't know.

11         Q.      Has he ever talked to you about gifting

12    them to his son?

13         A.      No, we never had that conversation.

14         Q.      Okay.  So you have no knowledge about

15    whether he gifted any of his Yankees rings to his son?

16         A.      I have no idea.

17         Q.      Okay.  By the way, you married his son,

18    right?

19         A.      I did.

20         Q.      So you are pretty close to Andrew?

21         A.      Well, yes, assuming -- close enough that he

22    asked me to his wedding, yeah.

23         Q.      Right.  So we talked about the Joe DiMaggio

24    jersey, we talked about the Yankees rings.  Are there any

25    other sports paraphernalia like that that you recall

Page 52

1       Mr. Giuliani owning?

2               A.    I'm sorry, I don't.

3               Q.    Okay.  Does Mr. Giuliani have -- strike

4       that.

5                     Monsignor Placa, we talked about

6       Mr. Giuliani's travels.  Do you have any understanding

7       whether Mr. Giuliani has a passport?

8               A.    I don't.

9               Q.    Do you have any understanding if

10      Mr. Giuliani has a will?

11              A.    No, I don't.

12              Q.    Do you have any understanding of where

13      Mr. Giuliani keeps any of his valuable documents?

14              A.    No, I don't.

15              Q.    Do you -- do you -- I saw you looking at

16      your watch.  Do you need a break?

17              A.    No.  Oh, no, no.

18              Q.    Okay.

19              A.    Just wondering what time it was.

20              Q.    Let me know if you need a break, okay?

21              A.    Yeah.

22              Q.    By the way, can you receive communications

23      on your watch?

24              A.    I think I can, yeah.

25              Q.    But you weren't checking for any

```
                                            Page 53
 1     communications.
 2             A.    Oh, no.
 3             Q.    Right?
 4                   Okay.
 5             A.    Like many people, I was checking for the
 6     time.
 7             Q.    Thank you.
 8                   Monsignor Placa, do you know if
 9     Mr. Giuliani changed any of his documents to reflect that
10     he is a Florida resident?
11             A.    I don't know.
12             Q.    No knowledge whatsoever?
13             A.    No.
14             Q.    Okay.  Do you know if Mr. Giuliani has ever
15     been called to jury duty here in Florida?
16             A.    I don't know.
17             Q.    Do you know if he has any safe depot- --
18     safety deposit boxes here in Florida?
19             A.    I don't know.
20             Q.    Do you know if he has any doctors located
21     in Florida?
22             A.    Yes, he has seen -- I don't know who they
23     are but I know that he has seen doctors here in Florida.
24             Q.    How do you know that?
25             A.    Because I was telling him how good a doctor
```

Page 54

```
 1      I have.  And he told me, "I see someone."
 2            Q.    And -- and when did you have that
 3      conversation with him?
 4            A.    I have no idea.
 5            Q.    Do you know that he in fact started to see
 6      him?
 7            A.    Started --
 8            Q.    Oh, I'm sorry, scratch that.
 9                  He told you that he was seeing someone?
10            A.    That's right.
11            Q.    Did he specifically tell you he was seeing
12      someone in Florida?
13            A.    No.
14            Q.    So you don't know if the person he was
15      seeing is located in Florida?
16            A.    I don't.  I don't.
17            Q.    Do you know who Mr. Giuliani's accountant
18      is?
19            A.    No, I don't.
20            Q.    So you understand, Monsignor Placa, that
21      Mr. Giuliani has listed you as a witness in this case,
22      right?
23            A.    I'm sorry, I don't, no.
24            Q.    Okay.  Well, let's -- let's help you with
25      that.  I'm going to give you Tab 33 which will be Placa
```

```
                                                    Page 55
 1      Exhibit 1.
 2                      (Placa Exhibit 1, Defendant's Second Amended
 3      Disclosures, was marked for identification.)
 4                      MS. GOVERNSKI:  And let's also, while we're
 5              doing this, mark as Placa Exhibit 2, Tab 40.
 6                      (Placa Exhibit 2, Witness List, was marked
 7      for identification.)
 8                      MS. GOVERNSKI:  So this will be marked as
 9              Placa Exhibit 1.  And this will be -- oh.
10      BY MS. GOVERNSKI:
11              Q.    Can I give you this one so that when I
12      refer to one, you see what I am referring to?  So you are
13      looking at the official exhibit (handing.)
14                      MS. GOVERNSKI:  So Placa Exhibit 1 is a
15              document dated February -- I'm sorry, December 17,
16              2024, and it is Defendant Giuliani's --
17                      MR. CAMMARATA:  Thank you.
18                      MS. GOVERNSKI:  -- Seconded Amended Initial
19              Disclosures.
20      BY MS. GOVERNSKI:
21              Q.    Do you see that title up on the top of the
22      first page, Monsignor Placa, the Defendant Second --
23              A.    I believe --
24              Q.    -- Amended Initial Disclosures Pursuant to
25      Federal Rules of Civil Procedure Rule 26(a)?
```

```
                                                    Page 56
 1              A.    I do.
 2              Q.    Okay.  And let's just quickly look at
 3      what's been marked as Placa Deposition Exhibit 2.
 4                    And you see that this is titled Defendant
 5      Rudolph W. Giuliani's Pretrial Disclosures Pursuant to
 6      Federal Rule of Civil Procedure 26(a)(3).
 7                    Do you see that?
 8              A.    I see it.
 9              Q.    Okay.  Let's start with Placa Deposition
10      Exhibit 1, if you don't mind.
11                    And if you can please look at the bottom of
12      page 1, you see that it says, "Persons with knowledge,"
13      right?
14              A.    Uh-huh.
15              Q.    And it says, "FRCP," which stands for the
16      Federal Rules of Civil Procedure, 26(a)(i), "the name
17      and, if known, address and telephone number of each
18      individual likely to have discoverable information, along
19      with the subjects of that information, that the
20      disclosing party may use to support its claims or
21      defenses, unless the use would be solely for
22      impeachment."
23                    Do you see that?
24              A.    I do.
25              Q.    Okay.  If you could please turn to the next
```

Page 57

1     page.

2                    And you see your name is listed as the

3     fifth individual, do you see that?

4          A.    Right, I do.

5          Q.    And it says, "Monsignor Alan Placa," and

6     what I presume to be your address?

7          A.    Yes.

8          Q.    And it says, "is likely to have

9     discoverable information regarding, but not limited to,

10    the Rudolph W. Giuliani moving to Florida as his

11    permanent residence which he actually and does occupy as

12    his domicile."

13                   Do you see that?

14         A.    Yes, I don't understand it but I see it.

15         Q.    What don't you understand about it?

16         A.    The grammar.

17         Q.    So what is your understanding of what

18    discoverable information you may have regarding to

19    Mr. Giuliani moving to Florida as his permanent residence

20    which he actually -- and does actually occupy as his

21    domicile?

22         A.    Your question is?

23         Q.    What do you understand what discoverable

24    information regarding those topics that you possess?

25         A.    I think I -- we've been discussing it all

Page 58

1      along.  I -- I've visited him here and...

2            Q.    Do you have any other information about

3      these topics that we haven't already discussed today?

4            A.    No.

5            Q.    We have exhausted all of your knowledge

6      about those topics?

7            A.    Totally exhausted.

8            Q.    Totally exhausted.

9                  Okay.  So let's go to the next Placa

10     Deposition Exhibit 2.

11                  And you will see -- are you with me --

12           A.    I am.

13           Q.    -- Monsignor Placa?  Great.

14                  It -- under -- on page 1, it states,

15     "Witnesses."

16           A.    Uh-huh.

17           Q.    And it says, "Defendant provides the

18     following list of potential trial witnesses for this

19     case-in-chief."

20                  Do you see that?

21           A.    I do.

22           Q.    Okay.  If you can turn to the next page.

23     You see that you are the fourth witness named?

24           A.    I do.

25           Q.    And you see it says, "Defendant expects to

```
                                            Page 59
1       present..." do you see that --
2               A.     Uh-huh.
3               Q.     -- in the fourth box?
4               A.     Right.
5               Q.     Do you plan to testify in this case?
6               A.     I have no plans of that kind, no.
7               Q.     Have you been asked --
8               A.     No.
9               Q.     -- to testify?
10              When is -- when is the first time you
11      became aware that Mr. Giuliani was listing you as a
12      witness?
13              A.     When you handed me this document.
14              Q.     Prior to this point, you had no
15      understanding --
16              A.     No.
17              Q.     -- that you would be asked to testify?
18              A.     Other than this -- this deposition, no.
19              Q.     Okay.  And have you ever had any
20      conversations with Mr. Giuliani regarding this
21      deposition?
22              A.     Oh, no.
23                     MR. CAMMARATA:  Objection, asked and
24              answered.
25
```

```
                                                        Page 60
 1    BY MS. GOVERNSKI:
 2            Q.    Have you had any conversations with
 3    Mr. Giuliani about testifying at a trial?
 4            A.    No.
 5            Q.    Do you have any idea what trial this
 6    document refers to?
 7            A.    I don't.
 8            Q.    Do you have any idea what the topics of the
 9    upcoming trial is about?
10            A.    No.
11            Q.    If you look at topics of testimony on
12    page 2, it's the fifth box.  Do you see where I am,
13    "Topics of Testimony" the fifth column --
14            A.    Uh-huh.
15            Q.    -- in this chart on page 2?
16            A.    Yes.
17            Q.    And I'm looking at the -- your row where
18    your name is listed and it says, "Discussions of Rudolph
19    W. Giuliani's relocation from his New York City
20    cooperative apartment to his Palm Beach County, Florida
21    condominium as his homestead property prior to
22    December 31, 2023."
23                  Do you see that?
24            A.    I see it.
25            Q.    And is there anything about this topic that
```

                                        Page 61

1      we have not discussed?

2              A.    No.

3              Q.    Have we exhausted your recollection

4      regarding this topic?

5              A.    Completely.

6              Q.    And does seeing the topics of the testimony

7      change or alter your testimony that you provided today in

8      any way?

9              A.    No.

10             Q.    Okay.  Mr. Mon- -- I'm sorry, Monsignor

11     Placa.

12             A.    The pope would appreciate that.  I don't

13     care.

14             Q.    It's a mouthful but I'm happy to respect

15     it.

16                   You understand that you are here today

17     pursuant to a subpoena?

18             A.    Yes.

19             Q.    You actually brought some documents with

20     you today?

21             A.    I did.

22             Q.    What documents did you bring with you?  Can

23     you describe what -- what you brought?

24             A.    Why don't we give those back to you so we

25     don't mess them up.

Page 62

```
 1                    These documents were served on me at my
 2      front door.  I was in pajamas, it was at 7 o'clock in the
 3      morning.  That's what they are.
 4           Q.    And I see that you took some notes.
 5           A.    No.  No.  That was the process server.
 6           Q.    Process server.
 7                    Okay.  We're going to hand you a clean
 8      copy, if you don't mind.
 9           A.    Uh-huh.
10           Q.    Have you taken any notes on those copies --
11           A.    No.
12           Q.    -- that you have?
13           A.    No.
14           Q.    Okay.
15                    MS. GOVERNSKI:  We're going to mark Tab 34.
16                    (Placa Exhibit 3, Plaintiffs' Notice of
17      Deposition of Monsignor Alan Placa, was marked for
18      identification.)
19      BY MS. GOVERNSKI:
20           Q.    This will be marked Placa Deposition
21      Exhibit 3 --
22           A.    Uh-huh.
23           Q.    -- which is the document titled Plaintiffs'
24      Notice of Deposition of Monsignor Alan Placa.
25                    Do you see that, sir?
```

Page 63

```
 1            A.    I do.
 2            Q.    And is this the deposition subpoena that
 3     you received and that -- a copy of which you brought here
 4     today?
 5            A.    I mean, until I read it, I can't answer
 6     that.
 7            Q.    Take a moment, look at it, and just let me
 8     know.  I just want to make sure it is the same.
 9            A.    (Complies.)
10                  This is the document in which I was served.
11            Q.    Okay.  Thank you for checking.
12                  This document, which has been marked as
13     Placa Deposition Exhibit 3 --
14            A.    Three.
15            Q.    -- if I could please direct your attention
16     to page 6 where it says "Documents to be Produced."
17                  Do you see that?
18            A.    Yes.
19            Q.    Do you understand that this deposition
20     subpoena requested that you produce a number of
21     documents, types-- categories of documents?
22            A.    Uh-huh.
23            Q.    Have you produced any documents in
24     response --
25            A.    No, I don't have any documents to produce,
```

1    but no, I have not produced any.

2         Q.    Well, you testified earlier that you have

3    calendar entries relating to Mr. Giuliani's presence in

4    Palm Beach, right?

5         A.    I would make a note in my calendar that I

6    was going to visit him, yeah.

7         Q.    Okay.  If I can direct your attention to

8    Document Request 2, which asks for all documents and

9    communications relating to Defendant Giuliani's travel

10   between July 1st, 2023, and August 8, 2023.

11        A.    '24.

12        Q.    I'm sorry.  Thank you.  2024.  You see that

13   that's what Document Request Number 2 requests?

14        A.    Yes.

15        Q.    Okay.  So -- and your calendar entries

16   regarding his presence in Palm Beach County, would you

17   interpret Request Number 2, that those documents would be

18   responsive to it?

19        A.    I'm sorry, please repeat that.

20        Q.    Yes, thank you.  That was a poorly worded

21   question.

