# CAMMARATA  &  DE MEYER  P.C.

ATTORNEYS AT LAW
456 ARLENE STREET, STATEN ISLAND, NY 10314

TEL: 718.477.0020
FAX: 718.494.3288
www.CDLAwPC.COM

January 2, 2025

Hon. Lewis J. Liman
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

*Plaintiffs shall respond to Defendant's letter motion by 3 p.m., January 2, 2025.*

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

January 2, 2025

Re: Freeman, et.al. v. Giuliani, Case No. 24-cv-6563 and 24-mc-353

Dear Judge Liman:

    I will be appearing before Your Honor tomorrow, January 3, 2025 in person in the above entitled action.

    I respectfully request that Defendant Rudolph W. Giuliani be permitted to appear via Zoom or telephonic communications tomorrow, as Defendant Rudolph W. Giuliani is having medical issues with his left knee and breathing problems due to lung issues discovered last year attributable to Defendant Rudolph W. Giuliani being at the World Trade Center site on September 11, 2001.

    Thank you very much,

Respectfully submitted,

Joseph M. Cammarata

1