```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
RUBY FREEMAN and WANDREA' MOSS,                                     :
                                                                    :
                            Plaintiffs,                             :    24-mc-00353 (LJL)
          -v-                                                       :
                                                                    :
RUDOLPH W. GIULIANI,                                                :
                                                                    :
                            Defendant,                              :
          -and-                                                     :
                                                                    :
ANDREW H. GIULIANI,                                                 :
                                                                    :
                            Intervenor-Defendant.                   :
                                                                    :
------------------------------------------------------------------- X
                                                                    :
RUBY FREEMAN and WANDREA' MOSS,                                     :    24-cv-06563 (LJL)
                                                                    :
                            Plaintiffs,                             :
                                                                    :
          -v-                                                       :
                                                                    :        ORDER
RUDOLPH W. GIULIANI,                                                :
                                                                    :
                            Defendant.                              :
                                                                    :
------------------------------------------------------------------- X
```

LEWIS J. LIMAN, United States District Judge:

    At the hearing on January 3, 2025, the Court indicated that Defendant Rudolph W. Giuliani ("Defendant") would be permitted to appear remotely at the continuation of the contempt hearing in 24-cv-06563. The continuation of that hearing is now scheduled for 10 a.m., January 6, 2025, the Court having deferred until a future date the continuation of the contempt hearing in 24-mc-00353. At today's hearing, the Court indicated that all parties would be permitted to join the hearing remotely. However, given the importance of public access to

this hearing, the Court has reconsidered and instead sets the hearing for 10 a.m., in-person in Courtroom 15C, 500 Pearl Street, New York, NY 10007. The Defendant alone will be permitted to appear by video. After the completion of Defendant's testimony, the Court will hear argument on the contempt motion and discovery sanctions in 24-cv-06563, as well as whether the Court should award discovery sanctions with respect to Defendant's responses to Interrogatories #4 and #8.

This order is being filed on ECF and will be emailed to the parties.

Dated: January 3, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge