UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

RUBY FREEMAN and WANDREA' MOSS,

                Plaintiffs,

    -v-

RUDOLPH W. GIULIANI,

                Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/8/2025

24-mc-00353 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      A bench trial in this matter is scheduled for January 16, 2025. Dkt. No. 61. One of the issues to be addressed is the ownership of the 1996, 1999, and 2000 Yankees World Series rings ("World Series Rings") subject to the motion to enforce judgment filed by Plaintiffs Ruby Freeman and Wandrea' Moss, *see* Dkt. Nos. 8, 9 at 9, and the claim by Andrew H. Giuliani ("Intervenor") to those rings, *see* Dkt. Nos. 45, 46, 184.

      The parties, including Intervenor, shall show cause no later than 4:00 PM on January 10, 2025, why, to ensure their security pending the Court's determination of the ownership of the World Series Rings, the World Series Rings should not be deposited with the Registry of the Court by 10:00 AM on January 13, 2025, pursuant to Federal Rule of Civil Procedure 67(a), or alternatively entrusted to the safekeeping of the Receive to be maintained in a safety deposit box at a recognized bank under the Receiver's control and with appropriate security until the Court

resolves the motion for a turnover with respect to the World Series Rings.  Defendant and Intervenor shall also indicate the current location of the World Series Rings and what measures are being taken to ensure their safekeeping.

    SO ORDERED.

Dated: January 8, 2025
      New York, New York

                                  LEWIS J. LIMAN
                            United States District Judge