# EXHIBIT A

| Final | Date | Description | Objection | Confidentiality Designation |
|---|---|---|---|---|
| R-PTX 1 | N/A | Photograph of New York Yankees World Series Ring (On Hand) | * | |
| R-PTX 2 | N/A | Photograph of Side Profile of New York Yankees World Series Ring (On Hand) | * | |
| R-PTX 3 | 2007.05.01 | Wayne Barett, *The Yankees's Clean-Up Man*, The Village Voice (May 1, 2007) | * | |
| R-PTX 4 | 2007.05.12 | Jim Dwyer, *The Rings of Giuliani*, New York Times (May 12, 2007) | * | |
| R-PTX 5 | 2018.04.26 | Photograph of Andrew Giuliani, Rudolph W. Giuliani and Unidentified Female with New York Yankees World Series Rings | * | |
| R-PTX 6 | 2018.04.26 | Photograph of Andrew Giuliani, Rudolph W. Giuliani and Unidentified Female with New York Yankees World Series Rings | * | |
| R-PTX 7 | 2018.06.05 | *Giuliani predicts his work for Trump will not harm his legacy*, CNN (June 5, 2018) | * | |
| R-PTX 8 | 2018.06.08 | Photograph of World Series Rings (On Hand) | * | |
| R-PTX 9 | 2018.12.16 | Alan Smith, *Rudy claims Michael Cohen hush payments, possible Russia collusion 'not a crime'*, NBC News (December 16, 2018) | * | |
| R-PTX 10 | 2019.00.00 | 2018 United States Gift (And Generation-Skipping Transfer) Tax Return for Rudolph W. Giuliani (Form 709) | * | Confidential |
| R-PTX 11 | 2019.00.00 | 2018 United States Gift Tax Return Addendum for Rudolph W. Giuliani | * | Confidential |
| R-PTX 12 | 2019.00.00 | Rudolph W. Giuliani 2018 Tax Return | * | Confidential |
| R-PTX 13 | 2019.10.04 | Rudolph W. Giuliani X Post with Photograph of RWG and Unidentified Man with Rings On Hand | * | |
| R-PTX 14 | 2019.12.11 | *Rudy and Judith Giuliani finalize divorce*, foxbusiness.com (December 11, 2019) | * | |
| R-PTX 15 | 2020.07.01 | Photograph of New York Yankees World Series Ring (On Hand) | * | |
| R-PTX 16 | 2022.00.00 | Rudolph W. Giuliani 2021 Tax Return | * | Confidential |
| R-PTX 17 | 2022.06.07 | Photograph of NY Yankees Ring On Hand | * | |
| R-PTX 18 | 2022.06.07 | Photograph of Rudolph W. Giuliani and Andrew Giuliani with Side Profile of Rings | * | |
| R-PTX 19 | 2022.06.24 | *Rudy Giuliani's Pitch to Hire My Son*, Politico (June 24, 2022) | * | |
| R-PTX 20 | 2022.10.15 | Rudolph W. Giuliani X Post with Photograph of Rings On Hand | * | |
| R-PTX 21 | 2023.00.00 | Rudolph W. Giuliani 2022 Tax Return | * | Confidential |
| R-PTX 22 | 2023.00.00 | 2022 Rudolph W. Giuliani Gift Tax Return | * | Confidential |
| R-PTX 23 | 2024.00.00 | 2023 Rudolph W. Giuliani Gift Tax Return | * | Confidential |
| R-PTX 24 | 2024.00.00 | Rudolph W. Giuliani 2023 Tax Return | * | Confidential |
| R-PTX 25 | 2024.01.26 | Affidavit of Rudolph W. Giuliani Pursuant to Local Rule 1007-1(B) attaching Schedule A/B (Property) and Schedule C (The Property You Claim as Exempt), *In re Giuliani* (No. 23-12055-shl Bankr. S.D.N.Y.) | * | |
| R-PTX 26 | 2024.01.26 | Text Messages between Andrew Giuliani and Gary F. | * | |
| R-PTX 27 | 2024.01.26 | Text Messages between Andrew Giuliani and Gary F. | * | |
| R-PTX 28 | 2024.02.07 | Testimony of Rudolph W. Giuliani at 341 Meeting, *In re Rudolph Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) | * | Confidential |
| R-PTX 29 | 2024.02.27 | Schedule A/B (Property) and Schedule G (Executory Contracts and Unexpired Leases), In re Giuliani (No. 23-12055-shl Bankr. S.D.N.Y.) | * | |
| R-PTX 30 | 2024.05.14 | Case Mangement Status Conference Transcript | * | |
| R-PTX 31 | 2024.05.25 | Delta Airlines Flight Receipt for Andrew Giuliani dated May 25, 2024 | * | |
