# EXHIBIT B

| Exhibit | Description | Plaintiffs' Objection |
|---|---|---|
| R-ITX 1 | Delta Airlines flight receipt [May 25, 2018] | FRE 106 |
| R-ITX 2A | First photograph of Rudolph W. Giuliani ("Mayor Giuliani"), Andrew H. Giuliani ("Andrew Giuliani"), and Zivile Rezgyte Giuliani ("Zivile Giuliani") commemorating gift of four New York Yankees World Series rings for each of the Yankees' titles in 1996, 1998, 1999, and 2000 (the "WS Rings") [May 26, 2018, 12:23 AM ET] | FRE 1002; FRE 106 |
| R-ITX 2B | Second photograph of Mayor Giuliani, Andrew Giuliani, and Zivile Giuliani commemorating gift of three WS Rings [May 26, 2018, 12:23 AM ET] | FRE 1002; FRE 106 |
| R-ITX 3A | Photograph of Andrew Giuliani's hand with 1996 WS Ring on right ring finger [May 8, 2019] | FRE 1002; FRE 106 |
| R-ITX 3B | Photograph of Andrew Giuliani's fist with 1996 WS Ring [May 8, 2019] | FRE 1002; FRE 106 |
| R-ITX 4A | Screen shot of first text message from Andrew Giuliani to Gary C. Fischoff [Jan. 26, 2024, 9:53 PM ET] | FRE 106 |
| R-ITX 4B | Screen shot of second text message from Andrew Giuliani to Gary C. Fischoff [Jan. 27, 2024, 9:03 AM ET] | FRE 106 |
| R-ITX 5 | Declaration of Sean Kalin [Dec. 15, 2024] | * |