# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

January 10, 2025

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Freeman et al. v. Giuliani*, No. 24-mc-353 (LJL)

Dear Judge Liman:

    Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs-Receivers") respectfully submit this letter in response to the Court's order requiring the parties to show cause "why, to ensure their security pending the Court's determination of the ownership of the World Series Rings, the World Series Rings should not be deposited with the Registry of the Court by 10:00 AM on January 13, 2025, pursuant to Federal Rule of Civil Procedure 67(a)," or alternatively entrusted to the safekeeping of the Receivers. ECF No. 229.

    Plaintiffs-Receivers respectfully state that it would be in the best interests of this case for the Court to require that the World Series Rings be deposited with the Registry of the Court as set forth in ECF No. 229. Plaintiffs-Receivers also believe that proposal to be superior, from an efficiency and logistical perspective, to the Court's alternative proposal whereby the Receivers would take possession of the Rings and store them in a safety deposit box.

                                              Respectfully submitted,

                                              s/ Aaron E. Nathan