# EXHIBIT A

Prepared by e Return to:
Rudolph W. Giuliani
315 S. Lake Dr
Palm Beach, FL 33480

CFN 20240438845
OR BK 35465 PG 974
RECORDED 12/30/2024 12:15 PM
Palm Beach County, Florida
Joseph Abruzzo, Clerk
Pgs: 974 - 975; (2pgs)

## NOTICE OF HOMESTEAD

To: Ruby Freeman and Wandrea' Moss
c/o Aaron E. Nathan, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue,
New York, New York 10019

You are notified that the undersigned claims as homestead exempt from levy and execution under Section 4, Article X of the State Constitution, the following described property:

Apartment No. 5-D, THE SOUTHLAKE, a condominium, according to the Declaration of Condominium thereof, recorded in Official Records Book 1542, page 94, and amendments thereto, of the Public Records of Palm Beach County, Florida, together with an undivided interest in the common elements appurtenant thereto as set forth in said Declaration of Condominium, also known as Condominium Unit # 5-D located at 314 S. Lake Drive, Palm Beach, Florida, also known as Parcel I.D. No. 50-43-43-22-17-000-0310 acquired by the undersigned on January 14, 2020 by Quitclaim Deed recorded in Official Records Book 31212, page 0648 on February 7, 2020 in the office of the Clerk & Comptroller of Palm Beach County, Florida.

The undersigned certifies, under oath, that he has applied for and received the homestead tax exemption as to the above-described property, that Parcel I.D. No. 50-43-43-22-17-000-0310 is the tax identification parcel number of this property, and that the undersigned has resided on this property continuously and uninterruptedly from January 1, 2024 to the date of this Notice of Homestead.

The undersigned also certifies, under oath, that the judgment lien filed by you on August 8, 2024, Instrument No. 20240274766 and recorded in Official Records Book 35197, Page 839, of the Public Records of Palm Beach County, Florida, does not constitute a valid lien on the described property.

YOU ARE FURTHER NOTIFIED, PURSUANT TO SECTION 222.01 ET SEQ., FLORIDA STATUTES, THAT WITHIN 45 DAYS AFTER THE MAILING OF THIS NOTICE YOU MUST FILE AN ACTION IN THE CIRCUIT COURT OF COUNTY, FLORIDA, FOR A DECLARATORY JUDGMENT TO DETERMINE THE CONSTITUTIONAL HOMESTEAD STATUS OF THE SUBJECT PROPERTY OR TO FORECLOSE YOUR JUDGMENT LIEN ON THE PROPERTY AND RECORD A LIS PENDENS IN THE PUBLIC RECORDS OF THE COUNTY WHERE THE HOMESTEAD IS LOCATED. YOUR FAILURE TO SO ACT WILL RESULT IN ANY BUYER OR LENDER, OR HIS OR HER SUCCESSORS AND ASSIGNS, UNDER THE ABOVE-DESCRIBED CONTRACT OF SALE OR LOAN COMMITMENT TO TAKE FREE AND CLEAR OF ANY JUDGMENT LIEN YOU MAY HAVE ON THE PROPERTY.

CFN 20240438845
OR BK 35465 PG 975
Pg: 2 of 2

Executed this December 30, 2024.

Rudolph W. Giuliani
315 S. Lake Drive, Unit 5-D
Palm Beach, Florida 33480

STATE OF FLORIDA
COUNTY OF PALM BEACH

Sworn to (or affirmed) and subscribed before me by means of [X] physical presence or [ ] online notarization, this December 30, 2024, by Rudolph W. Giuliani.

(NOTARY SEAL)   _____
(Signature of Notary Public-State of Florida)
(Name of Notary Typed, Printed, or Stamped)



RALPH ECCLES
Commission # HH 374468
Expires April 9, 2027

√ Personally known
___ Produced Identification – Driver's License Produced



**NOTICE OF MAILING**
This NOTICE is pursuant to provisions under Chapter 222 F.S. This notice being mailed this 30th day of December, 20 24 by certified mail # 7008 3230 0002 5870 9893

DEPUTY CLERK

I hereby certify the foregoing is a true copy of the record in my office with redactions, if any as required by law as of this day, 12/30/2024.
Joseph Abruzzo, Clerk of the Circuit Court & Comptroller Palm Beach County, Florida
By: _____ Deputy Clerk
Corey Gregory



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RUBY FREEMAN AND WANDREA' MOSS
C/O AARON E. NATHAN, ESQ.
WILLKIE FARR & GALLAGHER LLP
787 SEVENTH AVENUE,
NEW YORK, NEW YORK 10019

NOH 20240438845

9590 9402 7387 2028 3928 32

2. Article Number *(Transfer from service label)*

7008 3230 0002 5870 9893

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



**RECORDING DEPARTMENT**
P.O. Box 4177
West Palm Beach, FL 33402-4177

**JOSEPH ABRUZZO**
CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY



CERTIFIED MAIL

7008 3230 0002 5870 9893

US POSTAGE PITNEY BOWES
ZIP 33401 $ 009.64
02 1W
0001366987 DEC. 30 2024

01-07-25-0008

RUBY FREEMAN AND WANDREA' MOSS
C/O AARON E. NATHAN, ESQ.
WILLKIE FARR & GALLAGHER LLP
787 SEVENTH AVENUE,
NEW YORK, NEW YORK 10019

NOH 20240438845

RETURN RECEIPT REQUESTED

100198609S C013