UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/10/2025__
```

------------------------------------------------------------------X
                      :

RUBY FREEMAN and WANDREA' MOSS,      :

                 Plaintiffs,      :

                      :          24-mc-00353 (LJL)

      -v-                :

RUDOLPH W. GIULIANI,             :           ORDER

                 Defendant.      :

                      :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court will address the custody of the 1996, 1999, and 2000 Yankees World Series
rings at the final pretrial conference scheduled for January 14, 2025.  Until that time, Intervenor is
ordered to maintain the World Series rings in his New York City apartment as described in Dkt.
No. 236.


       SO ORDERED.


Dated: January 10, 2025
      New York, New York           _____
                                   LEWIS J. LIMAN
                          United States District Judge