*Freeman et al. v. Giuliani*
Case No. 24-mc-00353 (LJL)
Joint Trial Exhibit List

| Trial Ex. No. | Date | Description | Objection | Confidentiality Designation |
|---|---|---|---|---|
| **Intervenor Defendant Andrew Giuliani's Exhibits** | | | | |
| R-ITX-1 | | Delta Airlines flight receipt [May 25, 2018] | * | |
| R-ITX-2A | | First photograph of Rudolph W. Giuliani ("Mayor Giuliani"), Andrew H. Giuliani ("Andrew Giuliani"), and Zivile Rezgyte Giuliani ("Zivile Giuliani") commemorating gift of four New York Yankees World Series rings for each of the Yankees' titles in 1996, 1998, 1999, and 2000 (the "WS Rings") [May 26, 2018, 12:23 AM ET] | * | |
| R-ITX-2B | | Second photograph of Mayor Giuliani, Andrew Giuliani, and Zivile Giuliani commemorating gift of three WS Rings [May 26, 2018, 12:23 AM ET] | * | |
| R-ITX-3A | | Photograph of Andrew Giuliani's hand with 1996 WS Ring on right ring finger [May 8, 2019] | * | |
| R-ITX-3B | | Photograph of Andrew Giuliani's fist with 1996 WS Ring [May 8, 2019] | * | |
| R-ITX-4A | | Screen shot of first text message from Andrew Giuliani to Gary C. Fischoff [Jan. 26, 2024, 9:53 PM ET] | * | |
| R-ITX-4B | | Screen shot of second text message from Andrew Giuliani to Gary C. Fischoff [Jan. 27, 2024, 9:03 AM ET] | * | |
| R-ITX-5 | | Declaration of Sean Kalin [Dec. 15, 2024] | * | |
| **Plaintiffs' Trial Exibiits** | | | | |
| R-PTX 1 | N/A | Photograph of New York Yankees World Series Ring (On Hand) | * | |
| R-PTX 2 | N/A | Photograph of Side Profile of New York Yankees World Series Ring (On Hand) | * | |
| R-PTX 3 | 2007.05.01 | Wayne Barett, *The Yankees's Clean-Up Man*, The Village Voice (May 1, 2007) | * | |
| R-PTX 4 | 2007.05.12 | Jim Dwyer, *The Rings of Giuliani*, New York Times (May 12, 2007) | * | |
| R-PTX 5 | 2018.04.26 | Photograph of Andrew Giuliani, Rudolph W. Giuliani and Unidentified Female with New York Yankees World Series Rings | * | |
| R-PTX 6 | 2018.04.26 | Photograph of Andrew Giuliani, Rudolph W. Giuliani and Unidentified Female with New York Yankees World Series Rings | * | |
| R-PTX 7 | 2018.06.05 | *Giuliani predicts his work for Trump will not harm his legacy*, CNN (June 5, 2018) | * | |
| R-PTX 8 | N/A | Photograph of World Series Rings (On Hand) | * | |
| R-PTX 9 | 2018.12.16 | Alan Smith, *Rudy claims Michael Cohen hush payments, possible Russia collusion 'not a crime'*, NBC News (December 16, 2018) | * | |
| R-PTX 10 | 2018.00.00 | 2018 United States Gift (And Generation-Skipping Transfer) Tax Return for Rudolph W. Giuliani (Form 709) | * | Confidential |
| R-PTX 11 | 2018.00.00 | 2018 United States Gift Tax Return Addendum for Rudolph W. Giuliani | * | Confidential |
| R-PTX 12 | 2019.00.00 | Rudolph W. Giuliani 2018 Tax Return | * | Confidential |
| R-PTX 13 | 2019.10.04 | Rudolph W. Giuliani X Post with Photograph of RWG and Unidentified Man with Rings On Hand | * | |

