

**Scott B. McBride**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

**T**:  973.597.6136
**F**:  973.597.2400
**E**:  smcbride@lowenstein.com

February 15, 2025

*Via CM/ECF*

Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

>   **Re:**   *Freeman v. Giuliani*, **No. 24-MC-353-LJL (S.D.N.Y.)**
>            *Intervenor-Defendant Andrew H. Giuliani's Opposition to Motion to Intervene*

Dear Judge Liman:

Intervenor-Defendant Andrew H. Giuliani ("Intervenor") joins plaintiffs' opposition to Global Data Risk's motion to intervene. (*See* Pls' Mem. of Law, ECF No. 255.) In doing so, Intervenor expressly adopts plaintiffs' arguments in Sections I.A (pages 7-9) and II (pages 12-14) of their memorandum of law.

Respectfully submitted,


/s/ Scott B. McBride
Scott B. McBride