UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUBY FREEMAN and WANDREA' MOSS,

        Plaintiffs,

v.

RUDOLPH W. GIULIANI,

        Defendant.

No. 24-mc-353 (LJL)

---

## SATISFACTION OF JUDGMENT

**WHEREAS,** on December 18, 2023 a judgment was recovered by the Plaintiffs, Ruby Freeman and Wandrea' Moss, against the Defendant, Rudolph W. Giuliani, in the action *Freeman, et. al. v. Giuliani*, Case No. 21-cv-3354 (BAH) (D.D.C.) in the United States District Court for the District of Columbia in the amount of $145,969,000 plus post-judgment interest at the rate of 5.01% per annum, with attorneys' fees in the amount of $89,172.50 plus post-judgment interest accruing from July 25, 2023 at the rate of 5.33% per annum, $43,684 plus post-judgment interest accruing from September 20, 2023 at the rate of 5.42% per annum, and $104,256.50 plus post-judgment interest accruing from October 6, 2023 at the rate of 5.46% per annum (the "Judgment");

**WHEREAS,** on August 5, 2024, the Judgment was registered in this Court pursuant to 28 U.S.C. § 1963 (ECF No. 1);

**WHEREAS,** on February 21, 2025, the Judgment was fully satisfied;

**THEREFORE,** full and complete satisfaction of the Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of the Judgment.

Dated: New York, New York

February 24, 2025.

/s/ Aaron E. Nathan
Aaron E. Nathan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com

*Counsel for Plaintiffs Ruby Freeman and Wandrea' Moss*

STATE OF NEW YORK      )
                      ) ss.:
COUNTY OF NEW YORK    )

On February 24, 2025, before me, the undersigned notary Public in and for said state, personally appeared AARON E. NATHAN, personally known to me or proved to me the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the persons upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

JEANNETTE D. JOHANSEN
Notary Public, State of New York
No. 01JO4786531
Qualified in New York County
Commission Expires Oct. 31, 2025