UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>　　　　　Defendant,<br><br>v.<br><br>ANDREW H. GIULIANI,<br><br>　　　　　Intervenor-Defendant. | No. 24-mc-353 (LJL) |

**JOINT STIPULATION OF DISMISSAL AND DISSOLUTION OF RECEIVERSHIP**

In light of the satisfaction of the judgment entered December 18, 2023 in favor of Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs" or "Plaintiffs-Receivers") against Defendant Rudolph W. Giuliani ("Defendant"), and registered in this District on August 5, 2024 (ECF No. 1), Plaintiffs, Defendant, and Intervenor Andrew W. Giuliani ("Intervenor"), hereby stipulate that this action is dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 66. All parties further stipulate, agree, and request that all pending motions in the above-captioned action be withdrawn and that all prior orders entered in the above-captioned action be vacated, including but not limited to any restraining notices issued pursuant to CPLR § 5222, and the Order of October 22, 2024 (ECF No. 62), with the effect that the receivership created pursuant to that Order be dissolved.

- 2 -

Dated: February 24, 2025.

s/ Joseph M. Cammarata*
Joseph M. Cammarata, Esq.
Cammarata & DeMeyer P.C.
456 Arlene Street
Staten Island, New York 10314
(718) 417-0020
Joe@CammarataLawPC.com

*Counsel for Defendant*

s/ Aaron E. Nathan
Aaron E. Nathan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com

*Counsel for Plaintiffs*

s/ Scott B. McBride*
Scott B. McBride
1251 Avenue of the Americas
New York, NY 10020
(212) 262-6700
smcbride@lowenstein.com

*Counsel for Intervenor*

*Electronic signature affixed with permission.