UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUBY FREEMAN and WANDREA' MOSS,

    Plaintiffs,

v.

RUDOLPH W. GIULIANI,

    Defendant,

v.

ANDREW H. GIULIANI,

    Intervenor-Defendant.

No. 24-mc-353 (LJL)

---

**JOINT STIPULATION OF DISMISSAL AND DISSOLUTION OF RECEIVERSHIP**

In light of the satisfaction of the judgment entered December 18, 2023 in favor of Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs" or "Plaintiffs-Receivers") against Defendant Rudolph W. Giuliani ("Defendant"), and registered in this District on August 5, 2024 (ECF No. 1), Plaintiffs, Defendant, and Intervenor Andrew W. Giuliani ("Intervenor"), hereby stipulate that this action is dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 66. All parties further stipulate, agree, and request that all pending motions in the above-captioned action be withdrawn and that all prior orders entered in the above-captioned action be vacated, including but not limited to any restraining notices issued pursuant to CPLR § 5222, and the Order of October 22, 2024 (ECF No. 62), with the effect that the receivership created pursuant to that Order be dissolved.

Dated: February 24, 2025.

| | |
|---|---|
| *(signature)* | *(signature)* |
| Joseph M. Cammarata, Esq. | Aaron E. Nathan |
| Cammarata & DeMeyer P.C. | Willkie Farr & Gallagher LLP |
| 456 Arlene Street | 787 Seventh Avenue |
| Staten Island, New York 10314 | New York, NY 10019 |
| (718) 417-0020 | (212) 728-8000 |
| Joe@CammarataLawPC.com | anathan@willkie.com |
| *Counsel for Defendant* | *Counsel for Plaintiffs* |

Scott B. McBride
1251 Avenue of the Americas
New York, NY 10020
(212) 262-6700
smcbride@lowenstein.com

*Counsel for Intervenor*

Dated: February 24, 2025.

| | |
|---|---|
| Joseph M. Cammarata, Esq.<br>Cammarata & DeMeyer P.C.<br>456 Arlene Street<br>Staten Island, New York 10314<br>(718) 417-0020<br>Joe@CammarataLawPC.com<br><br>*Counsel for Defendant* | Aaron E. Nathan<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000<br>anathan@willkie.com<br><br>*Counsel for Plaintiffs* |

Scott B. McBride
1251 Avenue of the Americas
New York, NY 10020
(212) 262-6700
smcbride@lowenstein.com

*Counsel for Intervenor*