22              Do you understand that your calendar

23   entries regarding Mr. Giuliani's travel to Palm Beach

24   during 2023 and 2024 would be responsive to document

25   Request Number 2?

Page 65

```
 1              A.    Yes, if they are here.  I mean, I haven't
 2      looked through my calendar but...
 3              Q.    So to the extent you have documents
 4      reflecting Mr. Giuliani's travel between these dates, you
 5      would understand that those would have to be produced
 6      pursuant?
 7              A.    Sure.
 8              Q.    So after this deposition, would you look
 9      and produce those documents?
10              A.    I'd be happy to.
11              Q.    Okay.  What efforts have you taken to look
12      through the remainder of the requests to see if you have
13      any responsive documents?
14              A.    I haven't.
15              Q.    You haven't?
16              A.    No, I haven't.
17              Q.    What efforts, if any, have you taken to
18      understand if you have any documents responsive to this
19      documents request?
20              A.    Again, I read through them quickly
21      and didn't feel that I had anything that was responsive
22      at all.
23              Q.    And so you didn't produce documents based
24      on feeling like you didn't have any documents?
25              A.    No.
```

Page 66

```
 1              Q.     But not based on having actually searched?

 2              A.     I didn't search, no.

 3              Q.     Okay.  If you can, please, just turn back

 4       to page 1 of this document -- I'm sorry, page 3, the

 5       first page of the subpoena where it says "Subpoena to

 6       Testify at a Deposition."  Do you see that?

 7              A.     Uh-huh.

 8              Q.     And you see there is a box checked that

 9       states "production."  Do you see that?

10              A.     I do.

11              Q.     And it says, "You or your representatives

12       must also bring with you to the deposition the following

13       documents.  Electronically stored information or objects,

14       and must permit inspection, copying, testing, or sampling

15       of the material to pull in certified response to all

16       discovery requests in attached Schedule A served on or

17       before two days prior to the day of the deposition."

18                     Do you see that?

19              A.     I see it.  I don't understand it but I see

20       it.

21              Q.     But you understand that this stated that

22       you were to -- that you must bring the responsive

23       documents to the deposition today?

24              A.     I understand that.

25              Q.     Did you do that?
```

Page 67

```
 1            A.    In here, I did.  But not in here, I didn't.

 2            Q.    But you have not given us any of those

 3       documents, right?

 4            A.    Right.  I'm happy to do that but I have not

 5       done it.

 6            Q.    Okay.  I am at -- we've been going about an

 7       hour.  I have about an hour left.  Do you want to take a

 8       break or do you want to keep going?

 9            A.    I want to go home.

10            Q.    I'm sorry.  I just have about an hour left,

11       but I'm happy to give you a break if you want one.

12            A.    No, I'm okay.

13            Q.    Okay.  Let's keep going.

14            Okay.  I'm going to hand you --

15            MS. GOVERNSKI:  Does anyone else need a

16            break?

17            THE VIDEOGRAPHER:  I was just going to say

18            Veritext has a 90-minute media unit.  So at 90

19            minutes we're going to have to do a hard stop.

20            MS. GOVERNSKI:  Oh, so let's take a break

21            now then, and then we'll come back.  Okay.  Take

22            just a five-minute break, if that's okay?

23            THE VIDEOGRAPHER:  Going off the video

24            record.  The time is 5:08 p.m.

25            (A recess is taken.)
```

```
                                          Page 68
 1              THE VIDEOGRAPHER:  Coming back on the video
 2         record.  The time is 5:17 p.m.
 3    BY MS. GOVERNSKI:
 4         Q.    Monsignor Placa, have you spoken with
 5    anyone about your testimony during the break?
 6         A.    No.
 7         Q.    Anything about your previous testimony that
 8    you want to change or correct?
 9         A.    I wish I could remember anything I say.  So
10    no, I don't want to change.
11         Q.    But there is no reason --
12         A.    No.
13         Q.    -- that you shouldn't remember what you
14    said, right?
15         A.    No.
16         Q.    Okay.  I'm handing you what is being marked
17    as Placa Deposition Exhibit 4.
18              (Placa Exhibit 4, LinkedIn Profile, was
19    marked for identification.)
20    BY MS. GOVERNSKI:
21         Q.    Which is a copy of your LinkedIn resume.
22    Do you see this?
23         A.    I do.
24         Q.    Is this document Placa Exhibit 4 accurate?
25         A.    Yes, it is.
```

Page 69

```
 1              Q.    Okay.  And under Experience, it lists your
 2      role as senior vice president with Giuliani Partners; is
 3      that right?
 4              A.    That's correct.
 5              Q.    What do you do as a senior vice president?
 6              A.    Nothing.
 7              Q.    I'm sorry?
 8              A.    Nothing.
 9              Q.    Do you -- is that still your title?
10              A.    It may be, but, I mean, I haven't used the
11      title in a long time.
12              Q.    Are you still employed by Giuliani
13      Partners?
14              A.    Can you define employed?
15              Q.    Why don't you tell me.  It's listed on your
16      LinkedIn profile, right, as experience, August 2022 to
17      present, right?
18              A.    Right.
19              Q.    Is that accurate?
20              A.    I believe so.  I mean, it never had any
21      responsibility.  I didn't do anything.
22              Q.    Did you ever do anything for Giuliani
23      Partners?
24              A.    No.
25              Q.    Were you paid by Giuliani Partners?
```

```
                                                      Page 70
 1              A.      No.
 2              Q.      You never received a paycheck from Giuliani
 3      Partners?
 4              A.      No.
 5              Q.      So why were you listed as employed by
 6      Giuliani Partners?
 7              A.      I don't know.
 8              Q.      Has Mr. Giuliani ever provided you with any
 9      financial assets?
10              A.      No.
11              Q.      Has Mr. Giuliani ever paid you in any way?
12              A.      Never.
13              Q.      Has Giuliani Partners ever paid you in any
14      way?
15              A.      No.
16              Q.      So is this accurate that you are a senior
17      vice president of Giuliani Partners?
18              A.      I certainly was given that title, yes.
19              Q.      Why were you given that title?
20              A.      I don't know.
21              Q.      Who gave you that title?
22              A.      Rudy, I assume.
23              Q.      This is -- this is your LinkedIn profile,
24      right?
25              A.      Could be.  I mean, I don't know that except
```

Page 71

1      that it is written there, yeah.

2              Q.    Do you have a LinkedIn profile?

3              A.    I don't know.

4              Q.    Is there any reason for you to believe that

5      the Alan Placa who is listed as senior vice president

6      Giuliani Partners at a LinkedIn profile is not you?

7              A.    No.

8              Q.    Is there any reason to believe that this is

9      not your LinkedIn profile?

10             A.    No.

11             Q.    Is it your testimony that you have never

12     been employed by Giuliani Partners?

13             A.    Again, if you define employed for me, it

14     would help.

15             Q.    Well, that's fair.  What has your

16     relationship historically been with Giuliani Partners?

17             A.    I don't -- I don't believe I ever had any

18     specific actual relationship.  I wasn't employed to do

19     any particular work for them, but I was given this title.

20             Q.    You were given the title with no

21     responsibilities?

22             A.    That's right.

23             Q.    And no paycheck?

24             A.    And no paycheck.

25             Q.    Why did you want a title?

```
                                                    Page 72
  1                A.    I didn't want a title.
  2                Q.    Mr. -- was it -- whose idea was it to give
  3       you a title?
  4                A.    I have no idea.
  5                Q.    Who owns Giuliani Partners?
  6                A.    Rudy does.
  7                Q.    Is he the only owner?
  8                A.    As far as I know, but I...
  9                Q.    If he didn't want you to have a title,
 10       would he be able -- let me strike that.  Let me reword
 11       it.
 12                      If Mr. -- if Mr. Giuliani -- strike that.
 13                      Would you -- do you believe that Mr.
 14       Giuliani would have to approve you having a title of
 15       senior vice president of Giuliani Partners?
 16                      MR. CAMMARATA:  Objection to the form.
 17                      THE WITNESS:  I believe so.
 18       BY MS. GOVERNSKI:
 19                Q.    Does Giuliani Partners have a physical
 20       office in Palm Beach?
 21                A.    It does not.
 22                Q.    Does it have a physical office in New York?
 23                A.    At one time we had space in an apart- -- in
 24       an office building in New York.
 25                Q.    And when was that?
```

```
                                                    Page 73
 1              A.    Oh, years ago and I'm sorry, I can't be
 2       more specific but...
 3              Q.    And Giuliani Partners no longer has space
 4       in New York?
 5              A.    No.
 6              Q.    Does it have office space anywhere?
 7              A.    No.
 8              Q.    When did that end?
 9              A.    I have no idea.
10              Q.    When Giuliani Partners had office space in
11       New York, did you go into it?
12              A.    Once or twice.
13              Q.    And what did do you when you went into it?
14              A.    Sat down, had a conversation and left.
15              Q.    Okay.  So you didn't perform any work --
16              A.    No.
17              Q.    -- when you went into the office?
18              A.    No.
19              Q.    Do you understand that Mr. Giuliani -- oh,
20       I'm sorry, scratch that.
21                    Monsignor Placa, did you have access to any
22       corporate accounts of Giuliani Partners?
23              A.    No.
24              Q.    Do you have any personal knowledge about
25       any of the financial practices of Giuliani Partners?
```

Page 74

```
 1              A.     No.
 2              Q.     Do you know -- have any idea of how many
 3      employees Giuliani Partners currently has?
 4              A.     I have no idea.
 5              Q.     Do you have any knowledge whether Giuliani
 6      Partners is currently in a -- functioning entity?
 7              A.     No, I don't.
 8              Q.     Are you aware that Mr. Giuliani owns other
 9      companies?
10              A.     I believe I -- I believe he does, yeah.
11              Q.     Do you have any personal knowledge of what
12      other companies --
13              A.     No, I don't.
14              Q.     -- he owns?
15              A.     No, I don't.
16              Q.     Do you know if any of Mr. Giuliani's other
17      companies have office space in Florida?
18              A.     No, I don't.
19              Q.     Do you have any personal knowledge of
20      whether any of Mr. Giuliani's entities have employees in
21      Florida?
22              A.     No, I don't.
23              Q.     Do you have any personal knowledge of
24      whether any of Mr. Giuliani's other entities are
25      incorporated in Florida?
```

```
                                            Page 75

 1           A.    No, no, I don't.

 2           Q.    Do you have any personal knowledge of

 3      whether Mr. Giuliani has filed taxes for any of his other

 4      entities in Florida?

 5           A.    I don't.

 6           Q.    Have you ever heard of the corporate entity

 7      Giuliani Communications?

 8           A.    No.

 9           Q.    Are you an employee of Giuliani

10      Communications?

11           A.    No.

12           Q.    Have you ever heard of an entity called

13      Standard USA?

14           A.    Standard USA?  No.

15           Q.    Are you an employee of Standard USA?

16           A.    No.

17           Q.    Has any of Mr. Giuliani's corporate

18      entities ever transferred any items of value to you

19      personally?

20           A.    No.

21           Q.    Have you ever received a paycheck from any

22      of the Giuliani entities?

23           A.    Never.

24           Q.    Have you ever received compensation of any

25      kind from any of Mr. Giuliani's entities?
```

```
                                                   Page 76

 1             A.    No.

 2             Q.    Okay.  I'm going to hand you what has been

 3      marked as Placa Deposition Exhibit 5.

 4                   (Placa Exhibit 5, BishopAccountability.org

 5      Article, was marked for identification.)

 6      BY MS. GOVERNSKI:

 7             Q.    And I am going to go through this very

 8      quickly, Monsignor Placa.

 9                   Do you see the document --

10             A.    I do.

11             Q.    -- in front of you?

12             A.    I do.

13             Q.    And it has the title Giuliani Firm Confirms

14      It Hired L.I. Priest Barred from Ministry.

15             A.    Yes.

16             Q.    Do you see that?

17             A.    I do.

18             Q.    And the first paragraph states that, "A

19      prominent Long Island priest, who was barred from the

20      ministry last year after an allegation of sexual abuse,

21      has been quietly working for the consulting business of

22      Rudolph W. Giuliani, a Giuliani spokeswoman confirmed

23      yesterday."

24                   The next sentence says, "The priest,

25      Monsignor Alan J. Placa, is one of the former mayor's
```

                                                    Page 77

1       oldest friends.  He's been coming into the Manhattan

2       office of the firm Giuliani Partners about three days a

3       week."

4                    Do you see those paragraphs?

5            A.    I do.

6            Q.    Are anything about those sentences

7       inaccurate?

8            A.    Yeah, I think that's an overstatement of

9       how often I went into that office, yeah.

10           Q.    And -- and an overstatement because you did

11      not go into that office three days a week?

12           A.    That's right.

13           Q.    How often did you go into that office?

14           A.    I have no recollection.  Very rarely.

15           Q.    Any other parts of those couple sentences I

16      wrote -- I read inaccurate?

17           A.    "Incredibly learned," that's accurate.

18           Q.    I'm sorry, just of the two sentences that

19      I, that I read?

20           A.    Oh, no, no.

21           Q.    Nothing in the sentences I read are

22      inaccurate?