| R-PTX 32 | 2024.06.17 | Case Mangement Status Conference Transcript | * | |
| R-PTX 33 | 2024.08.30 | Plaintiffs' Memo of Law ISO Motion to Enforce Judgment [Turnover Dkt. 09] | * | |
| R-PTX 34 | 2024.10.08 | Memorandum of Law in Support of Andrew H. Giuliani's Motion to Intervene as Defendant, *Freeman et al. v. Giuliani et al*. (No. 24-MC-353-LJL S.D.N.Y.) | * | |

| Final | Date | Description | Objection | Confidentiality Designation |
|---|---|---|---|---|
| R-PTX 35 | 2024.10.08 | Declaration of Scott B. McBride in Support of Andrew H. Giuliani's Motion to Intervene as Defendant, *Freeman et al. v. Giuliani et al* . (No. 24-MC-353-LJL S.D.N.Y.) | * | |
| R-PTX 36 | 2024.10.08 | Declaration of Andrew H. Giuliani in Support of His Motion to Intervene as Defendant, *Freeman et al. v. Giuliani et al* . (No. 24-MC-353-LJL S.D.N.Y.) | * | |
| R-PTX 37 | 2024.10.08 | Exhibit A to Declaration of Andrew H. Giuliani in Support of His Motion to Intervene as Defendant, *Freeman et al. v. Giuliani et al* . (No. 24-MC-353-LJL S.D.N.Y.) | * | |
| R-PTX 38 | 2024.10.09 | *New York Yankees World Series Rings Embroiled in Rudy Giulaini Defamation Lawsuit* , Men's Journal (October 8, 2024) | * | |
| R-PTX 39 | 2024.10.16 | Plaintiffs' Requests for Production to Andrew Giuliani | * | |
| R-PTX 40 | 2024.10.27 | Intervenor Defendant Andrew H. Giuliani's Responses and Objections to Plaintiffs First set of Document Requests, *Freeman et al. v. Giuliani et al.* (No. 24-MC-353-LJL S.D.N.Y.) | * | |
| R-PTX 41 | 2024.10.27 | Intervenor Defendant Andrew H. Giuliani's Responses and Objections to Plaintiffs First Set of Interrogatories, *Freeman et al. v. Giuliani et al.* (No. 24-MC-353-LJL S.D.N.Y.) | * | |
| R-PTX 42 | 2024.10.27 | Intervenor Defendant Andrew H. Giuliani's Responses and Objections to Plaintiffs' Information Subpoena with Restraining Notice Pursuant to C.P.L.R. §§ 5222 and 5224, *Freeman et al. v. Giuliani et al* . (No. 24-MC-353-LJL S.D.N.Y.) | * | |
| R-PTX 43 | 2024.12.09 | Andrew Giuliani's FRCP 26(a) Disclosures | * | |
| R-PTX 44 | 2024.12.11 | Plainitffs' Notice of Deposition of Andrew Giuliani | * | |
| R-PTX 45 | 2024.12.15 | Declaration of Sean Kalin (UNEXECUTED) | * | |
| R-PTX 46 | 2024.12.15 | INTENTIONALLY LEFT BLANK | * | |
| R-PTX 47 | 2024.12.19 | Deposition Transcript of Andrew H. Giuliani | * | |
| R-PTX 48 | 2024.12.27 | Deposition Transcript of Rudolph W. Giuliani | * | |
| R-PTX 49 | 2025.01.02 | Defendant's Response to First Set of Plaintiffs' Request for Documents | * | |
| R-PTX 50 | 2024.11.18 | Plaintiffs' First Set of Document Request to Defendant Rudolph W. Giuliani | * | |
| R-PTX 51 | 2024.12.15 | INTENTIONALLY LEFT BLANK | * | |
| R-PTX 52 | 2023.08.30 | *Freeman v. Giuliani* , 691 F.Supp.3d 32 (D.D.C. 2023). | * | |
| R-PTX 53 | 2023.12.21 | Voluntary Petition for Individuals Filing for Bankruptcy, *In re Giuliani* , 23-12055, ECF No. 1 (Bankr. S.D.N.Y Dec. 21, 2023). | * | |
| R-PTX 54 | 2024.10.22 | Opinion and Order re. Motion to Enforce Judgment (ECF No. 62) | * | |
| R-PTX 55 | 2024.11.13 | Memo Endorsement Modifying Turnover Instructions Order (ECF No. 108) | * | |
| R-PTX 56 | 2024.11.22 | Opinion and Order re. Modification to Turnover Instructions (ECF No. 148) | * | |
| R-PTX 57 | 2023.12.18 | Final Judgment (21-cv-3354, D. D.C.) (ECF No. 142) | * | |
| R-PTX 58 | 2024.11.08 | Opinion and Order re. Deadlines Set at November 7, 2024 Hearing (ECF No. 94) | * | |