*Freeman et al. v. Giuliani*
Case No. 24-mc-00353 (LJL)
Joint Trial Exhibit List

| Trial Ex. No. | Date | Description | Objection | Confidentiality Designation |
|---|---|---|---|---|
| R-PTX 14 | 2019.12.11 | *Rudy and Judith Giuliani finalize divorce*, foxbusiness.com (December 11, 2019) | * | |
| R-PTX 15 | 2020.07.01 | Photograph of New York Yankees World Series Ring (On Hand) | * | |
| R-PTX 16 | 2022.00.00 | Rudolph W. Giuliani 2021 Tax Return | * | Confidential |
| R-PTX 17 | 2022.06.07 | Photograph of NY Yankees Ring On Hand | * | |
| R-PTX 18 | 2022.06.07 | Photograph of Rudolph W. Giuliani and Andrew Giuliani with Side Profile of Rings | * | |
| R-PTX 19 | 2022.06.24 | *Rudy Giuliani's Pitch to Hire My Son*, Politico (June 24, 2022) | * | |
| R-PTX 20 | 2022.10.15 | Rudolph W. Giuliani X Post with Photograph of Rings On Hand | * | |
| R-PTX 21 | 2023.00.00 | Rudolph W. Giuliani 2022 Tax Return | * | Confidential |
| R-PTX 22 | 2023.00.00 | 2022 Rudolph W. Giuliani Gift Tax Return | * | Confidential |
| R-PTX 23 | 2024.00.00 | 2023 Rudolph W. Giuliani Gift Tax Return | * | Confidential |
| R-PTX 24 | 2024.00.00 | Rudolph W. Giuliani 2023 Tax Return | * | Confidential |
| R-PTX 25 | 2024.01.26 | Affidavit of Rudolph W. Giuliani Pursuant to Local Rule 1007-1(B) attaching Schedule A/B (Property) and Schedule C (The Property You Claim as Exempt), *In re Giuliani* (No. 23-12055-shl Bankr. S.D.N.Y.) | * | |
| R-PTX 26 | 2024.01.26 | Text Messages between Andrew Giuliani and Gary F. | * | |
| R-PTX 27 | 2024.01.26 | Text Messages between Andrew Giuliani and Gary F. | * | |
| R-PTX 28 | 2024.02.07 | Testimony of Rudolph W. Giuliani at 341 Meeting, *In re Rudolph Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) | * | Confidential |
| R-PTX 29 | 2024.02.27 | Schedule A/B (Property) and Schedule G (Executory Contracts and Unexpired Leases), In re Giuliani (No. 23-12055-shl Bankr. S.D.N.Y.) | * | |
| R-PTX 30 | 2024.05.14 | Case Mangement Status Conference Transcript | * | |
| R-PTX 31 | 2018.05.25 | Delta Airlines Flight Receipt for Andrew Giuliani dated May 25, 2018 | * | |
| R-PTX 32 | 2024.06.17 | Case Mangement Status Conference Transcript | * | |
| R-PTX 33 | 2024.08.30 | Plaintiffs' Memo of Law ISO Motion to Enforce Judgment [Turnover Dkt. 09] | * | |