23           A.    No.

24           Q.    And it references that you are one of the

25      former mayor's oldest friends; is that right?

```
                                                Page 78
 1              A.    That's correct.
 2              Q.    You talked about that you met in 9th grade?
 3              A.    9th grade.
 4              Q.    How would you characterize your
 5    relationship with Mr. Giuliani?
 6              A.    Lifelong friends.
 7              Q.    Has Mr. Giuliani been there for you during
 8    the seminole moments of your life?
 9              A.    Sure.
10              Q.    And you his?
11              A.    I'm sorry.
12              Q.    And you his?
13              A.    Yes, indeed.
14              Q.    What are some of those seminole moments
15    that you've been there for each other?
16              A.    I can't recall specific- -- specifically,
17    I'm sorry.
18              Q.    So you went to high school together; is
19    that right?
20              A.    Went to high school and college together.
21              Q.    You went on dates growing up together?
22              A.    Sure.
23              Q.    And you were both members of the same
24    fraternity; is that right?
25              A.    Phi Rho Pi.
```

Page 79

```
 1              Q.    Mm-hmm.  Phi Rho Pi?

 2              A.    Phi Rho Pi.

 3              Q.    Okay.

 4                    And you -- you officiated the funeral of

 5      his retire- -- deceased mother; is that right?

 6              A.    Yes.

 7              Q.    And his deceased father?

 8              A.    Yes.

 9              Q.    And you presided over Mr. Giuliani's

10      various weddings, right, too, as well, right?

11              A.    No, no.

12              Q.    I'm sorry.  Let me -- let me start that

13      over.

14              A.    Yeah.

15              Q.    You were his best man at his first wedding?

16              A.    That's correct.

17              Q.    All right.  And then you presided over his

18      second wedding?

19              A.    That's correct.

20              Q.    And -- and then Mr. Giuliani and his second

21      wife had two children, right?

22              A.    Uh-huh.

23              Q.    And you presided over their baptisms?

24              A.    Right.

25              Q.    And we already discussed that you
```

```
                                                Page 80
 1       officiated Andrew's wedding?
 2              A.    Right.
 3              Q.    Did you officiate Mr. Giuliani's wedding to
 4       his ex-wife, Judith?
 5              A.    No.
 6              Q.    You went on trips with them, though, right,
 7       Judith and Mr. Giuliani?
 8              A.    No.
 9              Q.    Did you go to Rome in 2013 with them?
10              A.    Oh, I'm sorry.  Yes.  Yeah.
11              Q.    Can you tell me about that?
12              A.    No, I don't remember anything about it at
13       all, as a matter of fact, until you reminded me.
14              Q.    As Mr. Giuliani was married throughout the
15       years, can you describe a little bit about what your
16       relationship with Mr. Giuliani was like during those
17       years?
18              A.    No.  I only the -- the question is a bit
19       vague for me to...
20              Q.    Sure.
21                    Did you maintain your closeness to --
22              A.    Oh.
23              Q.    -- Mr. Giuliani throughout his --
24              A.    I mean, absolutely.  Absolutely.
25              Q.    And how so?
```

```
                                             Page 81

 1              A.    By seeing him from time to time.

 2              Q.    Would you describe Mr. Giuliani as your

 3      best friend?

 4              A.    Certainly my oldest, yeah.

 5              Q.    Amongst your best friends?

 6              A.    Yes, amongst my best friends.

 7              Q.    If you can look at the second to last

 8      para- -- paragraph of that article which is Placa

 9      Deposition Exhibit 5.

10              A.    Uh-huh.

11              Q.    It says, "The former mayor has also spoken

12      out strongly in defense of his friend who joined Giuliani

13      Partners in August."

14                    Do you see that?

15              A.    No, I don't.

16              Q.    Let me make sure that I'm looking at the

17      right place.

18                    Ah, okay.  Second to the last paragraph,

19      you see that starts with "Monsignor Placa" at that .58?

20              A.    58, right.  Uh-huh.

21              Q.    You see that?

22                    You see the last sentence here says, "The

23      former mayor has also spoken out strongly in defense of

24      his friend"?

25              A.    Right.
```

```
                                                    Page 82
 1               Q.    Is that true, that Mr. Giuliani --
 2               A.    Yes.  Yes, he's been very strong in my
 3      defense, right.
 4               Q.    And what has that meant to you?
 5               A.    Well, I mean, it meant a lot.
 6               Q.    And he stood by you notwithstanding that it
 7      has come at consequence to himself, right?
 8               A.    That's right.
 9               Q.    What kind of consequences?
10               A.    I have no idea.
11               Q.    Okay.  I want to hand you what I'll mark as
12      Placa Deposition Exhibit 6.
13                     (Placa Exhibit 6, ABC News Article 10/23/07,
14      was marked for identification.)
15                     THE WITNESS:  Thank you.
16      BY MS. GOVERNSKI:
17               Q.    Monsignor Placa, Placa Deposition Exhibit 6
18      is an ABC News article titled Giuliani Defends, Employs
19      Priest Accused of Molesting Teens.
20               A.    Right.
21               Q.    Do you see that?
22               A.    I do.
23               Q.    And this is from October 23, 2007, right?
24               A.    Uh-huh.
25               Q.    And at that point, was Mr. Giuliani running
```

Page 83

```
 1      for president?
 2              A.    I can't recall that.
 3              Q.    Okay.  And if we look at the second
 4      paragraph, it says, "The priest, Monsignor Alan Placa, a
 5      long-time friend of Giuliani and the priest who
 6      officiated at his second wedding to Donna Hanover,
 7      continues to work at Giuliani Partners in New York, to
 8      the outrage of some of his accusers and victims groups
 9      which have begun to protest at Giuliani campaign events."
10              Do you see that?
11              A.    I do.
12              Q.    Do you recall protests at Giuliani campaign
13      events?
14              A.    No.  No, I don't.
15              Q.    Do you have any reason to dispute that
16      there were --
17              A.    No.
18              Q.    Okay.  And let me just ask that question in
19      full.  Do you have any reason to dispute that there were
20      protests at Giuliani campaign events in connection with
21      his support of you?
22              A.    I can't dispute it.  I don't know.
23              Q.    Okay.  And when this says that you
24      continued to work at Giuliani Partners in New York, is
25      that accurate?
```

Page 84

1          A.    Well, continued in the same way I had
2     always worked which was really just as a friend.
3          Q.    I'm trying to understand.  If Mr. Giuliani
4     was receiving outrage relating to his reported employment
5     of you, why he would continue to give you a title of
6     employment when you didn't actually work for him.
7                Have you reconciled that at all?
8          A.    No.
9                MR. CAMMARATA:  I'm going to object to the
10           form.
11               THE WITNESS:  No.  Again, I never -- I
12           never received a paycheck.  I never worked for him
13           in that sense.  He's just been a supportive friend
14           throughout.
15    BY MS. GOVERNSKI:
16         Q.    Would you describe him as a loyal person?
17         A.    Loyal?  Yes, very.
18         Q.    Is loyalty very important to him?
19         A.    Yes.
20         Q.    Can you describe that?
21         A.    Loyalty?  No, I can't describe it --
22         Q.    I'm sorry.
23         A.    How important is it to him, I think it's
24    very important.  You know, a man who is as public as he
25    is has a lot of people around him all the time.  And he

```
                                                    Page 85
 1     can never be sure which of them are there for him and for

 2     themselves.  So to know that he has some friends who are

 3     there just for him, I think that means a lot.

 4              Q.    And so do you feel loyal to him as well?

 5              A.    Oh, yes.

 6              Q.    Indebted to him?

 7              A.    Indebted?  I'm always indebted to the

 8     people who take such time and care for me, yes, of

 9     course.

10              Q.    The only reason I can understand him giving

11     you a title, notwithstanding you not actually performing

12     services for him, is out of loyalty to you.

13                   Is there any other reason?

14                   MR. CAMMARATA:  I'm going to object.  Is

15              there a question or is that a statement?

16     BY MS. GOVERNSKI:

17              Q.    Is there any other reason?

18              A.    No.

19                   MR. CAMMARATA:  Can you just repeat the

20              question?  Was there a question?

21                   MS. GOVERNSKI:  He answered the question.

22                   MR. CAMMARATA:  That wasn't a question.

23                   MS. GOVERNSKI:  You can have realtime if

24              you want it.

25                   MR. CAMMARATA:  Okay.  That was not a
```

```
                                                Page 86
 1            question.
 2      BY MS. GOVERNSKI:
 3            Q.    Okay.  I'm going to hand you what has been
 4      marked as Placa Deposition Exhibit 7 and 8.
 5                  (Placa Exhibit 7, Federal Election
 6      Commission Individual Contributions was marked for
 7      identification.)
 8                  (Placa Exhibit 8, Federal Election
 9      Commission Individual Contributions was marked for
10      identification.)
11      BY MS. GOVERNSKI:
12            Q.    Monsignor Placa, I'm handing you two
13      documents from the Federal Election Commission that you
14      can see have been filtered to reflect contributions from
15      Alan Placa.  Do you see that?
16            A.    I do.
17            Q.    Do you believe that the Alan Placa referred
18      to here is you?
19            A.    I have no idea.
20            Q.    Okay.  Well, let's start with Placa
21      Deposition Exhibit 8 which reflects individual
22      contributions.  If we go to the very last page, eight out
23      of eight, it begins 9/21/2006.  I'll let you get there.
24                  Are you there?
25            A.    9/21/2006, no.  Oh, 9/20/2016.  No?
```

Page 87

```
 1              Q.    9/21/20- -- the last page.

 2              A.    Aha.  Gotcha.

 3              Q.    Are you there?

 4              A.    I am.

 5              Q.    Do you see the line 9/21/2006?

 6              A.    Right.

 7              Q.    Okay.  And you see that it says -- the

 8      first line, Contributor Name, says Placa, Alan J. Mr. Do

 9      you see that?

10              A.    Uh-huh.

11              Q.    And it's a contribution to the Republican

12      National Committee.  Do you see that?

13              A.    Uh-huh.

14              Q.    And it says Employer Giuliani Partners,

15      LLC.  Do you see that?

16              A.    Yep.

17              Q.    Any reason to believe that this does not

18      describe you?

19              A.    No, it's me.

20              Q.    Okay.  And so any reason to believe that

21      these records don't reflect your various contributions

22      over the years?

23              A.    No.  Again, I haven't looked through them

24      carefully, but I wouldn't dispute it without further

25      examination.
```

Page 88

1          Q.    Okay.  And if we can continue on this last
2     page of Placa Deposition Exhibit 8 --
3          A.    Uh-huh.
4          Q.    -- you'll see there is one, two, three,
5     four, five entries on this one page.  Do you see that?
6          A.    Uh-huh.
7          Q.    Four of these contributions are to Rudy
8     Giuliani, Presidential Committee, Inc., right?
9          A.    Right.
10         Q.    And these are from 2007?
11         A.    Uh-huh.
12         Q.    Okay.  So does that refresh your
13    recollection regarding whether Mr. Giuliani was running
14    for president in 2007?
15         A.    It doesn't refresh my memory, no.
16         Q.    Okay.  Did you contribute to Mr. Giuliani's
17    presidential committee in 2007?
18         A.    Based on this document, I'd say yes,
19    although I don't have any particular recollection of it.
20         Q.    Okay.  And you've made various
21    contributions throughout the years to political
22    candidates, right?
23         A.    I have.
24         Q.    Have you ever donated to any democratic
25    candidates?

Page 89

```
 1          A.    I really don't -- I don't know.  I'm sorry.
 2          Q.    Would it surprise you if every individual
 3    or campaign that you've donated to aligns with the GOP?
 4          A.    No, it wouldn't surprise me but I don't
 5    remember that.  But it wouldn't surprise me.
 6          Q.    Mr. Placa, did you vote in this last
 7    presidential election?
 8          A.    I don't think so, no.
 9          Q.    Okay.  Mr. Placa -- I'm sorry, Monsignor
10    Placa, do you believe that the 2020 election was stolen?
11                MR. CAMMARATA:  Objection.
12                THE WITNESS:  No.
13    BY MS. GOVERNSKI:
14          Q.    I'm sorry, did you answer the question?
15          A.    I did.  No.
16          Q.    Are you aware of Mr. Giuliani's statements
17    regarding our clients Shaye Moss and Ruby Freeman?
18          A.    No.
19          Q.    You have no recollection of it?
20          A.    I don't.
21          Q.    Okay.
22                MS. GOVERNSKI:  At that point, I will pause
23          the deposition.  I want to consult with my
24          colleagues, go off the record, and then
25          potentially we'll be finished.  We can go off the
```

```
                                          Page 90
 1            record for five minutes.
 2                  THE VIDEOGRAPHER:  Going off the video
 3            record.  The time is 5:36 p.m.
 4                  (A recess is taken.)
 5                  THE VIDEOGRAPHER:  Coming back on the video
 6            record.  The time is 5:38 p.m.
 7      BY MS. GOVERNSKI:
 8            Q.    Monsignor Placa, did you have any
 9      conversations about your testimony with anyone during the
10      break?
11            A.    No.
12            Q.    Is there any aspect of your testimony that
13      you would like to change as you sit here today?
14            A.    No.
15            Q.    Is there anything else that you have not
16      shared today regarding the topics that we've discussed?
17            A.    No.
18                  MS. GOVERNSKI:  I have no further
19            questions.
20                  MR. CAMMARATA:  Thank you.
21                  THE WITNESS:  God is good.
22                  THE VIDEOGRAPHER:  Would either party like
23            a copy of the video?
24                  MS. GOVERNSKI:  We would like the video and
25            the transcript.
```

```
                                                   Page 91
 1              MR. CAMMARATA:  I'll get the transcript.

 2              THE VIDEOGRAPHER:  This concludes the

 3       deposition of Alan Placa.  Going off the video

 4       record.  The time is 5:39 p.m.

 5              (The proceeding is adjourned at 5:39 p.m.)

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                        Page 92

 1                  CERTIFICATE OF OATH OF WITNESS

 2

 3       STATE OF FLORIDA          )

 4       COUNTY OF ST. LUCIE       )

 5

 6                    I, the undersigned Notary Public, in and

 7       for the State of Florida, hereby certify that MONSIGNOR

 8       ALAN PLACA personally appeared before me, produced ID and

 9       was duly sworn.

10

11                    WITNESS MY HAND and official seal in the

12       City of Fort Pierce, County of St. Lucie, State of

13       Florida this December 30, 2024.

14

15

16

17

18                         Jennifer L. Bush, RPR, FPR, FPR-C

19                         Notary Public
                           State of Florida at Large.
20                         My Commission: #HH 529563
                           My commission expires:  9/20/28

21

22

23

24

25
```

```
                                                        Page 93

  1                     CERTIFICATE OF REPORTER

  2

  3      STATE OF FLORIDA          )

  4      COUNTY OF ST. LUCIE       )

  5                     I, Jennifer L. Bush, Registered

  6      Professional Reporter, Florida Professional Reporter, do

  7      hereby certify that I was authorized to and did

  8      stenographically report the deposition of MONSIGNOR ALAN

  9      PLACA; and that a review of the transcript was requested;

 10      and that pages 1 through 96, inclusive, are a true record

 11      of my stenographic notes.

 12                     I further certify that I am not a relative,

 13      employee, attorney or counsel of any of the parties, nor

 14      am I a relative or employee of any of the parties,

 15      attorneys or counsel connected with the action, nor am I

 16      financially interested in the action.

 17

 18                     Dated this December 30, 2024.

 19

 20                     Jennifer Bush, RPR, FPR, FPR-C

 21

 22

 23

 24                     The foregoing certification of the
         transcript does not apply to any reproduction of the same
         by and means unless under the direct control and/or
 25      direction of the certifying reporter.
```

```
                                                    Page 94

 1     Joseph M. Cammarata, Esq.

 2     Joe@cdlawpc.com

 3                        December 30, 2024

 4     RE:    Freeman, Ruby, Et Al. v. Giuliani, Rudolph W.

 5          12/26/2024, Alan Placa (#7087703)

 6          The above-referenced transcript is available for

 7     review.

 8          Within the applicable timeframe, the witness should

 9     read the testimony to verify its accuracy. If there are

10     any changes, the witness should note those with the

11     reason, on the attached Errata Sheet.

12          The witness should sign the Acknowledgment of

13     Deponent and Errata and return to the deposing attorney.

14     Copies should be sent to all counsel, and to Veritext at

15     cs-ny@veritext.com

16      Return completed errata within 30 days from

17     receipt of testimony.

18       If the witness fails to do so within the time

19     allotted, the transcript may be used as if signed.

20

21

22                     Yours,

23                     Veritext Legal Solutions

24

25
```