*Freeman et al. v. Giuliani*
Case No. 24-mc-00353 (LJL)
Joint Trial Exhibit List

| Trial Ex. No. | Date | Description | Objection | Confidentiality Designation |
|---|---|---|---|---|
| R-PTX 34 | 2024.10.08 | Memorandum of Law in Support of Andrew H. Giuliani's Motion to Intervene as Defendant, *Freeman et al. v. Giuliani et al*. (No. 24-MC-353-LJL S.D.N.Y.) | * | |
| R-PTX 35 | 2024.10.08 | Declaration of Scott B. McBride in Support of Andrew H. Giuliani's Motion to Intervene as Defendant, *Freeman et al. v. Giuliani et al*. (No. 24-MC-353-LJL S.D.N.Y.) | * | |
| R-PTX 36 | 2024.10.08 | Declaration of Andrew H. Giuliani in Support of His Motion to Intervene as Defendant, *Freeman et al. v. Giuliani et al*. (No. 24-MC-353-LJL S.D.N.Y.) | * | |
| R-PTX 37 | 2024.10.08 | Exhibit A to Declaration of Andrew H. Giuliani in Support of His Motion to Intervene as Defendant, *Freeman et al. v. Giuliani et al*. (No. 24-MC-353-LJL S.D.N.Y.) | * | |
| R-PTX 38 | 2024.10.09 | *New York Yankees World Series Rings Embroiled in Rudy Giulaini Defamation Lawsuit*, Men's Journal (October 9, 2024) | * | |
| R-PTX 39 | 2024.10.16 | Plaintiffs' Requests for Production to Andrew Giuliani | * | |
| R-PTX 40 | 2024.10.27 | Intervenor Defendant Andrew H. Giuliani's Responses and Objections to Plaintiffs First set of Document Requests, *Freeman et al. v. Giuliani et al.* (No. 24-MC-353-LJL S.D.N.Y.) | * | |
| R-PTX 41 | 2024.10.27 | Intervenor Defendant Andrew H. Giuliani's Responses and Objections to Plaintiffs First Set of Interrogatories, *Freeman et al. v. Giuliani et al.* (No. 24-MC-353-LJL S.D.N.Y.) | * | |
| R-PTX 42 | 2024.10.27 | Intervenor Defendant Andrew H. Giuliani's Responses and Objections to Plaintiffs' Information Subpoena with Restraining Notice Pursuant to C.P.L.R. §§ 5222 and 5224, *Freeman et al. v. Giuliani et al*. (No. 24-MC-353-LJL S.D.N.Y.) | * | |
| R-PTX 43 | 2024.12.09 | Andrew Giuliani's FRCP 26(a) Disclosures | * | |
| R-PTX 44 | 2024.12.11 | Plainitffs' Notice of Deposition of Andrew Giuliani | * | |
| R-PTX 45 | 2024.12.15 | Declaration of Sean Kalin (UNEXECUTED) | * | |
| R-PTX 46 | 2024.12.15 | Declaration of Sean Kalin (Signed) | * | |
| R-PTX 47 | 2024.12.19 | Deposition Transcript of Andrew H. Giuliani | * | |
| R-PTX 48 | 2024.12.27 | Deposition Transcript of Rudolph W. Giuliani | * | |
| R-PTX 49 | 2025.01.02 | Defendant's Response to Plaintiffs' First Set of Document Requests | * | |
| R-PTX 50 | 2024.11.18 | Plaintiffs' First Set of Document Request to Defendant Rudolph W. Giuliani | * | |

*Freeman et al. v. Giuliani*
Case No. 24-mc-00353 (LJL)
Joint Trial Exhibit List

| Trial Ex. No. | Date | Description | Objection | Confidentiality Designation |
|---|---|---|---|---|
| R-PTX 51 | 2024.12.15 | INTENTIONALLY LEFT BLANK | * | |
| R-PTX 52 | 2023.08.30 | *Freeman v. Giuliani*, 691 F.Supp.3d 32 (D.D.C. 2023). | * | |
| R-PTX 53 | 2023.12.21 | Voluntary Petition for Individuals Filing for Bankruptcy, *In re Giuliani*, 23-12055, ECF No. 1 (Bankr. S.D.N.Y Dec. 21, 2023). | * | |
| R-PTX 54 | 2024.10.22 | Opinion and Order re. Motion to Enforce Judgment (ECF No. 62) | * | |
| R-PTX 55 | 2024.11.13 | Memo Endorsement Modifying Turnover Instructions Order (ECF No. 108) | * | |
| R-PTX 56 | 2024.11.22 | Opinion and Order re. Modification to Turnover Instructions (ECF No. 148) | * | |
| R-PTX 57 | 2023.12.18 | Final Judgment (21-cv-3354, D. D.C.) (ECF No. 142) | * | |
| R-PTX 58 | 2024.11.08 | Opinion and Order re. Deadlines Set at November 7, 2024 Hearing (ECF No. 94) | * | |
| R-PTX 59 | 2018 | 2018 Instructions for Form 709 (Gift Tax Return) | * | |
| R-PTX 60 | 2022 | 2022 Instructions for Form 709 (Gift Tax Return) | * | |
| R-PTX 61 | 2023 | 2023 Instructions for Form 709 (Gift Tax Return) | * | |
| R-PTX 62 | 2021 | Notice of Federal Tax Lien (2021 Tax Year) | * | |
| R-PTX 63 | 2022 | Notice of Federal Tax Lien (2022 Tax Year) | * | |