Page 95

1    Freeman, Ruby, Et Al. v. Giuliani, Rudolph W.

2    Alan Placa (#7087703)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   Alan Placa                          Date

25

Page 96

1    Freeman, Ruby, Et Al. v. Giuliani, Rudolph W.

2    Alan Placa (#7087703)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, Alan Placa, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11    _____    _____

12    Alan Placa                        Date

13    *If notary is required

14                        SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                        _____ DAY OF _____, 20___.

16

17

18                        _____

19                        NOTARY PUBLIC

20

21

22

23

24

25

[& - 718-447-0020]                                    Page 1

**&**

**&**   2:5,11 4:22
  4:24,25

**1**

**1**   3:13 4:9 55:1
  55:2,9,14 56:10
  56:12 58:14
  66:4 93:10
**10/23/07**   3:16
  82:13
**1001**   1:10 4:13
**10314**   2:12
**12/26/2024**   94:5
**14**   14:5
**17**   46:12 55:15
**17th**   45:17
**18**   14:2
**1875**   2:5
**19**   14:1
**1st**   64:10

**2**

**2**   3:14 55:5,6
  56:3 58:10
  60:12,15 64:8
  64:13,17,25
**20**   14:1 22:22
  96:15
**20006**   2:6
**2007**   82:23
  88:10,14,17
**2013**   12:20
  13:20,21 14:9

14:17 16:24
17:12 18:22
80:9
**2017**   14:4,9,11
  14:17 15:15,19
  16:24 17:6,12
  17:21,23 18:11
  18:23 19:10,15
  19:23 20:1,5,16
  20:25 21:7
  22:22
**2019**   21:10,15
  22:22
**202-303-1000**
  2:6
**2020**   89:10
**2022**   33:16
  69:16
**2023**   25:23,24
  26:3 27:19,20
  27:23,23,25
  28:4,7,24 29:7
  29:20,25 30:9
  30:16,18,20
  31:11,18,21
  32:2,7,10,13,19
  33:14,22 34:1,6
  34:12,15 35:8
  41:23 42:4
  45:9,12 47:1
  60:22 64:10,10
  64:24
**2024**   1:12 4:3
  25:15 34:7,15

35:10,16,19,24
37:3,5,9 38:8
38:17 42:8,18
42:23,24 43:6
43:10,12,22
44:1,4,23 45:5
45:12,17,21,24
46:3,12,13 47:2
55:16 64:12,24
92:13 93:18
94:3
**23**   82:23
**24**   1:2 32:9
  64:11
**26**   1:12 4:2
  55:25 56:6,16
**27**   14:4
**29**   46:13

**3**

**3**   3:14 56:6
  62:16,21 63:13
  66:4
**30**   92:13 93:18
  94:3,16
**3003**   92:18
  93:20
**31**   60:22
**33**   54:25
**33401**   1:11
**34**   62:15

**4**

**4**   3:15 68:17,18
  68:24
**40**   55:5
**456**   2:11
**4:06**   1:13 4:2

**5**

**5**   3:4,16 76:3,4
  81:9
**529563**   92:20
**55**   3:13,14
**58**   81:19,20
**5:08**   67:24
**5:17**   68:2
**5:36**   90:3
**5:38**   90:6
**5:39**   91:4,5
**5:42**   1:13

**6**

**6**   3:16 63:16
  82:12,13,17
**62**   3:14
**6563**   1:2
**68**   3:15

**7**

**7**   3:17 62:2
  86:4,5
**7087703**   94:5
  95:2 96:2
**718-447-0020**
  2:12

**[76 - approve]**  Page 2

| | | | |
|---|---|---|---|
| **76**  3:16 | **abuse**  76:20 | **advance**  9:1 | 49:4 63:5 |
| **8** | **access**  73:21 | 11:9,25 36:7 | 89:14 |
| **8**  3:18 45:17 | **accountant** | **afternoon**  4:1 | **answered** |
| 64:10 86:4,8,21 | 54:17 | **ago**  32:25 73:1 | 31:23 36:22 |
| 88:2 | **accounts**  73:22 | **agree**  4:7 | 37:20,20 38:10 |
| **82**  3:16 | **accuracy**  94:9 | **ah**  81:18 | 38:13 43:16 |
| **86**  3:17,18 | **accurate**  5:19 | **aha**  87:2 | 49:10 59:24 |
| **9** | 7:12,19 68:24 | **al**  4:11 94:4 | 85:21 |
| **9/20/2016**  86:25 | 69:19 70:16 | 95:1 96:1 | **anybody's** |
| **9/20/28**  92:20 | 77:17 83:25 | **alan**  1:16 3:3 | 41:25 |
| **9/21/20**  87:1 | **accused**  82:19 | 3:15 4:10 5:5 | **anyone's**  9:24 |
| **9/21/2006**  86:23 | **accusers**  83:8 | 5:14 57:5 | **aol**  10:16 |
| 86:25 87:5 | **acknowledge...** | 62:17,24 71:5 | **aol.com.**  10:15 |
| **90**  67:18,18 | 96:3 | 76:25 83:4 | **apart**  27:14 |
| **92**  3:6 | **acknowledg...** | 86:15,17 87:8 | 44:5,7 72:23 |
| **94**  3:8 | 94:12 | 91:3 92:8 93:8 | **apartment**  9:14 |
| **95**  3:6,7 | **action**  93:15,16 | 94:5 95:2,24 | 11:7 13:13,18 |
| **96**  3:7 93:10 | **activities**  23:9 | 96:2,4,12 | 13:22 15:22 |
| **9th**  32:24 78:2 | **actual**  71:18 | **aligns**  89:3 | 31:6,7,9,16 |
| 78:3 | **actually**  8:10 | **allegation** | 39:19 42:2 |
| **a** | 13:11 26:16 | 76:20 | 48:24 60:20 |
| **aaron**  2:4 4:25 | 48:24 57:11,20 | **allotted**  94:19 | **aplaca**  10:15 |
| **abc**  3:16 82:13 | 57:20 61:19 | **allowed**  26:23 | **appeared**  92:8 |
| 82:18 | 66:1 84:6 | **alter**  61:7 | **appearing**  2:2 |
| **ability**  8:2 | 85:11 | **amended**  3:13 | 2:9 |
| **able**  7:11 36:4 | **additions**  96:6 | 55:2,18,24 | **appended**  96:7 |
| 36:5 72:10 | **address**  10:11 | **andrew**  34:23 | **applicable**  94:8 |
| **above**  1:25 94:6 | 10:16 56:17 | 35:2 51:20 | **apply**  93:24 |
| 96:7 | 57:6 | **andrew's**  80:1 | **appointment** |
| **absolutely** | **addresses** | **answer**  7:23 | 11:5 |
| 33:13,15 80:24 | 10:17 | 8:11 14:24 | **appreciate** |
| 80:24 | **adjourned**  91:5 | 17:19 26:14 | 61:12 |
| | **admitted**  45:15 | 36:25 38:20 | **approve**  72:14 |
| | 46:11 | 41:16 48:4 | |

**arlene**  2:11
**arrived**  6:13
**article**  3:16,16
  76:5 81:8
  82:13,18
**asked**  13:6
  31:22 33:3
  36:22 37:20
  43:16 51:22
  59:7,17,23
**asking**  22:16
  28:13 37:2
  38:5,7,16
**asks**  64:8
**aspect**  90:12
**assets**  70:9
**assume**  70:22
**assuming**  51:21
**attached**  66:16
  94:11
**attended**  22:8
**attention**  63:15
  64:7
**attorney**  6:23
  93:13 94:13
**attorneys**  93:15
**audio**  4:6
**august**  12:20
  13:20 45:17
  46:13 64:10
  69:16 81:13
**authorized**
  93:7

**available**  94:6
**aware**  36:9
  37:9 47:16
  48:6 50:8
  59:11 74:8
  89:16

### b

**back**  13:9
  15:16 16:23
  17:23 18:16
  20:5 33:8,21
  61:24 66:3
  67:21 68:1
  90:5
**badgering**  38:2
**ballpark**  49:7
**baptisms**  79:23
**barred**  76:14
  76:19
**based**  28:3 29:2
  36:17 37:6
  46:17 65:23
  66:1 88:18
**basis**  8:9,10
**beach**  1:10,11
  4:13,14 9:14
  11:9 12:19
  14:17 15:19,22
  16:6,7 17:2,11
  17:15 18:1
  19:1 20:9,22
  21:5,8,12 22:2
  22:4,7,14,24

  24:4,7 26:7
  27:6 28:24
  29:8 30:8 31:3
  31:6,10 32:5,20
  34:2,20 35:5,24
  36:10 37:6,13
  40:14 41:9,22
  41:25 42:8,18
  43:13,22 44:1
  44:18,22 45:6
  45:12,16 46:6
  46:12,16 60:20
  64:4,16,23
  72:20
**beginning**  28:7
  28:23 29:7,14
  29:19 30:9
  31:10 41:7
**begins**  86:23
**begun**  83:9
**behalf**  1:22 2:2
  2:9 4:22,24 5:1
  5:2,6
**believe**  13:24
  30:8 34:22,23
  49:23 55:23
  69:20 71:4,8,17
  72:13,17 74:10
  74:10 86:17
  87:17,20 89:10
**benefit**  7:23
  10:5
**best**  21:6 79:15
  81:3,5,6

**big**  48:2
**birthday**  21:20
  21:22,25 22:4,7
  22:11 32:13
**bishopaccou...**
  3:16 76:4
**bit**  14:14 50:22
  80:15,18
**blvd**  1:10
**bottom**  56:11
**bought**  12:19
  13:10,13,15,20
  13:21 20:6
**boulevard**  4:13
**box**  59:3 60:12
  66:8
**boxes**  53:18
**break**  8:5 27:14
  52:16,20 67:8
  67:11,16,20,22
  68:5 90:10
**bring**  61:22
  66:12,22
**brought**  61:19
  61:23 63:3
**building**  72:24
**bush**  1:23 4:16
  92:18 93:5,20
**business**  45:3
  76:21
**buy**  12:22

**[c - committee]** Page 4

| c | | | |
|---|---|---|---|
| **c** 2:1,3 5:14 92:18 93:20 | 90:20 91:1 94:1 | 81:4 | **christmases** 38:21 |
| **calendar** 12:17 36:4,7 44:15 64:3,5,15,22 65:2 | **campaign** 83:9 83:12,20 89:3 | **certainty** 30:19 | **church** 24:6,6 |
| **calender** 12:10 | **candidates** 88:22,25 | **certificate** 3:6,7 3:7 92:1 93:1 | **cigars** 23:5 |
| **call** 9:18,21 10:20 12:15 15:8 | **care** 11:15 61:13 85:8 | **certification** 93:23 | **city** 60:19 92:12 |
| **called** 5:6 53:15 75:12 | **carefully** 87:24 | **certified** 66:15 | **civil** 55:25 56:6 56:16 |
| **calls** 9:19 | **caroline** 34:23 | **certify** 92:7 93:7,12 | **claims** 56:20 |
| **cammarata** 2:10,11 5:2,2 5:24 6:3,5,12 6:19 8:7 9:4 14:18,22 17:16 20:10 26:11,16 26:21,25 28:18 29:9 31:12,22 33:18 34:9,21 36:12,18,21 37:19,24 38:1,5 38:10,13 40:21 40:25 41:4 43:1,15 44:2 47:14 49:10 50:12 55:17 59:23 72:16 84:9 85:14,19 85:22,25 89:11 | **carries** 7:8 | **certifying** 93:25 | **clean** 62:7 |
| | **case** 1:2 6:1 54:21 58:19 59:5 | **change** 61:7 68:8,10 90:13 95:4,7,10,13,16 95:19 | **clear** 13:11 |
| | **catch** 32:25 | **changed** 34:7 45:1 53:9 | **client's** 8:10 |
| | **categories** 63:21 | **changes** 94:10 96:6 | **clients** 89:17 |
| | **caught** 29:16 | **characterize** 78:4 | **close** 51:20,21 |
| | **cause** 1:25 | **chart** 60:15 | **closeness** 80:21 |
| | **cdlawpc.com** 2:13 94:2 | **checked** 66:8 | **clubs** 24:3,4 |
| | **celebrate** 21:24 22:14 | **checking** 52:25 53:5 63:11 | **cold** 15:7 |
| | **celebrated** 32:12 | **chief** 58:19 | **colleagues** 89:24 |
| | **celebrating** 21:20 | **children** 79:21 | **college** 78:20 |
| | **cell** 9:15 | **chris** 2:15 4:15 | **column** 60:13 |
| | **certain** 8:8 30:15,17 31:20 | **christmas** 22:13,14,17 32:15,16 33:3,5 33:9 37:12,15 37:18 38:19 39:10 44:7 | **come** 13:9 15:3 15:6,12 23:15 23:16 24:10 67:21 82:7 |
| | **certainly** 25:18 33:14 34:11 35:21 49:5,12 50:2 70:18 | | **coming** 12:1,14 31:6,10 68:1 77:1 90:5 |
| | | | **commission** 3:17,18 86:6,9 86:13 92:20,20 |
| | | | **committee** 87:12 88:8,17 |

| | | | |
|---|---|---|---|
| **communicate** 10:13 | **condominium** 41:7 47:1 60:21 | **contributor** 87:8 | 69:4 78:1 79:16,19 96:8 |
| **communicati...** 52:22 53:1 64:9 75:7,10 | **confirmed** 76:22 | **control** 93:24 | **corrections** 96:6 |
| **companies** 74:9 74:12,17 | **confirms** 76:13 | **convention** 46:4,5,9 | **counsel** 4:18 93:13,15 94:14 |
| **company** 9:25 | **confusing** 18:17 | **conversation** 31:21 40:6 51:13 54:3 73:14 | **count** 35:25 |
| **compensation** 75:24 | **connected** 93:15 | | **county** 60:20 64:16 92:4,12 93:4 |
| **complete** 96:8 | **connection** 83:20 | **conversations** 4:5 6:8,18 9:7 10:25 29:4,6,18 29:19,24 30:3,7 30:16,23 37:7 40:7,10,13 41:21 42:14,17 42:19 43:12,18 43:21 59:20 60:2 90:9 | **couple** 18:14 40:1 50:1 77:15 |
| **completed** 94:16 | **consequence** 82:7 | | **course** 23:23 45:7 85:9 |
| **completely** 61:5 | **consequences** 82:9 | | **court** 1:1 4:16 4:20 7:22,22 8:2 10:5 |
| **complicated** 11:14 | **consider** 14:11 | | |
| **complies** 63:9 | **consult** 36:4,6 89:23 | | **covid** 21:11 |
| **concludes** 91:2 | | **cooperative** 60:20 | **cs** 94:15 |
| **conditions** 7:18 | **consulting** 76:21 | **coordinate** 11:20 | **current** 13:21 20:6 |
| **condo** 16:10,11 16:14,15,20 18:1 23:7,10 24:24 25:16 26:7 27:6 28:25 29:8,14 29:25 33:23 34:2,8,17,20 35:5,10,14 37:8 37:8 39:21 40:19 42:8 45:16 46:12 47:5,12 49:24 | **continue** 4:6 84:5 88:1 | **copies** 62:10 94:14 | **currently** 74:3 74:6 |
| | **continued** 83:24 84:1 | **copy** 62:8 63:3 68:21 90:23 | **cv** 1:2 |
| | **continues** 83:7 | **copying** 66:14 | |
| | **contribute** 88:16 | **corporate** 73:22 75:6,17 | **d** |
| | **contribution** 87:11 | **correct** 5:20 9:6 11:21 19:11 28:5 32:11 68:8 | **date** 1:12 12:16 17:8 95:24 96:12 |
| | **contributions** 3:17,18 86:6,9 86:14,22 87:21 88:7,21 | | **dated** 55:15 93:18 |
| | | | **dates** 18:17 25:17,20 26:1 |

**[dates - e]**

65:4 78:21
**day** 66:17
96:15
**days** 44:22 45:5
45:11 66:17
77:2,11 94:16
**dc** 2:6
**deceased** 79:5,7
**december** 1:12
4:2 25:4,7
38:17 55:15
60:22 92:13
93:18 94:3
**decided** 32:5
**decision** 15:24
**declare** 40:14
40:16,18 96:4
**deemed** 96:6
**defendant** 1:7
6:1 55:16,22
56:4 58:17,25
64:9
**defendant's**
3:13 55:2
**defendants** 2:9
**defends** 82:18
**defense** 81:12
81:23 82:3
**defenses** 56:21
**define** 69:14
71:13
**demeyer** 2:11
**democratic**
88:24

**deponent** 6:25
94:13 96:3
**deposed** 6:21
**deposing** 94:13
**deposit** 53:18
**deposition** 1:16
1:25 3:3,14
4:10,12 8:7,14
8:17,23,25 9:3
9:8 36:7 56:3,9
58:10 59:18,21
62:17,20,24
63:2,13,19 65:8
66:6,12,17,23
68:17 76:3
81:9 82:12,17
86:4,21 88:2
89:23 91:3
93:8
**depot** 53:7
**describe** 61:23
80:15 81:2
84:16,20,21
87:18
**description**
3:12 26:10
27:10
**difference** 13:7
14:14
**differences**
34:16 47:4
**dimaggio** 47:23
48:2,7,16 49:16
51:23

**direct** 3:4 5:10
63:15 64:7
93:24
**direction** 93:25
**disagree** 26:9
27:9
**disclosing**
56:20
**disclosures**
3:13 55:3,19,24
56:5
**discoverable**
56:18 57:9,18
57:23
**discovery** 66:16
**discuss** 8:25
**discussed** 30:17
42:25 43:13
58:3 61:1
79:25 90:16
**discussing**
57:25
**discussions**
60:18
**dispute** 45:18
46:13 83:15,19
83:22 87:24
**district** 1:1,1
**doctor** 53:25
**doctors** 53:20
53:23
**document**
55:15 59:13
60:6 62:23

63:10,12 64:8
64:13,24 66:4
68:24 76:9
88:18
**documents**
8:16,18 52:13
53:9 61:19,22
62:1 63:16,21
63:21,23,25
64:8,17 65:3,9
65:13,18,19,23
65:24 66:13,23
67:3 86:13
**doing** 55:5
**domicile** 57:12
57:21
**donated** 88:24
89:3
**donna** 83:6
**door** 62:2
**dozen** 33:21
35:8 47:1,2
**drink** 23:5
**drive** 16:11
23:17,19 24:2
**driven** 23:24
**driver** 23:18
**drives** 23:21
**duly** 5:7 92:9
**duty** 53:15

**e**

**e** 2:1,1 95:3,3,3

**earlier** 16:13
  25:13 27:13
  64:2
**earliest** 17:8,13
**early** 20:8 21:7
  27:19,20 29:7
  29:19,25 30:9
  30:16,18,20
  31:11,17
**ease** 8:2
**efforts** 65:11,17
**eight** 86:22,23
**either** 90:22
**election** 3:17,18
  86:5,8,13 89:7
  89:10
**electronically**
  66:13
**email** 6:14,16
  10:9,11,11,13
  10:15,16,16,17
  10:19
**emails** 12:3,5,6
  12:8
**employed**
  69:12,14 70:5
  71:12,13,18
**employee** 75:9
  75:15 93:13,14
**employees** 74:3
  74:20
**employer** 87:14
**employment**
  84:4,6

**employs** 82:18
**entities** 74:20
  74:24 75:4,18
  75:22,25
**entity** 74:6 75:6
  75:12
**entries** 64:3,15
  64:23 88:5
**equivalent**
  45:13
**errata** 3:6
  94:11,13,16
**esq** 94:1
**esquire** 2:3,4,4
  2:10
**establish** 30:8
**estimate** 22:21
**et** 4:11 94:4
  95:1 96:1
**events** 83:9,13
  83:20
**ex** 80:4
**exactly** 10:3
  11:18,19 12:12
  15:9 31:4
**examination**
  3:4 5:10 87:25
**examined** 5:7
**except** 70:25
**exhausted** 58:5
  58:7,8 61:3
**exhibit** 3:13,14
  3:14,15,16,16
  3:17,18 55:1,2

  55:5,6,9,13,14
  56:3,10 58:10
  62:16,21 63:13
  68:17,18,24
  76:3,4 81:9
  82:12,13,17
  86:4,5,8,21
  88:2
**exhibits** 3:11
**expect** 35:25
**expects** 58:25
**experience**
  22:21 31:8
  69:1,16
**expires** 92:20
**explain** 14:13
**extended** 15:12
**extent** 65:3

**f**

**fact** 41:20
  42:20,20 43:19
  43:22 48:8
  54:5 80:13
**fails** 94:18
**fair** 7:18 71:15
**family** 33:1,1
**fan** 47:17,23
  48:2
**far** 11:25 28:19
  33:8 36:13
  44:8 46:8 72:8
**farr** 2:5 4:22,24
  4:25

**father** 79:7
**favorite** 47:19
  47:21
**february** 55:15
**federal** 3:17,18
  55:25 56:6,16
  86:5,8,13
**feel** 65:21 85:4
**feeling** 65:24
**fifth** 57:3 60:12
  60:13
**filed** 75:3
**filtered** 86:14
**financial** 70:9
  73:25
**financially**
  93:16
**fine** 5:17 27:2
  37:24
**fingers** 50:17
**finish** 40:23,24
  41:2
**finished** 89:25
**firm** 4:17 76:13
  77:2
**first** 5:7 9:3
  13:13,13,17
  14:25 27:23,24
  27:25 28:4,7,24
  29:15 55:22
  59:10 66:5
  76:18 79:15
  87:8

**five** 7:3 14:15
  24:17 26:4
  67:22 88:5
  90:1
**fl** 1:11
**florida** 1:24
  4:14 25:16
  29:14,25 33:22
  34:8,17 35:10
  47:5,12 48:25
  49:1,3,6,16,24
  50:4 53:10,15
  53:18,21,23
  54:12,15 57:10
  57:19 60:20
  74:17,21,25
  75:4 92:3,7,13
  92:19 93:3,6
**focus** 35:10
**focusing** 32:2
**following** 58:18
  66:12
**follows** 5:8
**foregoing** 93:23
  96:5
**forgotten** 17:4
**form** 14:19
  17:17 20:10
  28:18 29:9
  31:12 33:18
  34:9,21 36:12
  37:19 40:21
  43:1,15 44:2
  47:14 50:12

  72:16 84:10
**former** 76:25
  77:25 81:11,23
**fort** 92:12
**forth** 13:10
  15:16
**forward** 20:1
**four** 24:17
  37:21 88:5,7
**fourth** 58:23
  59:3
**fpr** 92:18,18
  93:20,20
**framed** 49:18
  49:20
**fraternity**
  78:24
**frcp** 56:15
**freeman** 1:3
  4:11 89:17
  94:4 95:1 96:1
**frequency** 36:2
**frequently**
  27:12,15 28:3,7
  28:12,14 29:14
**friend** 16:1
  81:3,12,24 83:5
  84:2,13
**friends** 32:24
  40:5 42:12
  44:6 77:1,25
  78:6 81:5,6
  85:2

**friendship**
  23:24
**front** 62:2
  76:11
**full** 5:12 7:12
  18:23 27:18
  31:6,10 34:11
  34:13 83:19
**functioning**
  74:6
**funeral** 79:4
**furniture** 47:9
**further** 87:24
  90:18 93:12

**g**

**gallagher** 2:5
  4:22,24 5:1
**gendron** 2:15
  4:15
**generally** 22:17
**getting** 38:2
**gifted** 51:15
**gifting** 51:11
**giuliani** 1:6
  4:11 5:3 6:1
  9:8,10 10:7,17
  11:8,17 15:21
  17:2 18:1 19:1
  19:20 20:9,22
  21:12,17 22:24
  26:5 27:5
  28:24 29:24
  34:1,8 35:24

  36:10 37:10,12
  41:8 42:24
  43:6,25 44:11
  45:15 46:11,22
  47:17 48:3,6
  52:1,3,7,10,13
  53:9,14 54:21
  57:10,19 59:11
  59:20 60:3
  69:2,12,22,25
  70:2,6,8,11,13
  70:17 71:6,12
  71:16 72:5,12
  72:14,15,19
  73:3,10,19,22
  73:25 74:3,5,8
  75:3,7,9,22
  76:13,22,22
  77:2 78:5,7
  79:20 80:7,14
  80:16,23 81:2
  81:12 82:1,18
  82:25 83:5,7,9
  83:12,20,24
  84:3 87:14
  88:8,13 94:4
  95:1 96:1
**giuliani's** 16:10
  17:11,14 21:20
  52:6 54:17
  55:16 56:5
  60:19 64:3,9,23
  65:4 74:16,20
  74:24 75:17,25

[giuliani's - house]                                              Page 9

79:9 80:3
88:16 89:16
**give**  7:8,12
32:10 54:25
55:11 61:24
67:11 72:2
84:5
**given**  41:20
67:2 70:18,19
71:19,20 96:9
**gives**  11:17
**giving**  7:18
85:10
**go**  4:7 11:6
15:16 16:23
17:23 18:16,16
20:5 23:11,13
24:4,6 58:9
67:9 73:11
76:7 77:11,13
80:9 86:22
89:24,25
**god**  40:4 48:13
90:21
**going**  4:2 14:18
17:16 19:25
26:11,25 33:21
36:21 54:25
62:7,15 64:6
67:6,8,13,14,17
67:19,23 76:2,7
84:9 85:14
86:3 90:2 91:3

**good**  4:1 8:4
9:25 29:21
53:25 90:21
**gop**  89:3
**gotcha**  87:2
**governski**  2:3
3:4 4:21,21
5:11 14:20,23
17:18 20:13
26:13,19,23
27:2,3 28:21
29:12 31:19
32:1 33:20
34:14 35:1
36:15,19,24
37:22,25 38:3,7
38:11,15 40:23
41:2,5 43:4,20
44:10 47:15
49:14 50:13
55:4,8,10,14,18
55:20 60:1
62:15,19 67:15
67:20 68:3,20
72:18 76:6
82:16 84:15
85:16,21,23
86:2,11 89:13
89:22 90:7,18
90:24
**grade**  32:24
78:2,3
**grammar**  57:16

**great**  58:13
**groups**  83:8
**growing**  78:21
**guess**  7:3

### h

**h**  95:3
**half**  27:23,23
27:24,25 28:4,7
28:24 29:15
**hampshire**  33:5
33:9 37:16,17
38:20,21 44:6
**hand**  62:7
67:14 76:2
82:11 86:3
92:11
**handed**  59:13
**handing**  55:13
68:16 86:12
**hanging**  49:22
**hanover**  83:6
**happen**  9:20
**happened**
41:19
**happy**  61:14
65:10 67:4,11
**hard**  40:5
67:19
**he'll**  11:12,18
12:9,15
**head**  7:24
**heading**  12:16

**heads**  11:17
**heard**  9:3 48:10
75:6,12
**help**  12:6 54:24
71:14
**hereto**  96:7
**hesitancy**  27:11
**hh**  92:20
**high**  78:18,20
**hired**  76:14
**historically**
71:16
**hmm**  16:22
79:1
**holidays**  33:4
**home**  12:22
13:6,9,21 15:1
24:12,13 26:7
27:7,13,16,17
27:18,19 28:12
28:20,25 30:9
32:5 36:14
42:3 44:24
45:2 48:22,23
67:9
**homes**  16:3
**homestead**
60:21
**honestly**  40:4
**host**  34:19
**hour**  67:7,7,10
**hours**  40:2
**house**  13:15,15
13:24 23:12,16

24:10

**huh** 18:21,24
19:16 20:3,7
49:21 56:14
58:16 59:2
60:14 62:9,22
63:22 66:7
79:22 81:10,20
82:24 87:10,13
88:3,6,11

**i**

**idea** 51:16 54:4
60:5,8 72:2,4
73:9 74:2,4
82:10 86:19
**identification**
55:3,7 62:18
68:19 76:5
82:14 86:7,10
**impeachment**
56:22
**important**
84:18,23,24
**inaccurate** 77:7
77:16,22
**inclusive** 93:10
**incorporated**
74:25
**incredibly**
77:17
**indebted** 85:6,7
85:7

**index** 3:1
**individual** 3:17
3:18 56:18
57:3 86:6,9,21
89:2
**influence** 15:24
**inform** 12:6
**information**
56:18,19 57:9
57:18,24 58:2
66:13
**initial** 55:18,24
**input** 12:16
**inspection**
66:14
**intended** 30:8
31:2
**intending** 43:18
**intent** 41:8,22
41:25 43:13
**intention** 30:10
40:14
**interacted** 35:9
**interested**
93:16
**interpret** 64:17
**interrogatories**
26:6 27:6
**interrogatory**
26:17
**introduce** 4:18
**invited** 35:6
**island** 2:12
76:19

**items** 47:11
75:18

**j**

**j** 76:25 87:8
**jennifer** 1:23
4:16 92:18
93:5,20
**jersey** 51:24
**joanna** 2:4
**joanne** 4:23
**job** 8:3
**joe** 2:13 26:23
38:3 47:23
48:2,7,16 49:16
51:23 94:2
**joined** 24:12,14
81:12
**joseph** 2:10 5:2
94:1
**judge** 7:9
**judith** 80:4,7
**july** 64:10
**june** 45:17
46:12
**jury** 7:9 53:15

**k**

**k** 2:5
**keep** 35:25 38:5
46:19 49:3,5
50:3 67:8,13
**keeps** 47:11
52:13

**kids** 34:19,20
**kind** 15:8 59:6
75:25 82:9
**knew** 30:14,14
**know** 7:21 8:7
9:20,24 10:12
11:8,11 12:2,3
12:4,8,13 23:21
23:22 24:16
28:8,20 29:15
31:15,16,17,17
36:3,13 38:23
40:4,25 42:15
44:9,24 45:23
46:1,8,22 47:11
47:22,25 48:1,4
48:8,9 49:4
50:5,21 51:8,10
52:20 53:8,11
53:14,16,17,19
53:20,22,23,24
54:5,14,17 63:8
70:7,20,25 71:3
72:8 74:2,16
83:22 84:24
85:2 89:1
**knowledge**
17:1,6,11,14
18:25 29:4
36:17 37:5
43:25 44:14,21
45:5 50:14
51:14 53:12
56:12 58:5

[knowledge - matter]                                              Page 11

73:24 74:5,11
74:19,23 75:2
**known**  44:25
56:17
**knows**  40:4

**l**

**l**  1:23 5:14,14
92:18 93:5
**l.i.**  76:14
**lake**  16:11
**lamberta**  2:4
4:23,23
**large**  1:24
92:19
**lawsuit**  40:8,11
42:14,16
**lawyer**  5:19,21
14:6
**learned**  77:17
**leave**  11:16
16:6
**led**  30:7
**left**  67:7,10
73:14
**legal**  4:17 5:25
94:23
**letter**  3:8
**life**  24:17 42:20
78:8
**lifelong**  78:6
**liked**  15:20
**likely**  56:18
57:8

**limited**  57:9
**line**  87:5,8 95:4
95:7,10,13,16
95:19
**linkedin**  3:15
68:18,21 69:16
70:23 71:2,6,9
**list**  3:14 55:6
58:18
**listed**  54:21
57:2 60:18
69:15 70:5
71:5
**listen**  44:25
**listening**  38:3
**listing**  59:11
**lists**  69:1
**little**  14:13
80:15
**live**  11:13 13:15
24:11 30:12
31:3,6,10
**lived**  28:24
34:10 36:13
43:22 44:3,8
**lives**  28:15,17
**living**  18:23
20:16
**ljl**  1:2
**llc**  87:15
**llp**  2:5
**located**  51:9
53:20 54:15

**location**  4:12
**long**  10:25
32:25 39:25
40:5 42:2
44:25 69:11
76:19 83:5
**longer**  73:3
**look**  12:3 56:2
56:11 60:11
63:7 65:8,11
81:7 83:3
**looked**  65:2
87:23
**looking**  52:15
55:13 60:17
81:16
**lost**  30:13
**lot**  35:8 45:1
82:5 84:25
85:3
**loyal**  84:16,17
85:4
**loyalty**  84:18
84:21 85:12
**lucie**  92:4,12
93:4
**lunch**  11:6

**m**

**m**  2:10 94:1
**made**  37:8
40:17 88:20
96:5

**maintain**  80:21
**maintained**
15:1
**majority**  26:7
27:7
**make**  12:7
18:18 32:5
41:9,22,25
43:13 63:8
64:5 81:16
**makes**  48:15
**malt**  23:6
**man**  79:15
84:24
**manhattan**
77:1
**mark**  55:5
62:15 82:11
**marked**  55:3,6
55:8 56:3
62:17,20 63:12
68:16,19 76:3,5
82:14 86:4,6,9
**married**  51:17
80:14
**marriott**  1:10
4:13
**mass**  24:10,12
24:12,17
**material**  66:15
**mathematician**
14:6
**matter**  4:10
5:22 80:13

| | | | |
|---|---|---|---|
| **mayor** 81:11,23 | **mental** 7:17 | 54:20 55:22 | **mute** 4:5 |
| **mayor's** 76:25 | **mentioned** 16:9 | 57:5 58:13 | **n** |
| 77:25 | 35:7,13,19 | 61:10 62:17,24 | |
| **mean** 12:2 13:4 | 42:21 | 68:4 73:21 | **n** 2:1 5:14 |
| 18:4 24:15,16 | **meryl** 2:3 4:21 | 76:8,25 81:19 | **name** 4:15 5:12 |
| 25:25 28:8,13 | **mess** 61:25 | 82:17 83:4 | 56:16 57:2 |
| 28:16 30:13 | **message** 10:6 | 86:12 89:9 | 60:18 87:8 |
| 33:7 38:23 | **met** 78:2 | 90:8 92:7 93:8 | **named** 58:23 |
| 39:23 40:16 | **mgovernski** 2:7 | **month** 11:24 | **nathan** 2:4 4:25 |
| 42:1,11 44:24 | **microphones** | 18:6,6,7,14 | 4:25 |
| 45:14 50:20 | 4:3 | 20:12,20,20,23 | **national** 46:4 |
| 63:5 65:1 | **mind** 13:8 | 21:5 23:3 32:6 | 87:12 |
| 69:10,20 70:25 | 56:10 62:8 | 32:7 36:1 | **nature** 45:3 |
| 80:24 82:5 | **mine** 33:2 | 37:11 41:8,10 | **nearby** 16:2 |
| **meaning** 18:14 | **ministry** 76:14 | 41:11,14 42:22 | **necessary** 96:6 |
| **means** 38:23 | 76:20 | **months** 15:5,10 | **need** 8:5,5,6 |
| 40:16 49:5 | **minute** 67:18 | 16:25 18:8,9 | 52:16,20 67:15 |
| 85:3 93:24 | 67:22 | 20:14,15 21:3 | **neither** 45:10 |
| **meant** 13:1 | **minutes** 67:19 | 24:25 25:4,6 | **never** 45:1 |
| 82:4,5 | 90:1 | **morning** 62:3 | 48:16 51:13 |
| **media** 4:9 | **mm** 16:22 79:1 | **moss** 1:3 89:17 | 69:20 70:2,12 |
| 67:18 | **molesting** | **mother** 79:5 | 71:11 75:23 |
| **meet** 11:6 | 82:19 | **mouthful** 61:14 | 84:11,12,12 |
| **meeting** 40:19 | **moment** 63:7 | **move** 14:9,11 | 85:1 |
| 41:6 42:7,10,12 | **moments** 78:8 | 15:24 37:25 | **new** 1:1 15:1,7 |
| **meetings** 33:22 | 78:14 | **moved** 12:23 | 22:10 30:12 |
| 42:23 | **mon** 61:10 | 13:1,5,7 14:8 | 31:5,9,15 33:5 |
| **members** 78:23 | **monsignor** 1:16 | 14:10,17 17:20 | 33:9 37:16,17 |
| **memories** | 3:3,15 5:5,15 | 31:9 | 38:20,21 44:6 |
| 32:18 | 5:18 6:21 8:13 | **moving** 30:14 | 47:8,20 60:19 |
| **memory** 7:14 | 10:6 27:4 | 31:5,18 47:8 | 72:22,24 73:4 |
| 17:7,12 19:2,3 | 29:23 32:2 | 57:10,19 | 73:11 83:7,24 |
| 48:15 88:15 | 38:16 41:6 | **multiple** 10:23 | **news** 3:16 |
| | 52:5 53:8 | 36:22 38:13 | 82:13,18 |

| | | | |
|---|---|---|---|
| **normal** 36:2 | **object** 8:8 | **office** 72:20,22 | 24:23 25:2,3,10 |
| **notary** 1:23 3:6 | 14:18 17:16 | 72:24 73:6,10 | 25:20 26:2,25 |
| 92:6,19 96:13 | 26:11,20,25 | 73:17 74:17 | 27:14 28:2 |
| 96:19 | 36:21 38:8 | 77:2,9,11,13 | 29:2,6,22 30:22 |
| **note** 4:3 6:12 | 84:9 85:14 | **official** 55:13 | 32:3,9,15,18 |
| 6:13 9:4 64:5 | **objection** 20:10 | 92:11 | 33:14,16 34:6 |
| 94:10 | 26:20 28:18 | **officiate** 80:3 | 35:4,11,12 36:3 |
| **noted** 96:7 | 29:9 31:12,22 | **officiated** 79:4 | 36:6,9 38:25 |
| **notes** 8:22 12:7 | 33:18 34:9,21 | 80:1 83:6 | 39:2,12,16,18 |
| 62:4,10 93:11 | 36:12 37:19,23 | **oh** 11:10 12:2 | 41:4,15 42:6,17 |
| **notice** 1:24 | 40:21 43:1,15 | 16:9 18:12,12 | 42:21 44:14 |
| 3:14 62:16,24 | 43:16 44:2 | 23:25 25:14 | 45:15 46:10,15 |
| **noticed** 47:4,8 | 47:14 49:10 | 30:17 33:13,15 | 46:25 48:6 |
| **notwithstandi...** | 50:12 59:23 | 35:25 44:13 | 50:3 51:8,14,17 |
| 82:6 85:11 | 72:16 89:11 | 47:24 48:13 | 52:3,18,20 53:4 |
| **november** 25:9 | **objections** | 52:17 53:2 | 53:14 54:24 |
| 25:11,19 35:14 | 26:24 38:12 | 54:8 55:9 | 56:2,9,25 58:9 |
| 35:19 39:3,14 | **objects** 8:8,10 | 59:22 67:20 | 58:22 59:19 |
| 39:15 40:19,22 | 66:13 | 73:1,19 77:20 | 61:10 62:7,14 |
| 41:6,19 42:6 | **observant** 47:6 | 80:10,22 85:5 | 63:11 64:7,15 |
| 43:7 | **obviously** 14:7 | 86:25 | 65:11 66:3 |
| **number** 3:12 | **occasionally** | **okay** 5:18 6:18 | 67:6,12,13,14 |
| 9:21,24 10:1 | 23:11 50:19 | 7:2,4,7 8:3,13 | 67:21,22 68:16 |
| 45:11 56:17 | **occasions** 44:7 | 9:18 10:13,25 | 69:1 73:15 |
| 63:20 64:13,17 | 50:25 51:1 | 11:3,8,25 12:19 | 76:2 79:3 |
| 64:25 | **occupy** 45:16 | 12:22,24 13:4 | 81:18 82:11 |
| **nw** 2:5 | 46:11 57:11,20 | 13:23 14:1,8,13 | 83:3,18,23 |
| **ny** 2:12 94:15 | **occurred** 31:9 | 14:21 15:18 | 85:25 86:3,20 |
| | 31:21 41:23 | 16:6,9,18 17:5 | 87:7,20 88:1,12 |
| **o** | **october** 25:8,10 | 17:8,23 18:19 | 88:16,20 89:9 |
| **o'clock** 62:2 | 25:18 35:14,19 | 19:15,25 20:4,6 | 89:21 |
| **oath** 3:7 7:5 | 42:8,18 43:6,8 | 21:6,14,19,24 | **okeechobee** |
| 92:1 | 82:23 | 22:6,13 23:2,13 | 1:10 4:13 |
| | | 23:23 24:1,3,21 | |

| | | | |
|---|---|---|---|
| **old**  33:1 42:12 | **p** | 41:25 42:8,18 | **parts**  77:15 |
| **oldest**  77:1,25 | | 43:13,22 44:1 | **party**  56:20 |
| 81:4 | **p**  2:1,1 5:14 | 44:18,22 45:6 | 90:22 |
| **once**  13:14 15:4 | **p.m.**  1:13,13 | 45:12,16 46:6 | **passport**  52:7 |
| 23:16 25:1 | 4:2 67:24 68:2 | 46:11,16 60:20 | **past**  49:9 50:1 |
| 32:5 34:4 | 90:3,6 91:4,5 | 64:4,16,23 | **pause**  89:22 |
| 73:12 | **page**  3:12 18:20 | 72:20 | **paycheck**  70:2 |
| **operation** | 55:22 56:12 | **para**  81:8 | 71:23,24 75:21 |
| 46:20 | 57:1 58:14,22 | **paragraph** | 84:12 |
| **opinion**  45:11 | 60:12,15 63:16 | 76:18 81:8,18 | **pc**  2:11 |
| **opportunity** | 66:4,4,5 86:22 | 83:4 | **people**  53:5 |
| 12:9 | 87:1 88:2,5 | **paragraphs** | 84:25 85:8 |
| **opposed**  10:20 | 95:4,7,10,13,16 | 77:4 | **perform**  73:15 |
| 13:5 45:6 | 95:19 | **paraphernalia** | **performing** |
| **order**  11:15 | **pages**  93:10 | 51:25 | 85:11 |
| **outings**  11:20 | **paid**  69:25 | **paraphrasing** | **period**  15:13 |
| **outrage**  83:8 | 70:11,13 | 26:22 | 17:6,13 18:13 |
| 84:4 | **pajamas**  62:2 | **part**  13:14 15:1 | 18:22 19:15 |
| **outside**  23:9 | **palm**  1:10,11 | 23:7 | 22:25 |
| 34:1 | 4:13,14 9:13 | **particular** | **permanent** |
| **overstatement** | 11:9 12:19 | 42:11,13 71:19 | 13:2,16 14:12 |
| 77:8,10 | 14:16 15:19,22 | 88:19 | 40:14,17 41:9 |
| **own**  10:15 16:3 | 16:6,7 17:2,11 | **parties**  4:7 22:7 | 41:12,13,22 |
| 46:18,20 | 17:15 18:1 | 22:11 35:4 | 42:3,18 43:13 |
| **owner**  72:7 | 19:1 20:9,22 | 93:13,14 | 57:11,19 |
| **ownership**  26:8 | 21:4,8,12 22:2 | **partners**  69:2 | **permit**  66:14 |
| 27:8 | 22:4,7,14,24 | 69:13,23,25 | **person**  30:25 |
| **owning**  52:1 | 24:4,7 26:6 | 70:3,6,13,17 | 31:1 35:24 |
| **owns**  16:11 | 27:6 28:24 | 71:6,12,16 72:5 | 42:24 43:5,9 |
| 31:16 48:6 | 29:8 30:8 31:3 | 72:15,19 73:3 | 54:14 84:16 |
| 50:8 72:5 74:8 | 31:6,10 32:5,19 | 73:10,22,25 | **personal**  17:1,5 |
| 74:14 | 34:2,19 35:4,24 | 74:3,6 77:2 | 17:10,14 18:25 |
| | 36:10 37:6,12 | 81:13 83:7,24 | 31:8 43:24 |
| | 40:14 41:9,22 | 87:14 | 44:14,21 73:24 |

74:11,19,23
75:2
**personally**
75:19 92:8
**persons** 56:12
**phi** 78:25 79:1
79:2
**phone** 9:13,16
9:20,24 10:2
12:7,8 30:25
31:1
**phones** 4:5
**physical** 7:17
72:19,22
**physically**
36:10 43:25
44:18,22 45:6
51:9
**pi** 78:25 79:1,2
**pick** 4:4
**pierce** 92:12
**placa** 1:16 3:3
3:11,15 4:10
5:5,14,15,18
6:21 8:13 10:6
26:18 27:4
29:23 32:2
38:16 41:6
52:5 53:8
54:20,25 55:2,5
55:6,9,14,22
56:3,9 57:5
58:9,13 61:11
62:16,17,20,24

63:13 68:4,17
68:18,24 71:5
73:21 76:3,4,8
76:25 81:8,19
82:12,13,17,17
83:4 86:4,5,8
86:12,15,17,20
87:8 88:2 89:6
89:9,10 90:8
91:3 92:8 93:9
94:5 95:2,24
96:2,4,12
**place** 4:7 12:19
81:17
**places** 16:4
**plaintiffs** 1:4
1:22 2:2 3:14
4:22,24 5:1,6
62:16,23
**plan** 59:5
**plans** 59:6
**player** 47:21
**please** 4:3,5,18
4:20 5:12 7:23
8:6 29:11 37:1
56:11,25 63:15
64:19 66:3
**point** 15:21
18:1 34:13
38:2 59:14
82:25 89:22
**political** 88:21
**poorly** 64:20

**pope** 61:12
**possess** 57:24
**potential** 58:18
**potentially**
89:25
**practices** 73:25
**prepare** 8:13
8:16
**preparing** 8:22
**presence** 64:3
64:16
**present** 2:14
5:24 36:10
44:1 59:1
69:17
**presided** 79:9
79:17,23
**president** 69:2
69:5 70:17
71:5 72:15
83:1 88:14
**presidential**
88:8,17 89:7
**presume** 57:6
**pretrial** 56:5
**pretty** 34:11
51:20
**prevent** 7:18
**previous** 68:7
**priest** 11:13
24:11 30:11
76:14,19,24
82:19 83:4,5

**prior** 19:20
59:14 60:21
66:17
**private** 4:4
**privilege** 8:9,11
**probably** 32:9
**problem** 33:11
**procedure**
55:25 56:6,16
**proceeding**
91:5
**proceedings**
3:1
**process** 62:5,6
**produce** 63:20
63:25 65:9,23
**produced**
63:16,23 64:1
65:5 92:8
**production**
66:9
**professional**
93:6,6
**profile** 3:15
68:18 69:16
70:23 71:2,6,9
**prominent**
76:19
**promise** 32:25
**prompted**
15:18
**proper** 26:19
**property** 60:21

**protest** 83:9
**protests** 83:12
  83:20
**provided** 61:7
  70:8
**provides** 58:17
**public** 1:23 3:6
  84:24 92:6,19
  96:19
**pull** 66:15
**pursuant** 1:24
  55:24 56:5
  61:17 65:6
**put** 12:13

**q**

**question** 14:22
  18:15 26:12,15
  29:11,20,21
  36:22 37:1,20
  38:4 40:24
  43:3 48:5
  49:11 57:22
  64:21 80:18
  83:18 85:15,20
  85:20,21,22
  86:1 89:14
**questions** 7:23
  8:8 19:25 38:6
  90:19
**quickly** 56:2
  65:20 76:8
**quietly** 76:21

**quite** 18:2,3,4
  18:13 46:19
  50:22
**quote** 26:6 27:7
**quoting** 26:17

**r**

**r** 2:1 95:3,3
**rarely** 10:21
  77:14
**rather** 7:24
  26:17
**read** 3:8 28:11
  63:5 65:20
  77:16,19,21
  94:9 96:5
**really** 50:5 84:2
  89:1
**realtime** 29:16
  85:23
**reason** 7:11,14
  26:9 27:9
  45:17 46:13
  68:11 71:4,8
  83:15,19 85:10
  85:13,17 87:17
  87:20 94:11
  95:6,9,12,15,18
  95:21
**recall** 17:9
  21:19 25:6,20
  25:24,25 26:1
  29:25 30:2,22
  31:3 32:4,12,16

33:11 34:15
  35:8,16,23
  39:13,22 42:7
  42:10,12 43:10
  43:21 45:20
  46:4,6,15 48:14
  51:7,25 78:16
  83:2,12
**receipt** 94:17
**receive** 52:22
**received** 63:3
  70:2 75:21,24
  84:12
**receiving** 84:4
**recent** 24:24
**recently** 24:1,2
  24:21,22 37:10
  42:16
**recess** 67:25
  90:4
**recollect** 25:17
**recollection**
  8:20 17:25
  18:2 19:20
  20:4 21:7,11,14
  22:19,23 24:20
  28:6 29:11,13
  30:5 31:14
  33:11,17,19,25
  34:3,5 42:23
  44:3,5 45:25
  46:18,20 48:18
  49:25 61:3
  77:14 88:13,19

89:19
**recollections**
  22:7
**reconciled** 84:7
**record** 4:2,8
  5:13 67:24
  68:2 89:24
  90:1,3,6 91:4
  93:10
**recorded** 4:9
**recording** 4:6
**records** 87:21
**refer** 5:15
  13:17 16:10,20
  55:12
**reference** 19:6
**referenced** 6:11
  12:5 41:22
  94:6
**references**
  77:24
**referred** 16:13
  29:17,23 86:17
**referring** 16:11
  16:15 55:12
**refers** 60:6
**reflect** 53:9
  86:14 87:21
**reflecting** 65:4
**reflects** 86:21
**refresh** 8:19
  88:12,15
**regarding**
  29:24 36:20

57:9,18,24
59:20 61:4
64:16,23 88:13
89:17 90:16
**registered** 93:5
**regularly** 18:3
18:3,4,14
**relating** 64:3,9
84:4
**relationship**
14:16 17:15
71:16,18 78:5
80:16
**relative** 93:12
93:14
**relocate** 15:18
**relocation**
60:19
**remainder**
65:12
**remember**
19:24 21:3,9
22:18 26:1
27:22 35:20,22
39:6 40:5
43:17 46:5
48:13 68:9,13
80:12 89:5
**reminded**
80:13
**repeat** 26:15
27:4 29:11
37:1 64:19
85:19

**rephrase** 29:20
**report** 93:8
**reported** 84:4
**reporter** 3:7
4:16,20 7:22
93:1,6,6,25
**reporter's** 7:23
8:2 10:5
**represent** 4:19
6:3
**representative**
5:25
**representatives**
66:11
**representing**
5:21
**reproduction**
93:24
**republican**
46:4 87:11
**request** 64:8,13
64:17,25 65:19
**requested**
63:20 93:9
**requests** 64:13
65:12 66:16
**required** 96:13
**residence** 13:2
13:10,16 14:12
20:6 34:13
40:15,17 41:9
41:13,23,25
42:1,18 43:14
57:11,19

**resident** 53:10
**respect** 61:14
**response** 63:24
66:15
**responsibilities**
71:21
**responsibility**
69:21
**responsive**
64:18,24 65:13
65:18,21 66:22
**restaurant** 22:1
23:11
**restaurants**
34:4
**restroom** 8:6
**resume** 68:21
**retire** 79:5
**retired** 11:13
24:11
**return** 94:13,16
**review** 8:16,18
93:9 94:7
**reword** 72:10
**rho** 78:25 79:1
79:2
**right** 10:3
12:12,20,21
15:13,17,22
17:22 19:4,18
19:24 20:2,5,5
20:18 21:10,22
23:14 28:4
29:1 32:10

36:7 37:4
38:22 42:8
43:7,9 45:4
47:17 49:17
51:18,23 53:3
54:10,22 56:13
57:4 59:4 64:4
67:3,4 68:14
69:3,16,17,18
70:24 71:22
77:12,25 78:19
78:24 79:5,10
79:10,17,21,24
80:2,6 81:17,20
81:25 82:3,7,8
82:20,23 87:6
88:8,9,22
**rings** 50:9,14
51:3,15,24
**rnc** 46:7,16
**role** 69:2
**rome** 80:9
**roughly** 45:12
47:3
**row** 60:17
**rpr** 1:23 92:18
93:20
**ruby** 1:3 4:11
89:17 94:4
95:1 96:1
**rudolph** 1:6
4:11 5:3 6:1
56:5 57:10
60:18 76:22

**[rudolph - solely]** Page 18

94:4 95:1 96:1
**rudy** 70:22
  72:6 88:7
**rule** 55:25 56:6
**rules** 55:25
  56:16
**running** 82:25
  88:13

**s**

**s** 2:1 95:3
**safe** 53:17
**safety** 53:18
**sampling** 66:14
**sat** 6:11 73:14
**saw** 19:7 21:12
  39:3 42:22
  49:5,6,19,20
  51:5 52:15
**saying** 6:14 9:4
  26:6 27:6
  28:14
**says** 56:12,15
  57:5,8 58:17,25
  60:18 63:16
  66:5,11 76:24
  81:11,22 83:4
  83:23 87:7,8,14
**schedule** 12:2,4
  12:6 21:3
  66:16
**school** 78:18,20
**scotch** 23:6

**scratch** 17:9
  50:7 54:8
  73:20
**seal** 92:11
**search** 66:2
**searched** 66:1
**seasonally**
  19:17
**second** 3:13
  27:23 55:2,22
  79:18,20 81:7
  81:18 83:3,6
**seconded** 55:18
**see** 11:13,15,23
  12:3,9 18:13
  19:8 20:9,11,19
  21:2,4,5 23:3
  26:18 33:3,5
  42:21 50:16
  54:1,5 55:12,21
  56:4,7,8,12,23
  57:2,3,13,14
  58:11,20,23,25
  59:1 60:12,23
  60:24 62:4,25
  63:17 64:12
  65:12 66:6,8,9
  66:18,19,19
  68:22 76:9,16
  77:4 81:14,19
  81:21,22 82:21
  83:10 86:14,15
  87:5,7,9,12,15
  88:4,5

**seeing** 19:5
  32:4 35:24
  39:13 45:20
  54:9,11,15 61:6
  81:1
**seen** 23:19 24:2
  39:8 48:16
  49:15 50:6,15
  50:22 53:22,23
**seminole** 78:8
  78:14
**send** 6:12
**senior** 69:2,5
  70:16 71:5
  72:15
**sense** 84:13
**sensitive** 4:3
**sent** 9:4 94:14
**sentence** 76:24
  81:22
**sentences** 77:6
  77:15,18,21
**sentimental**
  47:12
**september** 25:5
**served** 62:1
  63:10 66:16
**server** 62:5,6
**services** 85:12
**set** 11:5
**setting** 11:14
**seven** 13:25
  14:1,3,5,5 16:7
  30:13

**several** 6:24
  9:11 15:5 18:6
**sexual** 76:20
**shaking** 7:24
**shared** 90:16
**sharp** 7:15
**shaye** 89:17
**sheet** 3:6 94:11
**shirt** 48:7,16
  49:16
**short** 11:2
**showed** 48:21
**showing** 48:14
**shown** 48:10,12
**sign** 94:12
**signature** 92:18
  93:20
**signed** 26:5
  27:5 48:7
  94:19
**simultaneously**
  38:9 41:3
**single** 23:5
**sir** 5:12 62:25
**sit** 23:5 90:13
**situation** 30:11
  31:15
**six** 26:4
**smoke** 23:5
**snowbird** 15:8
  16:25
**social** 24:3,4
**solely** 56:21

solutions 4:17
94:23
son 51:12,15,17
sorry 18:10
19:14 21:1,1
29:15 30:21
33:10 39:6
40:9 47:7,22
48:5 51:7 52:2
54:8,23 55:15
61:10 64:12,19
66:4 67:10
69:7 73:1,20
77:18 78:11,17
79:12 80:10
84:22 89:1,9,14
sort 6:12
sounds 8:4
12:21
south 16:11
southern 1:1
space 72:23
73:3,6,10 74:17
speak 8:1 9:10
9:12,15 10:4,22
10:22 11:3
48:11
speaking 26:24
38:9,11 40:24
41:2,3
special 50:25
51:1
specific 22:6
25:17 27:21

29:10 32:18
33:19 34:16
35:15,20 36:16
39:24 40:6
43:17 44:4
45:25 71:18
73:2 78:16
specifically
21:13 35:22
37:2 45:22
47:13 54:11
78:16
specificity
43:10
spend 37:12
spending 37:5
spends 38:21
spent 32:19
34:1 35:13
45:12
spoken 6:5 68:4
81:11,23
spokeswoman
76:22
sports 47:17
51:25
st 92:4,12 93:4
standard 75:13
75:14,15
stands 56:15
start 18:16
37:10 56:9
79:12 86:20

started 15:15
31:10 54:5,7
starts 81:19
state 1:23 4:19
5:12 26:20
37:22 92:3,7,12
92:19 93:3
stated 66:21
statement
85:15
statements
89:16
staten 2:12
states 1:1 58:14
66:9 76:18
stayed 15:4
stenographic
93:11
stenographic...
93:8
stick 48:15
stolen 89:10
stood 82:6
stop 38:11
67:19
stored 66:13
street 2:5,11
strike 52:3
72:10,12
strokes 11:14
strong 82:2
strongly 81:12
81:23

subjects 56:19
submitted 26:5
27:5
subpoena
61:17 63:2,20
66:5,5
subscribed
96:14
summer 45:20
45:24 46:3
support 56:20
83:21
supportive
84:13
sure 5:14 18:18
21:21 23:25
28:8,10 29:13
34:12 37:2
40:16,17 41:24
43:5 44:13
46:24 47:18,24
63:8 65:7 78:9
78:22 80:20
81:16 85:1
surprise 89:2,4
89:5
swear 4:20 5:9
sworn 5:7 92:9
96:14

| t |
|---|
| t 95:3,3 |
| tab 54:25 55:5 |
| 62:15 |

tabs  46:19
take  4:7 8:22
  32:10 63:7
  67:7,20,21 85:8
taken  1:22 4:10
  4:12 11:15
  62:10 65:11,17
  67:25 90:4
talk  23:5 25:2
  25:15 33:1
  35:15 37:9
  39:12 40:3,20
  41:8
talked  17:10
  19:5 22:23
  35:7,18 41:16
  42:6 43:5
  46:10 51:11,23
  51:24 52:5
  78:2
talking  16:21
  18:11,12 41:10
taxes  75:3
teams  47:19
teens  82:19
telephone
  56:17
tell  6:16 11:12
  12:1 21:2 25:5
  29:6,18 30:2
  32:22,23 54:11
  69:15 80:11
telling  53:25

testified  5:7
  64:2
testify  59:5,9
  59:17 66:6
testifying  60:3
testimony  7:8,9
  7:12,19 19:13
  19:19 28:23,23
  46:21 60:11,13
  61:6,7 68:5,7
  71:11 90:9,12
  94:9,17 96:8
testing  66:14
text  10:6
thank  5:18 53:7
  55:17 63:11
  64:12,20 82:15
  90:20
thanksgiving
  33:4,9 38:25
  39:7,8,9,16
  44:7
things  11:14
  47:6
think  6:14
  18:17 23:18
  26:2 27:12,18
  28:11 32:6,17
  33:4 34:10,22
  41:12 52:24
  57:25 77:8
  84:23 85:3
  89:8

thought  18:10
three  18:6,7
  20:12,19 21:5
  23:3 24:25
  25:4,6 63:14
  77:2,11 88:4
thursday  1:12
time  1:13 4:6
  8:5 11:1 15:13
  17:6,11,13,24
  18:11,13,22,23
  19:9 20:2,8
  22:24 24:24
  25:12 27:18
  31:6,10 32:19
  32:25 34:11,13
  35:13,20 39:2
  42:2 44:25
  45:16 46:3,7,12
  51:5 52:19
  53:6 59:10
  67:24 68:2
  69:11 72:23
  81:1,1 83:5
  84:25 85:8
  90:3,6 91:4
  94:18
timeframe  94:8
times  6:24 7:2
  9:11 10:23
  18:6,6,7,14
  20:12,20 21:5,8
  22:24 23:3
  24:17 25:24,25

26:1,2,4 32:9
  33:1,25 35:9,15
  35:23 36:9,23
  37:21 38:14
  42:22,22 47:1,2
title  55:21 69:9
  69:11 70:18,19
  70:21 71:19,20
  71:25 72:1,3,9
  72:14 76:13
  84:5 85:11
titled  56:4
  62:23 82:18
today  6:6,9,13
  7:5,8,12,15,19
  8:23 58:3 61:7
  61:16,20 63:4
  66:23 90:13,16
together  78:18
  78:20,21
told  30:10 31:2
  31:4 51:2 54:1
  54:9
took  14:11 62:4
top  55:21
topic  60:25
  61:4
topics  57:24
  58:3,6 60:8,11
  60:13 61:6
  90:16
totally  58:7,8
town  11:18,22
  12:1,4,16 19:6

19:8,9

**transcribed**
7:22

**transcript**
90:25 91:1
93:9,24 94:6,19
96:5,8

**transferred**
75:18

**travel**  22:10
30:11 44:15
64:9,23 65:4

**traveled**  45:1

**traveling**  45:6

**travels**  44:11
45:2 52:6

**trial**  58:18 60:3
60:5,9

**trips**  44:18 80:6

**true**  82:1 93:10
96:8

**try**  8:1 10:4

**trying**  19:12
28:22 45:4
84:3

**turn**  56:25
58:22 66:3

**twice**  11:24
23:16 32:6,7
34:4 36:1
73:12

**two**  11:13 13:7
33:21 35:8,18
42:22,22,25

43:5 47:1,1,5
49:12,15 50:2
66:17 77:18
79:21 86:12
88:4

**types**  63:21

**u**

**uh**  18:21,24
19:16 20:3,7
49:21 56:14
58:16 59:2
60:14 62:9,22
63:22 66:7
79:22 81:10,20
82:24 87:10,13
88:3,6,11

**under**  7:5
58:14 69:1
93:24

**undersigned**
92:6

**understand**
5:24 6:2 7:4,7
7:10 8:9,11
9:25 12:10
16:10,20 19:12
19:14 28:22
43:2 44:11
45:4 54:20
57:14,15,23
61:16 63:19
64:22 65:5,18
66:19,21,24

73:19 84:3
85:10

**understanding**
27:16 28:2
29:1,2 31:13
41:13,15 44:17
45:1 52:6,9,12
57:17 59:15

**unit**  4:9 67:18

**united**  1:1

**unusual**  7:16

**upcoming**  60:9

**usa**  75:13,14,15

**use**  8:6 9:21,23
10:1,13 29:7,24
56:20,21

**used**  18:1,2
26:6 27:6,12,15
28:3,6,9,11,14
29:14 34:8,16
69:10 94:19

**usual**  7:15

**usually**  9:13
10:24 11:3,5,25
12:15 22:1
23:12,13 36:1
40:1 50:23

**v**

**v**  94:4 95:1
96:1

**vacation**  12:22
13:6,9 26:7
27:7

**vague**  34:3,5
80:19

**valuable**  52:13

**valuables**  50:3

**value**  47:12
75:18

**various**  79:10
87:21 88:20

**verbally**  7:23

**verify**  94:9

**veritext**  4:17
67:18 94:14,23

**veritext.com**
94:15

**versus**  4:11
44:18

**vice**  69:2,5
70:17 71:5
72:15

**victims**  83:8

**video**  1:16 3:3
4:6,9 67:23
68:1 90:2,5,23
90:24 91:3

**videographer**
2:15 4:1,16
67:17,23 68:1
90:2,5,22 91:2

**videos**  8:19

**visit**  9:14 18:5
23:12 32:24
39:22 64:6

**visited**  18:3
27:13 34:23,24

35:2 58:1

**visiting**  29:5

**visits**  35:16,21
37:7,7,8 40:1
43:5,10 44:6

**vote**  89:6

**vs**  1:5

**w**

**w**  1:6 4:11 5:3
6:1 56:5 57:10
60:19 76:22
94:4 95:1 96:1

**wall**  49:22

**wandrea**  1:3

**want**  18:17
35:10,15 63:8
67:7,8,9,11
68:8,10 71:25
72:1,9 82:11
85:24 89:23

**wanted**  36:3

**washington**  2:6

**watch**  52:16,23

**water**  8:6

**way**  30:13 34:7
42:16 46:1,20
49:18 51:17
52:22 61:8
70:11,14 84:1

**we've**  22:22
32:24 35:18
40:4 42:25
57:25 67:6

90:16

**wear**  50:18

**wearing**  50:23
51:5

**weather**  15:7

**wedding**  51:22
79:15,18 80:1,3
83:6

**weddings**  79:10

**week**  9:11
10:23 77:3,11

**weight**  7:8

**went**  39:18
73:13,17 77:9
78:18,20,21
80:6

**west**  1:10,11
4:12,14 11:9
35:24

**whatsoever**
53:12

**whereabouts**
46:22

**whispering**  4:4

**wife**  79:21 80:4

**willkie**  2:5 4:21
4:23,25

**willkie.com**  2:7

**winter**  15:10
16:25

**wish**  68:9

**witness**  3:7,14
4:20 5:6,9
20:11 28:19

29:10 31:13,24
33:19 34:10,22
36:13 43:2,17
44:3 49:12
54:21 55:6
58:23 59:12
72:17 82:15
84:11 89:12
90:21 92:1,11
94:8,10,12,18

**witnesses**  58:15
58:18

**wondering**
52:19

**worded**  64:20

**words**  27:19

**work**  45:7
71:19 73:15
83:7,24 84:6

**worked**  84:2,12

**working**  76:21

**written**  71:1

**wrote**  77:16

**x**

**x**  12:16

**y**

**yankee**  47:21

**yankees**  47:20
50:6,8 51:2,15
51:24

**yeah**  6:15 10:24
12:25 14:5
20:16 23:16

28:1 30:18
38:18 40:25
41:20 43:8
47:24 48:8
49:2,19,19,23
51:22 52:21,24
64:6 71:1
74:10 77:8,9
79:14 80:10
81:4

**year**  13:14 15:2
15:4 20:19,20
20:23 21:8,12
21:15 25:13,21
32:15,16 34:6
34:11 35:14
36:11,14,20
37:13 41:7
44:8 49:7,9
76:20

**years**  13:25
14:1,15,25 16:8
16:23 17:3
20:8 21:7,19
30:13 33:4,7,12
38:24 47:5
49:13,15 50:1,2
50:23 73:1
80:15,17 87:22
88:21

**yep**  87:16

**yesterday**
76:23

**[york - york]**                                             Page 23

**york**    1:1 15:1,7
    22:10 30:12
    31:5,9,15 47:20
    60:19 72:22,24
    73:4,11 83:7,24

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.